**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1795C |
| | ) | (Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**APPLICATION FOR ACCESS TO INFORMATION UNDER**
**PROTECTIVE ORDER BY JEFFREY C. MUMMERY**

1. I, Jeffrey C. Mummery, hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. I am the managing member of the plaintiff in this proceeding, The Sweetwater, A Wilderness Lodge L.L.C.

3. There are no instances in which I have been denied admission to a protective order, had admission revoked, or been found to have violated a protective order issued by any administrative or judicial tribunal.

4. I have read the protective order issued by the Court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any documents that are designated during this proceeding as containing Protected Information.

5. I acknowledge that a violation of the terms of the protective order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

**APPENDIX C**

By my signature, I certify that, to the best of my knowledge, the representations set forth above are true and complete.

______________________________ ____________________
Jeffrey C. Mummery Date

**APPENDIX B**