# In the United States Court of Federal Claims

No. 02-1795 C
(Filed June 27, 2005)

**********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
***********************************

**ORDER**

Upon consideration of the Reply, filed June 9, 2005, the motion for entry of a protective order will be granted and the agreed order will be filed separately. Action on plaintiff's motion for expenses in connection with this protective order matter will be deferred for consideration, if raised, during trial or post-trial proceedings.

Accordingly, it is **ORDERED** that:

(1) The motion for entry of a protective order is **GRANTED** to the extent the agreed order shall be so entered separately;

(2) Plaintiff's motion seeking expenses concerning this protective order matter shall be **DEFERRED** for consideration, if raised, during trial proceedings or post-trial submissions.

/s James F. Merow
James F. Merow
Senior Judge