# In the United States Court of Federal Claims

No. 02-1795 C
(Filed July 12, 2005)

**********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

ORDER

On July 12, 2005, Plaintiff's Unopposed Motion for Leave of Court to File Out of Time Its Memorandum of Contentions of Fact and Law was filed. Plaintiff's Memorandum of Contentions of Fact and Law is attached as an exhibit to the motion.

Accordingly, it is **ORDERED** that plaintiff's motion, filed July 12, 2005, is **GRANTED** and the Memorandum of Contentions of Fact and Law, attached to the motion, is deemed **FILED** this day.

/s James F. Merow
James F. Merow
Senior Judge