IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1795C<br>(Judge Merow) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

We respectfully request an enlargement of time of two days, to and including August 12, 2005, within which to file and serve the pre-trial documents required by RCFC Appendix A, ¶¶ 14-16. Pursuant to the proposed pre-trial schedule adopted in the Court's March 29, 2005 order, our Appendix A filings are now due August 10, 2005. This is our first request for an enlargement of time. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The requested enlargement is necessary because on August 3, 2005, defendant's counsel was advised that by August 5, 2005, he must temporarily move all his files and his computer to a different office to permit repairs in the ceiling of his office that are planned to be performed on August 6, 2005. Packing files and related disruption has diverted time from counsel's pre-trial preparations in this case, and impeded his access to necessary documents. In these circumstances, we consider our request for a modest enlargement of time to be reasonable.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time of two days, to and including August 12, 2005, to file the documents

required by RCFC Appendix A, ¶¶ 14-16.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
1100 L St. N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

August 5, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 5th day of August, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson