# In the United States Court of Federal Claims

No. 02-1795 C
(Filed August 5, 2005)

**********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On August 5, 2005, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests an enlargement of time to and including August 12, 2005, within which to file pre-trial documents required by RCFC Appendix A, ¶¶ 14-16.

Accordingly, it is **ORDERED** that defendant's motion, filed August 5, 2005, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge