IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1795C<br>(Senior Judge Merow) |

**DEFENDANT'S LIST OF TRIAL WITNESSES**

Pursuant to the Court's order filed March 29, 2005 and Appendix A, ¶ 15 of the Rules of the Court of Federal Claims, defendant, the United States, defendant provides the following list of witnesses who defendant expects to call or may call at trial for case-in-chief or rebuttal purposes. Defendant also reserves the right to call any witnesses listed on plaintiff's list of trial witnesses, and any witnesses necessary for rebuttal.

Defendant expects to call the following witnesses. For each witness, we have stated the approximate length of their expected testimony:

1. Rebecca Aus (2 hours)

Ms. Aus is the Forest Supervisor of the Shoshone National Forest. She is expected to testify about her responsibilities and activities relating to the permit issued to The Sweetwater, and her management of recreational and engineering activities in the Shoshone National Forest.

2. Wayne Baker (1 hour)

Mr. Baker is a bridge builder who has been retained by the Government to provide expert analyses and testimony about the cost to replace the Sweetwater bridges. His testimony is

expected to include his background, experience and qualifications, and any matters contained in the estimate that he has prepared to replace the bridges, or raised in response to testimony provided by plaintiff's witnesses.

3. Jack Bakken (2 hours)

Mr. Bakken is an appraiser who has been retained by the Government to provide expert analyses and testimony. His testimony is expected to include his background, experience and qualifications; the assumptions and conclusions of plaintiff's witnesses about the measure of plaintiff's alleged damages and their causation; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, or raised during his deposition or in response to testimony provided by plaintiff's witnesses.

4. Monte Barker (1 hour)

Mr. Barker is a Wildlife Biologist in the Shoshone National Forest. He is expected to testify about his responsibilities and activities relating to the issuance and administration of the permit issued to The Sweetwater and other special use permits on the Shoshone National Forest.

5. Mike Bree (1 hour)

Mr. Bree is a Forestry Technician in the Shoshone National Forest. He is expected to testify about his responsibilities and activities relating to the issuance and administration of the permit issued to The Sweetwater and other special use permits in the Shoshone National Forest.

6. Jim Fischer (2 hours)

Mr. Fischer is the former Forest Engineer of the Shoshone National Forest. He is expected to testify about his responsibilities and activities regarding roads and bridges in the Shoshone National Forest, including FSR 423 (Sweetwater Road) and the three bridges located on it, FS Nos. 423-.2, 423-2.5, and 423-3.0.

7. John Frome (2 hours)

Mr. Frome is an appraiser who has been retained by the Government to provide expert analyses and testimony. His testimony is expected to include his background, experience and qualifications; the assumptions and conclusions of plaintiff's witnesses about the measure of plaintiff's alleged damages and their causation; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, or raised during his deposition or in response to testimony provided by plaintiff's witnesses.

6. Tom Koenig (1 hour)

Mr. Koenig is a former Civil Engineer in the Shoshone National Forest. He is expected to testify about his responsibilities and activities regarding roads and bridges in the Shoshone National Forest, including FSR 423 (Sweetwater Road) and the three bridges located on it, FS Nos. 423-.2, 423-2.5, and 423-3.0.

8. Brent Larson (3 hours)

Mr. Larson is the former District Ranger of the Wapiti District of the Shoshone National Forest. He is expected to testify about his responsibilities and activities regarding administration of the permit issued to The Sweetwater and other special use permits in the Shoshone National Forest.

9. Jeff Mummery (6 hours)

Mr. Mummery is the manager of The Sweetwater. He is expected to testify about his business background, the events surrounding his purchase of The Sweetwater's lodge and the issuance of a permit by the Forest Service, his efforts to operate the lodge, his dealings with the Forest Service regarding the lodge and permit, and the alleged damages that The Sweetwater seeks to recover.

10. Robert Rossman (2 hours)

Mr. Rossman is the former Acting District Ranger in the Wapiti District of the Shoshone National Forest. He is expected to testify about his experience as a hydrologist and in other capacities in the Shoshone National Forest, and his responsibilities and activities regarding the issuance and administration of the permit issued to The Sweetwater.

11. Bill Simpson (1 hour)

Mr. Simpson is the former counsel for The Sweetwater. He is expected to testify about his experience in land use matters, and his representation of The Sweetwater regarding the purchase of the lodge and the issuance of the permit.

12. Jennifer Watson (2 hours)

Ms. Watson is the Realty Specialist for the Shoshone National Forest. She is expected to testify about her responsibilities and activities regarding administration of the permit issued to The Sweetwater and other special use permits in the Shoshone National Forest.

Defendant may call the following witnesses regarding the historic lodge rates and revenues in the general vicinity of The Sweetwater and historic and projected visitor demand :

Theresa Boyd, Absaroka Mountain Lodge

Debbie Carlson, Blackwater Lodge

Gary Fales, Rimrock Ranch and Trail Shop Lodge

Grant Flaharty, UXU Ranch

Buck Norris, Crossed Sabres

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
1100 L St. N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

KENNETH S. CAPPS
Attorney-Advisor
Office of the General Counsel
Mountain Region
U.S. Department of Agriculture
P.O. Box 25005
Denver, CO 80225-0005

August 12, 2005

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 12th day of August, 2005, a copy of the foregoing "DEFENDANT'S TRIAL WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson