IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1795C<br>(Senior Judge Merow) |

**DEFENDANT'S LIST OF TRIAL EXHIBITS**

Pursuant to the Court's order filed March 29, 2005 and Appendix A, ¶ 16 of the Rules of the Court of Federal Claims, defendant, the United States, defendant provides the attached list of exhibits that defendant expects to offer at trial for case-in-chief or rebuttal purposes, other than those to be used exclusively for impeachment. Defendant also reserves the right to use any exhibits listed on plaintiff's list of trial exhibits, and any exhibits necessary for rebuttal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:

KENNETH S. CAPPS
Attorney-Advisor
Office of the General Counsel
Rocky Mountain Region
U.S. Department of Agriculture
P.O. Box 25005
Denver, CO 80225-0005

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
1100 L St. N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

August 12, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 12th day of August, 2005, a copy of the foregoing "DEFENDANT'S TRIAL EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson