IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SWEETWATER, A WILDERNESS LODGE, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-1795C

(Judge Merow)

**DEFENDANT'S TRIAL EXHIBIT LIST**

| **Exh #** | **Date** | **Author** | **Recipient** | **Bates Numbers** | **Subject** | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 1 | 8/21/95 | | | TS 0133<br>TS 0149 | USDA, Forest Service Term Special Use Permit, The Sweetwater, A Wilderness Lodge, LLC. (Depo. Exh. 22, Mummery) | X | |
| 2 | 2/20/97 | Brent Larson, District Ranger, USDA, Forest Service, Shoshone National Forest (SNF) | Ray and Judi Sutherland (cc: Jeff Mummery) | | Letter clarifying issues on the inspection reports on three bridges providing access to Sweetwater Wilderness Lodge (Depo. Exh. 2, Larson) (Forest Service copy of Depo. Exh. 33, Mummery) | X | |
| 3 | 12/21/01 | Rebeca R. Aus, Forest Supervisor, USDA, Forest Service, SNF | Jeff Mummery, The Sweetwater, A Wilderness Lodge, LLC | | Notice of Non-Compliance and Opportunity to Cure. (Depo. Exh. 3, Larson) | X | |
| 4 | 4/30/01 | William L. Simpson, Simpson, Kepler & Edwards, LLC | Brent Larson, District Ranger, USDA, Forest Service, SNF | SNF-00651 | Letter re: June 12, 1995 meeting between Jeff Mummery and U.S. Forest Service personnel about Forest Service Road to Sweetwater Lodge (with Wapiti Ranger District stamp, dated May 2, 2001) (Depo. Exh. 6, Rossman) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 5 | 8/30/95 | | | SNF-04672 - SNF-04682 | 1995 Resort Operating Plan for The Sweetwater, A Wilderness Lodge, Wapiti Ranger District, Shoshone National Forest. (Depo. Exh. 8, Rossman) | X | |
| 6 | 8/8/2003 | | | | Plaintiff's Response to Defendant's First Set of Interrogatories and First Request for Production of Documents. (Depo. Exh. 10) | | X |
| 7 | 5/28/95 | | | SNF-04917 - SNF-04921 | Offer, Acceptance and Receipt (Specific Performance Contract) (Farm and Ranch and Vacant Land) for Brannon's Resort, signed by Jeff Mummery on May 21, 1995. (Depo. Exh. 11, Mummery) | X | |
| 8 | 6/11/93 | Russell Wenks, Admin./Fire Marshal, Park County Fire Protection District No. 2 | Mr. Brannon | TS 0108 | Letter re: cannot respond to a fire at your property until the bridges are repaired. (Depo. Exh. 13, Mummery) | | X |
| 9 | 10/31/85 | | | TS 0052 TS 0056 | Amendment No. 1 for Special Use Permit, H. David Brannon & Nancy Brannon, dba Brannon's Wilderness Lodge with attachments - Exhibit B, Memorandum of Understanding for Cooperation in Road Maintenance Between Brannon's Wilderness Lodge and USDA Forest Service, SNF, dated October 31, 1985 - Attachment A, CY 1985 Joint Road Maintenance Plan, dated October 31, 1985 (Depo. Exh. 14, Mummery) | X | |
| 10 | 8/10/83 | | | TS 0057 - TS 0071 | USDA, Forest Service Term Special Use Permit, H. David Brannon & Nancy Brannon, dba Brannon's Wilderness Lodge. (Depo. Exh. 15, Mummery) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 11 | 6/13/95 | Robert W. Rossman | Jennifer Watson | | Email re: meeting with Jeff Mummery and Bill Simpson on Sweetwater deal. (Depo. Exh. 16, Mummery) (with handwritten annotation by Jeff Mummery) | X | |
| 12 | 6/15/95 | | | SNF-04684 - SNF-04695 | USDA Forest Service Special-Use Application and Report for The Sweetwater, A Wilderness Lodge, LLC. (Depo. Exh. 18, Mummery) | X | |
| 13 | 7/11/95 | Robert W. Rush, Budget Office | | SNF-00722- SNF-00725 | Handwritten note re: permit will be different than the operation run by Brannon (enclosing Fee Calculation for Concession Permits, Fee Determination Data). (Depo. Exh. 20, Mummery) | X | |
| 14 | 12/31/96 12/31/95 | | | SNF-00712- SNF-00716 | Financial Statements for The Sweetwater, A Wilderness Lodge, LLC. (Depo. Exh. 23, Mummery) | | X |
| 15 | 4/30/96 | Jennifer Watson, Realty Specialist | District Ranger, Wapiti | SNF-00689 | USDA, Forest Service, SNF Memorandum re: documentation of a meeting on April 29, 1996, between Jeff Mummery and Jennifer Watson. (Depo. Exh. 25, Mummery) | X | |
| 16 | 5/6/96 | | | TS 0930 - TS 0940 | 1996 Resort Operating Plan for The Sweetwater, A Wilderness Lodge, Wapiti Ranger District, Shoshone National Forest. (Depo. Exh. 26, Mummery) | X | |
| 17 | 5/2/96 | | | SNF-00688 | Affidavit of Jeffrey C. Mummery. (Depo. Exh. 27, Mummery) | X | |
| 18 | Undated | | | SNF-05208 | Real Estate Advertisement by Sommers & Voerding (a Real Estate Brokerage) containing an advertisement for Sweetwater Lodge. (Depo. Exh. 28, Mummery) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 19 | Undated | | | TS 1046-<br>TS 1050 | Sommers & Voerding Real Estate Brokerage brochure on Sweetwater Ranch, North Fork, Cody, Wyoming. (Depo. Exh. 29, Mummery) | X | |
| 20 | 6/11/96 | James L. Fischer | B. Rossman | SNF-04839 | E-mail re: Sweetwater Bridges. (Depo. Exh. 30, Mummery) | X | |
| 21 | 1/27/97 | Jennifer Watson | | SNF-00501 | Handwritten note re: meeting with Judi and Raymond Sutherland to discuss the transfer of the resort permit. (Depo. Exh. 31, Mummery) | X | |
| 22 | 1/27/97 | | | TS 0150-<br>TS 0156 | Buy Sell Agreement (Specific Performance Contract) for the Sweetwater Lodge, purchased by Raymond W. Sutherland and Judi S. Sutherland. (Depo. Exh. 32, Mummery) | X | |
| 23 | 2/14/97 | James L. Fischer | Jennifer Watson | SNF-00437-<br>SNF-00441 | Handwritten note re: copies of the most recent bridge inspections of the three Sweetwater bridges, attaching Bridge Inspection Summaries. (Depo. Exh. 33, Mummery) | | X |
| 24 | 2/20/97 | Brent Larson,<br>District Ranger | Ray and Judi Sutherland<br>(cc: Jeff Mummery) | TS 0657 | USDA, Forest Service, SNF letter re: clarifying issues surrounding the inspection reports on the three bridges providing access to the Sweetwater Wilderness Lodge. (Depo. Exh. 33, Mummery) (Sweetwater copy of Depo. Exh. 2, Larson) | X | |
| 25 | 2/27/97 | Brent Larson,<br>District Ranger | Jeff Mummery | TS 1028 | USDA, Forest Service, SNF letter re: clarifying the Shoshone Forest's position on the bridges across Sweetwater Creek on Forest Development Road Number 423 (letter contains handwritten note re: phone call on 2/27). (Depo. Exh. 35, Mummery) | X | |
| 26 | various (1995-99) | Jim Fischer | | SNF-10000-<br>SNF-10016 | Pages from desk calendar of Jim Fischer for various dates in 1995, 1996, 1997, 1998, and 1999. (Depo. Exh. 36, Mummery) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 27 | 3/20/98 | Brent L. Larson, District Ranger | Jeff Mummery The Sweetwater | SNF-00674 | USDA, Forest Service, SNF letter re: reminder that 1997 income data is due to Forest Service by April 15, 1998. (Depo. Exh. 37, Mummery) | | X |
| 28 | undated | | | SNF-00711 | USDA, Forest Service Fee Determination Data - Commercial Public Service Use for The Sweetwater, A Wilderness Lodge, LLC, dated January 1, 1998 to December 31, 1998. (Depo. Exh. 38, Mummery) | | X |
| 29 | undated | | | SNF-00710 | USDA, Forest Service Fee Determination Data - Commercial Public Service Use for The Sweetwater, A Wilderness Lodge, LLC, dated January 1, 1999 to December 31, 1999. (Depo. Exh. 39, Mummery) | | X |
| 30 | 1/15/01 | Russell Taylor, PE Prospector Engineering Services | Roy Holm, Holm, Blough & Company | TS 0963 | Prospector Engineering Services letter re: calculating the allowable load rating for the Sweetwater Bridges, Northfork. (Depo. Exh. 41, Mummery) | X | |
| 32 | 7/12/01 | Jeff Mummery | Brent Larson, District Ranger, SNF, Forest Service | TS 1037-TS 1039 | Letter re: USDA, Forest Service, SNF letter dated June 27, 2001 regarding closure of Forest Service Road 423. (Depo. Exh. 42, Mummery) | X | |
| 33 | Dec. 1995 | | | | Recording and Coding Guide for the Structure Inventory and Appraisal of the Nations's Bridges, published by the U.S. Department of Transportation, Federal Highway Administration, Office of Engineering, Bridge Division. (Depo. Exh. 43, Fischer) | | X |
| 34 | various (1997) | Jennifer Watson | | SNF-10025-SNF-10027 | Pages from desk calendar of Jennifer Watson for May 1997, July 1997, and August 1997 (Depo. Exh. 45, Watson) | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 35 | May-August 1995 | Jennifer Watson | | SNF 10019-SNF 10024 | Pages from desk calendar for Jennifer Watson for May 1995, June 1995, July 1995, and August 1995. (Depo. Exh. 47, Watson) | | X |
| 36 | 8/7/00 | Tom Koenig | | SNF-01253-SNF-01260 | Shoshone National Forest Bridge Inspection for Bridge Number 423-2.5, Sweetwater #2, by Tom Koenig. (Depo. Exh. 49, Koenig) | X | |
| 37 | 8/7/00 | Tom Koenig | | SNF-01328-SNF-01330 | Shoshone National Forest Bridge Inspection for Bridge Number 423-3.0, Sweetwater #3, by Tom Koenig. (Depo. Exh. 50, Koenig) | X | |
| 38 | 6/13/95 | Robert Rossman | James L. Fischer, Regional Office 2 | SNF-00705 | Email re: Sweetwater Road (cc: Jennifer Watson, M. Bree, and M. Barker). (Depo. Exh. 53, Bree) | X | |
| 39 | August 2001 | Jennifer Watson | | SNF-01012 | Handwritten note re: telephone conversation with Mike Bree in August 2001. (Depo. Exh. 54, Bree) | | X |
| 40 | 1/31/02 | Robert W. Rossman, Park Planner | Rebecca Aus, Forest Supervisor, USDA, Forest Service, SNF | SNF-00620-SNF-00621 | U. S. Department of Interior, National Park Service, Grand Teton National Park letter re: road and bridge repair on the Sweetwater Road. (Depo. Exh. 55, Bree) | X | |
| 41 | 10/10/96 | | | SNF-00684-SNF-00685 | Year-End Performance Appraisal, Resort Operations, Shoshone National Forest, for Sweetwater Ranch, Wapiti Ranger District, appraised by Michael G. Bree. (Depo. Exh. 57, Bree) | | X |
| 42 | 4/13/02 | Jennifer Watson | | SNF-01060 | Page from desk calendar of Jennifer Watson for Saturday, April 13, 2002. (Depo. Exh. 59, Barker) | | X |
| 43 | 10/3/03 | Kevin R. Garden, Saltman & Stevens, P.C. | John H. Williamson, U.S. Department of Justice | TS 2000-TS 2045 | Letter and enclosed documents related to Carl Bixby, (Depo. Exh. 60, Jackson) | X | |

| **Exh #** | **Date** | **Author** | **Recipient** | **Bates Numbers** | **Subject** | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 44 | 5/28/02 | Jeff Mummery | Rebecca Aus, Forest Supervisor, USDA, Forest Service, SNF | | Claim re: The Sweetwater, A Wilderness Lodge, LLC, submitted to Rebecca Aus, Contracting Officer, USDA, Forest Service, SNF, signed by Jeffrey Mummery, Managing Member, The Sweetwater. (Depo. Exh. 62, Mummery) | X | |
| 45 | 6/30/97 | Rebecca Aus | | SNF 10018 | Page from desk calendar of Rebecca Aus for Monday, June 30, 1997 re: Sweetwater Road and current bridge inspection. (Depo. Exh. 63, Aus) | X | |
| 46 | 8/20/02 | Rick D. Cables, Regional Forester | Honorable Michael B. Enzi, U.S. Senator | SNF-00797--SNF-00799 | USDA, Forest Service, Rocky Mountain Region letter re: an overview of the Sweetwater Lodge situation based on Forest Service records (without attachment) (Depo. Exh. 64, Aus) | | X |
| 47 | 8/20/02 | Rick D. Cables, Regional Forester | Honorable Barbara Cubin | SNF-00791--SNF-00793 | USDA, Forest Service, Rocky Mountain Region letter re: an overview of the Sweetwater Lodge situation based on Forest Service records (without attachment) (Depo. Exh. 65, Aus) | | X |
| 48 | 2/4/97 | | | | Forest Service Manual, Washington, Title 2700 - Special Uses Management, Amendment No. 2700-97-1, effective February 4, 1997. (Depo. Exh. 66, Aus) | X | |
| 49 | 4/3/02 | William L. Simpson, Simpson, Kepler & Edwards, LLC | Rebecca R. Aus, Forest Supervisor, Forest Service, SNF | TS 0043 - TS 0045 | Simpson, Kepler & Edwards, LLC letter re: representations and parameters that were made at the meeting on or about June of 1995 at the Forest Services office in Cody, Park County, Wyoming. (Depo. Exh. 67, Simpson) | | X |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 50 | 4/25/96 | William L. Simpson, Simpson, Kepler & Edwards, LLC | Bob Rossman, U.S. Forest Service | SNF-01137-SNF-01139 | Simpson, Kepler & Edwards, LLC letter re: Memorandum of Agreement to supplement previously issued permit enclosing Memorandum of Agreement and Supplement of Existing Term Special Use Permit. (Depo. Exh. 68, Simpson) | X | |
| 51 | 7/12/01 | Jeff Mummery | Brent Larson | SNF-00639-SNF-00645 | Letter responding to June 27, 2001 letter | | X |
| 52 | 10/29/03 | Kevin Garden, Saltman & Stevens, P.C. | John Williamson, U.S. Department of Justice | TS 2085 - TS 2160 | Saltman & Stevens, P.C. letter and enclosed General Ledgers for The Sweetwater, A Wilderness Lodge, LLC. (Depo. Exh. 72, Mummery) | | X |
| 53 | 4/29/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates, Appraisal Report on Sweetwater Lodge, Contributory Value of Building and Site Improvements as of March 15, 2005. | X | |
| 54 | 4/29/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Appraisal Report on Sweetwater Lodge, Contributory Value of Building and Site Improvements as of January 1, 2000. | X | |
| 55 | 5/18/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Appraisal Report on Sweetwater Lodge, market value of the property as of January 1, 2000. | X | |
| 56 | 6/29/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Update of Appraisal Report on Sweetwater Lodge, market value of the property as of January 1, 2000. | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 57 | 5/18/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Appraisal Report on Sweetwater Lodge, market value of the property as of March 15, 2005. | X | |
| 58 | 6/28/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Update of Appraisal Report on Sweetwater Lodge, market value of the property as of June 27, 2005. | X | |
| 59 | undated | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Sweetwater Lodge - Sales Data Book | X | |
| 60 | 5/9/05 | Jack Bakken | John Williamson, U.S. Department of Justice | | Expert Report prepared for the Government by John E. Bakken, Business Appraisal Associates, Inc. - Analysis and Estimation of Lost Profits and Out-of-Pocket Expenses for The Sweetwater, A Wilderness Lodge LLC. | X | |
| 61 | 5/23/05 | Jack Bakken | John Williamson, U.S. Department of Justice | | Addendum to Expert Report prepared for the Government by John E. Bakken, Business Appraisal Associates, Inc., dated May 9, 2005 - Analysis and Estimation of Lost Profits and Out-of-Pocket Expenses for The Sweetwater, A Wilderness Lodge LLC. | X | |
| 62 | 5/31/05 | Jack Bakken | John Williamson, U.S. Department of Justice | | Letter from John E. Bakken, Business Appraisal Associates, Inc., enclosing letter of same date regarding expenses of The Sweetwater from 1995 through 2004 and attorney's fees incurred by The Sweetwater. | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 63 | December 2000 | Elizabeth Clair Flood | | | "UXU Ranch," Architectural Digest December 2000 (Depo. Exh. 108, Mangus) (color photocopy) | X | |
| 64 | 5/11/05 | John Williamson, U.S. Department of Justice | Wayne Baker, Tincup Enterprises | | Request for estimate for Sweetwater bridges and enclosure (Forest Service Handbook ["FSH"] 7709.56b, Chapter 7 - Structural Design) | X | |
| 65 | 5/18/05 | Wayne Baker, Tincup Enterprises | John Frome, John Williamson, U.S. Department of Justice | | Estimate for two Sweetwater bridges (included in addenda to John Frome's market value reports) | X | |
| 66 | 6/17/94 | Jack Ward Thomas, Chief Forester, USFS | | | Forest Service Manual ("FSM"), Amendment No. 2300-94-1 to FSM 2340 | X | |
| 67 | 2/11/80 | Randall R. Hall, Forest Supervisor, SNF | District Ranger, Wapiti | SNF-00359-SNF-00371 | Memorandum and rough draft Environmental Assessment for the Sweetwater Master Plan | X | |
| 68 | 5/12/76 | Ralph G. Wheeler, Wapiti District Ranger, SNF | | SNF-00377-SNF-00407 | Sweetwater Lodge Transfer Environmental Analysis Report | X | |
| 69 | 7/16/02 | Rebecca Aus, Forest Supervisor, SNF | Jeff Mummery | SNF-00810-SNF-00815 | Response to May 1, 2002 Proposed Operating Plan | | X |
| 70 | 3/27/97 | Jim Fischer | | SNF-01261-SNF-01265, SNF-01263C SNF-01264C | Photographs and report of March 27, 1997 bridge inspection of Bridge 423-2.5 | X | |
| 71 | 3/27/97 | Jim Fischer | | SNF-01339-SNF-01341 SNF-01339C | Photographs and report of March 27, 1997 bridge inspection of Bridge 423-3.0 | X | |

| Exh # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 72 | 8/20/92 | T. Gillins P.E. | | SNF-01266-<br>SNF-01270<br>SNF-01268C<br>SNF-01269C | Photographs and report of August 20, 1992 bridge inspection | X | |
| 73 | 8/20/92 | T. Gillins P.E. | | SNF-01341-<br>SNF-01347 | Photographs and report of March 27, 1997 bridge inspection of Bridge 423-2.5 | X | |
| 74 | 12/13/72 | Peter Hager, Forest Engineer | District Ranger, Wapiti District, SNF | SNF-04992-<br>SNF-04993 | Memorandum titled "Road Leading to Sweetwater Road" | | X |
| 75 | various | Richard Miller, Supervisory Civil Engineer; Ralph Wheeler, District Ranger | | SNF-05088-<br>SNF-05099 | Correspondence regarding replacement of Sweetwater bridges | | X |
| 76 | 3/18/92, Rev. 2/97 | Martin Mufich and Richard Miller | | SNF-02010-<br>SNF-02015 | CIP Proposal to replace Sweetwater bridges | X | |
| 77 | undated | | | SNF-01986 | INFRA database printout for Sweetwater Road | X | |
| 78 | undated | Jim Fischer | | SNF-01997-<br>SNF-02002 | "History of Shoshone NF CIP Projects" | X | |
| 79 | 6/11/96 | Jim Fischer | Bob Rossman, Mick Barrus, Mike Bree, Gene [Bethel] | SNF-04839 | Email re: Sweetwater bridges | X | |
| 80 | 3/28/97 | Jim Fischer | Jennifer Watson, Brent Larson | SNF-04989 | Email re: inspection of Sweetwater bridges | | X |
| 81 | 7/22/02 | Rebecca Aus | Kevin Garden | | Response to May 30, 2002 "claim" letter | | X |
| 82 | 7/28/95 | | | | Forest Service Handbook ("FSH') 7709.58, Chapter 10 - Maintenance of Forest Development Roads | X | |

| **Exh #** | **Date** | **Author** | **Recipient** | **Bates Numbers** | **Subject** | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 83 | 5/10/95 | Jennifer Watson | | SNF-01071 | Page from 1995 desk calendar of Jennifer Watson | X | |
| 84 | May 1995 | Jennifer Watson | | SNF-04955C SNF-10071- SNF-10073 SNF-10075 | Photographs from visit to Brannon's Wilderness Lodge | | X |
| 85 | 4/7/97 | Jennifer Watson | | SNF-01063 | Page from 1997 desk calendar of Jennifer Watson | X | |
| 86 | 3/1/97 | Judi & Ray Sutherland | Jim Sommers Sommers & Voerding | TS 0646- TS 0650 | Letters regarding proposed transaction to buy lodge from The Sweetwater | | X |
| 87 | 1992 | | | SNF-03642- SNF-03647 | Management activities regarding Sweetwater bridges | X | |
| 88 | October 1989 | Barry Davis, Forest Supervisor | | SNF-10097- SNF-10098 | Title 2700 - Land Uses Management, Shoshone Supplement No. 37 | | X |
| 89 | 6/8/01 | Rebecca Aus, Forest Supervisor | | SNF-10076- SNF-10080 | Road closure orders | | X |