# In the United States Court of Federal Claims

No. 02-1795 C
(Filed August 19, 2005)

```
***********************************
THE SWEETWATER, A WILDERNESS      *
  LODGE LLC,                      *
                                  *
                    Plaintiff,    *
                                  *
                    v.            *
                                  *
THE UNITED STATES,                *
                                  *
                    Defendant.    *
***********************************
```

**ORDER**

On the request of plaintiff's counsel and representation that the government has no objection, the Pre-trial Conference in this matter scheduled for August 31, 2005 at 9:00 a.m. is hereby **rescheduled** to **September 6, 2005 at 1:30 p.m.**

/s James F. Merow
James F. Merow
Senior Judge