**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-1795C<br>(Judge Merow) |

**PLAINTIFF'S TRIAL EXHIBIT LIST**

Doc.
No. Document Description

*Documents Plaintiff Intends to Offer*

1. Resort Evaluation- Sweetwater Lodge (SNF 00706-708)

2. Environmental Assessment and Finding of No Significant Impact, Decision Notice, Sweetwater Lodge Emergency Access (July 31, 1981)(SNF-00373-00374)

3. Roads Analysis Report- Supplement Document to the Upper/Middle North Fork Shoshone River Watershed Assessment Report (SNF 02149-02190)

4. Forest Roads Analysis- Shoshone National Forest (SNF 02191-02250)

5. Region 2 FY 2001 Final Budget Advice (SNF 04403-04404)

6. Letter from D. Brannon to Forest Service (1993)(SNF 47)

7. Email from Rebecca Aus to Brent Larson (SNF 10043)

8. Email from Gary Reynolds (SNF 10029)

9. Email from Tom Koenig (SNF 10041)

10. Email from Gary Reynolds (R2-21437)

11. Term Special Use Permit issued to David and Nancy Brannon (SNF 3-21)

12. Letter to Ron Wilcox from H. David Brannon (March 11, 1986)

13. R-2 Capital Investment Project Description Form (March 18, 1992)(SNF 03665-03667)

14. R-2 Capital Investment Project Description Form (revised 2/97)(SNF 02010-02015)

15. Memo to Regional Forester from Forest Supervisor (May 27, 1992)(SNF 01841-01842)

16. Bridge Inspection Summary (August 22, 1992)(SNF 01266)

17. Term Special Use Permit issued to The Sweetwater, A Wilderness Lodge LLC (1995)

18. History of Shoshone NF CIP Projects (SNF -01997-02002)

19. Shoshone National Forest (Sweetwater Bridges) (SNF 02014)

20. Shoshone NF Capital Investment Program Planning and History, by Project and Fund (SNF 02048-02050)

21. Roads Analysis Report (Supplemental Document to the Upper/Middle North Fork Shoshone River Watershed Assessment Report)(SNF 02149)

22. CIP Evaluation Team 1992- Final Priorities (R2-20810-21118)

23. June 13, 1995 email from Robert Rossman (version with Jeff Mummery's writing on it)

24. Contract for Sale between Western Wyoming Properties & Investment Corp. and Atlantis Three (February 17, 1996)

25. Buy Sell Agreement for Sweetwater Lodge by Raymond and Judi Sutherland (SNF 444)

26. Handwritten Notes w/ attached bridge reports sent by Jim Fischer to Jennifer Watson (February 14, 1997) (SNF 04793-04801)

27. Bridge Inspection Summary (SNF 01265)

28. Letter to Jeff Mummery from Brent Larson (January 16, 1997) (SNF 04792)

29. Letter to J. Watson from Sutherlands (Feb. 5, 1997)(SNF 508)

30. Agreement between Forest Service, Pinnacle Bank and Sweetwater Lodge (SNF 578)

31. Letter to Ray and Judi Sutherland from Brent Larson (February 20, 1997)

32. Letter to The Sweetwater from Brent Larson (February 27, 1997)(SNF-00680)

33. Sweetwater Valley- Shoshone National Forest- An Ecological Overview (Chuck Neal) (June 1997) (SNF 05198-05205)

34. Letter to Hamilton Bryan from Brent Larson (December 2, 1997)(SNF 05312-05313)

35. Email from Brent Larson to Rebecca Aus (March 24, 1998) (SNF 05316)

36. Agreement Concerning Pinnacle Bank Loan For Holder of Special Use Permit (February 17, 1999)

37. Decision Memo USDA Forest Service Blackwater Bridge Replacement (August 27, 1999)

38. Fax Transmission from Dave Brannon to Jim & Anne Nielson (December 10, 1999)(SNF 00667-00668)

39. January 15, 2001 letter to Mr. Roy Holm from Russell R. Taylor, PE

40. April 2, 2001 letter to Brent Larson from Jeff Mummery

41. Shoshone National Forest News Release (April 3, 2001) (SNF-00654-00655)

42. Letter to Brent Larson from William L. Simpson (April 30, 2001)

43. Letter to Brent Larson from Jeff Mummery (May 9, 2001)(SNF 642)

44. Letter to Jeff Mummery from Brent Larson (June 27, 2001)(SNF 647)

45. Letter to Brent Larson from Jeff Mummery (July 12, 2001)(SNF 639)

46. Letter to Jeff Mummery from M.E. Allerheilgen, Pinnacle Bank (July 10, 2001)(SNF 646)

47. Email to Jennifer Watson from Mark Sonderby (August 6, 2001)(R2-21438)

48. Email to Mark Sonderby from Gary Reynolds (August 16, 2001) (SNF R2-21437)

49. Email to Karin Lancaster from Tom Koenig (October 4, 2001) (SNF 100410-43)

50. Letter to Jeff Mummery from Rebecca Aus (Notice of Non-compliance)(December 21, 2001)

51. Email to Brent L. Larson from Rebecca Aus (January 18, 2002) (SNF 10043)

52. Letter To Whom It May Concern from Robert Rossman ((January 31, 2002)(SNF-00620)

53. Daily Record of Events- from day planner of Jennifer Watson (April 12, 2002)(SNF 01060)

54. Letter to Rebecca Aus from Jeff Mummery (May 28, 2002) (CDA Claim Letter)

55. Shoshone National Forest High Water Warning sign

56. Sweetwater Lodge – Operating Season (10 page document identifying projected lost profits)

57. Sweetwater Lodge – Operating Expenditures (1995-2004)

58. Sweetwater Lodge Financial Statements (1995-2004)

59. Sweetwater General Ledgers (1995-2004)

60. Limited Summary Appraisal Report for The Sweetwater Lodge (QM Appraisal)(May 19, 2005)

61. Reproduction Cost New Less Physical Depreciation Estimate of the facilities at The Sweetwater, A Wilderness Lodge, Shoshone National Forest (SiteTek Financial Arts)(May 18, 2005)

62. Email from John Williamson to John Bakken (June 16, 2005)(BAKKEN 35005)

63. Email from John Williamson to John Bakken (June 20, 2005)(BAKKEN 35004)

64. Average Profitability per Unit of Guideline Businesses (BAKKEN 35105)

65. Excerpts from Analysis and Estimation of Lost Profits and Out-of-Pocket Expenses (Business Appraisal Associates, Inc.)(May 9, 2005)(pertaining to Blackwater Lodge)(contains confidential material not covered by protective order)

66. Forest Service Manual 5400, Chapter 5410 (Appraisals)

67. Forest Service Handbook 5409.12, Chapter 60 (Appraisal Contracting)

Plaintiff reserves the right to seek admission of any pleadings filed in this case.

Respectfully submitted,

s/ Kevin R. Garden

Kevin R. Garden
THE GARDEN LAW FIRM P.C.
Suite 325
901 North Pitt Street
Alexandria, VA 22314
(703) 535-5565

Counsel for plaintiff
The Sweetwater, A Wilderness
Lodge LLC

August 23, 2005