# In the United States Court of Federal Claims

No. 02-1795 C
(Filed August 24, 2005)

***********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On August 23, 2005, plaintiff's Unopposed Motion for Leave of Court to File Out of Time Plaintiff's Trial Exhibit List was filed. Plaintiff's Trial Exhibit List is attached to the motion for leave.

Accordingly, it is **ORDERED** that plaintiff's motion for leave, filed August 23, 2005, is **GRANTED** and Plaintiff's Trial Exhibit List (attached to the motion) is deemed **FILED** this day.

/s James F. Merow
James F. Merow
Senior Judge