IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1795C<br>(Senior Judge Merow) |

**NOTICE OF FILING LIST OF JOINT TRIAL EXHIBITS AND UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED LIST OF DEFENDANT'S TRIAL EXHIBITS**

In accord with the discussions among the parties and the Court at the September 6, 2005 final pre-trial conference, defendant respectfully files, on behalf of both parties, the attached joint list of trial exhibits. The parties stipulate to the admissibility of the joint exhibits.

Defendant also respectfully requests that the Court grant leave to file the attached amended list of trial exhibits that defendant expects to offer at trial for case-in-chief or rebuttal purposes, other than those to be used exclusively for impeachment. The joint exhibits have been deleted from the list that defendant filed on August 12, 2005. In addition, the exhibit now identified as defendant's exhibit 6, which was inadvertently omitted in defendant's original list, has been added, and typographical errors to the exhibits now identified as exhibits 9 and 10 have been corrected. Defendant's counsel has conferred with plaintiff's counsel, and plaintiff does not oppose the addition and corrections. Defendant continues to reserve its right to use any exhibits listed on plaintiff's list of trial exhibits, and any exhibits necessary for rebuttal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
1100 L St. N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

KENNETH S. CAPPS
Attorney-Advisor
Office of the General Counsel
Rocky Mountain Region
U.S. Department of Agriculture
P.O. Box 25005
Denver, CO 80225-0005

September 8, 2005

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 8th day of September, 2005, a copy of the foregoing "NOTICE OF FILING LIST OF JOINT TRIAL EXHIBITS AND UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED LIST OF DEFENDANT'S TRIAL EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson