IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1795C<br><br>(Judge Merow) |

**JOINT TRIAL EXHIBIT LIST**

| **JX #** | **Date** | **Author** | **Recipient** | **Bates Numbers** | **Subject** | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| **1** | 8/21/95 | | | | USDA, Forest Service Term Special Use Permit, The Sweetwater, A Wilderness Lodge, LLC. (Depo. Exh. 4, Rossman) | X | |
| **2** | undated | Jim Fischer | | SNF-01997-SNF-02002 | "History of Shoshone NF CIP Projects" | X | |
| **3** | 8/10/83 | | | TS 0057 - TS 0071 | USDA, Forest Service Term Special Use Permit, H. David Brannon & Nancy Brannon, dba Brannon's Wilderness Lodge. (Depo. Exh. 15, Mummery) | X | |
| **4** | 10/31/85 | | | TS 0052 TS 0056 | Amendment No. 1 for Special Use Permit, H. David Brannon & Nancy Brannon, dba Brannon's Wilderness Lodge with attachments - Exhibit B, Memorandum of Understanding for Cooperation in Road Maintenance Between Brannon's Wilderness Lodge and USDA Forest Service, SNF, dated October 31, 1985 - Attachment A, CY 1985 Joint Road Maintenance Plan, dated October 31, 1985 (Depo. Exh. 14, Mummery) | X | |

| JX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| **5** | 3/18/92 | Martin Mufich and Richard Miller | | SNF-03665 SNF-03667 | R-2 Capital Investment Project Description Form – proposal to replace Sweetwater bridges | X | |
| **6** | 6/13/95 | Robert W. Rossman | Jennifer Watson | | Email re: meeting with Jeff Mummery and Bill Simpson on Sweetwater deal. (Depo. Exh. 16, Mummery) (with handwritten annotation by Jeff Mummery) | X | |
| **7** | 2/14/97 | James L. Fischer | Jennifer Watson | SNF-04793- SNF-04801 | Handwritten note re: copies of the most recent bridge inspections of the three Sweetwater bridges, attaching Bridge Inspection Summaries. (Depo. Exh. 33, Mummery) | X | |
| **8** | 2/17/96 | | | TS 2034- TS 2045 | Contract for sale between Western Wyoming Properties & Investment Corp. And Atlantis Three | X | |
| **9** | 1/27/97 | | | TS 0150- TS 0156 | Buy Sell Agreement (Specific Performance Contract) for the Sweetwater Lodge, purchased by Raymond W. Sutherland and Judi S. Sutherland. (Depo. Exh. 32, Mummery) | X | |
| **10** | 3/18/92, Rev. 2/97 | Martin Mufich and Richard Miller (rev. Jim Fischer) | | SNF-02010- SNF-02015 | R-2 Capital Investment Project Description Form – proposal to replace Sweetwater bridges | X | |
| **11** | 2/20/97 | Brent Larson, District Ranger, USDA, Forest Service, Shoshone National Forest (SNF) | Ray and Judi Sutherland (cc: Jeff Mummery) | | Letter clarifying issues on the inspection reports on three bridges providing access to Sweetwater Wilderness Lodge (Depo. Exh. 2, Larson) (Forest Service copy of Depo. Exh. 33, Mummery) | X | |

| JX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| **12** | 2/27/97 | Brent Larson, District Ranger | Jeff Mummery | TS 1028 | USDA, Forest Service, SNF letter re: clarifying the Shoshone Forest's position on the bridges across Sweetwater Creek on Forest Development Road Number 423 (letter contains handwritten note re: phone call on 2/27). (Depo. Exh. 35, Mummery) | X | |
| **13** | 3/27/97 | Jim Fischer | | SNF-01261- SNF-01265, SNF-01263C SNF-01264C | Photographs and report of March 27, 1997 bridge inspection of Bridge 423-2.5 | X | |
| **14** | 3/27/97 | Jim Fischer | | SNF-01339- SNF-01341 SNF-01339C SNF-01340C | Photographs and report of March 27, 1997 bridge inspection of Bridge 423-3.0 | X | |
| **15** | 1/15/01 | Russell Taylor, PE Prospector Engineering Services | Roy Holm, Holm, Blough & Company | TS 0963 | Prospector Engineering Services letter re: calculating the allowable load rating for the Sweetwater Bridges, Northfork. (Depo. Exh. 41, Mummery) | X | |
| **16** | 4/2/01 | Jeff Mummery | Brent Larson | SNF-00644- SNF-00645 | Letter regarding concerns and positions on the Sweetwater Road | X | |
| **17** | 4/30/01 | William L. Simpson, Simpson, Kepler & Edwards, LLC | Brent Larson, District Ranger, USDA, Forest Service, SNF | SNF-00651 | Letter re: June 12, 1995 meeting between Jeff Mummery and U.S. Forest Service personnel about Forest Service Road to Sweetwater Lodge (with Wapiti Ranger District stamp, dated May 2, 2001) (Depo. Exh. 6, Rossman) | X | |
| **18** | 5/9/01 | Jeff Mummery | Brent Larson | SNF-00642- SNF-00643 | Letter regarding a meeting with the concerned parties to discuss the road and bridge problems | X | |
| **19** | 6/27/01 | Brent Larson | Jeff Mummery | SNF-00647- SNF-00648 | Letter regarding telephone conversations on June 14 and 15, 2001 | X | |

| **JX #** | **Date** | **Author** | **Recipient** | **Bates Numbers** | **Subject** | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| **20** | 7/12/01 | Jeff Mummery | Brent Larson | SNF-00639-SNF-00641 | Letter responding to June 27, 2001 letter | X | |
| **21** | 12/21/01 | Rebeca R. Aus, Forest Supervisor, USDA, Forest Service, SNF | Jeff Mummery, The Sweetwater, A Wilderness Lodge, LLC | | Notice of Non-Compliance and Opportunity to Cure. (Depo. Exh. 3, Larson) | X | |
| **22** | 1/31/02 | Robert W. Rossman, Park Planner | Rebecca Aus, Forest Supervisor, USDA, Forest Service, SNF | SNF-00620-SNF-00621 | U. S. Department of Interior, National Park Service, Grand Teton National Park letter re: road and bridge repair on the Sweetwater Road. (Depo. Exh. 55, Bree) | X | |
| **23** | 5/28/02 | Jeff Mummery | Rebecca Aus, Forest Supervisor, USDA, Forest Service, SNF | | Claim re: The Sweetwater, A Wilderness Lodge, LLC, submitted to Rebecca Aus, Contracting Officer, USDA, Forest Service, SNF, signed by Jeffrey Mummery, Managing Member, The Sweetwater. (Depo. Exh. 62, Mummery) | X | |