IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SWEETWATER, A WILDERNESS LODGE, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-1795C

(Judge Merow)

**DEFENDANT'S AMENDED TRIAL EXHIBIT LIST**

| DX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 1 | undated | | | SNF-01986 | INFRA database printout for Sweetwater Road | X | |
| 2 | 12/13/72 | Peter Hager, Forest Engineer | District Ranger, Wapiti District, SNF | SNF-04992-SNF-04993 | Memorandum titled "Road Leading to Sweetwater Road" | | X |
| 3 | various | Richard Miller, Supervisory Civil Engineer; Ralph Wheeler, District Ranger | | SNF-05088-SNF-05099 | Correspondence regarding replacement of Sweetwater bridges | | X |
| 4 | 5/12/76 | Ralph G. Wheeler, Wapiti District Ranger, SNF | | SNF-00377-SNF-00407 | Sweetwater Lodge Transfer Environmental Analysis Report | X | |
| 5 | 2/11/80 | Randall R. Hall, Forest Supervisor, SNF | District Ranger, Wapiti | SNF-00359-SNF-00371 | Memorandum and rough draft Environmental Assessment for the Sweetwater Master Plan | X | |
| 6 | 4/7/83 | George Reed | | SNF-01216-SNF-01252 | Final Construction Report, Sweetwater Bridge (over North Fork, FSR 423-0.2) | X | |

| DX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 7 | October 1989 | Barry Davis, Forest Supervisor | | SNF-10097-SNF-10098 | Title 2700 - Land Uses Management, Shoshone Supplement No. 37 | | X |
| 8 | 1992 | | | SNF-03642-SNF-03647 | Management activities regarding Sweetwater bridges | X | |
| 9 | 8/20/92 | T. Gillins P.E. | | SNF-01266-SNF-01270 SNF-01268C SNF-01269C SNF-01270C | Photographs and report of August 20, 1992 bridge inspection of Bridge 423-2.5 | X | |
| 10 | 8/20/92 | T. Gillins P.E. | | SNF-01342-SNF-01347 SNF-01344C SNF-01345C SNF-01346C SNF-01347C | Photographs and report of August 20, 1992 bridge inspection of Bridge 423-3.0 | X | |
| 11 | 6/11/93 | Russell Wenks, Admin./Fire Marshal, Park County Fire Protection District No. 2 | Mr. Brannon | TS 0108 | Letter re: cannot respond to a fire at your property until the bridges are repaired. (Depo. Exh. 13, Mummery) | | X |
| 12 | 6/17/94 | Jack Ward Thomas, Chief Forester, USFS | | | Forest Service Manual ("FSM"), Amendment No. 2300-94-1 to FSM 2340 | X | |
| 13 | various (1995-99) | Jim Fischer | | SNF-10000-SNF-10016 | Pages from desk calendar of Jim Fischer for various dates in 1995, 1996, 1997, 1998, and 1999. (Depo. Exh. 36, Mummery) | X | |
| 14 | May-August 1995 | Jennifer Watson | | SNF 10019-SNF 10024 | Pages from desk calendar for Jennifer Watson for May 1995, June 1995, July 1995, and August 1995. (Depo. Exh. 47, Watson) | | X |
| 15 | 5/10/95 | Jennifer Watson | | SNF-01071 | Page from 1995 desk calendar of Jennifer Watson | X | |

| DX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 16 | May 1995 | Jennifer Watson | | SNF-04955C SNF-10071- SNF-10073 SNF-10075 | Photographs from visit to Brannon's Wilderness Lodge | | X |
| 17 | 5/28/95 | | | SNF-04917 - SNF-04921 | Offer, Acceptance and Receipt (Specific Performance Contract) (Farm and Ranch and Vacant Land) for Brannon's Resort, signed by Jeff Mummery on May 21, 1995. (Depo. Exh. 11, Mummery) | X | |
| 18 | 6/13/95 | Robert Rossman | James L. Fischer, Regional Office 2 | SNF-00705 | Email re: Sweetwater Road (cc: Jennifer Watson, M. Bree, and M. Barker). (Depo. Exh. 53, Bree) | X | |
| 19 | 6/15/95 | | | SNF-04684 - SNF-04695 | USDA Forest Service Special-Use Application and Report for The Sweetwater, A Wilderness Lodge, LLC. (Depo. Exh. 18, Mummery) | X | |
| 20 | 7/11/95 | Robert W. Rush, Budget Office | | SNF-00722- SNF-00727 | Handwritten note re: permit will be different than the operation run by Brannon (enclosing Fee Calculation for Concession Permits, Fee Determination Data). (Depo. Exh. 20, Mummery) | X | |
| 21 | 7/28/95 | | | | Forest Service Handbook ("FSH') 7709.58, Chapter 10 - Maintenance of Forest Development Roads | X | |
| 22 | 8/30/95 | | | SNF-04672 - SNF-04682 | 1995 Resort Operating Plan for The Sweetwater, A Wilderness Lodge, Wapiti Ranger District, Shoshone National Forest. (Depo. Exh. 8, Rossman) | X | |
| 23 | Dec. 1995 | | | | Recording and Coding Guide for the Structure Inventory and Appraisal of the Nations's Bridges, published by the U.S. Department of Transportation, Federal Highway Administration, Office of Engineering, Bridge Division. (Depo. Exh. 43, Fischer) | | X |

| DX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 24 | 12/31/95<br>12/31/96 | | | SNF-00712-<br>SNF-00716 | Financial Statements for The Sweetwater, A Wilderness Lodge, LLC. (Depo. Exh. 23, Mummery) | | X |
| 25 | 4/25/96 | William L. Simpson, Simpson, Kepler & Edwards, LLC | Bob Rossman, U.S. Forest Service | SNF-01137-<br>SNF-01139 | Simpson, Kepler & Edwards, LLC letter re: Memorandum of Agreement to supplement previously issued permit enclosing Memorandum of Agreement and Supplement of Existing Term Special Use Permit. (Depo. Exh. 68, Simpson) | X | |
| 26 | 4/30/96 | Jennifer Watson, Realty Specialist | District Ranger, Wapiti | SNF-00689 | USDA, Forest Service, SNF Memorandum re: documentation of a meeting on April 29, 1996, between Jeff Mummery and Jennifer Watson. (Depo. Exh. 25, Mummery) | X | |
| 27 | 5/2/96 | | | SNF-00688 | Affidavit of Jeffrey C. Mummery. (Depo. Exh. 27, Mummery) | X | |
| 28 | 5/6/96 | | | TS 0930 -<br>TS 0940 | 1996 Resort Operating Plan for The Sweetwater, A Wilderness Lodge, Wapiti Ranger District, Shoshone National Forest. (Depo. Exh. 26, Mummery) | X | |
| 29 | 6/11/96 | James L. Fischer | B. Rossman | SNF-04839 | E-mail re: Sweetwater Bridges. (Depo. Exh. 30, Mummery) | X | |
| 30 | 6/11/96 | Jim Fischer | Bob Rossman, Mick Barrus, Mike Bree, Gene [Bethel] | SNF-04839 | Email re: Sweetwater bridges | X | |
| 31 | various (1996) | Kevin R. Garden, Saltman & Stevens, P.C. | John H. Williamson, U.S. Department of Justice | TS 2000-<br>TS 2045 | Letter and enclosed documents related to Carl Bixby, (Depo. Exh. 60, Jackson) | X | |
| 32 | 10/10/96 | | | SNF-00684-<br>SNF-00685 | Year-End Performance Appraisal, Resort Operations, Shoshone National Forest, for Sweetwater Ranch, Wapiti Ranger District, appraised by Michael G. Bree. (Depo. Exh. 57, Bree) | | X |

| DX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 33 | Undated | | | SNF-05208 | Real Estate Advertisement by Sommers & Voerding (a Real Estate Brokerage) containing an advertisement for Sweetwater Lodge. (Depo. Exh. 28, Mummery) | X | |
| 34 | Undated | | | TS 1046-<br>TS 1050 | Sommers & Voerding Real Estate Brokerage brochure on Sweetwater Ranch, North Fork, Cody, Wyoming. (Depo. Exh. 29, Mummery) | X | |
| 35 | various (1997) | Jennifer Watson | | SNF-10025-<br>SNF-10027 | Pages from desk calendar of Jennifer Watson for May 1997, July 1997, and August 1997 (Depo. Exh. 45, Watson) | X | |
| 36 | 1/27/97 | Jennifer Watson | | SNF-00501 | Handwritten note re: meeting with Judi and Raymond Sutherland to discuss the transfer of the resort permit. (Depo. Exh. 31, Mummery) | X | |
| 37 | 2/4/97 | | | | Forest Service Manual, Washington, Title 2700 - Special Uses Management, Amendment No. 2700-97-1, effective February 4, 1997. (Depo. Exh. 66, Aus) | X | |
| 38 | 2/20/97 | Brent Larson, District Ranger | Ray and Judi Sutherland<br>(cc: Jeff Mummery) | TS 0657 | USDA, Forest Service, SNF letter re: clarifying issues surrounding the inspection reports on the three bridges providing access to the Sweetwater Wilderness Lodge. (Depo. Exh. 33, Mummery) (Sweetwater copy of Depo. Exh. 2, Larson) | X | |
| 39 | 3/1/97 | Judi & Ray Sutherland | Jim Sommers Sommers & Voerding | TS 0646-<br>TS 0650 | Letters regarding proposed transaction to buy lodge from The Sweetwater | | X |
| 40 | 3/28/97 | Jim Fischer | Jennifer Watson, Brent Larson | SNF-04989 | Email re: inspection of Sweetwater bridges | | X |
| 41 | 4/7/97 | Jennifer Watson | | SNF-01063 | Page from 1997 desk calendar of Jennifer Watson | X | |
| 42 | 6/30/97 | Rebecca Aus | | SNF 10018 | Page from desk calendar of Rebecca Aus for Monday, June 30, 1997 re: Sweetwater Road and current bridge inspection. (Depo. Exh. 63, Aus) | X | |

| DX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 43 | 3/20/98 | Brent L. Larson, District Ranger | Jeff Mummery The Sweetwater | SNF-00674 | USDA, Forest Service, SNF letter re: reminder that 1997 income data is due to Forest Service by April 15, 1998. (Depo. Exh. 37, Mummery) | | X |
| 44 | undated | | | SNF-00711 | USDA, Forest Service Fee Determination Data - Commercial Public Service Use for The Sweetwater, A Wilderness Lodge, LLC, dated January 1, 1998 to December 31, 1998. (Depo. Exh. 38, Mummery) | | X |
| 45 | undated | | | SNF-00710 | USDA, Forest Service Fee Determination Data - Commercial Public Service Use for The Sweetwater, A Wilderness Lodge, LLC, dated January 1, 1999 to December 31, 1999. (Depo. Exh. 39, Mummery) | | X |
| 46 | 8/7/00 | Tom Koenig | | SNF-01253-SNF-01260 | Shoshone National Forest Bridge Inspection for Bridge Number 423-2.5, Sweetwater #2, by Tom Koenig. (Depo. Exh. 49, Koenig) | X | |
| 47 | 8/7/00 | Tom Koenig | | SNF-01328-SNF-01330 | Shoshone National Forest Bridge Inspection for Bridge Number 423-3.0, Sweetwater #3, by Tom Koenig. (Depo. Exh. 50, Koenig) | X | |
| 48 | December 2000 | Elizabeth Clair Flood | | | "UXU Ranch," Architectural Digest December 2000 (Depo. Exh. 108, Mangus) (color photocopy) | X | |
| 49 | 6/8/01 | Rebecca Aus, Forest Supervisor | | SNF-10076-SNF-10080 | Road closure orders | | X |
| 50 | 7/12/01 | Jeff Mummery | Brent Larson, District Ranger, SNF, Forest Service | TS 1037-TS 1039 | Letter re: USDA, Forest Service, SNF letter dated June 27, 2001 regarding closure of Forest Service Road 423. (Depo. Exh. 42, Mummery) | X | |
| 51 | August 2001 | Jennifer Watson | | SNF-01012 | Handwritten note re: telephone conversation with Mike Bree in August 2001. (Depo. Exh. 54, Bree) | | X |

| DX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 52 | 4/3/02 | William L. Simpson, Simpson, Kepler & Edwards, LLC | Rebecca R. Aus, Forest Supervisor, Forest Service, SNF | TS 0043 - TS 0045 | Simpson, Kepler & Edwards, LLC letter re: representations and parameters that were made at the meeting on or about June of 1995 at the Forest Services office in Cody, Park County, Wyoming. (Depo. Exh. 67, Simpson) | | X |
| 53 | 4/13/02 | Jennifer Watson | | SNF-01060 | Page from desk calendar of Jennifer Watson for Saturday, April 13, 2002. (Depo. Exh. 59, Barker) | | X |
| 54 | 7/16/02 | Rebecca Aus, Forest Supervisor, SNF | Jeff Mummery | SNF-00810-SNF-00815 | Response to May 1, 2002 Proposed Operating Plan | | X |
| 55 | 7/22/02 | Rebecca Aus | Kevin Garden | | Response to May 30, 2002 "claim" letter | | X |
| 56 | 8/20/02 | Rick D. Cables, Regional Forester | Honorable Michael B. Enzi, U.S. Senator | SNF-00797--SNF-00799 | USDA, Forest Service, Rocky Mountain Region letter re: an overview of the Sweetwater Lodge situation based on Forest Service records (without attachment) (Depo. Exh. 64, Aus) | | X |
| 57 | 8/20/02 | Rick D. Cables, Regional Forester | Honorable Barbara Cubin | SNF-00791--SNF-00793 | USDA, Forest Service, Rocky Mountain Region letter re: an overview of the Sweetwater Lodge situation based on Forest Service records (without attachment) (Depo. Exh. 65, Aus) | | X |
| 58 | 8/8/03 | | | | Plaintiff's Response to Defendant's First Set of Interrogatories and First Request for Production of Documents. (Depo. Exh. 10) | | X |
| 59 | 10/29/03 | Kevin Garden, Saltman & Stevens, P.C. | John Williamson, U.S. Department of Justice | TS 2085 - TS 2160 | Saltman & Stevens, P.C. letter and enclosed General Ledgers for The Sweetwater, A Wilderness Lodge, LLC. (Depo. Exh. 72, Mummery) | | X |
| 60 | 4/29/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates, Appraisal Report on Sweetwater Lodge, Contributory Value of Building and Site Improvements as of March 15, 2005. | X | |

| DX # | Date | Author | Recipient | Bates Numbers | Subject | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 61 | 4/29/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Appraisal Report on Sweetwater Lodge, Contributory Value of Building and Site Improvements as of January 1, 2000. | X | |
| 62 | 5/18/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Appraisal Report on Sweetwater Lodge, market value of the property as of January 1, 2000. | X | |
| 63 | 6/29/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Update of Appraisal Report on Sweetwater Lodge, market value of the property as of January 1, 2000. | X | |
| 64 | 5/18/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Appraisal Report on Sweetwater Lodge, market value of the property as of March 15, 2005. | X | |
| 65 | 6/28/05 | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Update of Appraisal Report on Sweetwater Lodge, market value of the property as of June 27, 2005. | X | |
| 66 | undated | John Frome | | | Expert Report prepared for the Government by John Frome, John Frome & Associates - Sweetwater Lodge - Sales Data Book | X | |
| 67 | 5/11/05 | John Williamson, U.S. Department of Justice | Wayne Baker, Tincup Enterprises | | Request for estimate for Sweetwater bridges and enclosure (Forest Service Handbook [“FSH”] 7709.56b, Chapter 7 - Structural Design) | X | |
| 68 | 5/18/05 | Wayne Baker, Tincup Enterprises | John Frome, John Williamson, U.S. Department of Justice | | Estimate for two Sweetwater bridges (included in addenda to John Frome’s market value reports) | X | |

| **DX #** | **Date** | **Author** | **Recipient** | **Bates Numbers** | **Subject** | Expects to Offer | May Offer |
|---|---|---|---|---|---|---|---|
| 69 | 5/9/05 | Jack Bakken | John Williamson, U.S. Department of Justice | | Expert Report prepared for the Government by John E. Bakken, Business Appraisal Associates, Inc. - Analysis and Estimation of Lost Profits and Out-of-Pocket Expenses for The Sweetwater, A Wilderness Lodge LLC. | X | |
| 70 | 5/23/05 | Jack Bakken | John Williamson, U.S. Department of Justice | | Addendum to Expert Report prepared for the Government by John E. Bakken, Business Appraisal Associates, Inc., dated May 9, 2005 - Analysis and Estimation of Lost Profits and Out-of-Pocket Expenses for The Sweetwater, A Wilderness Lodge LLC. | X | |
| 71 | 5/31/05 | Jack Bakken | John Williamson, U.S. Department of Justice | | Letter from John E. Bakken, Business Appraisal Associates, Inc., enclosing letter of same date regarding expenses of The Sweetwater from 1995 through 2004 and attorney’s fees incurred by The Sweetwater. | X | |