# In the United States Court of Federal Claims

No. 02-1795 C
(Filed Sept. 12, 2005)

************************************
THE SWEETWATER, A WILDERNESS LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

In accord with ¶ 18 of Appendix A to the Rules, counsel have developed a joint exhibit list and have, by Notice of September 8, 2005, filed it with the court and stipulated admissibility of the exhibits. Defendant also submits an unopposed motion to file an amended exhibit list, tendered with its motion, which reflects the deletion of exhibits now listed as "joint," adds an exhibit No. 6 and corrects errors with respect to its exhibits 9 and 10.

Accordingly, it is **ORDERED** that the Joint Exhibit List having been filed, defendant's motion to file its amended exhibit list is **GRANTED** and the tendered list shall be deemed **FILED**.

/s James F. Merow
James F. Merow
Senior Judge