**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1795C |
| | ) | (Judge Merow) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED AMENDED TRIAL EXHIBIT LIST**

Doc.
<u>No.</u> <u>Document Description</u>

*Documents Plaintiff Intends to Offer*

1. Map of Sweetwater Bridges (SNF 3652)

2. Resort Evaluation- Sweetwater Lodge (SNF 00706-708)

3. Environmental Assessment and Finding of No Significant Impact, Decision Notice, Sweetwater Lodge Emergency Access (July 31, 1981)(SNF-00373-00374)

4. Letter to Ron Wilcox from H. David Brannon (March 11, 1986)(SF 128-130)

5. Memo to Regional Forester from Forest Supervisor (May 27, 1992)(SNF 01841-01842)

6. Sweetwater Bridge Inspection Summaries (August 22, 1992)(SNF 01266, 1342)

7. CIP Evaluation Team 1992- Final Priorities (R2-20810-20811)

8. Letter from D. Brannon to Francis Carlson, District Ranger (May 20, 1993)(SNF 47-48)

9. Shoshone NF Capital Investment Program Planning and History, by Project and Fund (1994-2009)(SNF 02048-02050)

10. Calendar pages from James Fischer (1995-1997)(SNF 10000-10016)

11. Letter to Jeff Mummery from Brent Larson (January 16, 1997) (SNF 04792)

12. Handwritten notes by Jennifer Watson re: meeting with Judi and Raymond Sutherland (Jan. 27, 1997)(SNF 501)

13. Letter to J. Watson from Sutherlands (Feb. 5, 1997)(SNF 508)

14. Cover note from Jennifer Watson to Judi Sutherland and Jim Sommers (Feb. 19, 1997)(SNF 436)

15. Agreement between Forest Service, Pinnacle Bank and Sweetwater Lodge (February 22, 1999)(SNF 578-582)

16. Bridge Inspection Summary (March 27, 1997)(SNF 01265)

17. Email from James Fischer to Jennifer Watson (March 28, 1997)(SNF 4989)

18. Sweetwater Valley- Shoshone National Forest- An Ecological Overview (Chuck Neal) (June 1997) (SNF 05198-05205)

19. Letter to Hamilton Bryan from Brent Larson (December 2, 1997)(SNF 05312-5313)

20. Email from Brent Larson to Rebecca Aus (March 24, 1998) (SNF 05316)

21. USDA Forest Service Fee Determination Data-Commercial Public Service Use (1999)(SNF 710)

22. Memorandum to G. Wilson from J. Moe re: Bridges (June 30, 1999)(R2-20113-14)

23. Decision Memo, USDA Forest Service, Blackwater Bridge Replacement (August 27, 1999)

24. Fax Transmission from Dave Brannon to Jim & Anne Nielson (December 10, 1999)(SNF 00667-00668)

25. USDA Forest Service Fee Determination Data-Commercial Public Service Use (2000)(SNF 711)

26. Shoshone National Forest Bridge Inspection (Aug 7, 2000)(SNF 1253-1264)

27. Shoshone National Forest Bridge Inspection (Aug 7, 2000)(SNF 1328-1337)

28. Roads Analysis Report- Supplement Document to the Upper/Middle North Fork Shoshone River Watershed Assessment Report (SNF 02149-02190)

29. Region 2 FY 2001 Final Budget Advice (SNF 04403-04404)

30. Email from Gary Reynolds to Jennifer Watson (April 3, 2001)(SNF 10029)

31. Shoshone National Forest News Release (April 3, 2001) (SNF-00654-00655)

32. Letter to Jeff Mummery from M.E. Allerheiligen, Pinnacle Bank (July 10, 2001)(SNF 646)

33. Email to Jennifer Watson from Mark Sonderby (August 6, 2001)(R2 21438-39)

34. Email to Mark Sonderby from Gary Reynolds (August 16, 2001) (SNF R2-21437)

35. Email to Karin Lancaster from Tom Koenig (October 4, 2001) (SNF 10041-42)

36. Email to Brent L. Larson from Rebecca Aus (January 18, 2002) (SNF 10043)

37. Letter to Rebecca Aus from William Simpson (April 3, 2003)(SNF 1003-5)

38. Daily Record of Events- from day planner of Jennifer Watson (April 12, 2002)(SNF 01060)

39. Handwritten Notes by J. Watson (Aug. 2001) (SNF 1012)

40. Shoshone National Forest High Water Warning sign

41. Sweetwater Lodge – Operating Season (10 page document identifying projected lost profits)

42. Sweetwater Lodge – Operating Expenditures (1995-2004)

43. Sweetwater Lodge Financial Statements and General Ledgers (1995-2004)

44. Limited Summary Appraisal Report for The Sweetwater Lodge (QM Appraisal)(May 19, 2005)

45. Reproduction Cost New Less Physical Depreciation Estimate of the facilities at The Sweetwater, A Wilderness Lodge, Shoshone National Forest (SiteTek Financial Arts)(May 18, 2005)

46. Email from John Williamson to John Bakken (June 16, 2005)(BAKKEN 35005)

47. Email from John Williamson to John Bakken (June 20, 2005)(BAKKEN 35004)

48. Average Profitability per Unit of Guideline Businesses (BAKKEN 35015)

49. [Original] Analysis and Estimation of Lost Profits and Out-of-Pocket Expenses (Business Appraisal Associates, Inc.)(May 9, 2005)(pertaining to Blackwater Lodge)(contains confidential material not covered by Mr. Mummery's admission to the Protective Order)

50. Forest Service Manual 5400, Chapter 5410 (Appraisals)

51. Forest Service Handbook 5409.12, Chapter 60 (Appraisal Contracting)

Respectfully submitted,

/s Kevin R. Garden

Kevin R. Garden
THE GARDEN LAW FIRM P.C.
Suite 325
901 North Pitt Street
Alexandria, VA 22314
(703) 535-5565

Counsel for plaintiff
The Sweetwater, A Wilderness
Lodge LLC

September 13, 2005