# In the United States Court of Federal Claims

No. 02-1795 C

(Filed November 4, 2005)

************************************

THE SWEETWATER, A WILDERNESS LODGE LLC., Plaintiff,

v.

THE UNITED STATES, Defendant.

************************************

**SCHEDULING ORDER**

The trial transcript in this matter having been filed, the parties have proposed the following post-trial briefing schedule which is adopted by the Court. Accordingly, it is hereby **ORDERED:**

1. The parties shall file simultaneous proposed findings of fact and post-trial briefs on or before **December 5, 2005**;

2. Responsive briefs and any objections to the opposing party's proposed findings of fact shall be filed on or before **January 6, 2006.**

No other briefing will be allowed absent further Order. While not currently scheduled, either counsel may, by motion, request oral argument.

Proposed Findings of Fact shall be presented in paragraph or other organized format, with separate record references for each proposed fact. Legal conclusions and arguments may be presented in brief or memorandum format. RCFC 5.2.

/s James F. Merow

James F. Merow

Senior Judge