# In the United States Court of Federal Claims

**02-1795C**

**Filed: November 15, 2005**

**SWEETWATER, A WILDERNESS LODGE, LLC,**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (one volume)**
**Held in Cody, Wyoming**
**September 19, 2005 through September 29, 2005**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.