**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE, L.L.C., Plaintiff, | ) | |
| v. | ) | No. 02-1795C (Judge Merow) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Plaintiff The Sweetwater, A Wilderness Lodge LLC respectfully requests an enlargement of time, to and including December 19, 2005, in which the parties are to file their respective proposed findings of fact and post- trial briefs. The parties' submissions are currently due on December 5, 2005. Defendant's counsel has informed plaintiff that defendant does not oppose this motion.

The requested enlargement is necessary in order to allow for a proper review of the 2,985 page trial transcript and exhibits admitted in the trial held in this matter. In addition, defendant has requested additional time in order to clarify what defendant believes are errors in the trial transcript as well.

For the foregoing reasons, plaintiff respectfully requests that the Court grant its motion for an enlargement of time of an additional fourteen (14) days, to and including December 19, 2005, for the parties to file their respective submissions.

Respectfully submitted,

s/Kevin R. Garden

Kevin R. Garden
THE GARDEN LAW FIRM P.C.
Suite 325
901 North Pitt Street
Alexandria, VA 22314
(703) 535-5565

Dated: December 1, 2005