# In the United States Court of Federal Claims

No. 02-1795 C
(Filed December 1, 2005)

***********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On December 1, 2005, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time, to and including December 19, 2005, in which the parties are to file their respective proposed findings of fact and post-trial briefs.

Accordingly, it is **ORDERED** that plaintiff's unopposed motion, filed December 1, 2005, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge