IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE SWEETWATER, A WILDERNESS LODGE LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 02-1795C
(Senior Judge Merow)

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests an enlargement of time of three days, to and including December 22, 2005, within which to file and serve our post-trial brief and proposed findings of fact. The parties' post-trial briefs and proposed findings of fact are currently due on December 19, 2005. This is our first request for an enlargement of time to file and serve our post-trial brief and proposed findings of fact. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The requested enlargement is necessary to permit us to complete our post-trial submissions and our review of the nearly 3,000 page trial transcript, a task that has been made much more time-consuming because of the many mistranscriptions. Defendant's counsel has been compelled to obtain multiple tapes from the court reporter, including backup tapes when the original tape had not recorded the passages that contained mistranscriptions. A portion of plaintiff's re-direct examination of one witness, Brent Larson (1347:15-1348:3), is erroneously shown in a second place (1285:5-17) within defendant's cross-examination of Mr. Larson, a portion of which was not transcribed from the tapes of the trial. Defendant's counsel is preparing a motion to correct portions of the transcript upon

which we intend to rely, which we expect to file next week.

In addition, defendant's counsel has been engaged in, among other matters, preparing: post-trial conclusions of law and findings of fact in another case, International Data Products Corp. v. United States, No. 01-459 (Judge George W. Miller), which were filed December 12, 2005; a response on behalf of the Department of the Navy that the United States Court of Appeals for the Federal Circuit directed the Navy to file by December 16, 2005 in Coakley v. Merit Sys. Prot. Bd., No. 04-3404; and a response to the plaintiffs' motion to conduct an inspection and preserve evidence in Adair v. United States, No. 05-392, due December 19, 2005.

The additional time will permit the undersigned trial attorney to complete his consultations with agency counsel and supervisory lawyers at the Department of Justice, and prepare a thorough brief that will be of greatest assistance to the Court.

For the foregoing reasons, we respectfully request that the Court grant our motion for an enlargement of time of three days, to and including December 22, 2005, to file our post-trial brief and proposed findings of fact.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker by Patricia M. McCarthy

KATHRYN A. BLEECKER
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
1100 L St. N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

December 15, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 15th day of December, 2005, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson