# In the United States Court of Federal Claims

No. 02-1795 C
(Filed December 16, 2005)

***********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On December 15, 2005, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests an enlargement of time to and including December 22, 2005, within which to file and serve their post-trial brief and proposed findings of fact.

Accordingly, it is **ORDERED** that defendant's motion, filed December 15, 2005, is **GRANTED**. Parties shall now file simultaneous proposed findings of fact and post-trial briefs on or before **December 22, 2005**;

/s James F. Merow
James F. Merow
Senior Judge