**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1795C |
| | ) | (Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF PAGES**

Plaintiff The Sweetwater, A Wilderness Lodge LLC respectfully requests an enlargement of the number of pages allowed in its post trial brief and proposed findings of fact. Pursuant to RCFC 5(b)(1), initial briefs or memorandum shall not exceed 40 pages. To the extent that this page limit applies to post trial briefs and proposed findings of fact, plaintiff respectfully requests an enlargement to 61 pages for its post trial brief as well as the proposed findings of fact. Defendant's counsel has informed plaintiff that defendant does not oppose this motion.

The requested enlargement is necessary in order to allow for a proper presentation of the facts set forth in the trial exhibits and the testimony included in the 2,985 page trial transcript of the eight day hearing held in this matter.

For the foregoing reasons, plaintiff respectfully requests that the Court grant its motion for an enlargement of pages to 61 for each of its post trial submissions.

Respectfully submitted,

s/Kevin R. Garden

Kevin R. Garden
THE GARDEN LAW FIRM P.C.
Suite 325
901 North Pitt Street
Alexandria, VA 22314
(703) 535-5565

Dated: December 22, 2005