# In the United States Court of Federal Claims

No. 02-1795 C
(Filed December 22, 2005)

***********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On December 22, 2005, Plaintiff's Unopposed Motion for an Enlargement of Pages was filed. Plaintiff requests an enlargement to sixty-one pages for its post trial brief as well as the proposed findings of fact.

Accordingly, it is **ORDERED** the plaintiff's motion, filed December 22, 2005, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge