IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1795C (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED OUT-OF-TIME MOTIONS FOR ENLARGEMENT OF TIME AND LEAVE TO FILE OVERLENGTH BRIEF**

Defendant, the United States, respectfully requests an out-of-time enlargement of one day, to and including December 23, 2005, within which to file and serve our post-trial brief and proposed findings of fact. The parties' post-trial briefs and proposed findings of fact were due on December 22, 2005. Plaintiff's counsel has stated that plaintiff does not oppose this request.

The requested enlargement is necessary because defendant's counsel encountered difficulties electronically printing the brief yesterday evening.

Defendant also respectfully requests leave to file a 67-page post-trial brief, in the event that the 40-page limit for briefs in Rule 5.2(b)(1) of the Rules of the Court of Federal Claims applies to post-trial briefs. Addressing the many legal and factual issues presented by plaintiff's different legal theories and the nearly 3,000 page trial transcript required a brief that exceeded 40 pages, but that we hope will be of greatest assistance to the Court in deciding the case.

For the foregoing reasons, we respectfully request that the Court grant our motion for

an enlargement of time of one day, to and including December 23, 2005, to file our post-trial brief and proposed findings of fact, and also our motion for leave to file a 67-page post-trial brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker by Bryant M. Snee

KATHRYN A. BLEECKER
Assistant Director

s/ John H. Williamson

JOHN H. WILLIAMSON
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
1100 L St. N.W., 8th floor
Washington, D.C. 20530
Tel: (202) 307-0277
Fax: (202) 307-0972

December 23, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 23th day of December, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED OUT-OF-TIME MOTION FOR ENLARGEMENT OF TIME AND LEAVE TO FILE OVERLENGTH BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John H. Williamson