# In the United States Court of Federal Claims

No. 02-1795 C
(Filed December 23, 2005)

***********************************
THE SWEETWATER, A WILDERNESS LODGE LLC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
***********************************

**ORDER**

On December 23, 2005, Defendant's Unopposed Out-of-Time Motions for Enlargement of Time and Leave to File Overlength Brief were filed. Defendant encountered difficulties with electronic filing of its brief on December 22, 2005, the due date, and requests an enlargement of time to and including December 23, 2005, within which to file and serve its post trial brief and proposed findings of fact, which are attached to the motion. Defendant also seeks leave to file its 47-page post trial brief.

Accordingly, it is **ORDERED** that defendant's motion, filed December 23, 2005, is **GRANTED**. Defendant's post trial brief and proposed findings of fact and conclusions of law, attached to the December 22, 2005 motion are considered filed.

s/ James F. Merow
James F. Merow
Senior Judge