# In the United States Court of Federal Claims

No. 02-1795 C
(Filed January 6, 2006)

***********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On January 6, 2006, Plaintiff's Unopposed Motion for an Enlargement of Time was filed. Plaintiff requests an enlargement of time, to and including January 27, 2006, in which the parties are to file their respective replies to each other's proposed findings of fact and post-trial briefs.

Accordingly, it is **ORDERED** that plaintiff's motion, filed January 6, 2006, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge