# In the United States Court of Federal Claims

No. 02-1795 C
(Filed January 25, 2006)

| | |
|---|---|
| ************************************ | |
| THE SWEETWATER, A WILDERNESS LODGE LLC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ************************************ | |

## ORDER

On January 25, 2006, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests an enlargement of time to and including January 30, 2006, within which parties are to file their respective responses to each other's post-trial brief and proposed findings of fact.

Accordingly, it is **ORDERED** that defendant's motion, filed January 25, 2006, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge