# In the United States Court of Federal Claims

No. 02-1795 C
(Filed January 27, 2006)

***********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On January 27, 2006, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests an enlargement of time to and including February 1, 2006, within which parties are to file their respective responses to each other's post-trial brief and proposed findings of fact.

Accordingly, it is **ORDERED** that defendant's motion, filed February 1, 2006, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge