United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

September 1, 2006

Kevin Richard Garden, Esq.

The Garden Law Firm, P.C.

901 North Pitt St., Suite 325

Alexandria, VA 22314

In re: The Sweetwater, A Wilderness Lodge LLC v. United States,

No. 02-1795C

Dear Mr. Garden:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated August 30, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Gregg M. Schwind, Esq.