12/31/01

# The Sweetwater-A Wilderness Lodge LLC
## Transaction Listing

SWEETWATER
Page 1
09/18/03 11:28 AM

| Date | Reference | T | Account | Description | Amount | Reference Total |
|---|---|---|---|---|---|---|
| 12/31/01 | 1 | | 105 | CHECKS WRITTEN | (28,051.89) | |
| 12/31/01 | 1 | | 284 | CHECKS WRITTEN | (5,159.58) | (33,211.47) |
| 12/31/01 | 2 | | 105 | DEPOSITS | 28,210.00 | |
| 12/31/01 | 2 | | 284 | DEPOSITS | (13,750.00) | |
| 12/31/01 | 2 | | 363 | DEPOSITS | (14,250.00) | |
| 12/31/01 | 2 | | 716 | DEPOSITS | (210.00) | |
| 12/31/01 | 3 | | 105 | BANK SERVICE CHARGES | (120.00) | |
| 12/31/01 | 3 | | 625 | * BANK SERVICE CHARGES | 120.00 | 75% = $90 |
| 12/31/01 | 4 | | 221 | DEPRECIATION | (5,206.00) | |
| 12/31/01 | 4 | | 231 | DEPRECIATION | (446.00) | |
| 12/31/01 | 4 | | 236 | DEPRECIATION | (5,747.00) | |
| 12/31/01 | 4 | | 251 | DEPRECIATION | (575.00) | |
| 12/31/01 | 4 | | 645 | * DEPRECIATION | 11,974.00 | 75% = $8,980.50 |
| 12/31/01 | 5 | | 290 | AMORTIZATION | (1,833.00) | |
| 12/31/01 | 5 | | 615 | * AMORTIZATION | 1,833.00 | 75% = $1,652.25 |
| 12/31/01 | 6 | | 292 | LOAN FEES | (370.00) | |
| 12/31/01 | 6 | | 615 | * LOAN FEES | 370.00 | |
| 12/31/01 | 7 | | 284 | RECLASSIFY | 17,960.76 | |
| 12/31/01 | 7 | | 363 | RECLASSIFY | (17,960.76) | |
| 12/31/01 | 8 | | 362 | To adjust loan | 4.15 | |
| 12/31/01 | 8 | | 700 | To adjust loan | (4.15) | |
| 12/31/01 | 9 | | 339 | To adj current portion | (822.96) | |
| 12/31/01 | 9 | | 369 | To adj current portion | 822.96 | |
| 12/31/01 | 10 | | 284 | Management fee | (6,000.00) | |
| 12/31/01 | 10 | | 719 | * Management fee | 6,000.00 | 75% = $4500 |
| 12/31/01 | 11 | | 284 | Reclassify | 1,117.89 | |
| 12/31/01 | 11 | | 364 | Reclassify | (1,117.89) | |
| 12/31/01 | 12 | | 315 | To adj accrued interest | 34.26 | |
| 12/31/01 | 12 | | 700 | To adj accrued interest | (34.26) | |
| 01/08/01 | 1725 | | 820 | PPL | 324.39 | 324.39 |
| 01/08/01 | 1726 | | 820 | KEELE SANITATION | 416.00 | 416.00 |
| 01/08/01 | 1727 | | 735 | STROUPE PEST | 35.00 | 35.00 |
| 01/08/01 | 1728 | | 820 | PEGASUS | 90.49 | 90.49 |
| 01/08/01 | 1729 | | 800 | QWEST | 363.65 | 363.65 |
| 01/08/01 | 1730 | | 800 | CELL ONE | 134.97 | 134.97 |
| 01/08/01 | 1731 | | 284 | JCM | 1,500.00 | 1,500.00 |
| 01/18/01 | 1732 | | 362 | PINNACLE BANK | 355.42 | |
| 01/18/01 | 1732 | | 700 | PINNACLE BANK | 727.88 | 1,083.30 |
| 02/08/01 | 1733 | | 800 | CELL ONE | 134.76 | 134.76 |
| 02/08/01 | 1734 | | 820 | PPL | 316.83 | 316.83 |
| 02/27/01 | 1735 | | 690 | SAFECO INSURANCE | 524.30 | 524.30 |
| 02/08/01 | 1736 | | 800 | QWEST | 380.09 | 380.09 |
| 02/08/01 | 1737 | | 820 | DIRECT TV | 179.18 | 179.18 |
| 02/08/01 | 1738 | | 760 | RAYES PLUMBING | 63.47 | 63.47 |
| 02/18/01 | 1739 | | 362 | PINNACLE BANK | 357.94 | |
| 02/18/01 | 1739 | | 700 | PINNACLE BANK | 725.36 | 1,083.30 |
| 02/18/01 | 1740 | | 820 | AVISTA COMM | 119.70 | 119.70 |
| 03/19/01 | 1741 | | 362 | PINNACLE BANK | 360.47 | |
| 03/19/01 | 1741 | | 700 | PINNACLE BANK | 722.83 | 1,083.30 |
| 03/19/01 | 1742 | | 820 | PEGASUS | 52.74 | 52.74 |

PX 43

TS 2158

Att. A