# *Sweetwater Lodge*

## Operating Expenditures*

## 1995 - 2004

*Does not include 2005 estimate, nor interest on Old Johansson loans of $350K or Mummery loan of $60K

### Expenses to be Included in Damage Claim Against United States Forest Service (Department of Agriculture): 1995 - 2004

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | TOTALS All Years | Depleted From Expense Acct. | NET TOTAL EXPENSED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounting & Legal | $791 | $850 | $2,113 | $380 | $1,751 | $1,665 | $3,330 | $58,046 | $25,669 | $149,947 | $244,541 | ($164,884) | $79,657 |
| Advertising | $0 | $0 | $0 | $0 | $0 | $108 | $145 | $162 | $0 | $65 | $480 | $0 | $480 |
| Amortization | $1,333 | $2,286 | $2,286 | $2,286 | $2,286 | $2,390 | $2,203 | $1,833 | $1,833 | $1,833 | $20,569 | $0 | $20,569 |
| Bank Charges | $29 | $137 | $66 | $137 | $125 | $117 | $120 | $300 | $121 | $144 | $1,295 | $0 | $1,295 |
| Business Promotion | $0 | $801 | $564 | $0 | $0 | $367 | $0 | $488 | $309 | $185 | $2,714 | ($488) | $2,226 |
| Contract Labor | $0 | $0 | $0 | $0 | $0 | $3,560 | $0 | $0 | $0 | $0 | $3,560 | $0 | $3,560 |
| Depreciation | $8,461 | $26,309 | $23,226 | $16,874 | $13,769 | $13,885 | $11,974 | $8,871 | $6,084 | $5,734 | $135,187 | $0 | $135,187 |
| Ddonations | $0 | $0 | $30 | $0 | $50 | $0 | $0 | $0 | $0 | $0 | $80 | $0 | $80 |
| Dues & Subscriptions | $188 | $415 | $600 | $0 | $241 | $185 | $370 | $0 | $0 | $185 | $2,184 | $0 | $2,184 |
| Fees | $0 | $0 | $0 | $0 | $0 | $1,400 | $1,700 | $1,930 | $0 | $0 | $5,030 | $0 | $5,030 |
| Gas, Oil & Tires | $65 | $35 | $0 | $88 | $0 | $0 | $0 | $0 | $0 | $0 | $188 | $0 | $188 |
| Insurance | $2,651 | $4,862 | $3,439 | $4,149 | $3,656 | $4,555 | $2,186 | $2,274 | $1,572 | $704 | $30,047 | $0 | $30,047 |
| Interest Expense | $8,316 | $15,376 | $12,949 | $10,098 | $10,441 | $7,823 | $8,526 | $7,192 | $5,633 | $5,414 | $91,768 | $0 | $91,768 |
| Legal | $0 | $1,280 | $0 | $0 | $1,588 | $0 | $0 | $0 | $0 | $0 | $2,867 | $0 | $2,867 |
| Liquor | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Miscellaneous | $0 | $0 | $0 | $0 | $0 | ($78) | ($17) | $0 | $0 | $0 | ($95) | $0 | ($95) |
| Management Fee | $0 | $14,000 | $0 | $0 | $13,850 | $0 | $6,000 | $6,000 | $6,000 | $6,000 | $51,850 | $0 | $51,850 |
| Office Expense | $108 | $131 | $0 | $49 | $21 | $44 | $190 | $0 | $0 | $0 | $542 | $0 | $542 |
| Outside Services | $258 | $0 | $0 | $0 | $0 | $0 | $0 | $1,252 | $0 | $0 | $1,510 | $0 | $1,510 |
| Pest Control | $0 | $520 | $700 | $620 | $485 | $590 | $370 | $371 | $0 | $0 | $3,656 | $0 | $3,656 |
| Postage | $0 | $24 | $0 | $36 | $0 | $0 | $0 | $136 | $284 | $493 | $973 | $0 | $973 |
| Rent | $0 | $0 | $36 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $36 | $0 | $36 |
| Repairs & Maintenance | $10,194 | $8,313 | $3,475 | $15,767 | $3,119 | $17,149 | $63 | $1,045 | $0 | $0 | $59,125 | $0 | $59,125 |
| Supplies | $1,063 | $5,076 | $30 | $197 | $629 | $3,585 | $510 | $0 | $0 | $0 | $11,090 | $0 | $11,090 |
| Taxes & Licenses | $2,798 | $4,414 | $3,464 | $3,648 | $5,298 | $6,647 | $2,866 | $7,726 | $8,462 | $11,298 | $56,622 | ($13,500) | $43,122 |
| Telephone | $1,021 | $3,148 | $2,281 | $3,256 | $3,107 | $1,032 | $2,591 | $487 | $859 | $1,095 | $18,877 | $0 | $18,877 |
| Travel & Entertainment | $0 | $1,114 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,114 | $0 | $1,114 |
| Utilities | $673 | $2,851 | $2,801 | $3,131 | $3,324 | $2,875 | $2,198 | $675 | $328 | $170 | $19,025 | $0 | $19,025 |
| Vehicle Expense | $0 | $2,556 | $634 | $1,819 | $0 | $672 | $0 | $0 | $0 | $0 | $5,682 | $0 | $5,682 |
| | $37,949 | $94,496 | $58,694 | $62,535 | $63,740 | $68,570 | $45,325 | $98,788 | $57,154 | $183,267 | $770,518 | ($178,872) | $591,646 |
| (Income) | $0 | ($71,520) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($71,520) | $0 | ($71,520) |
| TOTAL COSTS PER YEAR | $37,949 | $22,976 | $58,694 | $62,535 | $63,740 | $68,570 | $45,325 | $98,788 | $57,154 | $183,267 | $698,998 | ($178,872) | $520,126 |

*

Att. C

DX 42