# In the United States Court of Federal Claims

No. 02-1795 C
(Filed September 11, 2006)

************************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

ORDER

Pursuant to RCFC 59(b), a response to plaintiff's motion for reconsideration, filed September 11, 2006, is requested and it is **ORDERED** that any response shall be filed on or before September 25, 2006.

/s James F. Merow
James F. Merow
Senior Judge