| Date | Reference T | Description | Beginning Balance | Current Amount | YTD Balance |
|---|---|---|---|---|---|
| | 364 Note payable - Mummery (cont.) | | | | |
| 12/31/02 | 10 | JCM | | 26,305.47 | |
| 12/31/02 | 11 | EXPENSES PAID BY JCM | | (1,250.77) | |
| | | | | (11,273.19) | (12,391.08) |
| | 369 Less current portion - LTD | | 5,258.12 | | |
| 12/31/02 | 12 | ADJ CURRENT PORTION | | 310.90 | |
| | | | | 310.90 | 5,569.02 |
| | 371 Members' equity | | 43,893.94 | | |
| 12/31/02 | 2 | ANGLO | | (24,925.00) | |
| 12/31/02 | 10 | ANGLO | | 25,000.00 | |
| | | | | 75.00 | 43,968.94 |
| | 485 Other income | | 0.00 | | |
| 12/31/02 | 2 | LIQUOR | | (2,339.06) | |
| | | | * | (2,339.06) | (2,339.06) |
| | 605 Accounting & Legal | | 0.00 | | |
| 12/31/02 | 3 | SALTMAN | | 23,780.00 | |
| 12/31/02 | 3 | SALTMAN | | 5,020.00 | |
| 12/31/02 | 3 | SALTMAN | | 13,578.33 | |
| 12/31/02 | 11 | EXPENSES PAID BY JCM | | 225.84 | |
| 12/31/02 | 11 | EXPENSES PAID BY JCM | | 511.75 | |
| 1/02 | 1804 | SALTMAN | | 3,000.00 | |
| 01/18/02 | 1811 | FRANBY ESQ | | 892.92 | |
| 04/10/02 | 1816 | SIMPSON BERG | | 1,500.00 | |
| 07/01/02 | 1832 | DAN FRANK ESQ | | 1,000.00 | |
| 09/24/02 | 1851 | CYNTHIA RANKIN | | 175.00 | |
| 09/24/02 | 1855 | SALTMAN | | 706.80 | |
| 11/05/02 | 1860 | CYNTHIA RANKIN | | 100.00 | |
| 12/16/02 | 1865 | CYNTHIA RANKIN | | 100.00 | |
| 12/24/02 | 1868 | SALTMAN | | 7,455.45 | |
| | | | | 58,046.09 | 58,046.09 |
| | 606 Advertising | | 0.00 | | |
| 05/03/02 | 1826 | CODY ENTERPRISE | | 161.50 | |
| | | | | 161.50 | 161.50 |
| | 615 Amortization | | 0.00 | | |
| 12/31/02 | 7 | AMORTIZATION | | 1,833.00 | |
| 12/31/02 | 8 | LOAN FEES | | 62.00 | |
| | | | | 1,895.00 | 1,895.00 |
| | 625 Bank charges | | 0.00 | | |
| 12/31/02 | 3 | LOAN FEE | | 125.00 | |
| 12/31/02 | 4 | BSC | | 140.00 | |
| 12/31/02 | 9 | PINNACLE BANK | | 35.00 | |
| | | | | 300.00 | 300.00 |
| | 630 Business promotion | | 0.00 | | |

| Date | Reference T | Description | Beginning Balance | Current Amount | YTD Balance |
|---|---|---|---|---|---|
| | 630 Business promotion (cont.) | | | | |
| 04/27/02 | 1818 | CODY STAMPEDE | | 488.00 | |
| | | | | 488.00 | 488.00 |
| | 645 Depreciation | | 0.00 | | |
| 12/31/02 | 6 | DEPRECIATION | | 8,871.00 | |
| | | | | 8,871.00 | 8,871.00 |
| | 665 Fees | | 0.00 | | |
| 12/31/02 | 5 | MANAGEMENT FEE | | 1,930.00 | |
| | | | | 1,930.00 | 1,930.00 |
| | 690 Insurance | | 0.00 | | |
| 12/31/02 | 11 | EXPENSES PAID BY JCM | | 176.69 | |
| 01/18/02 | 1807 | PREMIUM INS | | 176.69 | |
| 02/04/02 | 1815 | PREMUIM FINANCE | | 176.69 | |
| 07/01/02 | 1836 | MEEKER INS | | 549.75 | |
| 07/18/02 | 1838 | PREMIUM FINANCING | | 199.05 | |
| 08/12/02 | 1842 | PREMIUM FINANCE | | 199.05 | |
| 09/17/02 | 1849 | PREMIUM FINANCE | | 199.05 | |
| 09/24/02 | 1856 | PREMIUM FINANCE | | 199.05 | |
| 11/05/02 | 1861 | PREMIUM FINANCE | | 398.10 | |
| | | | | 2,274.12 | 2,274.12 |
| | 700 Interest | | 0.00 | | |
| 12/31/02 | 9 | PINNACLE BANK | | 7,158.38 | |
| 12/31/02 | 13 | ADJ ACC INT | | 33.96 | |
| | | | | 7,192.34 | 7,192.34 |
| | 714 Liquor | | 0.00 | | |
| 08/06/02 | 1839 | WY LIQUOR | | 828.86 | |
| 08/06/02 | 1840 | WY LIQUOR DIV | | 1,510.20 | |
| | | | * | 2,339.06 | 2,339.06 |
| | 719 Management fee | | 0.00 | | |
| 12/31/02 | 5 | MANAGEMENT FEE | | 6,000.00 | |
| | | | | 6,000.00 | 6,000.00 |
| | 727 Outside services | | 0.00 | | |
| 09/10/02 | 1847 | HOLM BLOUGH | | 1,252.21 | |
| | | | | 1,252.21 | 1,252.21 |
| | 735 Pest Control | | 0.00 | | |
| 02/04/02 | 1813 | STROUPE | | 35.00 | |
| 04/27/02 | 1817 | STROUPE PEST | | 70.00 | |
| 07/01/02 | 1833 | STROUPE PEST | | 114.00 | |
| 09/17/02 | 1848 | STROUPE PEST | | 76.00 | |
| 10/02/02 | 1857 | STROUPE | | 38.00 | |
| 5/02 | 1862 | STROUPE | | 38.00 | |
| | | | | 371.00 | 371.00 |

Att. B