| ate | Reference T | Description | Beginning Balance | Current Amount | YTD Balance |
|---|---|---|---|---|---|
| | 364 Note payable - Mummery (cont.) | | | | |
| 12/31/04 | 2 | JCM DEPOSITS | | (19,114.52) | |
| 12/31/04 | 3 | TRANSFER TO JCM | | 2,260.85 | |
| 12/31/04 | 5 | BILLS PAID BY JCM | | (1,669.85) | |
| 12/31/04 | 6 | 2004 MNG FEE | | (6,000.00) | |
| | | | | (24,523.52) | (48,520.31) |
| | 369 Less current portion - LTD | | 6,876.32 | | |
| 12/31/04 | 12 | CURRENT PORTION ADJ | | (561.27) | |
| | | | | (561.27) | 6,315.05 |
| | 371 Members' equity | | 199,973.44 | | |
| | | | | 0.00 | 199,973.44 |
| | 605 Accounting & Legal | | 0.00 | | |
| 12/31/04 | 5 | BILLS PAID BY JCM | | 300.00 | |
| 12/31/04 | 7 | SIMPSON 2004 | | 3,207.00 | |
| 12/31/04 | 7 | SALTMAN & STEVENS 2004 | | 78,531.97 | |
| 03/15/04 | 1926 | CYNTHIA RANKIN | | 500.00 | |
| 07/02/04 | 1940 | * JAVERNICH & STENSTROM | | 4,512.30 | |
| 07/02/04 | 1941 | * BIG SKY REPORTING | | 9,000.00 | |
| 07/02/04 | 1942 | SALTMAN & STEVENS | | 51,130.63 | |
| 07/06/04 | 1945 | BILL SIMPSON | | 1,361.00 | |
| 07/06/04 | 1946 | CYNTHIA RANKIN, CPA | | 490.00 | |
| 16/04 | 1951 | * JAVERNICH & STENSTROM | | 318.80 | |
| 26/04 | 1962 | BILL SIMPSON ESQ | | 595.00 | |
| | | | | 149,946.70 | 149,946.70 |
| | 606 Advertising | | 0.00 | | |
| 12/31/04 | 5 | BILLS PAID BY JCM | | 65.00 | |
| | | | | 65.00 | 65.00 |
| | 615 Amortization | | 0.00 | | |
| 12/31/04 | 10 | AMORTIZATION | | 1,833.00 | |
| | | | | 1,833.00 | 1,833.00 |
| | 625 Bank charges | | 0.00 | | |
| 12/31/04 | 4 | BSC | | 144.00 | |
| | | | | 144.00 | 144.00 |
| | 630 Business promotion | | 0.00 | | |
| 07/06/04 | 1944 | CODY CHAMBER OF COMMERCE | | 185.00 | |
| | | | | 185.00 | 185.00 |
| | 645 Depreciation | | 0.00 | | |
| 12/31/04 | 9 | DEPRECIATION | | 5,734.00 | |
| | | | | 5,734.00 | 5,734.00 |
| | 660 Dues & subscriptions | | 0.00 | | |
| 12/31/04 | 7 | CHAMBER DUES 2004 | | 185.00 | |

Att. D

200013