# In the United States Court of Federal Claims

No. 02-1795 C
(Filed September 12, 2006)

***********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On September 12, 2006, Plaintiff's Motion for Leave to File a Corrected Version of Plaintiff's Motion for Reconsideration was filed.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's motion, filed September 12, 2006, is **GRANTED**;

(2) Plaintiff shall now file a corrected motion for reconsideration; and

(3) As provided in the order of September 11, 2006, defendant is requested to respond to this corrected filing.

/s James F. Merow
James F. Merow
Senior Judge