IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1795C (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 10 days, to and including October 5, 2006, within which to file its response to plaintiff's motion for reconsideration. Defendant's response is currently due to be filed on or before September 25, 2006. This is defendant's first request for an enlargement of time. Counsel for plaintiff has represented that plaintiff does not oppose this request.

Additional time is necessary to adequately respond to the points raised in plaintiff's motion for reconsideration. Following the departure of the attorney originally assigned to represent the United States in this litigation, the case (following a trial and pending a decision by the Court) was transferred to the undersigned counsel. Counsel needs additional time to review the voluminous case record, read the trial transcript and briefing that led to the Court's decision, and confer with agency counsel. Agency counsel was on vacation the week of September 11, 2006. Moreover, the undersigned will be out of the office from September 18 through September 22 to take depositions in an unrelated case in California and Colorado.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

OF COUNSEL:

KENNETH S. CAPPS
Office of General Counsel
U.S. Department of Agriculture
740 Simms Street, Room 309
Golden, CO 80401-4720

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

September 20, 2006