# In the United States Court of Federal Claims

No. 02-1795 C
(Filed September 20, 2006)

**********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
**********************************

ORDER

On September 20, 2006, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including October 5, 2006, to file its response to plaintiff's motion for reconsideration.

Accordingly, it is **ORDERED** that defendant's motion, filed September 20, 2006, is **GRANTED**.

/s James F. Merow
James F. Merow
Senior Judge