**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 02-1795C |
| | ) | (Judge Merow) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF JEFFREY C. MUMMERY**

I, Jeffrey C. Mummery, declare as follows:

1. Unless otherwise stated, I have personal knowledge of the following facts which I believe to be true to the best of my present knowledge and understanding.

2. At all times relevant to the issues in this dispute, I have been the Manager of plaintiff The Sweetwater, A Wilderness Lodge LLC and have acted as its representative.

3. The Sweetwater is a limited liability company the net worth of which did not exceed $7 million and which did not employ more than 500 employees at the time this action was filed.

4. I have reviewed Exhibits B-W attached to The Sweetwater's application for attorneys fees under the Equal Access to Justice Act and all statements set forth therein



Exhibit A

are accurate to the best of my knowledge. All fees and expenses set forth in The Sweetwater's counsel's bills and itemizations of time at Exhibits B, D, E, F, G, I, J and K have been incurred in this matter.

5. With the exception of Mr. Housel, the rates of the attorneys who worked on behalf of The Sweetwater in this matter were in excess of $152.38/hour.

6. In addition, set forth in Exhibit D attached to The Sweetwater's application is an itemized list of all additional costs incurred by The Sweetwater in this proceeding and paid directly by The Sweetwater. The documents supporting these costs are set forth at Exhibits L-W. These include costs paid by The Sweetwater to court reporters for deposition transcripts as well as travel costs associated with those depositions, the summary judgment hearing and the trial itself.

I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey C. Mummery

Executed on September 21, 2006