## Incurred attorneys' fees

| Exhibit | | Hours | | Value capped at EAJA rate of $152.38 | |
|---|---|---|---|---|---|
| | ***2002*** | | | | |
| E | Saltman & Stevens, P.C | 289.5 | $ | 44,114.01 | |
| | ***2003*** | | | | |
| F | Saltman & Stevens, P.C. | 445.05 | $ | 67,816.72 | |
| | ***2004*** | | | | |
| G | Saltman & Stevens, P.C. | 168.05 | $ | 25,607.46 | |
| | ***2005*** | | | | |
| I | The Garden Law Firm, P.C. | 662.9 | $ | 101,012.70 | |
| J | Law Office of John O. Housel | 7.9 | $ | 808.50 | * |
| | ***2006*** | | | | |
| K | The Garden Law Firm P.C. (thru 9/8/2006) | 87.3 | $ | 13,302.77 | |
| | | 1660.7 | $ | 252,662.16 | |

*The actual hourly rate of Mr. Housel was $102.34, which is below the EAJA cap.

## Calculation of adjusted EAJA rate to account for COLA increases

Baseline CPI-U March 1986- **155.7** (*Chapman Law Firm*, 65 Fed. Cl. at 425)

| | | |
|---|---|---|
| CPI-U 2002- | 179.9 | *See attached* |
| CPI-U 2003- | 184 | *See attached* |
| CPI-U 2004- | 188.9 | *See attached* |
| CPI-U 2005- | 195.3 | *See attached* |
| CPI-U first half 2006- | 200.6 | *See attached* |

The average of these CPI-U indices is **189.74**

Dividing this average by the baseline (189.74/155.7) produces an adjustment factor of **1.219**

Multiplying this adjustment factor by the EAJA base rate of $125 (1.219 x $ 125) produces an adjusted EAJA rate of $ **152.38**

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2001 | Annual average 2002 | Percent change from 2001 to 2002 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 177.1 | 179.9 | 1.6 |
| All items (1967=100) | 530.4 | 538.8 | - |
| Food and beverages | 173.6 | 176.8 | 1.8 |
| Food | 173.1 | 176.2 | 1.8 |
| Food at home | 173.4 | 175.6 | 1.3 |
| Cereals and bakery products | 193.8 | 198.0 | 2.2 |
| Meats, poultry, fish, and eggs | 161.3 | 162.1 | .5 |
| Dairy and related products | 167.1 | 168.1 | .6 |
| Fruits and vegetables | 212.2 | 220.9 | 4.1 |
| Nonalcoholic beverages and beverage materials | 139.2 | 139.2 | .0 |
| Other food at home | 159.6 | 160.8 | .8 |
| Sugar and sweets | 155.7 | 159.0 | 2.1 |
| Fats and oils | 155.7 | 155.4 | -.2 |
| Other foods | 176.0 | 177.1 | .6 |
| Other miscellaneous foods [1] | 108.9 | 109.2 | .3 |
| Food away from home | 173.9 | 178.3 | 2.5 |
| Other food away from home [1] | 113.4 | 117.7 | 3.8 |
| Alcoholic beverages | 179.3 | 183.6 | 2.4 |
| Housing | 176.4 | 180.3 | 2.2 |
| Shelter | 200.6 | 208.1 | 3.7 |
| Rent of primary residence | 192.1 | 199.7 | 4.0 |
| Lodging away from home [1] | 118.6 | 118.3 | -.3 |
| Owners' equivalent rent of primary residence [2] | 206.3 | 214.7 | 4.1 |
| Tenants' and household insurance [1] | 106.2 | 108.7 | 2.4 |
| Fuels and utilities | 150.2 | 143.6 | -4.4 |
| Fuels | 135.4 | 127.2 | -6.1 |
| Fuel oil and other fuels | 129.3 | 115.5 | -10.7 |
| Gas (piped) and electricity | 142.4 | 134.4 | -5.6 |
| Water and sewer and trash collection services [1] | 109.6 | 113.0 | 3.1 |
| Household furnishings and operations | 129.1 | 128.3 | -.6 |
| Household operations [1] | 115.6 | 119.0 | 2.9 |
| Apparel | 127.3 | 124.0 | -2.6 |
| Men's and boys' apparel | 125.7 | 121.7 | -3.2 |
| Women's and girls' apparel | 119.3 | 115.8 | -2.9 |
| Infants' and toddlers' apparel | 129.2 | 126.4 | -2.2 |
| Footwear | 123.0 | 121.4 | -1.3 |
| Transportation | 154.3 | 152.9 | -.9 |
| Private transportation | 150.0 | 148.8 | -.8 |
| New and used motor vehicles [1] | 101.3 | 99.2 | -2.1 |
| New vehicles | 142.1 | 140.0 | -1.5 |
| Used cars and trucks | 158.7 | 152.0 | -4.2 |
| Motor fuel | 124.7 | 116.6 | -6.5 |
| Gasoline (all types) | 124.0 | 116.0 | -6.5 |
| Motor vehicle parts and equipment | 104.8 | 106.9 | 2.0 |
| Motor vehicle maintenance and repair | 183.5 | 190.2 | 3.7 |
| Public transportation | 210.6 | 207.4 | -1.5 |
| Medical care | 272.8 | 285.6 | 4.7 |
| Medical care commodities | 247.6 | 256.4 | 3.6 |
| Medical care services | 278.8 | 292.9 | 5.1 |
| Professional services | 246.5 | 253.9 | 3.0 |
| Hospital and related services | 338.3 | 367.8 | 8.7 |

See footnotes at end of table.

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2003 | Annual average 2004 | Percent change from 2003 to 2004 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 184.0 | 188.9 | 2.7 |
| All items (1967=100) | 551.1 | 565.8 | - |
| Food and beverages | 180.5 | 186.6 | 3.4 |
| Food | 180.0 | 186.2 | 3.4 |
| Food at home | 179.4 | 186.2 | 3.8 |
| Cereals and bakery products | 202.8 | 206.0 | 1.6 |
| Meats, poultry, fish, and eggs | 169.3 | 181.7 | 7.3 |
| Dairy and related products | 167.9 | 180.2 | 7.3 |
| Fruits and vegetables | 225.9 | 232.7 | 3.0 |
| Nonalcoholic beverages and beverage materials | 139.8 | 140.4 | .4 |
| Other food at home | 162.6 | 164.9 | 1.4 |
| Sugar and sweets | 162.0 | 163.2 | .7 |
| Fats and oils | 157.4 | 167.8 | 6.6 |
| Other foods | 178.8 | 179.7 | .5 |
| Other miscellaneous foods [1] | 110.3 | 110.4 | .1 |
| Food away from home | 182.1 | 187.5 | 3.0 |
| Other food away from home [1] | 121.3 | 125.3 | 3.3 |
| Alcoholic beverages | 187.2 | 192.1 | 2.6 |
| Housing | 184.8 | 189.5 | 2.5 |
| Shelter | 213.1 | 218.8 | 2.7 |
| Rent of primary residence | 205.5 | 211.0 | 2.7 |
| Lodging away from home [1] | 119.3 | 125.9 | 5.5 |
| Owners' equivalent rent of primary residence [2] | 219.9 | 224.9 | 2.3 |
| Tenants' and household insurance [1] | 114.8 | 116.2 | 1.2 |
| Fuels and utilities | 154.5 | 161.9 | 4.8 |
| Fuels | 138.2 | 144.4 | 4.5 |
| Fuel oil and other fuels | 139.5 | 160.5 | 15.1 |
| Gas (piped) and electricity | 145.0 | 150.6 | 3.9 |
| Water and sewer and trash collection services [1] | 117.2 | 124.0 | 5.8 |
| Household furnishings and operations | 126.1 | 125.5 | -.5 |
| Household operations [1] | 121.8 | 125.0 | 2.6 |
| Apparel | 120.9 | 120.4 | -.4 |
| Men's and boys' apparel | 118.0 | 117.5 | -.4 |
| Women's and girls' apparel | 113.1 | 113.0 | -.1 |
| Infants' and toddlers' apparel | 122.1 | 118.5 | -2.9 |
| Footwear | 119.6 | 119.3 | -.3 |
| Transportation | 157.6 | 163.1 | 3.5 |
| Private transportation | 153.6 | 159.4 | 3.8 |
| New and used motor vehicles [1] | 96.5 | 94.2 | -2.4 |
| New vehicles | 137.9 | 137.1 | -.6 |
| Used cars and trucks | 142.9 | 133.3 | -6.7 |
| Motor fuel | 135.8 | 160.4 | 18.1 |
| Gasoline (all types) | 135.1 | 159.7 | 18.2 |
| Motor vehicle parts and equipment | 107.8 | 108.7 | .8 |
| Motor vehicle maintenance and repair | 195.6 | 200.2 | 2.4 |
| Public transportation | 209.3 | 209.1 | -.1 |
| Medical care | 297.1 | 310.1 | 4.4 |
| Medical care commodities | 262.8 | 269.3 | 2.5 |
| Medical care services | 306.0 | 321.3 | 5.0 |
| Professional services | 261.2 | 271.5 | 3.9 |
| Hospital and related services | 394.8 | 417.9 | 5.9 |

See footnotes at end of table.



Exhibit C

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2004 | Annual average 2005 | Percent change from 2004 to 2005 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 188.9 | 195.3 | 3.4 |
| All items (1967=100) | 565.8 | 585.0 | - |
| Food and beverages | 186.6 | 191.2 | 2.5 |
| Food | 186.2 | 190.7 | 2.4 |
| Food at home | 186.2 | 189.8 | 1.9 |
| Cereals and bakery products | 206.0 | 209.0 | 1.5 |
| Meats, poultry, fish, and eggs | 181.7 | 184.7 | 1.7 |
| Dairy and related products | 180.2 | 182.4 | 1.2 |
| Fruits and vegetables | 232.7 | 241.4 | 3.7 |
| Nonalcoholic beverages and beverage materials | 140.4 | 144.4 | 2.8 |
| Other food at home | 164.9 | 167.0 | 1.3 |
| Sugar and sweets | 163.2 | 165.2 | 1.2 |
| Fats and oils | 167.8 | 167.7 | -.1 |
| Other foods | 179.7 | 182.5 | 1.6 |
| Other miscellaneous foods [1] | 110.4 | 111.3 | .8 |
| Food away from home | 187.5 | 193.4 | 3.1 |
| Other food away from home [1] | 125.3 | 131.3 | 4.8 |
| Alcoholic beverages | 192.1 | 195.9 | 2.0 |
| Housing | 189.5 | 195.7 | 3.3 |
| Shelter | 218.8 | 224.4 | 2.6 |
| Rent of primary residence | 211.0 | 217.3 | 3.0 |
| Lodging away from home [1] | 125.9 | 130.3 | 3.5 |
| Owners' equivalent rent of primary residence [2] | 224.9 | 230.2 | 2.4 |
| Tenants' and household insurance [1] | 116.2 | 117.6 | 1.2 |
| Fuels and utilities | 161.9 | 179.0 | 10.6 |
| Fuels | 144.4 | 161.6 | 11.9 |
| Fuel oil and other fuels | 160.5 | 208.6 | 30.0 |
| Gas (piped) and electricity | 150.6 | 166.5 | 10.6 |
| Water and sewer and trash collection services [1] | 124.0 | 130.3 | 5.1 |
| Household furnishings and operations | 125.5 | 126.1 | .5 |
| Household operations [1] | 125.0 | 130.3 | 4.2 |
| Apparel | 120.4 | 119.5 | -.7 |
| Men's and boys' apparel | 117.5 | 116.1 | -1.2 |
| Women's and girls' apparel | 113.0 | 110.8 | -1.9 |
| Infants' and toddlers' apparel | 118.5 | 116.7 | -1.5 |
| Footwear | 119.3 | 122.6 | 2.8 |
| Transportation | 163.1 | 173.9 | 6.6 |
| Private transportation | 159.4 | 170.2 | 6.8 |
| New and used motor vehicles [1] | 94.2 | 95.6 | 1.5 |
| New vehicles | 137.1 | 137.9 | .6 |
| Used cars and trucks | 133.3 | 139.4 | 4.6 |
| Motor fuel | 160.4 | 195.7 | 22.0 |
| Gasoline (all types) | 159.7 | 194.7 | 21.9 |
| Motor vehicle parts and equipment | 108.7 | 111.9 | 2.9 |
| Motor vehicle maintenance and repair | 200.2 | 206.9 | 3.3 |
| Public transportation | 209.1 | 217.3 | 3.9 |
| Medical care | 310.1 | 323.2 | 4.2 |
| Medical care commodities | 269.3 | 276.0 | 2.5 |
| Medical care services | 321.3 | 336.7 | 4.8 |
| Professional services | 271.5 | 281.7 | 3.8 |
| Hospital and related services | 417.9 | 439.9 | 5.3 |

See footnotes at end of table.

**Table 30. Consumer Price Index for All Urban Consumers (CPI-U): Selected areas, semiannual averages, all items index**

(1982-84=100, unless otherwise noted)

| Area | All items | | | | | | |
|---|---|---|---|---|---|---|---|
| | Semiannual average indexes | | | | Percent change from preceding semiannual average | | |
| | 2nd half 2004 | 1st half 2005 | 2nd half 2005 | 1st half 2006 | 1st half 2005 | 2nd half 2005 | 1st half 2006 |
| U.S. city average | 190.2 | 193.2 | 197.4 | 200.6 | 1.6 | 2.2 | 1.6 |
| **Region and area size [1]** | | | | | | | |
| Northeast urban | 201.7 | 205.3 | 209.7 | 213.8 | 1.8 | 2.1 | 2.0 |
| Size A - More than 1,500,000 | 203.8 | 207.7 | 212.0 | 216.0 | 1.9 | 2.1 | 1.9 |
| Size B/C - 50,000 to 1,500,000 [2] | 119.5 | 121.0 | 123.9 | 126.4 | 1.3 | 2.4 | 2.0 |
| Midwest urban | 183.9 | 186.4 | 190.5 | 192.4 | 1.4 | 2.2 | 1.0 |
| Size A - More than 1,500,000 | 186.1 | 188.4 | 192.1 | 194.0 | 1.2 | 2.0 | 1.0 |
| Size B/C - 50,000 to 1,500,000 [2] | 117.0 | 118.8 | 121.5 | 122.8 | 1.5 | 2.3 | 1.1 |
| Size D - Nonmetropolitan (less than 50,000) | 177.0 | 180.5 | 185.2 | 187.1 | 2.0 | 2.6 | 1.0 |
| South urban | 183.1 | 186.1 | 190.5 | 193.8 | 1.6 | 2.4 | 1.7 |
| Size A - More than 1,500,000 | 184.4 | 188.0 | 192.4 | 195.7 | 2.0 | 2.3 | 1.7 |
| Size B/C - 50,000 to 1,500,000 [2] | 117.1 | 118.6 | 121.4 | 123.5 | 1.3 | 2.4 | 1.7 |
| Size D - Nonmetropolitan (less than 50,000) | 181.4 | 185.1 | 190.3 | 193.7 | 2.0 | 2.8 | 1.8 |
| West urban | 194.0 | 197.1 | 200.7 | 204.5 | 1.6 | 1.8 | 1.9 |
| Size A - More than 1,500,000 | 196.5 | 199.7 | 203.5 | 207.6 | 1.6 | 1.9 | 2.0 |
| Size B/C - 50,000 to 1,500,000 [2] | 118.7 | 120.6 | 122.4 | 124.5 | 1.6 | 1.5 | 1.7 |
| **Size classes** | | | | | | | |
| A [3] | 173.9 | 176.8 | 180.5 | 183.6 | 1.7 | 2.1 | 1.7 |
| B/C [2] | 117.7 | 119.3 | 122.0 | 123.9 | 1.4 | 2.3 | 1.6 |
| D | 182.1 | 185.4 | 189.9 | 192.5 | 1.8 | 2.4 | 1.4 |
| **Selected local areas** | | | | | | | |
| Anchorage, AK | 167.8 | 169.6 | 174.1 | 176.7 | 1.1 | 2.7 | 1.5 |
| Atlanta, GA | 183.9 | 187.1 | 190.8 | 192.6 | 1.7 | 2.0 | .9 |
| Boston-Brockton-Nashua, MA-NH-ME-CT | 210.3 | 213.9 | 218.9 | 222.0 | 1.7 | 2.3 | 1.4 |
| Chicago-Gary-Kenosha, IL-IN-WI | 190.1 | 192.0 | 196.7 | 197.9 | 1.0 | 2.4 | .6 |
| Cincinnati-Hamilton, OH-KY-IN | 177.7 | 179.1 | 184.2 | 187.7 | .8 | 2.8 | 1.9 |
| Cleveland-Akron, OH | 183.0 | 185.8 | 190.0 | 191.4 | 1.5 | 2.3 | .7 |
| Dallas-Fort Worth, TX | 179.6 | 182.0 | 187.4 | 189.7 | 1.3 | 3.0 | 1.2 |
| Denver-Boulder-Greeley, CO | 187.4 | 189.2 | 192.6 | 196.3 | 1.0 | 1.8 | 1.9 |
| Detroit-Ann Arbor-Flint, MI | 186.6 | 188.7 | 193.0 | 195.9 | 1.1 | 2.3 | 1.5 |
| Honolulu, HI | 191.9 | 195.0 | 200.6 | 206.4 | 1.6 | 2.9 | 2.9 |
| Houston-Galveston-Brazoria, TX | 170.2 | 174.3 | 177.0 | 180.3 | 2.4 | 1.5 | 1.9 |
| Kansas City, MO-KS | 181.8 | 183.3 | 187.3 | 188.6 | .8 | 2.2 | .7 |
| Los Angeles-Riverside-Orange County, CA | 194.9 | 199.2 | 204.5 | 209.3 | 2.2 | 2.7 | 2.3 |
| Miami-Fort Lauderdale, FL | 186.6 | 191.8 | 196.9 | 202.7 | 2.8 | 2.7 | 2.9 |
| Milwaukee-Racine, WI | 180.4 | 183.1 | 187.2 | 189.2 | 1.5 | 2.2 | 1.1 |
| Minneapolis-St. Paul, MN-WI | 189.2 | 192.4 | 193.9 | 195.1 | 1.7 | .8 | .6 |
| New York-Northern N.J.-Long Island, NY-NJ-CT-PA | 206.4 | 210.7 | 214.8 | 219.2 | 2.1 | 1.9 | 2.0 |
| Philadelphia-Wilmington-Atlantic City, PA-NJ-DE-MD | 199.0 | 202.1 | 206.3 | 210.7 | 1.6 | 2.1 | 2.1 |
| Phoenix-Mesa, AZ [4] | 105.2 | 107.3 | 109.2 | 110.6 | 2.0 | 1.8 | 1.3 |
| Pittsburgh, PA | 184.7 | 187.8 | 191.7 | 194.8 | 1.7 | 2.1 | 1.6 |
| Portland-Salem, OR-WA | 192.5 | 194.5 | 197.5 | 199.8 | 1.0 | 1.5 | 1.2 |
| St. Louis, MO-IL | 181.6 | 185.0 | 187.4 | 188.8 | 1.9 | 1.3 | .7 |
| San Diego, CA | 214.3 | 218.3 | 222.9 | 226.7 | 1.9 | 2.1 | 1.7 |
| San Francisco-Oakland-San Jose, CA | 199.5 | 201.5 | 203.9 | 207.9 | 1.0 | 1.2 | 2.0 |
| Seattle-Tacoma-Bremerton, WA | 195.4 | 199.2 | 201.3 | 205.8 | 1.9 | 1.1 | 2.2 |
| Tampa-St. Petersburg-Clearwater, FL | 163.1 | 166.4 | 170.6 | 173.9 | 2.0 | 2.5 | 1.9 |
| Washington-Baltimore, DC-MD-VA-WV [5] | 120.7 | 122.8 | 125.8 | 127.7 | 1.7 | 2.4 | 1.5 |

[1] Regions defined as the four Census regions. See map in technical notes.
[2] Indexes on a December 1996=100 base.
[3] Indexes on a December 1986=100 base.
[4] For Phoenix-Mesa, indexes are on a December 2001=100 base.
[5] Indexes on a November 1996=100 base.

## Costs and Expenses

### Paid by attorneys

| Exhibit | | | | |
|---|---|---|---|---|
| | ***2002*** | | | |
| E | Saltman & Stevens, P.C. | $ 3,314.96 | | |
| | ***2003*** | | | |
| F | Saltman & Stevens, P.C. | $ 11,200.81 | | |
| | ***2004*** | | | |
| G | Saltman & Stevens, P.C. | $ (305.69) | | |
| | ***2005*** | | | |
| H | Saltman & Stevens, P.C. | $ 56.43 | | |
| I | The Garden Law Firm, P.C. | $ 5,421.25 | | |
| | ***2006*** | | | |
| K | The Garden Law Firm, P.C. | $ 443.78 | | |
| | | | | $ 20,131.54 |

### Paid by The Sweetwater

| | | | | |
|---|---|---|---|---|
| | *Experts* | | | |
| L | QM Appraisals (Que Mangus) | $ 11,089.43 | | |
| M | SiteTek Financial (John Pucetas) | $ 13,129.05 | | |
| | | | $ 24,218.48 | |
| | *Reporting Services* | | | |
| N | Wyoming Reporting Service | $ 1,697.73 | | |
| O | Big Sky Reporting | $ 9,660.70 | | |
| P | Javernich LLC | $ 4,831.10 | | |
| Q | Agren/Blando Reporting | $ 1,738.42 | | |
| R | Heritage Reporting | $ 3,147.13 | | |
| | | | $ 21,075.08 | |
| | *Costs associated w/ depositions, hearing and trial* | | | |
| S | Hotels, meals, travel, etc. | | $ 5,104.94 | |
| T | Secretarial services incurred by The Sweetwater | | $ 674.43 | |
| U | Payment for corp. counsel document production | | $ 407.00 | |
| V | Delivery services, miscellaneous costs | | $ 801.92 | |
| W | Late fees charged by Saltman & Stevens | | $ 11,586.47 | |
| | | | | $ 63,868.32 |
| | | | | **$ 83,999.86** |