SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

$3000 on deposit Jan 2002

new 4,932.57

February 7, 2002

Invoice # 16777

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

Services through January 31, 2002

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/10/02 | KRG | Telephone conference with client re: meeting with Forest Service. | 0.30 | 66.00 |
| 1/18/02 | KRG | Telephone conference with J. Mummery re: Forest Service meeting; review documents and cases for meeting with Forest Service. | 2.20 | 484.00 |
| 1/22/02 | KRG | Legal research re: budget issues and road requirements; outline legal argument; telephone conference with client. | 3.10 | 682.00 |
| 1/23/02 | KRG | Review case law re: contract issue; continue drafting notes for meeting. | 0.50 | 110.00 |
| 1/24/02 | KRG | Review documents re: permit award and administration; draft arguments for meeting with Forest Service; conference with J. Mummery and B. Simpson re: Forest Service meeting. | 4.60 | 1,012.00 |

200136



Exhibit E

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge 

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/25/02 | KRG | Conference with J. Mummery and B. Simpson re: Forest Service meeting; attend meeting with Forest Service; follow-up conference with B. Simpson and J. Mummery re: same. | 4.10 | 902.00 |
| 1/30/02 | KRG | Telephone conference with J. Mummery re: response to K. Capps and claim letter; telephone conference with K. Capps re: extension of deadline fee operating plan; legal research re: operating plan and road maintenance obligation; conference with A. Saltman. | 1.40 | 308.00 |
| | AIS | Conference with K. Garden. | 0.30 | 93.00 |
| 1/31/02 | KRG | Telephone conference with J. Mummery re: extension and strategy; draft letter to K. Capps re: extension of due date for operating plan; conference with W. Kinner. | 1.60 | 352.00 |
| | WBK | Conference with K. Garden re: Freedom of Information Act information; research same. | 0.40 | 56.00 |
| | | For professional services rendered | 18.50 | $4,065.00 |

Expenses:

| | |
|---|---|
| Facsimile | 22.00 |
| Photocopy | 2.00 |
| Travel | 843.58 |
| Total expenses: | $867.58 |

200137

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Total Current Fees and Expenses: | $4,932.58 |
| Balance due | $4,932.58 |

200138



Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

old 4,932.58
new 8,625.75
bal 13,558.33
(13,558.33)
pd in full on 4/9/02
wire transfer $20 cost

March 7, 2002

Invoice # 16834

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

Services through February 28, 2002

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/1/02 | KRG | Legal research re: Administrative Review Board decision on special use permit being a contract; legal research re: inclusion of road use in SUPs; conference with W. Kinner. | 1.60 | 352.00 |
| | WBK | Work on Freedom of Information Act request; conference with K. Garden re: same. | 0.50 | 70.00 |
| 2/5/02 | KRG | Telephone conference with client; begin drafting letter to K. Capps re: outline of legal position. | 1.10 | 242.00 |
| 2/6/02 | KRG | Telephone conference with J. Mummery re: takings analysis and conversation with M. Bree; legal research re: duty to cooperate. | 0.90 | 198.00 |
| 2/7/02 | KRG | Continue drafting letter to K. Capps re: legal position; telephone call to T. P. Brigham. | 6.60 | 1,452.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217



| | | | Hours | Amount |
|---|---|---|---|---|
| 2/8/02 | KRG | Continue drafting letter to K. Capps; telephone conference with T. P. Brigham re: takings; telephone conference with R. Rivett at Pacific Legal Foundation re: takings issue. | 7.10 | 1,562.00 |
| 2/11/02 | KRG | Continue drafting letter; telephone conference with J. Mummery re: same. | 2.80 | 616.00 |
| 2/12/02 | KRG | Continue drafting letter to K. Capps; telephone conference with client re: same. | 3.70 | 814.00 |
| 2/13/02 | KRG | Continue drafting letter to K. Capps; telephone conference with J. Mummery re: same. | 4.10 | 902.00 |
| 2/14/02 | KRG | Make changes to letter per J. Mummery; telephone conference with same; review additional documents received from client. | 4.50 | 990.00 |
| 2/15/02 | KRG | Telephone conference with J. Mummery re: settlement negotiations; continue revisions to letter to K. Capps. | 2.20 | 484.00 |
| 2/19/02 | KRG | Telephone conference with J. Mummery re: settlement strategies. | 0.70 | 154.00 |
| 2/21/02 | KRG | Telephone conference with J. Mummery re: communications by Forest Service; telephone conference with T. Thompson's staff re: request for a meeting. | 0.90 | 198.00 |
| 2/25/02 | KRG | Conference with W. Kinner. | 0.10 | 22.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 2/25/02 | WBK | Review Forest Service's Freedom of Information Act response; conference with K. Garden re: same. | 0.10 | 14.00 |
| 2/26/02 | KRG | Telephone conference with J. Mummery re: negotiation strategy. | 0.70 | 154.00 |
| | | For professional services rendered | 37.60 | $8,224.00 |
| | | Expenses: | | |
| | | Facsimile | | 347.60 |
| | | Long Dis Phone | | 33.67 |
| | | Photocopy | | 16.20 |
| | | Postage | | 4.28 |
| | | Total expenses: | | $401.75 |
| | | Total Current Fees and Expenses: | | $8,625.75 |
| | | Net Previous Balance Due: | | $4,932.58 |
| | | Balance due | | $13,558.33 |

200135

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

old 13,558.33
pmt 13,558.33 w/ded 4/9/02
Rem bal. -0-
$ new 3894.89

April 12, 2002

Invoice # 16964

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Sweetwater/Permit.Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit
Services through March 31, 2002

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/8/02 | KRG | Prepare for conference with Forest Service; telephone conference with K. Capps re: settlement; telephone conference with J. Mummery re: same. | 1.10 | 242.00 |
| 3/11/02 | KRG | Telephone conference with J. Mummery re: conversation with B. Larson; review prior letter and Housel memorandum per client's instructions; draft email to K. Capps re: moving forward on process. | 2.20 | 484.00 |
| 3/12/02 | KRG | Telephone conference with J. Mummery re: potential settlement options. | 0.40 | 88.00 |
| 3/13/02 | KRG | Telephone conference with J. Mummery re: conversation with B. Larson and Forest Service position. | 0.90 | 198.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/18/02 | KRG | Telephone call to K. Capps; telephone conference with J. Mummery. | 0.50 | 110.00 |
| 3/21/02 | KRG | Conference with D. Paterson re: resolving bridge issue. | 0.40 | 88.00 |
| 3/25/02 | KRG | Telephone conference with J. Mummery re: B. Rossman letter; telephone call to K. Capps re: status; legal research re: pre-complaint discovery; telephone conference re: response to B. Rossman letter; review copy of letter sent by J. Mummery. | 0.80 | 176.00 |
| 3/26/02 | KRG | Telephone conference with J. Mummery. | 0.70 | 154.00 |
| 3/27/02 | KRG | Telephone conference with J. Mummery. | 0.80 | 176.00 |
| 3/28/02 | KRG | Telephone conference with J. Mummery; draft response to K. Capps' email re: meeting amont Forest Service employees. | 4.10 | 902.00 |
| 3/29/02 | KRG | Telephone call to D. Paterson; research issue of conducting depositions; telephone conference with D. Paterson re: bridges; telephone conference with J. Mummery; telephone conference with G. Vanderbee re: April meeting of Forest Service personnel; draft letter to K. Capps; review documents related to June 1995 meeting. | 5.30 | 1,166.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 17.20 | $3,784.00 |
| | Expenses: | | |
| | Facsimile | | 66.00 |
| | Long Dis Phone | | 36.89 |
| | Photocopy | | 8.00 |
| | Total expenses: | | $110.89 |
| | Total Current Fees and Expenses: | | $3,894.89 |
| | Net Previous Balance Due: | | $13,558.33 |
| 4/10/02- | Payment - thank you | | ($13,558.33) |
| | Balance due | | $3,894.89 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

pd 3894 29
11,105 04
Nov 11,105 93
#14999 93

May 6, 2002

Invoice # 16968

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit
Services through April 30, 2002

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/02 | KRG | Revise letter to K. Capps re: Rossman letter; telephone conference with J. Mummery re: same; telephone conference with K. Capps re: Rossman letter. | 1.80 | 396.00 |
| 4/2/02 | KRG | Draft letter to K. Capps re: breach due to failure to install fords; review supplementary response to Freedom of Information Act inquiry; telephone conference with J. Mummery; conference with W. Kinner. | 1.30 | 286.00 |
| | WBK | Review Freedom of Information Act response; conference with K. Garden re: same. | 0.80 | 112.00 |
| 4/3/02 | KRG | Revise letter to K. Capps re: breach of agreement for temporary fords; review letter from W. Simpson to R. Aus. | 0.80 | 176.00 |
| 4/4/02 | KRG | Telephone conference with J. Mummery re: Forest Service meeting; telephone conference with K. Capps re: same; draft letter to R. Aus re: operating plan and constructive termination in public interest. | 1.30 | 286.00 |
| 4/5/02 | KRG | Revise letter to R. Aus re: constructive termination; telephone conference with J. Mummery; draft letter to D. Peterson; review documents related to Blackwater Lodge. | 6.60 | 1,452.00 |
| 4/8/02 | KRG | Telephone conference with J. Mummey re: Paterson letter. | 0.30 | 66.00 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/9/02 | KRG | Telephone conference with J. Mummery; draft letter to K. Capps re: response to inquiries about road; draft letter to OIG re: investigation of J. Watson; revise letter to D. Paterson; conference with R. Fox. | 2.70 | 594.00 |
| | RJF | Research complaint process at Dept. of Agriculture Office of Inspector General; conference with K. Garden. | 0.70 | 98.00 |
| 4/10/02 | KRG | Telephone conference with J. Mummery; telephone conference with J. Mummery and B. Simpson. | 0.80 | 176.00 |
| 4/11/02 | KRG | Draft letter for congressional inquiry; draft letter to R. Aus re: misrepresentation in letter; telephone conference with J. Mummery; review Freedom of Information Act request responses. | 2.70 | 594.00 |
| 4/15/02 | KRG | Telephone conference with J. Mummery; telephone conference with R. Aus re: response to prior letters; telephone conference with J. Mummery re: same; draft letter to J. Watson. | 0.80 | 176.00 |
| 4/16/02 | KRG | Telephone conference with J. Mummery re: offer to buy lodge and issue of damages. | 0.70 | 154.00 |
| 4/17/02 | KRG | Telephone conference with J. Mummery. | 0.80 | 176.00 |
| 4/18/02 | KRG | Telephone conference with J. Mummery; revise letter to R. Aus re: efforts to seek funds; review sample operating plan provided by Forest Service. | 2.10 | 462.00 |
| 4/19/02 | KRG | Telephone conference with J. Mummery; research re: Small Business Administration loans and R. Aus authority to terminate permit. | 1.40 | 308.00 |
| 4/22/02 | KRG | Telephone conference with J. Mummery re: damage calculations; review letter from R. Aus re: same. | 0.70 | 154.00 |
| 4/23/02 | KRG | Draft letter to R. Aus re: operating plan; telephone conference with J. Mummery re: same. | 2.30 | 506.00 |
| 4/24/02 | KRG | Telephone conference with J. Mummery; revise letter to R. Aus. | 2.20 | 484.00 |
| 4/25/02 | KRG | Telephone conference with J. Mummery re: preparations for Forest Service meeting; continue to revise letter to R. Aus re: need for monetary compensation; telephone conference with Office of Inspector General re: investigation; review Forest Service letters re: period from 1997-2001. | 5.10 | 1,122.00 |

200128

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/26/02 | KRG | Telephone conference with J. Mummery re: alternative plan; draft letter to K. Capps re: Indefinite Judgment Fund; legal research re: same; review Dept. of Justice briefs in Coles Point case re: CDA applicability. | 5.70 | 1,254.00 |
| 4/29/02 | KRG | Telephone conference with J. Mummery; revise letter to K. Capps; review Freedom of Information Act request; review prior correspondence; conference with W. Kinner. | 1.60 | 352.00 |
| | WBK | Conference with K. Garden re: Freedom of Information Act request; draft letter re: clarification of Freedom of Information Act request. | 0.60 | 84.00 |
| 4/30/02 | KRG | Telephone conference with J. Mummery; draft letter to R. Aus re: operating plan; revise operating plan. | 5.20 | 1,144.00 |
| | | For professional services rendered | 49.00 | $10,612.00 |

Expenses:

| | |
|---|---|
| Computer Resch | 45.85 |
| Facsimile | 367.40 |
| Long Dis Phone | 25.77 |
| Photocopy | 49.40 |
| Postage | 4.62 |
| Total expenses: | $493.04 |
| Total Current Fees and Expenses: | $11,105.04 |
| Net Previous Balance Due: | $3,894.89 |
| Balance due | $14,999.93 |

200129



Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

old 14,999.93
New 8,827.84
bal. $ 23,827.77

June 11, 2002

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17076

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/1/2002 | KRG | Revise operating plan; telephone conference with J. Mummery re: same; revise letter to R. Aus. | 7.30 | 1,606.00 |
| 5/2/2002 | KRG | Telephone conference with J. Mummery. | 0.10 | 22.00 |
| 5/6/2002 | KRG | Begin preparing claim letter; telephone conference with J. Mummery; draft letter to K. McCreery. | 4.80 | 1,056.00 |
| 5/7/2002 | KRG | Telephone conference with J. Mummery; continue drafting CDA claim letter; review Notice of Noncompliance; research re: Forest Service obligations for FDRs. | 4.30 | 946.00 |
| 5/8/2002 | KRG | Continue drafting CDA claim; draft letter responding to R. Aus letter; conference with A. Saltman. | 4.30 | 946.00 |
| | AIS | Conference with K. Garden re: strategy. | 0.20 | 62.00 |
| 5/9/2002 | KRG | Continue drafting letter to R. Aus; telephone conference with J. Mummery re: amounts to use in claim letter for damages; review Forest Service Manual and Forest Service Handbook re: road/bridge maintenance. | 5.60 | 1,232.00 |
| 5/10/2002 | KRG | Draft Freedom of Information Act letter to Forest Service; review documents related to Blackwater Lodge bridge. | 3.30 | 726.00 |
| 5/13/2002 | KRG | Review letter from R. Aus re: trip to bridges and documents; draft response; telephone conference with J. Mummery re: operating plan. | 0.80 | 176.00 |

200125



Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 5/14/2002 | KRG | Telephone conference with J. Mummery re: status of bridges in 1997-2001; revise letter to R. Aus; review prior Forest Service letters re: bridge status. | 0.50 | 110.00 |
| 5/15/2002 | KRG | Telephone conference with J. Mummery re: CDA claim letter. | 1.00 | 220.00 |
| 5/16/2002 | KRG | Telephone conference with J. Mummery re: CDA claim and damage calculations. | 0.40 | 88.00 |
| 5/21/2002 | KRG | Telephone conference with J. Mummery; incorporate damage figures into claim letter; revise CDA claim letter re: same. | 1.40 | 308.00 |
| 5/22/2002 | KRG | Continue drafting CDA claim letter. | 1.30 | 286.00 |
| 5/23/2002 | KRG | Revise CDA claim letter; telephone conference with J. Mummery re: same. | 0.80 | 176.00 |
| 5/24/2002 | KRG | Telephone conference with J. Mummery re: final dedits to CDA claim letter; finalize letter and forward to J. Mummery. | 1.80 | 396.00 |
| | | For professional services rendered | 37.90 | $8,356.00 |
| | | Additional Charges : | | |
| | | $Computer Resch | | 60.00 |
| | | $Express Mail | | 96.07 |
| | | $Facsimile | | 224.40 |
| | | $Long Dis Phone | | 22.52 |
| | | $Photocopy | | 60.40 |
| | | $Postage | | 8.45 |
| | | Total costs | | $471.84 |
| | | Total amount of this bill | | $8,827.84 |
| | | Previous balance | | $14,999.93 |
| | | Balance due | | $23,827.77 |

200126

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

July 09, 2002

old 23,827.77
413.62
(5,000) wire 7/1/02
bal. 19,241.39

Invoice # 17093

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered June 1 - June 30, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/4/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 44.00 |
| 6/7/2002 | KRG | Telephone conference with J. Mummery. | 0.40 | 88.00 |
| 6/27/2002 | KRG | Telephone conference with J. Mummery re: status of claim. | 0.30 | 66.00 |
| 6/28/2002 | KRG | Draft letter to OIG re: status of claim; draft follow-up letter to B. Aus re: bridge inspection. | 0.60 | 132.00 |
| | | For professional services rendered | 1.50 | $330.00 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 7.58 |
| $Express Mail | 18.42 |
| $Facsimile | 24.20 |
| $Long Dis Phone | 24.60 |
| $Photocopy | 4.20 |
| $Postage | 4.62 |
| Total costs | $83.62 |
| Total amount of this bill | $413.62 |
| Previous balance | $23,827.77 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | Amount |
|---|---|---|
| 7/3/2002 | Payment - thank you. Check No. Wire | ($5,000.00) |
| | Total payments and adjustments | ($5,000.00) |
| | Balance due | **$19,241.39** |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

August 08, 2002

old $ 19,241.39
(30.45) credit
$ 19,210.94
new 4,549.73
bal $ 23,760.67

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17187

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered July 1 - July 31, 2002

Professional Services

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 7/8/2002 | KRG | Research re: Forest Service obligation to repay award made per Judgment Fund; review email from K. Capps re: same. | 0.30 | 66.00 |
| 7/9/2002 | KRG | Draft letter to K. Capps re: Judgment Fund issue; review pleadings in Pikes Peak litigation referenced by K. Capps; draft second letter to K. Capps re: recent General Accounting Office case. | 1.40 | 308.00 |
| 7/11/2002 | KRG | Telephone conference with J. Mummery re: letter to Congressional delegation. | 0.20 | 44.00 ✓ |
| 7/17/2002 | KRG | Telephone conference with K. Pitts at Federal Circuit re: Pikes Peak case; review court decision cited by Forest Service; telephone conference with J. Mummery re: Forest Service response to operating plan. | 0.50 | 110.00 ✓ |
| 7/18/2002 | KRG | Review Forest Service response to operating plan; telephone conference with J. Mummery re: same; begin drafting letter to Congressional delegation. | 2.40 | 528.00 ✓ |
| 7/19/2002 | KRG | Telephone conference with J. Mummery; draft letter to Senators and Congressmen; review court decision re: special use permits as contracts. | 4.10 | 902.00 ✓ |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/22/2002 | KRG | Telephone conference with J. Mummery re: letter to congressional representatives and letter to R. Aus; revise same. | 0.80 | 176.00 |
| 7/23/2002 | KRG | Telephone conference with J. Mummery re: [redacted] R. Aus and congressional involvement. | 1.00 | 220.00 |
| 7/24/2002 | KRG | Review letter from R. Aus denying contract claim; telephone conference with J. Mummery re: K. McCreery meeting; telephone conference with D. Scholes re: meeting. | 0.80 | 176.00 |
| 7/25/2002 | KRG | Draft letter to R. Aus re: denial of claim. | 1.70 | 374.00 |
| 7/26/2002 | KRG | Revise response to denial of claim from R. Aus. | 0.70 | 154.00 |
| 7/31/2002 | KRG | Prepare for meeting with D. Scholes; meet with D. Scholes; draft letter to K. McCreery. | 5.70 | 1,254.00 |
| | | For professional services rendered | 19.60 | $4,312.00 |

Additional Charges :

| | |
|---|---|
| $Express Mail | 20.02 |
| $Facsimile | 182.60 |
| $Long Dis Phone | 2.77 |
| $Photocopy | 19.60 |
| $Postage | 0.74 |
| $Travel | 12.00 |
| Total costs | $237.73 |
| Total amount of this bill | $4,549.73 |
| Previous balance | $19,241.39 |
| 7/23/2002 Credit | ($30.45) |
| Total payments and adjustments | ($30.45) |
| Balance due | $23,760.67 |

200122

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

September 09, 2002

o/s $23,760.67
pd (23,760.67) w/e 8/29/02
-0-
bal $706.80
new

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17199

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered August 1 - August 31, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/1/2002 | KRG | Conference with R. Tiger. | 0.20 | 44.00 ✓ |
| | RGT | Conference with K. Garden re: status and strategy. | 0.20 | 52.00 ✓ |
| 8/2/2002 | KRG | Review appropriation bill language re: wildland-community interface fire funds; telephone conference with J. Mummery re: meeting with D. Scholes. | 0.50 | 110.00 ✓ |
| 8/12/2002 | KRG | Telephone conference with J. Mummery re: meeting with D. Scholes, K. McCreery efforts and [redacted] | 1.10 | 242.00 |
| 8/30/2002 | KRG | Telephone conference with J. Mummery; review letter from K. Capps. | 1.10 | 242.00 ✓ |
| | | For professional services rendered | 3.10 | $690.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 15.40 |
| $Photocopy | 1.40 |
| Total costs | $16.80 |
| Total amount of this bill | $706.80 |
| Previous balance | $23,760.67 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | Amount |
|---|---|---|
| 8/30/2002 | Payment - thank you. Check No. Wire | ($23,760.67) |
| | Total payments and adjustments | ($23,760.67) |
| | Balance due | $706.80 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

dd $ 706.80
pmt (706.80) ck 1855
-0-
new # 9349.35

October 08, 2002

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17281

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered September 1 - September 30, 2002

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/3/2002 | KRG | Telephone conference with J. Mummery re: Forest Service letters from R. Cables and K. Capps; begin drafting responses; review letters previously sent by J. Mummery to Forest Service. | 3.10 | 682.00 ✓ |
| | KRG | Telephone conference with J. Mummery re: Forest Service letters from R. Cables and K. Capps; begin drafting responses; review letters previously sent by J. Mummery to Forest Service. | 3.10 | 682.00 ✓ |
| 9/4/2002 | KRG | Draft response to K. Capps' and R. Cables' letters. | 5.20 | 1,144.00 ✓ |
| 9/5/2002 | KRG | Telephone conference with J. Mummery; continue drafting response to R. Cables letter. | 7.10 | 1,562.00 ✓ |
| 9/6/2002 | KRG | Continue drafting response to R. Cables letter; telephone conference with J. Mummery re: same. | 4.10 | 902.00 ✓ |
| 9/9/2002 | KRG | Continue drafting response to R. Cables letter; telephone conference with J. Mummery re: same; draft response to K. Capps settlement offer. | 5.60 | 1,232.00 ✓ |
| 9/10/2002 | KRG | Continue drafting response to R. Cables letter; telephone conference with J. Mummery re: same. | 4.10 | 902.00 ✓ |



200116
Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 9/11/2002 | KRG | Continue drafting letter to Senator Enzi and Representative Cubin; telephone conference with J. Mummery re: response to K. Capps email. | 4.60 | 1,012.00 |
| 9/12/2002 | KRG | Revise email to K. Capps re: settlement; telephone conference with J. Mummery re: same. | 1.80 | 396.00 |
| 9/17/2002 | KRG | Telephone conference with J. Mummery re: Forest Service response to settlement offer. | 0.20 | 44.00 |
| 9/18/2002 | KRG | Telephone conference with J. Mummery re: telephone conference with B. Larsen. | 0.40 | 88.00 |
| 9/20/2002 | KRG | Telephone conference with J. Mummery. | 0.50 | 110.00 |
| 9/23/2002 | KRG | Telephone conference with J. Mummery re: communication with K. Capps concerning additional time to discuss settlement; telephone call to K. Capps re: same. | 0.80 | 176.00 |
| 9/24/2002 | KRG | Review K. Capps message; telephone conference with J. Mummery re: same. | 0.20 | 44.00 |
| 9/25/2002 | KRG | Telephone conference with J. Mummery re: status of Forest Service discussions; telephone conference with J. Mummery re: discussion with P. Buline; draft letter to P. Buline; telephone conference with K. Capps re: Forest Service response. | 0.60 | 132.00 |
| 9/27/2002 | KRG | Draft letter to K. Capps re: letter to Senator Enzi. | 0.10 | 22.00 |
| | | For professional services rendered | 41.50 | $9,130.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 165.00 |
| $Photocopy | 51.40 |
| $Postage | 2.95 |
| Total costs | $219.35 |
| Total amount of this bill | $9,349.35 |
| Previous balance | $706.80 |
| 9/30/2002 Payment - thank you. Check No. 1855 | ($706.80) |



200117
Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Total payments and adjustments | ($706.80) |
| Balance due | $9,349.35 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

November 08, 2002

old $9349.35
new 3970.62
$13319.97

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17327

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered October 1 - October 31, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/4/2002 | KRG | Telephone conference with K. Capps re: status of Forest Service discussions; telephone conference with J. Mummery re: same. | 0.40 | 88.00 ✓ |
| 10/7/2002 | KRG | Telephone conference with B. Schromel re: OIG investigation; telephone conference with J. Mummery re: same; draft letter to B. Schromel. | 0.60 | 132.00 ✓ |
| 10/10/2002 | KRG | Telephone conference with J. Mummery re: conference with B. Larson. | 0.50 | 110.00 ✓ |
| 10/11/2002 | KRG | Review K. Capps response; telephone conference with J. Mummery re: same. | 0.50 | 110.00 ✓ |
| 10/14/2002 | KRG | Telephone conference with J. Mummery re: response to Dept. of Justice settlement posture. | 1.50 | 330.00 ✓ |
| 10/16/2002 | KRG | Telephone conference with J. Mummery. | 0.40 | 88.00 ✓ |
| 10/17/2002 | KRG | Telephone conference with J. Mummery re: conference with Senator Thomas' staff member. | 0.50 | 110.00 ✓ |
| 10/18/2002 | KRG | Telephone conference with J. Mummery; draft letter to K. Capps. | 0.60 | 132.00 ✓ |
| 10/21/2002 | KRG | Telephone conference with P. Brulane; telephone conference with J. Mummery re: status. | 1.10 | 242.00 ✓ |

200113



Exhibit E

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/2002 | KRG | Telephone conference with W. Simpson; telephone conference with J. Mummery. | 0.30 | 66.00 |
| 10/25/2002 | KRG | Telephone conference with J. Mummery; telephone conference with J. Mummery and W. Simpson; telephone conference with P. Bruline re: Forest Service meeting; send K. Capps letter to P. Bruline. | 2.10 | 462.00 |
| 10/28/2002 | KRG | Telephone conference with J. Mummery. | 0.40 | 88.00 |
| 10/29/2002 | KRG | Telephone conference with J. Mummery re: OIG investigation; telephone conference with J. Mummery re: additional settlement talks; draft letter to K. Capps; conference with R. Tiger. | 1.20 | 264.00 |
| | RGT | Conference with K. Garden. | 0.30 | 78.00 |
| 10/30/2002 | KRG | Telephone conference with J. Mummery re: settlement strategy; revise letter to K. Capps; draft letter to OIG re: suspension of investigation; telephone conference with J. Mummery re: same. | 3.10 | 682.00 |
| 10/31/2002 | KRG | Telephone conference with B. Shrammel re: OIG investigation; telephone conference with J. Mummery re: same; analyze prior Forest Service statements re: settlement; review OIG authority; draft letter to OIG re: suspension of investigation. | 3.70 | 814.00 |
| | | For professional services rendered | 17.20 | $3,796.00 |

Additional Charges :

| | |
|---|---|
| $Express Mail | 17.17 |
| $Facsimile | 70.40 |
| $Long Dis Phone | 66.79 |
| $Photocopy | 19.20 |
| $Postage | 1.06 |
| Total costs | $174.62 |
| Total amount of this bill | $3,970.62 |
| Previous balance | $9,349.35 |

200114

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Balance due | $13,319.97 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

December 09, 2002

old: 13,319.97
new 4,135.48
$ 17,455.45

Invoice # 17337

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered November 1 - November 30, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2002 | KRG | Telephone conference with J. Mummery; review email from K. Capps; draft response. | 1.50 | 322.50 ✓ |
| 11/4/2002 | KRG | Telephone conference with OIG re: investigation; telephone conference with J. Mummery re: same. | 0.30 | 64.50 ✓ |
| 11/8/2002 | KRG | Telephone conference with J. Mummery re: buyout versus changes to lodge permit. | 0.70 | 150.50 ✓ |
| 11/11/2002 | KRG | Telephone conference with J. Mummery re: status. | 0.10 | 21.50 ✓ |
| 11/18/2002 | KRG | Telephone conference with J. Mummery re: status of negotiations. | 0.40 | 86.00 ✓ |
| 11/19/2002 | KRG | Review letter from K. Capps re: settlement; telephone conference with J. Mummery; telephone conference with K. Capps re: proposal to fix bridges. | 1.40 | 301.00 ✓ |
| 11/20/2002 | KRG | Telephone conference with J. Mummery re: need for complaint and options for settlement. | 1.40 | 301.00 |
| 11/21/2002 | KRG | Telephone conference with J. Mummery. | 1.90 | 408.50 |
| 11/22/2002 | KRG | Telephone conference with J. Mummery; begin drafting complaint. | 7.10 | 1,526.50 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 11/25/2002 | KRG | Telephone conference with J. Mummery re: edits to complaint. | 2.40 | 516.00 |
| 11/26/2002 | KRG | Revise complaint; telephone conference with J. Mummery. | 1.90 | 408.50 |
| | | For professional services rendered | 19.10 | $4,106.50 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 7.58 |
| $Facsimile | 18.60 |
| $Photocopy | 2.80 |
| Total costs | $28.98 |
| Total amount of this bill | $4,135.48 |
| Previous balance | $13,319.97 |
| Balance due | $17,455.45 |

200112



Exhibit E

Total PAID 2002

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

January 06, 2003

old 17,455 45 ok
pmt 7,455 45
Rem. bal 10,000
new 5,818 26
New bal 15,818 26
1868

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17380

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered December 1 - December 31, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/2/2002 | KRG | Telephone conference with J. Mummery re: complaint and upcoming meeting with Forest Service; draft letter to K. Capps re: filing of complaint. | 1.60 | 344.00 |
| 12/4/2002 | KRG | Telephone conference with J. Mummery re: meeting with [redacted] | 1.30 | 279.50 |
| 12/5/2002 | KRG | Telephone conference with J. Mummery; finalize complaint. | 1.10 | 236.50 |
| 12/6/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 43.00 |
| | MEB | File complaint at Court of Federal Claims. | 0.70 | 105.00 |
| 12/9/2002 | KRG | Telephone conference with J. Mummery. | 0.30 | 64.50 |
| 12/10/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 43.00 |
| 12/11/2002 | KRG | Telephone conference with J. Mummery re: judge assigned to case. | 0.10 | 21.50 |
| 12/12/2002 | KRG | Draft e-mail to K. Capps; telephone conference with J. Mummery re: upcoming conference with Forest Service. | 0.70 | 150.50 ✓ |
| 12/16/2002 | KRG | Telephone conference with J. Mummery; review email from K. Capps re: settlement conference. | 0.40 | 86.00 ✓ |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 12/17/2002 | KRG | Review settlement offer from Forest Service; telephone conference with J. Mummery re: same; review pertinent road maintenance provisions in the Forest Service Handbook. | 1.70 | 365.50 |
| 12/18/2002 | KRG | Conference with M. Berkemeier; prepare for settlement conference; attend settlement conference; telephone conference with J. Mummery and M. Berkemeier re: same. | 6.20 | 1,333.00 |
| | MEB | Conference with K. Garden; participate in settlement conference; telephone conference with client and K. Garden. | 2.80 | 420.00 |
| 12/19/2002 | KRG | Telephone conference with J. Mummery. | 0.80 | 172.00 |
| 12/20/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 43.00 |
| 12/23/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 43.00 |
| 12/24/2002 | KRG | Begin drafting response to Forest Service settlement offer. | 1.10 | 236.50 |
| 12/27/2002 | KRG | Continue drafting letter to Dept. of Justice; telephone conference with J. Mummery re: same. | 5.10 | 1,096.50 |
| 12/30/2002 | KRG | Telephone conference with J. Mummery; revise letter to J. Williamson re: response to Forest Service settlement offer; conference with M. Berkemeier. | 2.10 | 451.50 |
| | MEB | Conference with K. Garden; review letter to Dept. of Justice. | 0.50 | 75.00 |
| | | For professional services rendered | 27.30 | $5,609.50 |
| | | Additional Charges : | | |
| | | $Facsimile | | 154.00 |
| | | $Photocopy | | 50.80 |
| | | $Postage | | 3.96 |
| | | Total costs | | $208.76 |
| | | Total amount of this bill | | $5,818.26 |
| | | Previous balance | | $17,455.45 |