**FORM 5**
**EAJA FORM**

## APPLICATION
## FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT
**Title 28 U.S.C. §2412(d), Title II of Public Law 96-481, 94 STAT 2325**

| 1. COURT | 2. DATE FILED | 3. DOCKET NO. |
|---|---|---|
| United States Court of Federal Claims | 9/22/06 | 02-1795C |

| 4. NAME OF APPLICANT (One per form) | 5. GOVERNMENT AGENCY INVOLVED IN CLAIM (Use agency code on reverse side) |
|---|---|
| The Sweetwater, A Wilderness Lodge | AGRI |

**6. NATURE OF APPLICATION**

A. ☑ Original application under 28 U.S.C. §2412(d)(1)(A) after judgment in civil action against U.S.
B. ☐ Appeal of fees and expenses awarded by Lower Court (If Item 6B is checked go to Item 7.)
C. ☐ Original application under 28 U.S.C. §2412(d)(3) after review of agency decision.
D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. §504(c)(2).

**7. APPEAL FROM:**

☐ DISTRICT COURT ☐ BANKRUPTCY COURT
☐ OTHER: ____________________

| 7A. DATE FILED IN LOWER COURT | 7B. DOCKET NO. |
|---|---|
| | |

| 8. ADMINISTRATIVE AGENCY DOCKET NO. | 9. DATE FILED IN ADMINISTRATIVE AGENCY |
|---|---|
| N/A | N/A |

10. SHOWING OF "PREVAILING PARTY" STATUS (28 U.S.C. §2412(d)(1)(B)):

Is agency order, court order, or other relevant document attached? ☐ YES ☑ NO

11. SHOWING OF ELIGIBILITY (28 U.S.C. §2412(d)(2)(B)):

Is net worth information attached? ☑ YES ☐ NO

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. §2412(d)(1)(B)):

Government position was not substantially justified

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. §2412(d)(2)(A)):

AMOUNT CLAIMED

| | |
|---|---|
| A. ATTORNEY FEES | $ 252,662.16 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ |
| H. OTHER FEES AND EXPENSES - SPECIFY | |
| (1) | $ 83,999.86 |
| (2) | $ |
| (3) | $ |
| I. TOTAL FEES AND EXPENSES | $ 336,662.02 |

| 14. SIGNATURE | 15. DATE |
|---|---|
| [signature] | 9/22/06 |

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT