# In the United States Court of Federal Claims

No. 02-1795 C
(Filed October 6, 2006)

***********************************
THE SWEETWATER, A WILDERNESS LODGE LLC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
***********************************

## ORDER

Defendant moves to suspend briefing on plaintiff's Application for Attorneys' Fees and Costs, filed September 22, 2006. The applicable legislation provides for filing such an application after the entry of final judgment. 28 U.S.C. § 2412(d)(1)(A)-(B). In view of plaintiff's timely motion for reconsideration, a final judgment remains to be entered. In this circumstance, plaintiff's application is premature and subject to dismissal without prejudice to its subsequent timely filing.

However, it is concluded that the better course of action is to suspend any action on the premature application pending entry of a final judgment.

Accordingly, it is **ORDERED** that defendant's motion, filed October 6, 2006, shall be **GRANTED** to the extent that defendant's time to respond to plaintiff's attorney fees application shall not commence to run until the entry of a final judgment in this matter.

/s James F. Merow
James F. Merow
Senior Judge