**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-1795C<br>(Judge Merow) |

**NOTICE OF RETURN OF CERTIFIED JUDGMENT**

Plaintiff The Sweetwater, A Wilderness Lodge LLC ("The Sweetwater") hereby provides notice to the Court that, pursuant to the Court's Order dated October 6, 2006, The Sweetwater has returned to the Clerk the certified transcript of judgment issued on August 30, 2006.

Respectfully submitted,

s/Kevin R. Garden

Kevin R. Garden
THE GARDEN LAW FIRM P.C.
901 N. Pitt Street, Suite 325
Alexandria, VA 22314
(703) 535-5565

Counsel for Plaintiff

Dated: October 10, 2006