# In the United States Court of Federal Claims

**No. 02-1795 C**

**THE SWEETWATER,**
**A WILDERNESS LODGE LLC**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's reissued opinion, filed October 6, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is against defendant and in favor of plaintiff for the following amounts and such judgment shall be paid under the following conditions:

(a) the amount of $637,010.00, consisting of equitable consideration for the value of plaintiff's improvements located on the site covered by the permit, executed August 21, 1995, by the Forest Service and The Sweetwater and terminated by the Forest Service, effective April 3, 2001;

(b) the amount of $111,704.70, consisting of plaintiff's post-termination expenditures through December 31, 2004, also a portion of equitable consideration;

(c) the amount of $2,482.32 per month for each month after December 31, 2004, until date of final judgment herein, also a part of damages, measured by equitable consideration, consisting of plaintiff's continuing out-of-pocket expenditures; and

(d) plaintiff may obtain payment of this judgment only upon tender of a deed or other appropriate document, in such form as the Attorney General, or his authorized representative, may deem necessary to assure that the defendant acquires valid ownership of The Sweetwater's improvements on the 15.4 acre site covered by the permit.

Brian Bishop
Clerk of Court

October 12, 2006 By: s/ Debra L. Samler

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.