United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

October 26, 2006

Kevin R. Garden, Esquire
The Garden Law Firm, P.C.
901 North Pitt Street
Suite 325
Alexandria, VA 22314

In re: Sweetwater, A Wilderness Lodge Lodge, LLC v. United States,
No. 02-1795 C

Dear Mr. Garden:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated October 12, 2006, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Gregg M. Schwind, Esquire
Department of Justice