***Electronically Filed on December 12, 2006***

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1795C<br>(Senior Judge Merow) |

**PLAINTIFF'S REVISED APPLICATION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Kevin R. Garden
THE GARDEN LAW FIRM P.C.
211 North Union Street, Suite 100
Alexandria, VA 22314
(703) 519-1286

Dated: December 12, 2006

Pursuant to 28 U.S.C. § 2412(d) of the Equal Access to Justice Act ("EAJA") and this Court's Order dated November 29, 2006, plaintiff The Sweetwater, A Wilderness Lodge LLC ("The Sweetwater") respectfully submits this revised application for fees, expenses and costs incurred by The Sweetwater in the above-captioned matter.[1] As demonstrated below, The Sweetwater is a prevailing party in this matter and is eligible to receive an award under 28 U.S.C. § 2412(d) in the amount of $350,292.54 for reasonable attorneys fees, expenses and costs which were incurred in this lengthy and vigorously fought proceeding. The position of the United States in this matter was not substantially justified. Because the Court's final judgment was issued on October 12, 2006 and the appeal period as to the final judgment expired on December 11, 2006, this application is timely.

The Sweetwater is a limited liability company the net worth of which did not exceed $7 million and which did not employ more than 500 employees at the time this action was filed. *See* Declaration of Jeffrey C. Mummery at ¶ 3 (attached hereto as Exhibit A). Thus, The Sweetwater meets the criteria under the EAJA with regard to eligible parties. 28 U.S.C. § 2412(d)(2)(B).

The Sweetwater filed its Complaint in this matter on December 6, 2002, over four years ago. In that Complaint, The Sweetwater sought a judgment from the Court determining that The Sweetwater was entitled to compensation pursuant to the rights it held under its Term Special Use Permit for the Forest Service's actions in hindering The Sweetwater's ability to perform under that permit. In its Opinion dated August 25, 2006 and revised on October 6, 2006, the Court found that the Forest Service had in fact precluded The Sweetwater from performing under

[1]The Sweetwater filed its initial application for attorneys fees and costs on September 22, 2006. Pursuant to the Court's Order dated November 29, 2006, The Sweetwater is submitting this revised application.

the Term Special Use Permit and The Sweetwater was therefore entitled to compensation based on the government's actions. The Sweetwater is a prevailing party in this matter because the Court ordered a change in the legal relationship between the parties, a judgment was entered in The Sweetwater's favor and the judicial order confers judicial relief upon The Sweetwater. *See Thomas v. Nat'l Sci. Found.*, 330 F.3d 486, 492-93 (D.C. Cir. 2003).

Pursuant to the EAJA, a prevailing party is entitled to its reasonable attorneys fees, expenses and costs unless the government can demonstrate that the government's position was substantially justified. When the government makes such an assertion, "the court must look at the 'government's position throughout the dispute, including not only its litigating position but also the agency's administrative position.'" *Keeton Corrections, Inc. v. United States,* 62, Fed. Cl. 134, 135 (2004), *quoting Coty v. United States*, 71 F.3d 384, 386 (Fed. Cir. 1995). This case is replete with unreasonable and unsupported agency conduct with regard to its administrative and litigation positions. All of the facts relevant to this conduct were, or should have been known to the government before these proceedings even began.

As the Court found, the Forest Service did not inform The Sweetwater at the time it entered into the Term Special Use Permit in 1995 that in 1992 the Forest Service had "basically condemned" the bridges leading to the lodge facilities. Opinion at 17. While the Forest Service revealed this conclusion for the first time in 1997, this determination was not previously set forth in any document.[2] In addition, and as the Court found, while the Forest Service placed an official sign at the bridges as of 1995 that prominently stated "Weight Limit 3 Tons," no load rating of the bridges had actually been done notwithstanding this sign's representations. Opinion

[2]A Forest Service employee admitted that he did not include this determination in the files pertaining to the bridges until 1997. Opinion at 17.

at 4. While the Forest Service policy was to close bridges that were not load rated, the Forest Service had not done so as of 1995 thus violating its policy. Opinion at 22. It was later revealed that the Forest Service's bridge experts had stated in 1992 that "the bridges should be closed," but the bridges were not closed because the Forest Service wanted to prevent its own liability to a prior lodge owner. Opinion at 4. (In making this decision, considerations for the public safety apparently took a back seat to the Forest Service's intent to protect its own agency budget.)

After The Sweetwater purchased the lodge facilities, the Forest Service's disclosure in 1997 of its previous conclusion as to the bridges being "basically condemned" caused the closure of The Sweetwater's operations under the permit due to the safety issues raised by this finding (which the Forest Service agreed with)(Opinion at 19). The Forest Service then stated to and *assured* The Sweetwater that it was seeking funding to replace the bridges in order to restore operations. Opinion at 18-19. However, while the Forest Service subsequently received funding in 1999, it secretly sent this funding back because it was hoping to avoid investing any money in the lodge area at all from its own budget, and it hid this activity from The Sweetwater. Opinion at 21.[3] After this action, the Forest Service continued to misrepresent to The Sweetwater that it was trying to locate funds to replace the bridges. *Id.*

The Forest Service then encouraged The Sweetwater to hire a private structural engineer to inspect the bridges in late 2000. Opinion at 21. When that engineer concluded that the bridges could not be load rated, the Forest Service then placed locked gates on the bridges in April 2001 because the bridges could not be load rated, even though this *same exact condition was in existence in 1995* and the Forest Service had left the bridges open. Opinion at 22. <u>Thus,</u>

[3] As the Court found, *at the time of executing the permit with The Sweetwater*, the Forest Service "assure[d] The Sweetwater that they would make their best efforts to obtain replacement funds" if the bridges subsequently could not be used. Opinion at 10.

had the Forest Service not inexplicably waited until 2001 to follow its own policy, the bridges would have been closed long before The Sweetwater inquired about purchasing the lodge and invested substantial financial and personal resources into it. As the testimony of the Forest Service's engineers Messrs. Fischer and Koenig clearly showed, all of these facts were known to the government.

From early on in this matter, The Sweetwater asserted that the Forest Service was required under the circumstances to compensate it pursuant to clause 15 of the permit. We respectfully urge the Court to review Joint Exhibits 16, 18, and 20, which are letters written by The Sweetwater to the Forest Service in 2001, long before this litigation began. In those letters, The Sweetwater sets forth its repeated efforts to resolve this case and thus avoid litigation and its commensurate legal costs. The Court has now confirmed in its Opinion each of the material bases cited to by The Sweetwater in those letters. However, the Forest Service ignored these assertions that it was obligated to address the situation under clause 15 and consistently refused to resolve this matter in a fair and efficient manner.

Notwithstanding the agency's culpability for the situation causing this loss of access and rather than making any effort to arrive at a fair resolution of this matter as The Sweetwater was urging, the Forest Service then sent a letter to The Sweetwater in December 2001 in which the Forest Service stated that The Sweetwater *had* to operate the lodge without vehicular use of the bridges, that access to the lodge was the sole responsibility of The Sweetwater and that the permit could be revoked if The Sweetwater did not operate. Opinion 24-25.[4] At this point, The Sweetwater had no choice but to incur the substantial expense of pursuing a claim against the

[4] As the Court noted, two months before sending this letter the Forest Service had secretly decided to remove the Sweetwater bridges and close the road permanently. Opinion at 24.

federal government.

When The Sweetwater presented its administrative claim to the Forest Service in 2002, the agency summarily asserted in its response dated July 22, 2002 that The Sweetwater did not have a legal binding contract with the Forest Service, and the agency *refused to even consider* The Sweetwater's administrative claim. Opinion at 25. The Forest Service took and has continuously maintained the position throughout this proceeding that the permit at issue was in no way a legal contract even though this Court had held that such permits were binding contracts. *See Son Broadcasting, Inc. v. United States,* 52 Fed. Cl. 815 (July 11, 2002)(finding that Forest Service Term Special Use Permits are binding legal contracts)(no appeal filed); *see also Keeton*, 62 Fed. Cl. 137 (in awarding EAJA fees, this Court found that the government's position was contrary to prior decisions on the issue). Moreover, while it did not inform the Court, the government had taken the *exact opposite position* in a separate District Court proceeding where the Forest Service (and not the permittee) was the party seeking contract damages arising under the very same type of permit. *See Peckham v. United States*, 61 Fed. Cl. 102 (2004)(discussing Forest Service action in a District Court against special use permittee in which the Forest Service sought contract damages)[5]; *see also Keeton*, 62 Fed. Cl. at 137 (in awarding EAJA fees, this Court noted that the government had taken a contrary position in other litigation); Notice of Newly Discovered Authority (August 4, 2004)(CFC Docket # 62). As the record demonstrates, in addition to asserting that it had no contract with The Sweetwater, the Forest Service took the administrative position that The Sweetwater had to operate the lodge

[5] Thus, the government was taking the wholly unreasonable and duplicitous position that, when it was the plaintiff, Forest Service Term Special Use Permits were legally binding contracts entitling the government to pursue contract damages against permittees, but when it was the defendant being sued by a permittee, these same permits were mere licenses and not legal contracts. The Forest Service has never offered an explanation for these irreconcilable positions.

without bridges or it would be in breach of its permit and risk losing its lodge as well as being liable for restoring the land to its natural state.[6] Thus, there is simply no way the Forest Service can meet its burden of demonstrating that its administrative position in this matter was substantially justified.

Before this Court, the government then continued with this same position on behalf of the Forest Service and moved for summary judgment based on lack of jurisdiction, which the Court denied. Order (December 30, 2004)(CFC Docket # 69).[7] Even after the Court's determination that it had jurisdiction over this matter, the government continued to assert *the very same argument*. Defendant's Post Trial Brief at 1-3 (asserting the Court had no jurisdiction over this matter because the permit is not a contract).

The government also asserted that it had not precluded The Sweetwater's operations (even *after* the Forest Service padlocked and physically prevented any access over the Sweetwater bridges in 2001) and insisted that The Sweetwater could have operated its lodge using fords. As the Court found, it was "clear" that this was an erroneous position. Opinion at 10. As the Court further found, the Forest Supervisor (who admitted to having no background in lodge operations and conducted no assessment whatsoever of the viability of operations without vehicular access) had summarily taken the erroneous and self-serving position throughout this matter that the lodge could be operated with fords and failed to pursue bridge funds based on this

[6]The Forest Service made no inquiries of any one with expertise as to the viability of operating the lodge without vehicular access at this time. *See* Opinion at 20. However, when the Forest Service finally did so in the course of this litigation, the Forest Service's <u>own</u> expert informed it that operating without vehicular access was <u>not</u> feasible. At this point, the Forest Service had become so imbedded in its position that it ignored its expert's view.

[7] While The Sweetwater cross-moved for summary judgment and that motion was denied due to a dispute of material facts, that motion was effectively later granted by the Court's August 25, 2006 Opinion in which the Court, after hearing from the witnesses at the trial, agreed with The Sweetwater as to all material facts raised in that summary judgment motion.

unsupported position. Opinion at 20. In fact, the government's own expert informed the government that it was wrong and "fords do not work." Opinion at 10-11.

The Forest Supervisor had also maintained, and the government insisted in the litigation, that The Sweetwater had agreed in 1995 that it would use fords to operate the lodge if necessary. Opinion at 20. However, the Forest Supervisor was not even at the 1995 meeting. As the Court found, the Forest Service's *own employees* who attended the meeting where this agreement was allegedly made clearly admitted that *no such agreement was ever made* and that fords would be used only as a temporary means to access and maintain the lodge. Opinion at 10-11, 20.[8] The Forest Supervisor's position with regard to not restoring bridge access to the lodge facilities, which was critical to this situation not being resolved, was influenced by her entirely unsupported belief in this regard. Opinion at 20. In fact, in 1997 the Forest Service had written a letter in which it acknowledged that any use of fords would only be temporary. *See* Opinion at 19 (quoting from JX 12, which was a letter written to The Sweetwater by Ms. Watson and signed by Mr. Larson in 1997 describing agreed-upon use of fords as "temporary"). The Forest Supervisor simply chose to ignore these facts.

In this litigation, rather than finally acknowledge these facts as to the use of fords which had been confirmed by its own employees and now by its own expert, the government adopted the Forest Supervisor's wholly contradicted position and stubbornly continued with her entirely unsupportable position until its very last filing in this case. *See* Defendant's Response to Plaintiff's Proposed Finding of Fact at ¶ 6 (CFC Docket # 121)(filed February 1, 2006)(insisting the lodge was viable by using fords as a means of access); *Id.* at ¶ 63 (the government disagreed

[8] One Forest Service employee (Mr. Monte Barker), who was very familiar with the lodge facilities and the unsafe conditions of Sweetwater Creek, testified that it was so obvious that the lodge could not operate using fords that it went without saying. Tr. 822:24-823:3.

with The Sweetwater's assertion that the parties agreed to the *temporary* use of fords).[9]

The Sweetwater achieved full success in its claim when the Court determined that the Forest Service had terminated its permit and was liable to The Sweetwater for equitable consideration under that permit. The action which directly led to this litigation was the Forest Service's issuance of the non-compliance letter to The Sweetwater in December 2001 in which the Forest Service asserted that The Sweetwater had to operate the lodge and that, if it did not, The Sweetwater was in breach of its permit which could then be revoked and The Sweetwater would be liable for removing its facilities and restoring the land to its natural condition. However, The Sweetwater successfully demonstrated that the Forest Service had in fact terminated any lodge operations, and was thus liable under the permit for this action. Therefore, rather than losing its lodge facilities and having to pay to restore the land to its natural condition, as the Forest Service was asserting was The Sweetwater's liability, by filing this action The Sweetwater established that it is entitled to equitable consideration for its lodge facilities and it is not liable in any way for restoring the permit area to its natural condition. Based on these results, The Sweetwater is entitled to recover a fully compensatory fee. *Keeton*, 62 Fed. Cl. at 138-139.

---

[9] In an effort to support its damage theory presented to this Court (which erroneously asserted that The Sweetwater was entitled to no more than the replacement cost of the bridges), the government brought forth an expert at the trial to testify that both bridges could be replaced for $85,000. Opinion at 23. However, the government had previously stated to the public when it closed the bridges (as part of its effort to quell public opposition to its actions) that it would cost over $500,000 to replace those bridges. Opinion at 23. The credibility of the government's bridge expert as to the $85,000 bridge replacement cost only further demonstrates the government's misrepresentations in this regard back in 2001 when it represented to the public that the cost would be over $500,000. Moreover, had the government sought out this particular expert back in 2001 or earlier, the Forest Service may well have not blocked funding to replace the bridges given that the actual cost to replace the bridges was far lower than the Forest Service had asserted. Instead, the government ended up paying as much for its experts in this case in an attempt to defend itself (some of whom did not even testify) than it would have paid to actually replace the bridges and solve the problem.

The Sweetwater is seeking an award of fees, expenses and costs totaling $350,292.54 which are fully itemized, documented and supported in the attached exhibits. This request is based on The Sweetwater having incurred attorneys fees for 1734.1 hours in pursuing this matter capped at the adjusted EAJA rate of $152.38/hour. Exhibit B; *see* Exhibits E-K (supporting documentation that itemizes these hourly efforts).[10] The total amount incurred for attorneys fees is $263,846.86 based on this capped rate. *Id.* All fees set forth in The Sweetwater's counsel's bills and itemizations of time have been incurred in this matter. *See* Declaration of Jeffrey C. Mummery at ¶ 4 (attached hereto as Exh. A).[11]

This effort includes review and analysis to prepare the Complaint as well as preparation of The Sweetwater's defense against the United States' motion for summary judgment in which the United States asserted that the Term Special Use Permit at issue was not a contract and thus the Court had no jurisdiction over The Sweetwater's claim, and that the government had not terminated the permit and thus had no liability under clause 15. This claim also includes the extensive effort involved in preparing for the trial in this matter, which included review and analysis of approximately 9,000 pages of documents produced by the government in this case in response to discovery, and preparation for sixteen (16) depositions which were held in Cody,

---

[10] As shown on Exhibit C attached hereto, because the cost of living has increased since 1986, The Sweetwater is seeking to adjust the base EAJA rate to include cost of living adjustments by calculating the average CPI-U for the period 2002-2006 which is when legal fees were incurred (189.74), and dividing it by the baseline CPI-U for March 1996 (155.7). *See Chapman Law Firm*, 65 Fed. Cl. at 425; *California Marine Cleaning, Inc. v. United States*, 43 Fed. Cl. 724, 733-34 (1999). This results in the factor of 1.219, which was then multiplied by the standard EAJA rate of $125/hour to arrive at the adjusted EAJA rate of $152.38. With the exception of Mr. Housel, The Sweetwater's actual attorney rates were in excess of $152.38/hour. Declaration of Jeffrey C. Mummery at ¶ 5 (attached hereto as Exh. A).

[11] This request will be supplemented subsequent to any opposition filed by the government to include additional fees and expenses associated with filing this application for attorneys fees. *Cinciarelli v. Reagan*, 729 F.2d 801 (D.C. Cir. 1984).

Wyoming, Denver, Colorado and Fort Collins, Colorado. It also includes the nine-day trial at which testimony totaling 2,985 pages was presented from 17 witnesses and 114 exhibits were introduced. Finally, it includes exhaustive and comprehensive post-trial briefings which addressed the extensive record in this matter. All in all, over 130 docket entries were filed in this proceeding.[12]

The Sweetwater is also seeking the expenses and costs incurred by its attorneys in this matter, which totals $20,131.54. *See* Exhibit D attached hereto. These expenses and costs are itemized and described in Exhibits E-K attached hereto. In addition, also set forth on Exhibit D attached hereto is an itemized list of all additional expenses incurred by The Sweetwater in this proceeding and paid directly by The Sweetwater. These costs, which are documented in Exhibits L-W, total $66,314.14 and include expenses paid by The Sweetwater to its experts (which is far less than that expended by the government for its experts) as well as payments to court reporters for deposition transcripts. These expenses also include travel costs associated with the depositions, the summary judgment hearing and the trial itself. *See* Declaration of Jeffrey C. Mummery at ¶ 6.

For the reasons set forth above, The Sweetwater respectfully requests that its application for fees, expenses and costs totaling $350,292.54 pursuant to the Equal Access to Justice Act be granted.

---

[12] In its Opinion, the Court excluded from the expenditures owed to The Sweetwater all expenses related to the litigation of this case. Opinion at 34. In doing so, the Court excluded all fees to The Sweetwater charged to it by Saltman & Stevens in 2002. Because the Court has apparently viewed these expenditures as related to the litigation of this matter, The Sweetwater has included those attorneys fees and expenses in this EAJA request. However, in the event that the government asserts that such fees and expenses are not recoverable pursuant to the EAJA because they are not incurred in litigating this matter, The Sweetwater respectfully requests that the Court amend its Opinion to include those expenses as part of The Sweetwater's compensable expenditures for 2002.

Respectfully submitted,

s/Kevin R. Garden

Kevin R. Garden
THE GARDEN LAW FIRM P.C.
211 North Union Street, Suite 100
Alexandria, VA 22314
(703) 519-1286

Dated: December 12, 2006

**TABLE OF CONTENTS OF EXHIBITS**

| | |
|---|---|
| A | Declaration of Jeffrey C. Mummery |
| B | Incurred attorneys' fees summary |
| C | Calculation of adjusted EAJA rate to account for COLA increases |
| D | Costs and Expenses summary |
| E | 2002 Legal bills from Saltman & Stevens, P.C. |
| F | 2003 Legal bills from Saltman & Stevens, P.C. |
| G | 2004 Legal bills from Saltman & Stevens, P.C. |
| H | 2005 Legal bills from Saltman & Stevens, P.C. |
| I | 2005 Legal bills from The Garden Law Firm, P.C. |
| K | 2006 Legal bills from The Garden Law Firm, P.C. |
| L | Invoices from QM Appraisals (Que Mangus) |
| M | Invoices from SiteTek Financial (John Pucetas) |
| N | Invoices from Wyoming Reporting Service |
| O | Invoices from Big Sky Reporting |
| P | Invoices from Javernich LLC |
| Q | Invoices from Agren/Blando Reporting |
| R | Invoices from Heritage Reporting |
| S | Hotels, meals, travel, etc. |
| T | Secretarial services incurred by The Sweetwater |
| U | Payment for corp. counsel document production |
| V | Delivery services, miscellaneous costs |
| W | Late fees charged by Saltman & Stevens P.C. |

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-1795C<br>(Judge Merow) |

**<u>DECLARATION OF JEFFREY C. MUMMERY</u>**

I, Jeffrey C. Mummery, declare as follows:

1. Unless otherwise stated, I have personal knowledge of the following facts which I believe to be true to the best of my present knowledge and understanding.

2. At all times relevant to the issues in this dispute, I have been the Manager of plaintiff The Sweetwater, A Wilderness Lodge LLC and have acted as its representative.

3. The Sweetwater is a limited liability company the net worth of which did not exceed $7 million and which did not employ more than 500 employees at the time this action was filed.

4. I have reviewed Exhibits B-W attached to The Sweetwater's application for attorneys fees under the Equal Access to Justice Act and all statements set forth therein



Exhibit A

are accurate to the best of my knowledge. All fees and expenses set forth in The Sweetwater's counsel's bills and itemizations of time at Exhibits B, D, E, F, G, I, J and K have been incurred in this matter.

5. With the exception of Mr. Housel, the rates of the attorneys who worked on behalf of The Sweetwater in this matter were in excess of $152.38/hour.

6. In addition, set forth in Exhibit D attached to The Sweetwater's application is an itemized list of all additional costs incurred by The Sweetwater in this proceeding and paid directly by The Sweetwater. The documents supporting these costs are set forth at Exhibits L-W. These include costs paid by The Sweetwater to court reporters for deposition transcripts as well as travel costs associated with those depositions, the summary judgment hearing and the trial itself.

I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey C. Mummery

Executed on December 12, 2006



Exhibit A

**Incurred attorneys' fees**

| Exhibit | | Hours | Value capped at EAJA rate of $152.38 |
|---|---|---|---|
| | ***2002*** | | |
| E | Saltman & Stevens, P.C | 289.5 | $ 44,114.01 |
| | ***2003*** | | |
| F | Saltman & Stevens, P.C. | 445.05 | $ 67,816.72 |
| | ***2004*** | | |
| G | Saltman & Stevens, P.C. | 168.05 | $ 25,607.46 |
| | ***2005*** | | |
| I | The Garden Law Firm, P.C. | 662.9 | $ 101,012.70 |
| J | Law Office of John O. Housel | 7.9 | $ 808.50 |
| | ***2006*** | | |
| K | The Garden Law Firm P.C. (thru 11/30/2006) | 160.7 | $ 24,487.47 |
| | | 1734.1 | $ 263,846.86 |

Exhibit B

# Calculation of adjusted EAJA rate to account for COLA increases

Baseline CPI-U March 1986- **155.7** (*Chapman Law Firm*, 65 Fed. Cl. at 425)

| | | |
|---|---|---|
| CPI-U 2002- | 179.9 | *See attached* |
| CPI-U 2003- | 184 | *See attached* |
| CPI-U 2004- | 188.9 | *See attached* |
| CPI-U 2005- | 195.3 | *See attached* |
| CPI-U first half 2006- | 200.6 | *See attached* |

The average of these CPI-U indices is **189.74**

Dividing this average by the baseline (189.74/155.7) produces an adjustment factor of **1.219**

Multiplying this adjustment factor by the EAJA base rate of $125 (1.219 x $ 125) produces an adjusted EAJA rate of $ **152.38**

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2001 | Annual average 2002 | Percent change from 2001 to 2002 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 177.1 | 179.9 | 1.6 |
| All items (1967=100) | 530.4 | 538.8 | - |
| Food and beverages | 173.6 | 176.8 | 1.8 |
| Food | 173.1 | 176.2 | 1.8 |
| Food at home | 173.4 | 175.6 | 1.3 |
| Cereals and bakery products | 193.8 | 198.0 | 2.2 |
| Meats, poultry, fish, and eggs | 161.3 | 162.1 | .5 |
| Dairy and related products | 167.1 | 168.1 | .6 |
| Fruits and vegetables | 212.2 | 220.9 | 4.1 |
| Nonalcoholic beverages and beverage materials | 139.2 | 139.2 | .0 |
| Other food at home | 159.6 | 160.8 | .8 |
| Sugar and sweets | 155.7 | 159.0 | 2.1 |
| Fats and oils | 155.7 | 155.4 | -.2 |
| Other foods | 176.0 | 177.1 | .6 |
| Other miscellaneous foods [1] | 108.9 | 109.2 | .3 |
| Food away from home | 173.9 | 178.3 | 2.5 |
| Other food away from home [1] | 113.4 | 117.7 | 3.8 |
| Alcoholic beverages | 179.3 | 183.6 | 2.4 |
| Housing | 176.4 | 180.3 | 2.2 |
| Shelter | 200.6 | 208.1 | 3.7 |
| Rent of primary residence | 192.1 | 199.7 | 4.0 |
| Lodging away from home [1] | 118.6 | 118.3 | -.3 |
| Owners' equivalent rent of primary residence [2] | 206.3 | 214.7 | 4.1 |
| Tenants' and household insurance [1] | 106.2 | 108.7 | 2.4 |
| Fuels and utilities | 150.2 | 143.6 | -4.4 |
| Fuels | 135.4 | 127.2 | -6.1 |
| Fuel oil and other fuels | 129.3 | 115.5 | -10.7 |
| Gas (piped) and electricity | 142.4 | 134.4 | -5.6 |
| Water and sewer and trash collection services [1] | 109.6 | 113.0 | 3.1 |
| Household furnishings and operations | 129.1 | 128.3 | -.6 |
| Household operations [1] | 115.6 | 119.0 | 2.9 |
| Apparel | 127.3 | 124.0 | -2.6 |
| Men's and boys' apparel | 125.7 | 121.7 | -3.2 |
| Women's and girls' apparel | 119.3 | 115.8 | -2.9 |
| Infants' and toddlers' apparel | 129.2 | 126.4 | -2.2 |
| Footwear | 123.0 | 121.4 | -1.3 |
| Transportation | 154.3 | 152.9 | -.9 |
| Private transportation | 150.0 | 148.8 | -.8 |
| New and used motor vehicles [1] | 101.3 | 99.2 | -2.1 |
| New vehicles | 142.1 | 140.0 | -1.5 |
| Used cars and trucks | 158.7 | 152.0 | -4.2 |
| Motor fuel | 124.7 | 116.6 | -6.5 |
| Gasoline (all types) | 124.0 | 116.0 | -6.5 |
| Motor vehicle parts and equipment | 104.8 | 106.9 | 2.0 |
| Motor vehicle maintenance and repair | 183.5 | 190.2 | 3.7 |
| Public transportation | 210.6 | 207.4 | -1.5 |
| Medical care | 272.8 | 285.6 | 4.7 |
| Medical care commodities | 247.6 | 256.4 | 3.6 |
| Medical care services | 278.8 | 292.9 | 5.1 |
| Professional services | 246.5 | 253.9 | 3.0 |
| Hospital and related services | 338.3 | 367.8 | 8.7 |

See footnotes at end of table.

Exhibit C

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2003 | Annual average 2004 | Percent change from 2003 to 2004 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 184.0 | 188.9 | 2.7 |
| All items (1967=100) | 551.1 | 565.8 | - |
| Food and beverages | 180.5 | 186.6 | 3.4 |
| Food | 180.0 | 186.2 | 3.4 |
| Food at home | 179.4 | 186.2 | 3.8 |
| Cereals and bakery products | 202.8 | 206.0 | 1.6 |
| Meats, poultry, fish, and eggs | 169.3 | 181.7 | 7.3 |
| Dairy and related products | 167.9 | 180.2 | 7.3 |
| Fruits and vegetables | 225.9 | 232.7 | 3.0 |
| Nonalcoholic beverages and beverage materials | 139.8 | 140.4 | .4 |
| Other food at home | 162.6 | 164.9 | 1.4 |
| Sugar and sweets | 162.0 | 163.2 | .7 |
| Fats and oils | 157.4 | 167.8 | 6.6 |
| Other foods | 178.8 | 179.7 | .5 |
| Other miscellaneous foods [1] | 110.3 | 110.4 | .1 |
| Food away from home | 182.1 | 187.5 | 3.0 |
| Other food away from home [1] | 121.3 | 125.3 | 3.3 |
| Alcoholic beverages | 187.2 | 192.1 | 2.6 |
| Housing | 184.8 | 189.5 | 2.5 |
| Shelter | 213.1 | 218.8 | 2.7 |
| Rent of primary residence | 205.5 | 211.0 | 2.7 |
| Lodging away from home [1] | 119.3 | 125.9 | 5.5 |
| Owners' equivalent rent of primary residence [2] | 219.9 | 224.9 | 2.3 |
| Tenants' and household insurance [1] | 114.8 | 116.2 | 1.2 |
| Fuels and utilities | 154.5 | 161.9 | 4.8 |
| Fuels | 138.2 | 144.4 | 4.5 |
| Fuel oil and other fuels | 139.5 | 160.5 | 15.1 |
| Gas (piped) and electricity | 145.0 | 150.6 | 3.9 |
| Water and sewer and trash collection services [1] | 117.2 | 124.0 | 5.8 |
| Household furnishings and operations | 126.1 | 125.5 | -.5 |
| Household operations [1] | 121.8 | 125.0 | 2.6 |
| Apparel | 120.9 | 120.4 | -.4 |
| Men's and boys' apparel | 118.0 | 117.5 | -.4 |
| Women's and girls' apparel | 113.1 | 113.0 | -.1 |
| Infants' and toddlers' apparel | 122.1 | 118.5 | -2.9 |
| Footwear | 119.6 | 119.3 | -.3 |
| Transportation | 157.6 | 163.1 | 3.5 |
| Private transportation | 153.6 | 159.4 | 3.8 |
| New and used motor vehicles [1] | 96.5 | 94.2 | -2.4 |
| New vehicles | 137.9 | 137.1 | -.6 |
| Used cars and trucks | 142.9 | 133.3 | -6.7 |
| Motor fuel | 135.8 | 160.4 | 18.1 |
| Gasoline (all types) | 135.1 | 159.7 | 18.2 |
| Motor vehicle parts and equipment | 107.8 | 108.7 | .8 |
| Motor vehicle maintenance and repair | 195.6 | 200.2 | 2.4 |
| Public transportation | 209.3 | 209.1 | -.1 |
| Medical care | 297.1 | 310.1 | 4.4 |
| Medical care commodities | 262.8 | 269.3 | 2.5 |
| Medical care services | 306.0 | 321.3 | 5.0 |
| Professional services | 261.2 | 271.5 | 3.9 |
| Hospital and related services | 394.8 | 417.9 | 5.9 |

See footnotes at end of table.

Exhibit C

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2004 | Annual average 2005 | Percent change from 2004 to 2005 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 188.9 | 195.3 | 3.4 |
| All items (1967=100) | 565.8 | 585.0 | - |
| Food and beverages | 186.6 | 191.2 | 2.5 |
| Food | 186.2 | 190.7 | 2.4 |
| Food at home | 186.2 | 189.8 | 1.9 |
| Cereals and bakery products | 206.0 | 209.0 | 1.5 |
| Meats, poultry, fish, and eggs | 181.7 | 184.7 | 1.7 |
| Dairy and related products | 180.2 | 182.4 | 1.2 |
| Fruits and vegetables | 232.7 | 241.4 | 3.7 |
| Nonalcoholic beverages and beverage materials | 140.4 | 144.4 | 2.8 |
| Other food at home | 164.9 | 167.0 | 1.3 |
| Sugar and sweets | 163.2 | 165.2 | 1.2 |
| Fats and oils | 167.8 | 167.7 | -.1 |
| Other foods | 179.7 | 182.5 | 1.6 |
| Other miscellaneous foods [1] | 110.4 | 111.3 | .8 |
| Food away from home | 187.5 | 193.4 | 3.1 |
| Other food away from home [1] | 125.3 | 131.3 | 4.8 |
| Alcoholic beverages | 192.1 | 195.9 | 2.0 |
| Housing | 189.5 | 195.7 | 3.3 |
| Shelter | 218.8 | 224.4 | 2.6 |
| Rent of primary residence | 211.0 | 217.3 | 3.0 |
| Lodging away from home [1] | 125.9 | 130.3 | 3.5 |
| Owners' equivalent rent of primary residence [2] | 224.9 | 230.2 | 2.4 |
| Tenants' and household insurance [1] | 116.2 | 117.6 | 1.2 |
| Fuels and utilities | 161.9 | 179.0 | 10.6 |
| Fuels | 144.4 | 161.6 | 11.9 |
| Fuel oil and other fuels | 160.5 | 208.6 | 30.0 |
| Gas (piped) and electricity | 150.6 | 166.5 | 10.6 |
| Water and sewer and trash collection services [1] | 124.0 | 130.3 | 5.1 |
| Household furnishings and operations | 125.5 | 126.1 | .5 |
| Household operations [1] | 125.0 | 130.3 | 4.2 |
| Apparel | 120.4 | 119.5 | -.7 |
| Men's and boys' apparel | 117.5 | 116.1 | -1.2 |
| Women's and girls' apparel | 113.0 | 110.8 | -1.9 |
| Infants' and toddlers' apparel | 118.5 | 116.7 | -1.5 |
| Footwear | 119.3 | 122.6 | 2.8 |
| Transportation | 163.1 | 173.9 | 6.6 |
| Private transportation | 159.4 | 170.2 | 6.8 |
| New and used motor vehicles [1] | 94.2 | 95.6 | 1.5 |
| New vehicles | 137.1 | 137.9 | .6 |
| Used cars and trucks | 133.3 | 139.4 | 4.6 |
| Motor fuel | 160.4 | 195.7 | 22.0 |
| Gasoline (all types) | 159.7 | 194.7 | 21.9 |
| Motor vehicle parts and equipment | 108.7 | 111.9 | 2.9 |
| Motor vehicle maintenance and repair | 200.2 | 206.9 | 3.3 |
| Public transportation | 209.1 | 217.3 | 3.9 |
| Medical care | 310.1 | 323.2 | 4.2 |
| Medical care commodities | 269.3 | 276.0 | 2.5 |
| Medical care services | 321.3 | 336.7 | 4.8 |
| Professional services | 271.5 | 281.7 | 3.8 |
| Hospital and related services | 417.9 | 439.9 | 5.3 |

See footnotes at end of table.

Exhibit C

**Table 30. Consumer Price Index for All Urban Consumers (CPI-U): Selected areas, semiannual averages, all items index**

(1982-84=100, unless otherwise noted)

| Area | All items | | | | | | |
|---|---|---|---|---|---|---|---|
| | Semiannual average indexes | | | | Percent change from preceding semiannual average | | |
| | 2nd half 2004 | 1st half 2005 | 2nd half 2005 | 1st half 2006 | 1st half 2005 | 2nd half 2005 | 1st half 2006 |
| U.S. city average | 190.2 | 193.2 | 197.4 | 200.6 | 1.6 | 2.2 | 1.6 |
| **Region and area size [1]** | | | | | | | |
| Northeast urban | 201.7 | 205.3 | 209.7 | 213.8 | 1.8 | 2.1 | 2.0 |
| Size A - More than 1,500,000 | 203.8 | 207.7 | 212.0 | 216.0 | 1.9 | 2.1 | 1.9 |
| Size B/C - 50,000 to 1,500,000 [2] | 119.5 | 121.0 | 123.9 | 126.4 | 1.3 | 2.4 | 2.0 |
| Midwest urban | 183.9 | 186.4 | 190.5 | 192.4 | 1.4 | 2.2 | 1.0 |
| Size A - More than 1,500,000 | 186.1 | 188.4 | 192.1 | 194.0 | 1.2 | 2.0 | 1.0 |
| Size B/C - 50,000 to 1,500,000 [2] | 117.0 | 118.8 | 121.5 | 122.8 | 1.5 | 2.3 | 1.1 |
| Size D - Nonmetropolitan (less than 50,000) | 177.0 | 180.5 | 185.2 | 187.1 | 2.0 | 2.6 | 1.0 |
| South urban | 183.1 | 186.1 | 190.5 | 193.8 | 1.6 | 2.4 | 1.7 |
| Size A - More than 1,500,000 | 184.4 | 188.0 | 192.4 | 195.7 | 2.0 | 2.3 | 1.7 |
| Size B/C - 50,000 to 1,500,000 [2] | 117.1 | 118.6 | 121.4 | 123.5 | 1.3 | 2.4 | 1.7 |
| Size D - Nonmetropolitan (less than 50,000) | 181.4 | 185.1 | 190.3 | 193.7 | 2.0 | 2.8 | 1.8 |
| West urban | 194.0 | 197.1 | 200.7 | 204.5 | 1.6 | 1.8 | 1.9 |
| Size A - More than 1,500,000 | 196.5 | 199.7 | 203.5 | 207.6 | 1.6 | 1.9 | 2.0 |
| Size B/C - 50,000 to 1,500,000 [2] | 118.7 | 120.6 | 122.4 | 124.5 | 1.6 | 1.5 | 1.7 |
| **Size classes** | | | | | | | |
| A [3] | 173.9 | 176.8 | 180.5 | 183.6 | 1.7 | 2.1 | 1.7 |
| B/C [2] | 117.7 | 119.3 | 122.0 | 123.9 | 1.4 | 2.3 | 1.6 |
| D | 182.1 | 185.4 | 189.9 | 192.5 | 1.8 | 2.4 | 1.4 |
| **Selected local areas** | | | | | | | |
| Anchorage, AK | 167.8 | 169.6 | 174.1 | 176.7 | 1.1 | 2.7 | 1.5 |
| Atlanta, GA | 183.9 | 187.1 | 190.8 | 192.6 | 1.7 | 2.0 | .9 |
| Boston-Brockton-Nashua, MA-NH-ME-CT | 210.3 | 213.9 | 218.9 | 222.0 | 1.7 | 2.3 | 1.4 |
| Chicago-Gary-Kenosha, IL-IN-WI | 190.1 | 192.0 | 196.7 | 197.9 | 1.0 | 2.4 | .6 |
| Cincinnati-Hamilton, OH-KY-IN | 177.7 | 179.1 | 184.2 | 187.7 | .8 | 2.8 | 1.9 |
| Cleveland-Akron, OH | 183.0 | 185.8 | 190.0 | 191.4 | 1.5 | 2.3 | .7 |
| Dallas-Fort Worth, TX | 179.6 | 182.0 | 187.4 | 189.7 | 1.3 | 3.0 | 1.2 |
| Denver-Boulder-Greeley, CO | 187.4 | 189.2 | 192.6 | 196.3 | 1.0 | 1.8 | 1.9 |
| Detroit-Ann Arbor-Flint, MI | 186.6 | 188.7 | 193.0 | 195.9 | 1.1 | 2.3 | 1.5 |
| Honolulu, HI | 191.9 | 195.0 | 200.6 | 206.4 | 1.6 | 2.9 | 2.9 |
| Houston-Galveston-Brazoria, TX | 170.2 | 174.3 | 177.0 | 180.3 | 2.4 | 1.5 | 1.9 |
| Kansas City, MO-KS | 181.8 | 183.3 | 187.3 | 188.6 | .8 | 2.2 | .7 |
| Los Angeles-Riverside-Orange County, CA | 194.9 | 199.2 | 204.5 | 209.3 | 2.2 | 2.7 | 2.3 |
| Miami-Fort Lauderdale, FL | 186.6 | 191.8 | 196.9 | 202.7 | 2.8 | 2.7 | 2.9 |
| Milwaukee-Racine, WI | 180.4 | 183.1 | 187.2 | 189.2 | 1.5 | 2.2 | 1.1 |
| Minneapolis-St. Paul, MN-WI | 189.2 | 192.4 | 193.9 | 195.1 | 1.7 | .8 | .6 |
| New York-Northern N.J.-Long Island, NY-NJ-CT-PA | 206.4 | 210.7 | 214.8 | 219.2 | 2.1 | 1.9 | 2.0 |
| Philadelphia-Wilmington-Atlantic City, PA-NJ-DE-MD | 199.0 | 202.1 | 206.3 | 210.7 | 1.6 | 2.1 | 2.1 |
| Phoenix-Mesa, AZ [4] | 105.2 | 107.3 | 109.2 | 110.6 | 2.0 | 1.8 | 1.3 |
| Pittsburgh, PA | 184.7 | 187.8 | 191.7 | 194.8 | 1.7 | 2.1 | 1.6 |
| Portland-Salem, OR-WA | 192.5 | 194.5 | 197.5 | 199.8 | 1.0 | 1.5 | 1.2 |
| St. Louis, MO-IL | 181.6 | 185.0 | 187.4 | 188.8 | 1.9 | 1.3 | .7 |
| San Diego, CA | 214.3 | 218.3 | 222.9 | 226.7 | 1.9 | 2.1 | 1.7 |
| San Francisco-Oakland-San Jose, CA | 199.5 | 201.5 | 203.9 | 207.9 | 1.0 | 1.2 | 2.0 |
| Seattle-Tacoma-Bremerton, WA | 195.4 | 199.2 | 201.3 | 205.8 | 1.9 | 1.1 | 2.2 |
| Tampa-St. Petersburg-Clearwater, FL | 163.1 | 166.4 | 170.6 | 173.9 | 2.0 | 2.5 | 1.9 |
| Washington-Baltimore, DC-MD-VA-WV [5] | 120.7 | 122.8 | 125.8 | 127.7 | 1.7 | 2.4 | 1.5 |

[1] Regions defined as the four Census regions. See map in technical notes.
[2] Indexes on a December 1996=100 base.
[3] Indexes on a December 1986=100 base.
[4] For Phoenix-Mesa, indexes are on a December 2001=100 base.
[5] Indexes on a November 1996=100 base.

Exhibit C

## Costs and Expenses

## Paid by attorneys

| Exhibit | | | | |
|---|---|---|---|---|
| | ***2002*** | | | |
| E | Saltman & Stevens, P.C. | $ 3,314.96 | | |
| | ***2003*** | | | |
| F | Saltman & Stevens, P.C. | $11,200.81 | | |
| | ***2004*** | | | |
| G | Saltman & Stevens, P.C. | $ (305.69) | | |
| | ***2005*** | | | |
| H | Saltman & Stevens, P.C. | $ 56.43 | | |
| I | The Garden Law Firm, P.C. | $ 5,421.25 | | |
| | ***2006*** | | | |
| K | The Garden Law Firm, P.C. | $ 443.78 | | |
| | | | | $ 20,131.54 |
| | **Paid by The Sweetwater** | | | |
| | *Experts* | | | |
| L | QM Appraisals (Que Mangus) | $11,089.43 | | |
| M | SiteTek Financial (John Pucetas) | $13,129.05 | | |
| | | | $ 24,218.48 | |
| | *Reporting Services* | | | |
| N | Wyoming Reporting Service | $ 1,697.73 | | |
| O | Big Sky Reporting | $ 9,660.70 | | |
| P | Javernich LLC | $ 4,831.10 | | |
| Q | Agren/Blando Reporting | $ 1,738.42 | | |
| R | Heritage Reporting | $ 3,147.13 | | |
| | | | $ 21,075.08 | |
| | *Costs associated w/ depositions, hearing and trial* | | | |
| S | Hotels, meals, travel, etc. | | $ 5,104.94 | |
| T | Secretarial services incurred by The Sweetwater | | $ 674.43 | |
| U | Payment for corp. counsel document production | | $ 407.00 | |
| V | Delivery services, miscellaneous costs | | $ 801.92 | |
| W | Late fees charged by Saltman & Stevens | | $ 14,032.29 | |
| | | | | $ 66,314.14 |
| | | | | **$ 86,445.68** |

Exhibit D

$3000 on deposit Jan 2002

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

new 4,932.57

February 7, 2002

Invoice # 16777

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Sweetwater/Permit Claim
Owner/operator of lodge and facilities on
Shoshore NF operated pursuant to a special
use permit

Services through January 31, 2002

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/02 | KRG | Telephone conference with client re: meeting with Forest Service. | 0.30 | 66.00 |
| 1/18/02 | KRG | Telephone conference with J. Mummery re: Forest Service meeting; review documents and cases for meeting with Forest Service. | 2.20 | 484.00 |
| 1/22/02 | KRG | Legal research re: budget issues and road requirements; outline legal argument; telephone conference with client. | 3.10 | 682.00 |
| 1/23/02 | KRG | Review case law re: contract issue; continue drafting notes for meeting. | 0.50 | 110.00 |
| 1/24/02 | KRG | Review documents re: permit award and administration; draft arguments for meeting with Forest Service; conference with J. Mummery and B. Simpson re: Forest Service meeting. | 4.60 | 1,012.00 |

200136



Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge 

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/25/02 | KRG | Conference with J. Mummery and B. Simpson re: Forest Service meeting; attend meeting with Forest Service; follow-up conference with B. Simpson and J. Mummery re: same. | 4.10 | 902.00 |
| 1/30/02 | KRG | Telephone conference with J. Mummery re: response to K. Capps and claim letter; telephone conference with K. Capps re: extension of deadline fee operating plan; legal research re: operating plan and road maintenance obligation; conference with A. Saltman. | 1.40 | 308.00 |
| | AIS | Conference with K. Garden. | 0.30 | 93.00 |
| 1/31/02 | KRG | Telephone conference with J. Mummery re: extension and strategy; draft letter to K. Capps re: extension of due date for operating plan; conference with W. Kinner. | 1.60 | 352.00 |
| | WBK | Conference with K. Garden re: Freedom of Information Act information; research same. | 0.40 | 56.00 |
| | | For professional services rendered | 18.50 | $4,065.00 |

Expenses:

| | |
|---|---|
| Facsimile | 22.00 |
| Photocopy | 2.00 |
| Travel | 843.58 |
| Total expenses: | $867.58 |

200137

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Total Current Fees and Expenses: | $4,932.58 |
| Balance due | $4,932.58 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

old 4,932 58
new 8,625 75
bal 13,558 33
(13,558 33) pd in full on 4/9/02 wire transfer $20 cost

March 7, 2002

Invoice # 16834

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

Services through February 28, 2002

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/1/02 | KRG | Legal research re: Administrative Review Board decision on special use permit being a contract; legal research re: inclusion of road use in SUPs; conference with W. Kinner. | 1.60 | 352.00 |
| | WBK | Work on Freedom of Information Act request; conference with K. Garden re: same. | 0.50 | 70.00 |
| 2/5/02 | KRG | Telephone conference with client; begin drafting letter to K. Capps re: outline of legal position. | 1.10 | 242.00 |
| 2/6/02 | KRG | Telephone conference with J. Mummery re: takings analysis and conversation with M. Bree; legal research re: duty to cooperate. | 0.90 | 198.00 |
| 2/7/02 | KRG | Continue drafting letter to K. Capps re: legal position; telephone call to T. P. Brigham. | 6.60 | 1,452.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217



| | | | Hours | Amount |
|---|---|---|---|---|
| 2/8/02 | KRG | Continue drafting letter to K. Capps; telephone conference with T. P. Brigham re: takings; telephone conference with R. Rivett at Pacific Legal Foundation re: takings issue. | 7.10 | 1,562.00 |
| 2/11/02 | KRG | Continue drafting letter; telephone conference with J. Mummery re: same. | 2.80 | 616.00 |
| 2/12/02 | KRG | Continue drafting letter to K. Capps; telephone conference with client re: same. | 3.70 | 814.00 |
| 2/13/02 | KRG | Continue drafting letter to K. Capps; telephone conference with J. Mummery re: same. | 4.10 | 902.00 |
| 2/14/02 | KRG | Make changes to letter per J. Mummery; telephone conference with same; review additional documents received from client. | 4.50 | 990.00 |
| 2/15/02 | KRG | Telephone conference with J. Mummery re: settlement negotiations; continue revisions to letter to K. Capps. | 2.20 | 484.00 |
| 2/19/02 | KRG | Telephone conference with J. Mummery re: settlement strategies. | 0.70 | 154.00 |
| 2/21/02 | KRG | Telephone conference with J. Mummery re: communications by Forest Service; telephone conference with T. Thompson's staff re: request for a meeting. | 0.90 | 198.00 |
| 2/25/02 | KRG | Conference with W. Kinner. | 0.10 | 22.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 2/25/02 | WBK | Review Forest Service's Freedom of Information Act response; conference with K. Garden re: same. | 0.10 | 14.00 |
| 2/26/02 | KRG | Telephone conference with J. Mummery re: negotiation strategy. | 0.70 | 154.00 |
| | | For professional services rendered | 37.60 | $8,224.00 |

Expenses:

| | |
|---|---|
| Facsimile | 347.60 |
| Long Dis Phone | 33.67 |
| Photocopy | 16.20 |
| Postage | 4.28 |
| Total expenses: | $401.75 |
| Total Current Fees and Expenses: | $8,625.75 |
| Net Previous Balance Due: | $4,932.58 |
| Balance due | $13,558.33 |

200135

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

old 13,558.33
pmt 13,558.33 w/led 4/9/02
Rem bal. -0-
$ new 3894.79

April 12, 2002

Invoice # 16964

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Sweetwater/Permit.Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit
Services through March 31, 2002

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/8/02 | KRG | Prepare for conference with Forest Service; telephone conference with K. Capps re: settlement; telephone conference with J. Mummery re: same. | 1.10 | 242.00 |
| 3/11/02 | KRG | Telephone conference with J. Mummery re: conversation with B. Larson; review prior letter and Housel memorandum per client's instructions; draft email to K. Capps re: moving forward on process. | 2.20 | 484.00 |
| 3/12/02 | KRG | Telephone conference with J. Mummery re: potential settlement options. | 0.40 | 88.00 |
| 3/13/02 | KRG | Telephone conference with J. Mummery re: conversation with B. Larson and Forest Service position. | 0.90 | 198.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217



| | | | Hours | Amount |
|---|---|---|---|---|
| 3/18/02 | KRG | Telephone call to K. Capps; telephone conference with J. Mummery. | 0.50 | 110.00 |
| 3/21/02 | KRG | Conference with D. Paterson re: resolving bridge issue. | 0.40 | 88.00 |
| 3/25/02 | KRG | Telephone conference with J. Mummery re: B. Rossman letter; telephone call to K. Capps re: status; legal research re: pre-complaint discovery; telephone conference re: response to B. Rossman letter; review copy of letter sent by J. Mummery. | 0.80 | 176.00 |
| 3/26/02 | KRG | Telephone conference with J. Mummery. | 0.70 | 154.00 |
| 3/27/02 | KRG | Telephone conference with J. Mummery. | 0.80 | 176.00 |
| 3/28/02 | KRG | Telephone conference with J. Mummery; draft response to K. Capps' email re: meeting amont Forest Service employees. | 4.10 | 902.00 |
| 3/29/02 | KRG | Telephone call to D. Paterson; research issue of conducting depositions; telephone conference with D. Paterson re: bridges; telephone conference with J. Mummery; telephone conference with G. Vanderbee re: April meeting of Forest Service personnel; draft letter to K. Capps; review documents related to June 1995 meeting. | 5.30 | 1,166.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 17.20 | $3,784.00 |
| | Expenses: | | |
| | Facsimile | | 66.00 |
| | Long Dis Phone | | 36.89 |
| | Photocopy | | 8.00 |
| | Total expenses: | | $110.89 |
| | Total Current Fees and Expenses: | | $3,894.89 |
| | Net Previous Balance Due: | | $13,558.33 |
| 4/10/02- | Payment - thank you | | ($13,558.33) |
| | Balance due | | $3,894.89 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

May 6, 2002

Invoice # 16968

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit
Services through April 30, 2002

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/02 | KRG | Revise letter to K. Capps re: Rossman letter; telephone conference with J. Mummery re: same; telephone conference with K. Capps re: Rossman letter. | 1.80 | 396.00 |
| 4/2/02 | KRG | Draft letter to K. Capps re: breach due to failure to install fords; review supplementary response to Freedom of Information Act inquiry; telephone conference with J. Mummery; conference with W. Kinner. | 1.30 | 286.00 |
| | WBK | Review Freedom of Information Act response; conference with K. Garden re: same. | 0.80 | 112.00 |
| 4/3/02 | KRG | Revise letter to K. Capps re: breach of agreement for temporary fords; review letter from W. Simpson to R. Aus. | 0.80 | 176.00 |
| 4/4/02 | KRG | Telephone conference with J. Mummery re: Forest Service meeting; telephone conference with K. Capps re: same; draft letter to R. Aus re: operating plan and constructive termination in public interest. | 1.30 | 286.00 |
| 4/5/02 | KRG | Revise letter to R. Aus re: constructive termination; telephone conference with J. Mummery; draft letter to D. Peterson; review documents related to Blackwater Lodge. | 6.60 | 1,452.00 |
| 4/8/02 | KRG | Telephone conference with J. Mummey re: Paterson letter. | 0.30 | 66.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217



| | | | Hours | Amount |
|---|---|---|---|---|
| 4/9/02 | KRG | Telephone conference with J. Mummery; draft letter to K. Capps re: response to inquiries about road; draft letter to OIG re: investigation of J. Watson; revise letter to D. Paterson; conference with R. Fox. | 2.70 | 594.00 |
| | RJF | Research complaint process at Dept. of Agriculture Office of Inspector General; conference with K. Garden. | 0.70 | 98.00 |
| 4/10/02 | KRG | Telephone conference with J. Mummery; telephone conference with J. Mummery and B. Simpson. | 0.80 | 176.00 |
| 4/11/02 | KRG | Draft letter for congressional inquiry; draft letter to R. Aus re: misrepresentation in letter; telephone conference with J. Mummery; review Freedom of Information Act request responses. | 2.70 | 594.00 |
| 4/15/02 | KRG | Telephone conference with J. Mummery; telephone conference with R. Aus re: response to prior letters; telephone conference with J. Mummery re: same; draft letter to J. Watson. | 0.80 | 176.00 |
| 4/16/02 | KRG | Telephone conference with J. Mummery re: offer to buy lodge and issue of damages. | 0.70 | 154.00 |
| 4/17/02 | KRG | Telephone conference with J. Mummery. | 0.80 | 176.00 |
| 4/18/02 | KRG | Telephone conference with J. Mummery; revise letter to R. Aus re: efforts to seek funds; review sample operating plan provided by Forest Service. | 2.10 | 462.00 |
| 4/19/02 | KRG | Telephone conference with J. Mummery; research re: Small Business Administration loans and R. Aus authority to terminate permit. | 1.40 | 308.00 |
| 4/22/02 | KRG | Telephone conference with J. Mummery re: damage calculations; review letter from R. Aus re: same. | 0.70 | 154.00 |
| 4/23/02 | KRG | Draft letter to R. Aus re: operating plan; telephone conference with J. Mummery re: same. | 2.30 | 506.00 |
| 4/24/02 | KRG | Telephone conference with J. Mummery; revise letter to R. Aus. | 2.20 | 484.00 |
| 4/25/02 | KRG | Telephone conference with J. Mummery re: preparations for Forest Service meeting; continue to revise letter to R. Aus re: need for monetary compensation; telephone conference with Office of Inspector General re: investigation; review Forest Service letters re: period from 1997-2001. | 5.10 | 1,122.00 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 4/26/02 | KRG | Telephone conference with J. Mummery re: alternative plan; draft letter to K. Capps re: Indefinite Judgment Fund; legal research re: same; review Dept. of Justice briefs in Coles Point case re: CDA applicability. | 5.70 | 1,254.00 |
| 4/29/02 | KRG | Telephone conference with J. Mummery; revise letter to K. Capps; review Freedom of Information Act request; review prior correspondence; conference with W. Kinner. | 1.60 | 352.00 |
| | WBK | Conference with K. Garden re: Freedom of Information Act request; draft letter re: clarification of Freedom of Information Act request. | 0.60 | 84.00 |
| 4/30/02 | KRG | Telephone conference with J. Mummery; draft letter to R. Aus re: operating plan; revise operating plan. | 5.20 | 1,144.00 |
| | | For professional services rendered | 49.00 | $10,612.00 |

Expenses:

| | |
|---|---|
| Computer Resch | 45.85 |
| Facsimile | 367.40 |
| Long Dis Phone | 25.77 |
| Photocopy | 49.40 |
| Postage | 4.62 |
| Total expenses: | $493.04 |
| Total Current Fees and Expenses: | $11,105.04 |
| Net Previous Balance Due: | $3,894.89 |
| Balance due | $14,999.93 |

200129

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

June 11, 2002

old 14,999.93
New 8,827.84
bal. $ 23,827.77

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17076

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/1/2002 | KRG | Revise operating plan; telephone conference with J. Mummery re: same; revise letter to R. Aus. | 7.30 | 1,606.00 |
| 5/2/2002 | KRG | Telephone conference with J. Mummery. | 0.10 | 22.00 |
| 5/6/2002 | KRG | Begin preparing claim letter; telephone conference with J. Mummery; draft letter to K. McCreery. | 4.80 | 1,056.00 |
| 5/7/2002 | KRG | Telephone conference with J. Mummery; continue drafting CDA claim letter; review Notice of Noncompliance; research re: Forest Service obligations for FDRs. | 4.30 | 946.00 |
| 5/8/2002 | KRG | Continue drafting CDA claim; draft letter responding to R. Aus letter; conference with A. Saltman. | 4.30 | 946.00 |
| | AIS | Conference with K. Garden re: strategy. | 0.20 | 62.00 |
| 5/9/2002 | KRG | Continue drafting letter to R. Aus; telephone conference with J. Mummery re: amounts to use in claim letter for damages; review Forest Service Manual and Forest Service Handbook re: road/bridge maintenance. | 5.60 | 1,232.00 |
| 5/10/2002 | KRG | Draft Freedom of Information Act letter to Forest Service; review documents related to Blackwater Lodge bridge. | 3.30 | 726.00 |
| 5/13/2002 | KRG | Review letter from R. Aus re: trip to bridges and documents; draft response; telephone conference with J. Mummery re: operating plan. | 0.80 | 176.00 |

200125



Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 5/14/2002 | KRG | Telephone conference with J. Mummery re: status of bridges in 1997-2001; revise letter to R. Aus; review prior Forest Service letters re: bridge status. | 0.50 | 110.00 |
| 5/15/2002 | KRG | Telephone conference with J. Mummery re: CDA claim letter. | 1.00 | 220.00 |
| 5/16/2002 | KRG | Telephone conference with J. Mummery re: CDA claim and damage calculations. | 0.40 | 88.00 |
| 5/21/2002 | KRG | Telephone conference with J. Mummery; incorporate damage figures into claim letter; revise CDA claim letter re: same. | 1.40 | 308.00 |
| 5/22/2002 | KRG | Continue drafting CDA claim letter. | 1.30 | 286.00 |
| 5/23/2002 | KRG | Revise CDA claim letter; telephone conference with J. Mummery re: same. | 0.80 | 176.00 |
| 5/24/2002 | KRG | Telephone conference with J. Mummery re: final dedits to CDA claim letter; finalize letter and forward to J. Mummery. | 1.80 | 396.00 |
| | | For professional services rendered | 37.90 | $8,356.00 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 60.00 |
| $Express Mail | 96.07 |
| $Facsimile | 224.40 |
| $Long Dis Phone | 22.52 |
| $Photocopy | 60.40 |
| $Postage | 8.45 |
| Total costs | $471.84 |
| Total amount of this bill | $8,827.84 |
| Previous balance | $14,999.93 |
| Balance due | $23,827.77 |

200126



Exhibit E

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

old 23,827.77
413.62
(5,000) wire 7/1/02
bal. 19,241.39

July 09, 2002

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17093

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered June 1 - June 30, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/4/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 44.00 |
| 6/7/2002 | KRG | Telephone conference with J. Mummery. | 0.40 | 88.00 |
| 6/27/2002 | KRG | Telephone conference with J. Mummery re: status of claim. | 0.30 | 66.00 |
| 6/28/2002 | KRG | Draft letter to OIG re: status of claim; draft follow-up letter to B. Aus re: bridge inspection. | 0.60 | 132.00 |
| | | For professional services rendered | 1.50 | $330.00 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 7.58 |
| $Express Mail | 18.42 |
| $Facsimile | 24.20 |
| $Long Dis Phone | 24.60 |
| $Photocopy | 4.20 |
| $Postage | 4.62 |
| Total costs | $83.62 |
| Total amount of this bill | $413.62 |
| Previous balance | $23,827.77 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | Amount |
|---|---|---|
| 7/3/2002 | Payment - thank you. Check No. Wire | ($5,000.00) |
| | Total payments and adjustments | ($5,000.00) |
| | Balance due | **$19,241.39** |



200124
Exhibit E

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

August 08, 2002

old $ 19,241.37
(30.45) credit
old $ 19,210.94
new 4,549.73
bal $ 23,760.67

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17187

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered July 1 - July 31, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/8/2002 | KRG | Research re: Forest Service obligation to repay award made per Judgment Fund; review email from K. Capps re: same. | 0.30 | 66.00 |
| 7/9/2002 | KRG | Draft letter to K. Capps re: Judgment Fund issue; review pleadings in Pikes Peak litigation referenced by K. Capps; draft second letter to K. Capps re: recent General Accounting Office case. | 1.40 | 308.00 |
| 7/11/2002 | KRG | Telephone conference with J. Mummery re: letter to Congressional delegation. | 0.20 | 44.00 ✓ |
| 7/17/2002 | KRG | Telephone conference with K. Pitts at Federal Circuit re: Pikes Peak case; review court decision cited by Forest Service; telephone conference with J. Mummery re: Forest Service response to operating plan. | 0.50 | 110.00 ✓ |
| 7/18/2002 | KRG | Review Forest Service response to operating plan; telephone conference with J. Mummery re: same; begin drafting letter to Congressional delegation. | 2.40 | 528.00 ✓ |
| 7/19/2002 | KRG | Telephone conference with J. Mummery; draft letter to Senators and Congressmen; review court decision re: special use permits as contracts. | 4.10 | 902.00 ✓ |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge

Page 2

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/22/2002 | KRG | Telephone conference with J. Mummery re: letter to congressional representatives and letter to R. Aus; revise same. | 0.80 | 176.00 ✓ |
| 7/23/2002 | KRG | Telephone conference with J. Mummery re: [redacted] R. Aus and congressional involvement. | 1.00 | 220.00 ✓ |
| 7/24/2002 | KRG | Review letter from R. Aus denying contract claim; telephone conference with J. Mummery re: K. McCreery meeting; telephone conference with D. Scholes re: meeting. | 0.80 | 176.00 ✓ |
| 7/25/2002 | KRG | Draft letter to R. Aus re: denial of claim. | 1.70 | 374.00 |
| 7/26/2002 | KRG | Revise response to denial of claim from R. Aus. | 0.70 | 154.00 |
| 7/31/2002 | KRG | Prepare for meeting with D. Scholes; meet with D. Scholes; draft letter to K. McCreery. | 5.70 | 1,254.00 ✓ |
| | | For professional services rendered | 19.60 | $4,312.00 |

Additional Charges :

| | |
|---|---|
| $Express Mail | 20.02 |
| $Facsimile | 182.60 |
| $Long Dis Phone | 2.77 |
| $Photocopy | 19.60 |
| $Postage | 0.74 |
| $Travel | 12.00 |
| Total costs | $237.73 |
| Total amount of this bill | $4,549.73 |
| Previous balance | $19,241.39 |
| 7/23/2002 Credit | ($30.45) |
| Total payments and adjustments | ($30.45) |
| Balance due | $23,760.67 |

Ret 600
$4,519.28

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

September 09, 2002

o/b $23,760.67
pd (23,760.67) w/e 8/29/02
bal -0-
new $706.80

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17199

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered August 1 - August 31, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/1/2002 | KRG | Conference with R. Tiger. | 0.20 | 44.00 ✓ |
| | RGT | Conference with K. Garden re: status and strategy. | 0.20 | 52.00 ✓ |
| 8/2/2002 | KRG | Review appropriation bill language re: wildland-community interface fire funds; telephone conference with J. Mummery re: meeting with D. Scholes. | 0.50 | 110.00 ✓ |
| 8/12/2002 | KRG | Telephone conference with J. Mummery re: meeting with D. Scholes, K. McCreery efforts and [redacted] | 1.10 | 242.00 |
| 8/30/2002 | KRG | Telephone conference with J. Mummery; review letter from K. Capps. | 1.10 | 242.00 ✓ |
| | | For professional services rendered | 3.10 | $690.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 15.40 |
| $Photocopy | 1.40 |
| Total costs | $16.80 |
| Total amount of this bill | $706.80 |
| Previous balance | $23,760.67 |

200119

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge

Page 2

| | | Amount |
|---|---|---|
| 8/30/2002 | Payment - thank you. Check No. Wire | ($23,760.67) |
| | Total payments and adjustments | ($23,760.67) |
| | Balance due | $706.80 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

ck 1855
dd $ 706.80
pmt (706.80)
- 0 -
new $ 9349.35

October 08, 2002

Invoice # 17281

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered September 1 - September 30, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/3/2002 | KRG | Telephone conference with J. Mummery re: Forest Service letters from R. Cables and K. Capps; begin drafting responses; review letters previously sent by J. Mummery to Forest Service. | 3.10 | 682.00 ✓ |
| | KRG | Telephone conference with J. Mummery re: Forest Service letters from R. Cables and K. Capps; begin drafting responses; review letters previously sent by J. Mummery to Forest Service. | 3.10 | 682.00 ✓ |
| 9/4/2002 | KRG | Draft response to K. Capps' and R. Cables' letters. | 5.20 | 1,144.00 ✓ |
| 9/5/2002 | KRG | Telephone conference with J. Mummery; continue drafting response to R. Cables letter. | 7.10 | 1,562.00 ✓ |
| 9/6/2002 | KRG | Continue drafting response to R. Cables letter; telephone conference with J. Mummery re: same. | 4.10 | 902.00 ✓ |
| 9/9/2002 | KRG | Continue drafting response to R. Cables letter; telephone conference with J. Mummery re: same; draft response to K. Capps settlement offer. | 5.60 | 1,232.00 ✓ |
| 9/10/2002 | KRG | Continue drafting response to R. Cables letter; telephone conference with J. Mummery re: same. | 4.10 | 902.00 ✓ |



200116
Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/11/2002 | KRG | Continue drafting letter to Senator Enzi and Representative Cubin; telephone conference with J. Mummery re: response to K. Capps email. | 4.60 | 1,012.00 |
| 9/12/2002 | KRG | Revise email to K. Capps re: settlement; telephone conference with J. Mummery re: same. | 1.80 | 396.00 |
| 9/17/2002 | KRG | Telephone conference with J. Mummery re: Forest Service response to settlement offer. | 0.20 | 44.00 |
| 9/18/2002 | KRG | Telephone conference with J. Mummery re: telephone conference with B. Larsen. | 0.40 | 88.00 |
| 9/20/2002 | KRG | Telephone conference with J. Mummery. | 0.50 | 110.00 |
| 9/23/2002 | KRG | Telephone conference with J. Mummery re: communication with K. Capps concerning additional time to discuss settlement; telephone call to K. Capps re: same. | 0.80 | 176.00 |
| 9/24/2002 | KRG | Review K. Capps message; telephone conference with J. Mummery re: same. | 0.20 | 44.00 |
| 9/25/2002 | KRG | Telephone conference with J. Mummery re: status of Forest Service discussions; telephone conference with J. Mummery re: discussion with P. Buline; draft letter to P. Buline; telephone conference with K. Capps re: Forest Service response. | 0.60 | 132.00 |
| 9/27/2002 | KRG | Draft letter to K. Capps re: letter to Senator Enzi. | 0.10 | 22.00 |
| | | For professional services rendered | 41.50 | $9,130.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 165.00 |
| $Photocopy | 51.40 |
| $Postage | 2.95 |
| Total costs | $219.35 |
| Total amount of this bill | $9,349.35 |
| Previous balance | $706.80 |
| 9/30/2002 Payment - thank you. Check No. 1855 | ($706.80) |



200117

Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Total payments and adjustments | ($706.80) |
| Balance due | $9,349.35 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

November 08, 2002

old $ 9,349.35
new 3,970.62
$ 13,319.97

Invoice # 17327

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered October 1 - October 31, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/4/2002 | KRG | Telephone conference with K. Capps re: status of Forest Service discussions; telephone conference with J. Mummery re: same. | 0.40 | 88.00 ✓ |
| 10/7/2002 | KRG | Telephone conference with B. Schromel re: OIG investigation; telephone conference with J. Mummery re: same; draft letter to B. Schromel. | 0.60 | 132.00 ✓ |
| 10/10/2002 | KRG | Telephone conference with J. Mummery re: conference with B. Larson. | 0.50 | 110.00 ✓ |
| 10/11/2002 | KRG | Review K. Capps response; telephone conference with J. Mummery re: same. | 0.50 | 110.00 ✓ |
| 10/14/2002 | KRG | Telephone conference with J. Mummery re: response to Dept. of Justice settlement posture. | 1.50 | 330.00 ✓ |
| 10/16/2002 | KRG | Telephone conference with J. Mummery. | 0.40 | 88.00 ✓ |
| 10/17/2002 | KRG | Telephone conference with J. Mummery re: conference with Senator Thomas' staff member. | 0.50 | 110.00 ✓ |
| 10/18/2002 | KRG | Telephone conference with J. Mummery; draft letter to K. Capps. | 0.60 | 132.00 ✓ |
| 10/21/2002 | KRG | Telephone conference with P. Brulane; telephone conference with J. Mummery re: status. | 1.10 | 242.00 ✓ |

200113



Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge

Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/2002 | KRG | Telephone conference with W. Simpson; telephone conference with J. Mummery. | 0.30 | 66.00 |
| 10/25/2002 | KRG | Telephone conference with J. Mummery; telephone conference with J. Mummery and W. Simpson; telephone conference with P. Bruline re: Forest Service meeting; send K. Capps letter to P. Bruline. | 2.10 | 462.00 |
| 10/28/2002 | KRG | Telephone conference with J. Mummery. | 0.40 | 88.00 |
| 10/29/2002 | KRG | Telephone conference with J. Mummery re: OIG investigation; telephone conference with J. Mummery re: additional settlement talks; draft letter to K. Capps; conference with R. Tiger. | 1.20 | 264.00 |
| | RGT | Conference with K. Garden. | 0.30 | 78.00 |
| 10/30/2002 | KRG | Telephone conference with J. Mummery re: settlement strategy; revise letter to K. Capps; draft letter to OIG re: suspension of investigation; telephone conference with J. Mummery re: same. | 3.10 | 682.00 |
| 10/31/2002 | KRG | Telephone conference with B. Shrammel re: OIG investigation; telephone conference with J. Mummery re: same; analyze prior Forest Service statements re: settlement; review OIG authority; draft letter to OIG re: suspension of investigation. | 3.70 | 814.00 |
| | | For professional services rendered | 17.20 | $3,796.00 |

Additional Charges :

| | |
|---|---|
| $Express Mail | 17.17 |
| $Facsimile | 70.40 |
| $Long Dis Phone | 66.79 |
| $Photocopy | 19.20 |
| $Postage | 1.06 |
| Total costs | $174.62 |
| Total amount of this bill | $3,970.62 |
| Previous balance | $9,349.35 |

200114

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Balance due | **$13,319.97** |



200115
Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

December 09, 2002

old: 13,319.97
new 4,135.48
$ 17,455.45

Invoice # 17337

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered November 1 - November 30, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2002 | KRG | Telephone conference with J. Mummery; review email from K. Capps; draft response. | 1.50 | 322.50 ✓ |
| 11/4/2002 | KRG | Telephone conference with OIG re: investigation; telephone conference with J. Mummery re: same. | 0.30 | 64.50 ✓ |
| 11/8/2002 | KRG | Telephone conference with J. Mummery re: buyout versus changes to lodge permit. | 0.70 | 150.50 ✓ |
| 11/11/2002 | KRG | Telephone conference with J. Mummery re: status. | 0.10 | 21.50 ✓ |
| 11/18/2002 | KRG | Telephone conference with J. Mummery re: status of negotiations. | 0.40 | 86.00 ✓ |
| 11/19/2002 | KRG | Review letter from K. Capps re: settlement; telephone conference with J. Mummery; telephone conference with K. Capps re: proposal to fix bridges. | 1.40 | 301.00 ✓ |
| 11/20/2002 | KRG | Telephone conference with J. Mummery re: need for complaint and options for settlement. | 1.40 | 301.00 |
| 11/21/2002 | KRG | Telephone conference with J. Mummery. | 1.90 | 408.50 |
| 11/22/2002 | KRG | Telephone conference with J. Mummery; begin drafting complaint. | 7.10 | 1,526.50 |

200111



Exhibit E

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 11/25/2002 | KRG | Telephone conference with J. Mummery re: edits to complaint. | 2.40 | 516.00 |
| 11/26/2002 | KRG | Revise complaint; telephone conference with J. Mummery. | 1.90 | 408.50 |
| | | For professional services rendered | 19.10 | $4,106.50 |
| | | Additional Charges : | | |
| | | $Computer Resch | | 7.58 |
| | | $Facsimile | | 18.60 |
| | | $Photocopy | | 2.80 |
| | | Total costs | | $28.98 |
| | | Total amount of this bill | | $4,135.48 |
| | | Previous balance | | $13,319.97 |
| | | Balance due | | $17,455.45 |

200112



Exhibit E

Total PAID 2002

# SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

January 06, 2003

1868
old 17,455 45
pmt 7,455 45 ck
rem. bal 10,000
new 5,818 26
new bal 15,818 26

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17380

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered December 1 - December 31, 2002

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/2/2002 | KRG | Telephone conference with J. Mummery re: complaint and upcoming meeting with Forest Service; draft letter to K. Capps re: filing of complaint. | 1.60 | 344.00 |
| 12/4/2002 | KRG | Telephone conference with J. Mummery re: meeting with [redacted] | 1.30 | 279.50 |
| 12/5/2002 | KRG | Telephone conference with J. Mummery; finalize complaint. | 1.10 | 236.50 |
| 12/6/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 43.00 |
| | MEB | File complaint at Court of Federal Claims. | 0.70 | 105.00 |
| 12/9/2002 | KRG | Telephone conference with J. Mummery. | 0.30 | 64.50 |
| 12/10/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 43.00 |
| 12/11/2002 | KRG | Telephone conference with J. Mummery re: judge assigned to case. | 0.10 | 21.50 |
| 12/12/2002 | KRG | Draft e-mail to K. Capps; telephone conference with J. Mummery re: upcoming conference with Forest Service. | 0.70 | 150.50 ✓ |
| 12/16/2002 | KRG | Telephone conference with J. Mummery; review email from K. Capps re: settlement conference. | 0.40 | 86.00 ✓ |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 12/17/2002 | KRG | Review settlement offer from Forest Service; telephone conference with J. Mummery re: same; review pertinent road maintenance provisions in the Forest Service Handbook. | 1.70 | 365.50 |
| 12/18/2002 | KRG | Conference with M. Berkemeier; prepare for settlement conference; attend settlement conference; telephone conference with J. Mummery and M. Berkemeier re: same. | 6.20 | 1,333.00 |
| | MEB | Conference with K. Garden; participate in settlement conference; telephone conference with client and K. Garden. | 2.80 | 420.00 |
| 12/19/2002 | KRG | Telephone conference with J. Mummery. | 0.80 | 172.00 |
| 12/20/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 43.00 |
| 12/23/2002 | KRG | Telephone conference with J. Mummery. | 0.20 | 43.00 |
| 12/24/2002 | KRG | Begin drafting response to Forest Service settlement offer. | 1.10 | 236.50 |
| 12/27/2002 | KRG | Continue drafting letter to Dept. of Justice; telephone conference with J. Mummery re: same. | 5.10 | 1,096.50 |
| 12/30/2002 | KRG | Telephone conference with J. Mummery; revise letter to J. Williamson re: response to Forest Service settlement offer; conference with M. Berkemeier. | 2.10 | 451.50 |
| | MEB | Conference with K. Garden; review letter to Dept. of Justice. | 0.50 | 75.00 |
| | | For professional services rendered | 27.30 | $5,609.50 |
| | | Additional Charges : | | |
| | | $Facsimile | | 154.00 |
| | | $Photocopy | | 50.80 |
| | | $Postage | | 3.96 |
| | | Total costs | | $208.76 |
| | | Total amount of this bill | | $5,818.26 |
| | | Previous balance | | $17,455.45 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

old $15,818.26
new 534.99
16,353.25

February 13, 2003

Invoice # 17456

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered: January 1 - January 31, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/2/2003 | KRG | Telephone conference with J. Mummery. | 0.30 | 64.50 |
| 1/13/2003 | KRG | Telephone conference with J. Mummery re: trial strategy. | 1.40 | 301.00 |
| 1/30/2003 | KRG | Telephone conference with J. Williamson re: enlargement request. | 0.10 | 21.50 |
| | | For professional services rendered | 1.80 | $387.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 19.80 |
| $Long Dis Phone | 124.59 |
| $Photocopy | 3.60 |
| Total costs | $147.99 |
| Total amount of this bill | $534.99 |
| Previous balance | $15,818.26 |
| Balance due | $16,353.25 |

200162

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 06, 2003

old $16,353.25
107.87
now $16,461.12

Invoice # 17498

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered: February 1 - February 28, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/4/2003 | KRG | Telephone conference with J. Mummery re: conversations with Dept. of Justice. | 0.50 | 107.50 |
| | | For professional services rendered | 0.50 | $107.50 |
| | | Additional Charges : | | |
| | | $Long Dis Phone | | 0.37 |
| | | Total costs | | $0.37 |
| | | Total amount of this bill | | $107.87 |
| | | Previous balance | | $16,353.25 |
| | | Balance due | | $16,461.12 |

200161

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

old 16,461.12
45.20
new $16,506.32

April 08, 2003

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17564

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered: March 1 - March 31, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/6/2003 | KRG | Telephone conference with J. Williamson re: extension request. | 0.20 | 43.00 |
| | | For professional services rendered | 0.20 | $43.00 |

Additional Charges :

| | |
|---|---|
| $Photocopy | 1.60 |
| $Postage | 0.60 |
| Total costs | $2.20 |
| Total amount of this bill | $45.20 |
| Previous balance | $16,461.12 |
| Balance due | $16,506.32 |

200160

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

May 09, 2003

old $16,506.32
pmt (1,506.32) ck 1885
Rem. Bal. 15,000 —
172 —
new 15,172 —

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17621

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered: April 1 - April 30, 2003

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/22/2003 | KRG | Telephone conference with J. Mummery re: strategy and depositions. | 0.60 | 129.00 |
| 4/25/2003 | KRG | Telephone conference with J. Williamson (Dept. of Justice) re: answer; telephone conference with J. Mummery re: same. | 0.20 | 43.00 |
| | | For professional services rendered | 0.80 | $172.00 |
| | | Previous balance | | $16,506.32 |
| 4/21/2003 | | Payment - thank you. Check No. 1885 | | ($1,506.32) |
| | | Total payments and adjustments | | ($1,506.32) |
| | | Balance due | | $15,172.00 |

200153

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

June 06, 2003

old 15,172
new 4,189 27
# 19,361 27

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17670

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered: May 1 - May 31, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/2/2003 | KRG | Telephone call to J. Williamson re: discovery schedule. | 0.20 | 43.00 |
| 5/6/2003 | KRG | Telephone conference with J. Williamson re: discovery schedule. | 0.50 | 107.50 |
| 5/7/2003 | KRG | Telephone conference with J. Mummery re: depositions. | 0.70 | 150.50 |
| 5/8/2003 | KRG | Telephone conference with J. Mummery. | 0.80 | 172.00 |
| 5/15/2003 | KRG | Review recent Judge Merow case re: breach of contract; begin preparing discovery requests; review documents in file. | 3.20 | 688.00 |
| 5/16/2003 | KRG | Continue preparing discovery requests; telephone conference with J. Mummery re: M. Bree conversation. | 4.30 | 924.50 |
| 5/19/2003 | KRG | Continue drafting discovery requests and request for admissions; continue preparing for depositions. | 5.10 | 1,096.50 |
| 5/20/2003 | KRG | Continue preparing discovery requests; transmit to J. Mummery. | 3.70 | 795.50 |
| 5/21/2003 | KRG | Review recent case by Judge Merow on breach; legal research re: parol evidence. | 0.80 | 172.00 |
| | | For professional services rendered | 19.30 | $4,149.50 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217



The Sweetwater, A Wilderness Lodge

Additional Charges :

| | Amount |
|---|---|
| $Facsimile | 33.00 |
| $Long Dis Phone | 1.77 |
| $Photocopy | 5.00 |
| Total costs | $39.77 |
| Total amount of this bill | $4,189.27 |
| Previous balance | $15,172.00 |
| Balance due | $19,361.27 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

July 08, 2003

old $ 19,361.27
new 3,144.69
$ 22,505.96

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 17750

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered: June 1 - June 30, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/2/2003 | KRG | Telephone conference with J. Mummery re: interrogatories. | 0.20 | 43.00 |
| 6/4/2003 | KRG | Telephone conference with J. Mummery re: interrogatories; finalize and send to Dept. of Justice; draft email to J. Williamson. | 0.30 | 64.50 |
| 6/10/2003 | KRG | Review Joint Preliminary Status Report proposed by J. Williamson; draft email in response. | 1.10 | 236.50 |
| 6/11/2003 | KRG | Telephone conference with J. Williamson re: Joint Preliminary Status Report; telephone conference with J. Mummery re: same. | 1.50 | 322.50 |
| 6/12/2003 | KRG | Review final edits on Joint Preliminary Status Report; finalize and send to court; review government's discovery requests; forward same to J. Mummery; review letter from J. Williamson re: settlement; draft response. | 1.80 | 387.00 |
| | DJC | Make docket contry entry for discovery schedule. | 0.10 | 16.00 |
| 6/13/2003 | KRG | Telephone conference with J. Mummery re: strategy. | 0.60 | 129.00 |
| 6/20/2003 | KRG | Prepare disclosures pursuant to RCFC 26; review pertinent documents in file. | 4.10 | 881.50 |
| 6/24/2003 | KRG | Telephone conference with J. Mummery. | 0.50 | 107.50 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 6/26/2003 | KRG | Revise disclosure response; review documents to be provided; telephone conference with J. Mummery; telephone conference with J. Williamson. | 2.80 | 602.00 |
| 6/30/2003 | KRG | Prepare initial disclosures for service on government; draft notes re: strategy for amending complaint; telephone conference with J. Mummery. | 1.20 | 258.00 |
| | | For professional services rendered | 14.20 | $3,047.50 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 8.17 |
| $Facsimile | 15.40 |
| $Long Dis Phone | 2.85 |
| $Photocopy | 70.40 |
| $Postage | 0.37 |
| Total costs | $97.19 |
| Total amount of this bill | $3,144.69 |
| Previous balance | $19,361.27 |
| Balance due | $22,505.96 |

200156

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

August 06, 2003

Invoice # 17782

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered: July 1 - July 31, 2003

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/17/2003 | KRG | Begin responding to government's discovery requests; telephone conference with J. Mummery re: available Fish and Wildlife Service funds. | 3.80 | 817.00 |
| 7/18/2003 | KRG | Continue drafting discovery responses. | 1.10 | 236.50 |
| 7/22/2003 | KRG | Telephone conference with J. Mummery re: response to government's discovery. | 0.60 | 129.00 |
| 7/24/2003 | KRG | Telephone conference with J. Williamson re: scheduling depositions and discovery responses; telephone conference with J. Mummery re: same. | 0.40 | 86.00 |
| 7/29/2003 | KRG | Telephone conference with Dept. of Justice re: document production. | 0.10 | 21.50 |
| 7/30/2003 | KRG | Telephone conference with J. Mummery re: discovery response. | 0.20 | 43.00 |
| | | For professional services rendered | 6.20 | $1,333.00 |

Additional Charges :

| | |
|---|---|
| $Courier | 19.50 |
| $Facsimile | 30.80 |
| $Long Dis Phone | 0.79 |
| $Photocopy | 5.60 |
| $Postage | 0.60 |

200153

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | Amount |
|---|---|---|
| | Total costs | $57.29 |
| | Total amount of this bill | $1,390.29 |
| | Previous balance | $22,505.96 |
| 7/28/2003 | Payment - thank you. Check No. 1902 | ($22,505.96) |
| | Total payments and adjustments | ($22,505.96) |
| | Balance due | $1,390.29 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

September 05, 2003

Invoice # 17881

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered August 1 - August 31, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/4/2003 | KRG | Telephone conference with J. Mummery; email J. Williamson re: extension on discovery. | 0.10 | 21.50 |
| 8/5/2003 | KRG | Review documents provided by client; review government's interrogatory responses. | 0.80 | 172.00 |
| 8/6/2003 | KRG | Draft letter to J. Williamson re: replacement bridge document request; revise responses to government discovery; begin review of documents produced by government. | 4.60 | 989.00 |
| 8/7/2003 | KRG | Review documents provided by Forest Service; telephone conference with J. Mummery re: same. | 6.70 | 1,440.50 |
| 8/8/2003 | KRG | Finalize discovery responses; telephone conference with client re: same; continue review of documents produced by government. | 6.10 | 1,311.50 |
| 8/18/2003 | KRG | Telephone conference with J. Mummery; continue review of documents produced by government. | 2.30 | 494.50 |
| 8/19/2003 | KRG | Continue review of documents. | 0.80 | 172.00 |
| 8/20/2003 | KRG | Continue review of documents. | 6.10 | 1,311.50 |
| 8/21/2003 | KRG | Continue review of documents produced by government. | 7.30 | 1,569.50 |
| 8/22/2003 | KRG | Telephone conference with J. Mummery. | 1.00 | 215.00 |
| 8/27/2003 | KRG | Continue preparing for depositions. | 3.80 | 817.00 |
| | | For professional services rendered | 39.60 | $8,514.00 |

200151

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



Additional Charges :

| | Amount |
|---|---|
| $Courier | 43.50 |
| $Facsimile | 37.20 |
| $Long Dis Phone | 19.33 |
| $Photocopy | 306.80 |
| $Postage | 3.04 |
| $Sec. Overtime | 10.00 |
| Total costs | $419.87 |
| Total amount of this bill | $8,933.87 |
| Previous balance | $1,390.29 |
| Balance due | $10,324.16 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

October 14, 2003

Invoice # 17953

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered September 1 - September 30, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/2/2003 | KRG | Telephone conference with J. Mummery. | 0.40 | 86.00 |
| 9/3/2003 | KRG | Review documents responsive to government's document request; draft response to J. Williamson re: same. | 1.50 | 322.50 |
| 9/4/2003 | KRG | Telephone conference with J. Williamson re: depositions; draft e-mail to W. Simpson re: same. | 0.70 | 150.50 |
| 9/8/2003 | KRG | Telephone conference with J. Mummery. | 0.70 | 150.50 |
| 9/12/2003 | MJW | Conference with K. Garden re: filing Amended Complaint with takings claim; review Complaint and draft new count; conference with K. Garden re: calculating damages. | 1.20 | 192.00 |
| | KRG | Telephone conference with J. Mummery re: depositions; telephone conference with J. Williamson re: takings claim; conferences with M. Wade. | 2.30 | 494.50 |
| 9/15/2003 | KRG | Telephone conference with J. Mummery; continue review of documents; conference with M. Wade. | 4.90 | 1,053.50 |
| | MJW | Review client files and form files re: takings claim; finish draft of First Amended Complaint; conference with K. Garden. | 1.20 | 192.00 |
| 9/16/2003 | MJW | Conference with K. Garden; revise Amended Complaint and Motion to Amend. | 0.80 | 128.00 |
| | KRG | Review documents from government; draft motion to amend complaint; conference with M. Wade. | 7.50 | 1,612.50 |
| 9/17/2003 | KRG | Forward draft motion to amend complaint to J. Williamson; telephone conference with J. Mummery; review documents from government. | 5.90 | 1,268.50 |

200148
Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 9/18/2003 | KRG | Telephone conference with J. Mummery. | 5.30 | 1,139.50 |
| 9/20/2003 | KRG | Draft deposition questions; review documents. | 7.30 | 1,569.50 |
| 9/21/2003 | KRG | Continue deposition preparations. | 8.20 | 1,763.00 |
| 9/22/2003 | KRG | Continue preparing for depositions; conference with M. Wade; telephone conference with J. Mummery re: same; apportioned travel. | 9.40 | 2,021.00 |
| | MRJ | Prepare witness copy file. | 1.00 | 75.00 |
| | MJW | Conference with K. Garden; file and serve amended complaint and motion for leave to amend complaint. | 0.50 | 80.00 |
| 9/23/2003 | KRG | Prepare for deposition of B. Larson; depose B. Larson; conference with J. Mummery; prepare for deposition of B. Rossman. | 10.30 | 2,214.50 |
| 9/24/2003 | KRG | Prepare for deposition of B. Rossman; depose B. Rossman; attend deposition of J. Mummery. | 9.80 | 2,107.00 |
| 9/25/2003 | KRG | Attend deposition of J. Mummery; prepare for deposition of J. Fischer. | 13.40 | 2,881.00 |
| 9/26/2003 | KRG | Depose J. Fischer. | 7.50 | 1,612.50 |
| 9/27/2003 | KRG | Draft theory of case based on facts disclosed in deposition; draft analysis of government's defenses; apportioned travel. | 7.30 | 1,569.50 |
| 9/29/2003 | KRG | Telephone conference with J. Mummery. | 0.40 | 86.00 |
| 9/30/2003 | KRG | Review B. Larson's deposition transcript; forward to J. Mummery; telephone conference with J. Mummery re: Bixby transaction. | 1.80 | 387.00 |
| | | For professional services rendered | 109.30 | $23,156.00 |

Additional Charges :

| | |
|---|---|
| $Courier | 19.00 |
| $Court Reporter | 4,512.30 |
| $Facsimile | 8.80 |
| $Long Dis Phone | 34.49 |
| $Photocopy | 410.08 |
| $Postage | 0.83 |
| Total costs | $4,985.50 |

200149

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Total amount of this bill | $28,141.50 |
| Previous balance | $10,324.16 |
| Balance due | $38,465.66 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

November 07, 2003

Invoice # 18046

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered October 1 - October 31, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/1/2003 | KRG | Telephone conference with client; review Bixby documents; telephone conference with J. Williamson; prepare for J. Watson's deposition. | 5.10 | 1,096.50 |
| 10/2/2003 | KRG | Prepare for J. Watson's deposition; telephone conference with J. Mummery; telephone conference with L. Stinson. | 5.60 | 1,204.00 |
| 10/3/2003 | KRG | Continue preparing for depositions; telephone conference with J. Mummery; review J. Fisher's deposition. | 7.50 | 1,612.50 |
| 10/4/2003 | KRG | Prepare for depositions; travel to Cody, WY. | 7.50 | 1,612.50 |
| 10/5/2003 | KRG | Prepare for J. Watson's and T. Koenig's depositions. | 7.20 | 1,548.00 |
| 10/6/2003 | KRG | Prepare for depositions; take deposition of J. Watson; take deposition of T. Koenig; prepare for depositions. | 11.10 | 2,386.50 |
| 10/7/2003 | KRG | Complete deposition of T. Koenig; take deposition of M. Bree; take deposition of M. Barker; prepare for second day of M. Barker's deposition. | 10.60 | 2,279.00 |
| 10/8/2003 | KRG | Complete M. Barker's deposition; attend deposition of M. Jackson and J. Mummery; prepare for B. Lacson and R. Aus depositions. | 9.80 | 2,107.00 |
| 10/9/2003 | KRG | Prepare for R. Aus' deposition; take R. Aus' deposition; prepare for B. Larson's deposition. | 9.10 | 1,956.50 |
| 10/10/2003 | KRG | Attend W. Simpson deposition; prepare for B. Larson deposition; take B. Larson deposition. | 8.90 | 1,913.50 |
| 10/11/2003 | KRG | Revise outline of critical facts for liability; travel from Cody, WY to Washington, D.C. | 7.50 | 1,612.50 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 10/14/2003 | KRG | Telephone conference with J. Mummery; review transcript from reporter; send copies to client, M. Jackson and B. Simpson. | 1.60 | 344.00 |
| 10/15/2003 | KRG | Draft letter to J. Mummery and B. Simpson re: depositions; review transcripts received from court reporter; telephone conference with J. Mummery. | 1.70 | 365.50 |
| 10/16/2003 | KRG | Telephone conference with J. Mummery re: additional discovery; review documents re: mineral rights; draft e-mail to J. Williamson re: depositions. | 3.30 | 709.50 |
| 10/17/2003 | KRG | Review documents provided by client re: financial reports; draft letter to J. Williamson; draft reply to motion to amend. | 5.90 | 1,268.50 |
| 10/20/2003 | KRG | Draft outline for proposed undisputed facts. | 8.20 | 1,763.00 |
| 10/21/2003 | KRG | Revise factual summary; telephone conference with J. Mummery re: same; revise legal points. | 4.80 | 1,032.00 |
| 10/22/2003 | KRG | Telephone conference with J. Mummery; revise letter to J. Williamson; revise factual summary of case; draft legal points for legal summary. | 5.60 | 1,204.00 |
| 10/23/2003 | KRG | Telephone conference with J. Mummery; review R. Aus deposition; review depositions for summary judgment; draft letter to Senator Enzi. | 6.10 | 1,311.50 |
| 10/24/2003 | RGT | Conference with K. Garden; review and revise letter to Senator Enzi. | 0.30 | 84.00 |
| | KRG | Revise letter to Senator Enzi; continue review of deposition transcripts in preparation of summary judgment; draft letter to J. Williamson re: disclosure violation; prepare log of attorney-client documents; prepare for and attend W. Simpson deposition; conference with R. Tiger. | 5.10 | 1,096.50 |
| 10/28/2003 | KRG | Telephone conference with J. Mummery re: summary judgment. | 1.40 | 301.00 |
| 10/29/2003 | KRG | Review documents from client re: financial records; telephone conference with J. Mummery; review government's assertions re: breaking of permit by plaintiff; telephone conference with J. Mummery re: same. | 4.40 | 946.00 |
| 10/30/2003 | KRG | Telephone conference with J. Mummery; draft letters to J. Williamson re: Rule 26 and retaliation against The Sweetwater; conference with R. Tiger. | 2.30 | 494.50 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 10/30/2003 | RGT | Conference with K. Garden re: Rule 26 issues. | 0.30 | 84.00 |
| 10/31/2003 | KRG | Telephone conference with J. Mummery; review documents; review J. Mummery's deposition; draft letter to J. Williamson re: additional new documents received from State Corp. office. | 4.80 | 1,032.00 |
| | | For professional services rendered | 145.70 | $31,364.50 |

Additional Charges :

| | |
|---|---|
| $Courier | 25.95 |
| $Express Mail | 1,389.25 |
| $Facsimile | 204.50 |
| $Long Dis Phone | 4.85 |
| $Photocopy | 478.00 |
| $Postage | 9.99 |
| Total costs | $2,112.54 |
| Total amount of this bill | $33,477.04 |
| Previous balance | $38,465.66 |
| Balance due | $71,942.70 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

December 04, 2003

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18095

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered November 1 - November 30, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/3/2003 | KRG | Continue review of J. Mummery deposition; continue review of new documents provided by Dept. of Justice; draft e-mails to Dept. of Justice re: same. | 5.40 | 1,215.00 |
| 11/4/2003 | KRG | Telephone conference with J. Williamson re: depositions; telephone conference with J. Mummery re: same. | 1.10 | 247.50 |
| 11/6/2003 | KRG | Draft e-mail response to J. Williamson; telephone conference with J. Mummery. | 0.70 | 157.50 |
| 11/7/2003 | KRG | Telephone conference with J. Mummery re: status. | 1.40 | 315.00 |
| 11/10/2003 | KRG | Telephone conference with J. Mummery; review Dept. of Justice's motion to enlarge. | 1.40 | 315.00 |
| 11/13/2003 | KRG | Draft opposition to enlargement request. | 0.90 | 202.50 |
| 11/14/2003 | KRG | Telephone conference with J. Mummery re: R. Aus deposition, Koenig and Reynolds documents; begin drafting summary judgment motion. | 2.70 | 607.50 |
| 11/17/2003 | KRG | Telephone conference with F. Kunz; telephone conference with J. Mummery re: same. | 0.30 | 67.50 |
| 11/19/2003 | KRG | Continue work on summary judgment; telephone conference with J. Williamson re: depositions. | 4.10 | 922.50 |
| 11/20/2003 | KRG | Continue drafting summary judgment papers. | 3.10 | 697.50 |
| 11/21/2003 | KRG | Review documents for depositions; forward same to Dept. of Justice and client; draft letters re: same. | 1.70 | 382.50 |
| | | For professional services rendered | 22.80 | $5,130.00 |

200143

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217



The Sweetwater, A Wilderness Lodge

Additional Charges :

| | Amount |
|---|---|
| $Computer Resch | 12.99 |
| $Courier | 41.75 |
| $Court Reporter | (100.00 ✓) |
| $Facsimile | 15.20 |
| $Long Dis Phone | 61.83 |
| $Photocopy | 72.60 |
| $Postage | 15.19 |
| $Travel | 2,598.75 |
| Total costs | $2,918.31 |
| Total amount of this bill | $8,048.31 |
| Previous balance | $71,942.70 |
| Balance due | $79,991.01 |

$ 79,881.01

200144

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

January 07, 2004

Invoice # 18145

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered December 1 - December 31, 2003

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/1/2003 | KRG | Prepare for depositions; conduct depositions of R. Aus, J. Watson, T. Koenig, G. Reynolds; defend deposition of J. Mummery. | 10.80 | 2,430.00 |
| 12/2/2003 | KRG | Draft letter to J. Williamson objecting to late production of documents; prepare for depositions of D. Hitchings; conduct deposition; telephone conference with J. Mummery. | 4.40 | 990.00 |
| 12/3/2003 | KRG | Telephone conference with J. Mummery. | 0.50 | 112.50 |
| 12/4/2003 | KRG | Review changes made by Forest Service deponents to deposition transcripts; file revised transcripts. | 0.40 | 90.00 |
| 12/8/2003 | KRG | Telephone conference with J. Williamson re: extension request; inform client of same. | 0.10 | 22.50 |
| 12/9/2003 | KRG | Continue drafting summary judgment brief. | 4.10 | 922.50 |
| 12/10/2003 | KRG | Continue drafting summary judgment. | 2.90 | 652.50 |
| 12/11/2003 | KRG | Continue drafting brief. | 6.20 | 1,395.00 |
| 12/12/2003 | KRG | Continue drafting summary judgment. | 5.10 | 1,147.50 |
| 12/15/2003 | KRG | Continue to draft brief. | 4.70 | 1,057.50 |
| 12/16/2003 | KRG | Telephone conference with J. Williamson re: government's brief; review government's brief; draft e-mail and fax to client. | 5.10 | 1,147.50 |
| 12/17/2003 | KRG | Review government's summary judgment brief; draft outline for opposition; begin drafting opposition. | 5.10 | 1,147.50 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217



The Sweetwater, A Wilderness Lodge

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/18/2003 | KRG | Telephone conference with J. Mummery re: government's summary judgment brief; draft opposition to government's motion for summary judgment. | 7.60 | 1,710.00 |
| 12/19/2003 | MRJ | Obtain documents from the Court of Federal Claims. | 1.25 | 93.75 |
| | KRG | Continue drafting opposition to summary judgment. | 2.80 | 630.00 |
| 12/22/2003 | KRG | Telephone conference with J. Williamson re: summary judgment motion. | 0.20 | 45.00 |
| 12/29/2003 | KRG | Telephone conference with J. Mummery; continue drafting brief. | 4.30 | 967.50 |
| 12/30/2003 | CTM | Research jurisdiction for Court of Federal Claims for monetary suits; conference with K. Garden re: research. | 3.10 | 496.00 |
| | KRG | Continue drafting brief; conference with C. Miller. | 9.90 | 2,227.50 |
| 12/31/2003 | KRG | Continue drafting brief. | 6.10 | 1,372.50 |
| | | For professional services rendered | 84.65 | $18,657.25 |

Additional Charges :

| | |
|---|---|
| $Courier | 12.50 |
| $Express Mail | 60.98 |
| $Facsimile | 192.50 |
| $Long Dis Phone | 10.11 |
| $Photocopy | 135.60 |
| $Postage | 8.09 |
| Total costs | $419.78 |
| Total amount of this bill | $19,077.03 |
| Previous balance | $79,991.01 |
| Balance due | $99,068.04 |

200142

Exhibit F

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

February 04, 2004

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18225

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered January 1 - January 31, 2004

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/1/2004 | KRG | Transmit draft pleadings to J. Mummery; revise draft brief. | 3.10 | 697.50 |
| 1/2/2004 | KRG | Telephone conference with J. Mummery; revise brief. | 1.90 | 427.50 |
| 1/5/2004 | KRG | Continue drafting brief; add citations to record. | 1.20 | 270.00 |
| | MRJ | Obtain documents from the Court of Federal Claims. | 0.75 | 56.25 |
| 1/6/2004 | KRG | Continue drafting brief. | 7.10 | 1,597.50 |
| 1/7/2004 | KRG | Continue drafting brief. | 4.20 | 945.00 |
| 1/8/2004 | KRG | Continue drafting proposed uncontroverted facts and citations to record. | 7.00 | 1,575.00 |
| 1/9/2004 | KRG | Continue drafting brief; telephone conference with client. | 5.90 | 1,327.50 |
| 1/12/2004 | KRG | Continue drafting brief; locate and add cites to record. | 7.30 | 1,642.50 |
| 1/13/2004 | KRG | Continue drafting brief and proposed facts. | 3.20 | 720.00 |
| 1/15/2004 | CTM | Research cases regarding rules for amending complaints; conference with K. Garden re: research. | 3.20 | 512.00 |
| | KRG | Conference with C. Miller re: amending complaint; telephone conference with J. Williamson re: government's answer to amended complaint. | 3.70 | 832.50 |
| 1/16/2004 | MRJ | Obtain documents from the Court of Federal Claims. | 0.50 | 37.50 |
| | KRG | Continue drafting brief and proposed facts. | 4.40 | 990.00 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 1/19/2004 | KRG | Continue drafting brief. | 4.10 | 922.50 |
| 1/20/2004 | KRG | Review draft documents; telephone conference with client; draft declaration for J. Mummery. | 2.50 | 562.50 |
| 1/21/2004 | KRG | Continue drafting brief and proposed findings. | 2.90 | 652.50 |
| 1/22/2004 | KRG | Revise proposed uncontroverted facts; telephone conference with J. Mummery re: declaration. | 4.10 | 922.50 |
| 1/23/2004 | KRG | Telephone conference with J. Mummery; send declaration and signature pages to same; draft motion to enlarge; telephone conference with J. Williamson re: same. | 1.00 | 225.00 |
| 1/24/2004 | KRG | Continue drafting response to defendant's proposed uncontroverted facts. | 3.40 | 765.00 |
| 1/26/2004 | KRG | Continue revising brief, proposed facts and declaration. | 2.80 | 630.00 |
| 1/27/2004 | KRG | Telephone conference with J. Mummery; continue revisions to brief, proposed finding and declaration. | 3.10 | 697.50 |
| 1/28/2004 | KRG | Continue revisions to documents associated with summary judgment brief. | 4.90 | 1,102.50 |
| 1/29/2004 | KRG | Draft enlargement motion; continue revisions to brief. | 2.20 | 495.00 |
| 1/30/2004 | KRG | Telephone conference with J. Mummery. | 0.40 | 90.00 |
| | | For professional services rendered | 84.85 | $18,695.75 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 38.97 |
| $Courier | 22.25 |
| $Facsimile | 8.80 |
| $Long Dis Phone | 29.89 |
| $Photocopy | 213.20 |
| $Postage | 1.11 |
| Total costs | $314.22 |
| Total amount of this bill | $19,009.97 |
| Previous balance | $99,068.04 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Balance due | $118,078.01 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 05, 2004

Invoice # 18282

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered February 1 - February 29, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/2/2004 | KRG | Edit and revise submissions; begin assembly of appendix; telephone conference with J. Mummery. | 2.50 | 562.50 |
| 2/3/2004 | KRG | Conference with E. Fluitt re: assembling appendix; telephone conference with J. Mummery. | 0.80 | 180.00 |
| 2/4/2004 | KRG | Review client's edits to declaration and objections to government's facts; add citations to briefs. | 4.90 | 1,102.50 |
| 2/5/2004 | KRG | Revise memorandum, proposed facts, J. Mummery Declaration and objections to government's proposed facts. | 2.50 | 562.50 |
| 2/6/2004 | KRG | Review and revise memorandum, proposed findings and appendix; draft motion to exceed page limitations. | 1.90 | 427.50 |
| 2/19/2004 | KRG | Respond to inquiries from Dept. of Justice re: Sweetwater brief. | 0.10 | 22.50 |
| | | For professional services rendered | 12.70 | $2,857.50 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 25.98 |
| $Courier | 60.25 |
| $Facsimile | 8.80 |
| $Long Dis Phone | 11.80 |
| $Photocopy | 86.80 |
| Total costs | $193.63 |
| Total amount of this bill | $3,051.13 |
| Previous balance | $118,078.01 |

200177

Exhibit G

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217



The Sweetwater, A Wilderness Lodge

| | Amount |
|---|---|
| Balance due | $121,129.14 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

April 05, 2004

Invoice # 18339

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered March 1 - March 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/10/2004 | KRG | Telephone conference with J. Williamson re: discovery of color photographs and enlargement of time. | 0.10 | 22.50 |
| 3/15/2004 | MJW | Review government's motion for enlargement of time. | 0.30 | 48.00 |
| 3/23/2004 | KRG | Make docket control entry for government enlargement. | 0.10 | 22.50 |
| 3/30/2004 | KRG | Telephone conference with J. Williamson re: government's brief; review brief. | 0.40 | 90.00 |
| 3/31/2004 | KRG | Draft letter to J. Mummery re: government filing. | 0.10 | 22.50 |
| | | For professional services rendered | 1.00 | $205.50 |

Additional Charges :

| | |
|---|---|
| $Courier | 48.00 |
| $Facsimile | 4.40 |
| $Photocopy | 106.00 |
| $Postage | 15.70 |
| Total costs | $174.10 |
| Total amount of this bill | $379.60 |
| Previous balance | $121,129.14 |
| Balance due | $121,508.74 |

200176
Exhibit G

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

May 04, 2004

Invoice # 18369

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered April 1 - April 30, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2004 | KRG | Review pleadings re: date for identification of expert witnesses. | 0.10 | 22.50 |
| 4/5/2004 | KRG | Telephone conference with J. Mummery; draft letter to F. Kunz. | 1.10 | 247.50 |
| 4/8/2004 | KRG | Draft enlargement request; draft email to J. Williamson re: consent. | 0.30 | 67.50 |
| 4/26/2004 | KRG | Conference with J. Mummery; draft emal to Dept. of Justice re: enlargement request; draft enlargement. | 0.20 | 45.00 |
| | | For professional services rendered | 1.70 | $382.50 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 30.60 |
| $Photocopy | 421.94 |
| $Postage | 0.74 |
| Total costs | $453.28 |
| Total amount of this bill | $835.78 |
| Previous balance | $121,508.74 |
| Balance due | $122,344.52 |

Exhibit G 200175

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

June 04, 2004

Invoice # 18436

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered May 1 - May 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/3/2004 | KRG | Telephone conference with J. Mummery re: conference with M. Barker. | 0.20 | 45.00 |
| 5/17/2004 | KRG | Review government opposition brief; telephone conference with J. Mummery re: same. | 1.10 | 247.50 |
| 5/24/2004 | KRG | Draft fax to J. Mummery re: court reporter. | 0.10 | 22.50 |
| 5/25/2004 | KRG | Draft reply brief. | 4.30 | 967.50 |
| 5/25/2005 | KRG | Draft reply brief. double Bill | 4.30 | 967.50 |
| | | For professional services rendered | 10.00 | $2,250.00 |

credited in invoice 18704

Additional Charges :

| | |
|---|---|
| $Courier | 25.38 |
| $Facsimile | 8.60 |
| $Long Dis Phone | 2.06 |
| $Photocopy | 12.00 |
| $Postage | 0.37 |
| Total costs | $48.41 |
| Total amount of this bill | $2,298.41 |
| Previous balance | $122,344.52 |
| Balance due | $124,642.93 |

7/2/04 Pd $7584.63 Misc Exp Direct
ck 1942 4,512.30 Steno.
ck 1940 43,546.00 Legal Fees
ck 1942 $55,642.93

(55,642.93)

Remaining Balance → $69,000

Exhibit 9 200174

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

July 06, 2004

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18501

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered June 1 - June 30, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2004 | KRG | Draft reply brief. | 7.70 | 1,732.50 |
| 6/2/2004 | KRG | Continue drafting reply. | 5.20 | 1,170.00 |
| 6/3/2004 | KRG | Telephone conference with court reporter in Colorado re: deposition transcripts; draft inquiry to J. Cook re: research on payment; conference with A. Saltman re: case status; draft Power of Attorney; telephone conference with J. Mummery. | 1.80 | 405.00 |
| | AIS | Conference with K. Garden. | 0.20 | 70.00 |
| 6/4/2004 | KRG | Revise draft reply brief. | 2.20 | 495.00 |
| | JRC | Research re: paying court reporter. | 0.20 | 20.00 |
| 6/7/2004 | JRC | Research re: paying court reporter. | 0.20 | 20.00 |
| 6/9/2004 | KRG | Draft letter to client enclosing brief and outlining upcoming schedule. | 0.20 | 45.00 |
| | | For professional services rendered | 17.70 | $3,957.50 |

Additional Charges :

| | |
|---|---|
| $Courier | 12.69 |
| $Facsimile | 14.40 |
| $Long Dis Phone | 2.87 |
| $Photocopy | 28.60 |
| $Postage | 2.12 |
| Total costs | $60.68 |

Exhibit G 200172

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Total amount of this bill | $4,018.18 |
| Previous balance | $124,642.93 |
| Balance due | $128,661.11 |

Remaining bal. prior to this bill $69,000 –
New Fees This bill 3,957 50

Total Fees 72,957 50
Exp. this bill 60 68

$ 73,018 18
– 100 –

$ 72,918 18

Total bill $ 72,918 18
60 68
Exp

200173
Exhibit G

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

August 03, 2004

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18539

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered July 1 - July 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/22/2004 | KRG | Review District Court decision on Term Special Use Permit; draft Notice of New Authority; conference with R. Tiger. | 2.10 | 472.50 |
| | RGT | Conference with K. Garden re: bringing supplemental information to court's attention. | 0.20 | 58.00 |
| 7/23/2004 | KRG | Revise Notice of New Authority; draft email to J. Mummery re: same. | 0.50 | 112.50 |
| 7/30/2004 | KRG | Telephone conference with J. Mummery re: So. Dist. of California court opinion involving special use permit. | 0.30 | 67.50 |
| | | For professional services rendered | 3.10 | $710.50 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 96.85 |
| $Courier | 6.34 |
| $Long Dis Phone | 2.43 |
| Total costs | $105.62 |
| Total amount of this bill | $816.12 |
| Previous balance | $128,661.11 |
| 7/6/2004 Payment - thank you. Check No. 1942 | ($51,130.63) |
| Total payments and adjustments | ($51,130.63) |
| Balance due | ~~$78,346.60~~ |

Missing $4,512.30
pd direct to Jaresnick/Sunstrom

$ ~~73,728.68~~

$ 73,839.30

Exhibit G

2001171

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

September 07, 2004

Invoice # 18644

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered August 1 - August 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/2/2004 | KRG | Telephone conference with J. Mummery re: notice of new authority; revise notice. | 1.00 | 225.00 |
| | | For professional services rendered | 1.00 | $225.00 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 16.14 |
| $Photocopy | 19.20 |
| $Postage | 1.06 |
| Total costs | $36.40 |

| | | |
|---|---|---|
| | Total amount of this bill | $261.40 |
| | Previous balance | $78,346.60 |
| 8/26/2004 | Write off for Court Reporter not paid by Firm. | ($4,512.30) |
| 8/26/2004 | Write off for Court Reporter not paid by Firm. | ($100.00) |
| | Total payments and adjustments | ($4,612.30) |
| | Balance due | $73,995.70 |

200170

Exhibit G

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

October 05, 2004

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18704

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered September 1 - September 30, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/23/2004 | KRG | Telephone conference with Judge Merow's chambers re: hearing date; draft email to J. Mummery re: same. | 0.10 | 22.50 |
| | | For professional services rendered | 0.10 | $22.50 |
| | | Additional Charges : | | |
| | | $Courier | | 12.69 |
| | | Total costs | | $12.69 |
| | | Total amount of this bill | | $35.19 |
| | | Previous balance | | $73,995.70 |
| 10/5/2004 | | Credit for error in billing on Invoice #18436. | | ($967.50) |
| | | Total payments and adjustments | | ($967.50) |
| | | Balance due | | $73,063.39 |

Exhibit G 200163

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

November 03, 2004

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18730

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered October 1 - October 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/5/2004 | KRG | Telephone conference with J. Mummery re: status; telephone conference with Judge Merow's secretary re: hearing date; telephone conference with J. Mummery re: same. | 0.80 | 180.00 |
| 10/13/2004 | KRG | Review recent court decision regarding lost profits and level of certainty; telephone conference with J. Williamson re: oral argument. | 0.20 | 45.00 |
| 10/18/2004 | KRG | Telephone conference with J. Williamson re: oral argument date; telephone conference with J. Mummery re: same. | 0.60 | 135.00 |
| 10/19/2004 | KRG | Telephone conference with Judge Merow's chambers and J. Williamson re: oral argument date; review Court Order and make docket entry. | 0.20 | 45.00 |
| | | For professional services rendered | 1.80 | $405.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 11.00 |
| $Photocopy | 2.00 |
| Total costs | $13.00 |
| Total amount of this bill | $418.00 |
| Previous balance | $73,063.39 |
| Balance due | $73,481.39 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

December 07, 2004

Invoice # 18839

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered November 1 - November 30, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/17/2004 | KRG | Begin preparing for oral argument. | 3.40 | 799.00 |
| 11/18/2004 | KRG | Telephone conference with J. Mummery re: oral argument. | 0.60 | 141.00 |
| | | For professional services rendered | 4.00 | $940.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 8.80 |
| $Long Dis Phone | 3.48 |
| $Photocopy | 13.50 |
| Total costs | $25.78 |
| Total amount of this bill | $965.78 |
| Previous balance | $73,481.39 |
| Balance due | $74,447.17 |

200167

Exhibit G

Kesi FAX (703) 997-1330

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

January 04, 2005

Invoice # 18857

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered December 1 - December 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/3/2004 | KRG | Continue drafting oral argument presentation. | 1.40 | 329.00 |
| 12/6/2004 | KRG | Continue reviewing briefs and preparing for oral argument. | 5.10 | 1,198.50 |
| 12/7/2004 | KRG | Review briefs in case, documents from appendix and continue drafting oral argument presentation. | 5.10 | 1,198.50 |
| 12/8/2004 | KRG | Continue preparing for oral argument; revise presentation; review cases cited by government. | 8.30 | 1,950.50 |
| 12/9/2004 | KRG | Prepare for oral argument; conference with J. Mummery re: case; attend oral argument. | 8.40 | 1,974.00 |
| 12/10/2004 | KRG | Draft proposed press release; transmit to client; draft email to J. Williamson re: misstatement at oral argument; telephone conference with Judge Merow and J. Williamson re: same. | 1.80 | 423.00 |
| | | For professional services rendered | 30.10 | $7,073.50 |
| | | Additional Charges : | | |
| | | $Facsimile | | 8.80 |
| | | $Photocopy | | 2.50 |
| | | Total costs | | $11.30 |
| | | Total amount of this bill | | $7,084.80 |
| | | Previous balance | | $74,447.17 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

February 03, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18964

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For services rendered January 1 - January 31, 2005

Additional Charges :

| | | Amount |
|---|---|---|
| | $Long Dis Phone | 1.01 |
| | $Photocopy | 7.00 |
| | Total costs | $8.01 |
| | Interest on overdue balance | $408.05 |
| | Total amount of this bill | $416.06 |
| | Previous balance | $81,531.97 |
| 2/3/2005 | Payment from account | ($3,000.00) |
| | Total payments and adjustments | ($3,000.00) |
| | Balance due | $78,948.03 |
| | Previous balance of Retainer | $3,000.00 |
| | Payments made from Retainer | ($3,000.00) |
| | Payments made into Retainer | $0.00 |
| | New balance of Retainer | $0.00 |

pd 2/14/05 416.06 ck1971
int $ 407.05
princ $ 3,008.01

Exhibit H

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 07, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19034

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For services rendered February 1 - February 28, 2005

Additional Charges :

| | | Amount |
|---|---|---|
| | $Computer Resch | 48.42 |
| | Total costs | $48.42 |
| | Interest on overdue balance | $430.31 |
| | Total amount of this bill | $478.73 |
| | Previous balance | $78,948.03 |
| 2/17/2005 | Payment - thank you. Check No. 1971 | ($416.06) |
| | Total payments and adjustments | ($416.06) |
| | Balance due | $79,010.70 |

int 430.31
prin 554.52

Pd # 984.73 3/16/05

Based on a Balance est at $78,984.73 on 2/28/05 leaving a principal balance of $78,000-

Exhibit H

**Total hours incurred by The Garden Law Firm, P.C. in 2005**

| Date | Description | Time |
|---|---|---|
| 1/10/2005 | T/C with Jeff Mummery re: Judge's Order and damage calculations | 0.9 |
| 1/18/2005 | T/C with Jeff Mummery re: schedule for discovery | 0.3 |
| 1/19/2005 | Draft discovery schedule | 1.0 |
| 1/21/2005 | T/C with Jeff Mummery re: status of case and damage preparation | 0.7 |
| 1/28/2005 | T/C with Jeff Mummery re: damages | 0.5 |
| 1/31/2005 | Review and respond to email from John Williamson (DOJ) re: trial schedule | 0.1 |
| 2/1/2005 | T/C with Jeff Mummery re: trial schedule: respond to email from John Williamson re: schedule; draft proposed schedule; T/C with John Williamson re: proposed trial schedule | 2.3 |
| 2/4/2005 | Review revised trial schedule proposed by DOJ; draft response | 0.2 |
| 2/17/2005 | T/C with John Williamson re: trial schedule; begin drafting interrogatories | 3.1 |
| 2/18/2005 | Continue drafting interrogatories | 1.1 |
| 2/21/2005 | T/C with Jeff Mummery re: damages | 1 |
| 2/24/2005 | T/C with Jeff Mummery re: appraisal issues | 0.4 |
| 2/25/2005 | Legal research re: fair market value and decisions by Judge Merow on FMV and value of property on federal land | 4.3 |
| 3/1/2005 | T/C with Jeff Mummery re: Fordyce decision; T/C with Keith Dahlem re: FS inquiries into lodge appraisals; T/C with Jeff Mummery re: same | 0.7 |
| 3/2/2005 | Legal research re: appropriate formula for damages; draft email to John Williamson re: discovery due date; T/C with Jeff Mummery re: Fordyce decision; Telephone call to Phil Lamb re: lodge sales; telephone call to Keith Dahlem re: same; telephone call to Bobby Coe re: same | 6.4 |

| | | |
|---|---|---|
| 3/3/2005 | T/C with Keith Dahlem re: FS contacts with lodge owners; legal research re: compensation formulas for just compensation; research re: government's appraiser John Frome | 1.4 |
| 3/4/2005 | Revise draft interrogatories; T/C with Jeff Mummery re: appraisal value | 0.4 |
| 3/9/2005 | T/C with Jeff Mummery re: damage assessment | 0.5 |
| 3/10/2005 | Continue assessment of damage calculations | 1.1 |
| 3/11/2005 | T/C with Jeff Mummery re: damages; T/C with John Williamson re: site visit; T/C with Jeff Mummery re: same; T/C with Phil Lamb re: lodge sales | 4.1 |
| 3/15/2005 | T/C with Jeff Mummery re: site visit | 0.3 |
| 3/22/2005 | T/C with Jeff Mummery re: court date and discovery; T/C with John Williamson re: interrogatories; T/C with Court clerk re: trial date; T/C with Jeff Mummery re: same | 1.1 |
| 3/25/2005 | T/C with Judge Merow re: trial schedule; T/C with Jeff Mummery re: same | 0.4 |
| 3/29/2005 | T/C with Jeff Mummery re: reserving courtroom | 0.2 |
| 3/31/2005 | T/C with Jeff Mummery re: case strategy and probability of outcome; draft note to Judge Merow's chambers re: our reservation of Barling Room | 1.2 |
| 4/7/2005 | T/C with Jeff Mummery re: new potential witness and use of Que Mangas; T/C with John Williamson re: trial schedule | 0.8 |
| 4/11/2005 | Review and revise interrogatories; review issue of appraisal | 2.1 |
| 4/12/2005 | Review government interrogatories and begin drafting reply | 1.0 |
| 4/14/2005 | T/C with Jeff Mummert re: strategy for press coverage and presentation of case; T/C with J. Mummery re: damages | 2 |
| 4/15/2005 | T/C with J. Mummery re: Monte Barker testimony; legal research re: lost profits | 4.9 |
| 4/18/2005 | Legal research re: lost profits | 2.7 |

| | | |
|---|---|---|
| 4/19/2005 | T/C with Jeff Mummery re: damage valuations; legal research re: Court of Federal Claims decisions analyzing lost profits and takings | 3.2 |
| 4/20/2005 | Revise response to interrogatories; outline evidence to be used to support damage claim; legal research re: interest on takings claims and establishing FMV | 6.3 |
| 4/27/2005 | Continue drafting response to interrogatories; T/C with J. Mummery re: preparing damage claim | 2.1 |
| 4/28/2005 | T/C with J. Mummery re: expert testimony and conference with B. Modell | 0.2 |
| 4/29/2005 | T/C with Mick Barrus; draft email to J. Mummery re: same and motion for costs; draft questions for M. Barrus's deposition based on his statement; draft questions for R. Aus | 1.3 |
| 5/2/2005 | Draft email to J. Williamson re: omission of Mick Barrus; review comparable sales data | 0.5 |
| 5/3/2005 | T/C with J. Mummery, J. Pucetas. Q. Mangus re: damages; T/C with J. Mummery and J. Pucetas re: same | 2.3 |
| 5/4/2005 | T/C with J. Mummery re: damages | 0.7 |
| 5/6/2005 | Review documents from DOJ re: lodge financial data; draft letter to expert re: same | 2.3 |
| 5/9/2005 | T/C with Q. Mangus re: appraisal; T/C with J. Mummery re: damages; review damage documents; review information on other lodges | 4.3 |
| 5/10/2005 | Review letter from J. Williamson re: M. Barrus; draft response; research re: lost profits; T/C with J. Williamson re: protective order and expert reports | 2.8 |
| 5/11/2005 | Draft email to client re: expert appraiser; T/C with Q. Mangus re: appraisal; T/C with J. Pucetas re: replacement value | 1.2 |
| 5/12/2005 | T/C with J. Mummery re: damages | 0.1 |
| 5/13/2005 | T/C with J. Pucetas re: report; T/C with J. Mummery re: P&L statements for 2002-2004 and lost profits | 1.3 |
| 5/16/2005 | Review financial statements from client; T/C w/ J. Pucetas re: report; review expert report from SiteTek | 2.5 |

| | | |
|---|---|---|
| 5/17/2005 | Review SiteTek draft report; T/C w/ J. Mummery re: financial documents; review financial documents and withdraw non-responsive items; T/C w/ J. Pucetas re: expert report | 2.3 |
| 5/18/2005 | Review summary by client of out of pocket expenses; review SiteTek documents; T/C w/ J. Mummery re: documents due to government; review appraisal by QM Appraisal; T/C w/ Q. Mangus re: questions as to same | 5.6 |
| 5/19/2005 | T/C w/ J. Mummery re: response to government interrogatories; revise interrogatory responses; review schedule provided by client; draft letter to J. Williamson re: schedules | 2.7 |
| 5/20/2005 | Revise and finalize production of document and interrogatory responses; T/C w/ J. Mummery re: same; T/C with Q. Mangus re: same; T/C w/ J. Mummery re: same | 8.7 |
| 5/23/2005 | T/C w/ J. Mummery re: govt. appraisal documents; review appraisal by J. Frome; T/C with J. Williamson re: protective order | 5.6 |
| 5/24/2005 | T/C w/ J. Mummery re: damages; T/C w/ J. Williamson; review motion for protective order; T/C w/ Court re: same; T/C w/ Phil Lamb re: same; review income report | 5.9 |
| 5/25/2005 | Continue review of J. Frome analysis; review govt. motion for protective order; T/C w/ J. Mummery; draft opposition to motion | 8.2 |
| 5/26/2005 | T/C w/ Q. Mangus re: J. Frome report; T/C w/ P. Lamb re: GFA at Elephant Head; T/C w/ J. Mummery re: cost of replacing bridges; draft email to J. Williamson re: deposition of W. Baker; T/C w/ J. Mummery re: DOJ contact w/ G. Fales | 3.1 |
| 5/27/2005 | T/C w/ J. Mummery re: damage assessment and From appraisals; T/C w/ J. Williamson re: depositions; T/C w/ J. Mummery re: deposition schedules | 2.1 |
| 6/1/2005 | T/C w/ J. Mummery re: projected profit calculations; continue preparing for Frome deposition | 3.2 |
| 5/6/2005 | Kinko's copy charge- Govt. documents from Lodge owners | |

Exhibit I

| | | |
|---|---|---|
| 6/3/2005 | T/C w/ J. Mummery re: expectation of profit; continue analysis of Frome appraisal and prepare deposition questions for same | 5.4 |
| 6/9/2005 | T/C w. J. Williamson re: depositions; T/C w/ J. Mummery; review email from Q. Mangus; review profit analysis by J. Mummery | 2.8 |
| 6/10/2005 | Review Frome appraisal to prepare for conf. w/ Q. Mangus; T/C w/ Q. Mangus re: lodge value; T/C w/ J. Mummery re: lost profit calculations | 5.1 |
| 6/15/2005 | T/C w/ J. Williamson re: depositions; draft email to client | 0.3 |
| 6/16/2005 | T/C w/ Q. Mangus; transmit documents to J. Williamson | 0.3 |
| 6/17/2005 | Prepare for Frome Deposition | 3.1 |
| 6/18/2005 | Continue preparing for deposition of J. Frome; draft questions for J. Frome; travel to Cody, WY | 5 |
| 6/19/2005 | Attend deposition of Q. Mangus and J. Mummery; prepare for deposition of J. Frome | 14.5 |
| 6/20/2005 | Depose J. Frome; conf. w/ P. Lamb and J.Parsons re: lodge characteristics | 7.9 |
| 6/22/2005 | Return from Cody, WY; review lost profit analysis prepared by J. Bakken | 5 |
| 6/26/2005 | Prepare deposition questions for J. Bakken | 1.3 |
| 6/27/2005 | Review revisions by J. Bakken to lost profit report; prepare questions for J. Bakken's deposition | 8.6 |
| 6/28/2005 | Continue preparing for deposition of J. Bakken; travel to Denver for deposition | 5.7 |
| 6/29/2005 | Prepare for and depose J. Bakken; attend deposition of J. Mummery | 8.5 |
| 6/30/2005 | Attend deposition of J. Pucetas; return from Denver, CO | 9.2 |
| 7/6/2005 | Begin drafting pretrial brief | 8.1 |
| 7/7/2005 | Continue drafting pretrial memorandum | 8.2 |
| 7/8/2005 | Continue drafting pretrial memorandum; T/C w/ J. Mummery re: same | 8.9 |

Exhibit I

| | | |
|---|---|---|
| 7/9/2005 | Continue drafting exhibit list, witness list and pretrial memorandum | 7.8 |
| 7/11/2005 | Revise, finalize pretrial memorandum; T/C w/ J. Mummery re: same | 13.2 |
| 7/12/2005 | Begin drafting trial testimony questions; T/C w. J. Williamson re:exhibit list; review documents re: exhibits | 6.2 |
| 7/13/2005 | Draft outline of "best argument" for Forest Service to make | 0.8 |
| 7/14/2005 | Draft outline of facts for trial presentation; revise list of exhibits | 1.6 |
| 7/15/2005 | Review exhibit list; transmit to J. Williamson | 0.3 |
| 7/21/2005 | Continue preparing J. Mummery trial testimony | 3.5 |
| 8/2/2005 | Continue preparing J. Mummery and R. Aus trial testimony | 5.6 |
| 8/3/2005 | Draft trial testimony for W. Simpson and review deposition transcript | 3.8 |
| 8/4/2005 | Draft Larson and Fischer trial testimony | 6.1 |
| 8/8/2005 | Review notes on potential trial questions; draft email to J. Williamson re: protective order | 1.5 |
| 8/10/2005 | Draft trial questions | 2.2 |
| 8/11/2005 | Draft trial questions | 3.2 |
| 8/15/2005 | Draft trial questions | 4.1 |
| 8/16/2005 | Draft trial questions | 2.1 |
| 8/22/2005 | Teleconference w/ J. Mummery | 0.8 |
| 8/23/2005 | Review documents in Dep. Exh. 1; draft trial exhibit list | 5.8 |
| 9/4/2005 | Review deposition transcripts and prepare trial questions | 4.1 |
| 9/5/2005 | Review Aus and Larson deposition transcripts; draft trial questions | 5.2 |

| | | |
|---|---|---|
| 9/6/2005 | Review Larson deposition transcript and draft trial questions; attend pre-trial conference at Court; teleconference w/ J. Mummery re: same | 10.1 |
| 9/7/2005 | Continue reviewing Larson deposition; draft trial questions; revise Aus, Fischer and Watson trial questions | 9.7 |
| 9/8/2005 | Continue trial preparation; review depositions; draft trial questions | 15.3 |
| 9/9/2005 | Draft trial subpoenas; obtain file documents | 3.3 |
| 9/10/2005 | Prepare exhibit list; continue review of deposition transcripts | 9.8 |
| 9/11/2005 | Prepare for trial; draft trial questions | 2.1 |
| 9/13/2005 | Continue trial preparation; review depositions; draft trial questions | 11.6 |
| 9/14/2005 | Continue preparing for trial | 11.8 |
| 9/15/2005 | Continue preparing for trial | 11.2 |
| 9/17/2005 | Continue review of deposition transcripts and preparing trial questions | 8.1 |
| 9/18/2005 | Continue review of deposition transcripts and preparing trial questions | 12.5 |
| 9/19/2005 | Attend trial; prepare for following day | 16.1 |
| 9/20/2005 | Attend trial; prepare for following day | 18.1 |
| 9/21/2005 | Attend trial; prepare for following day | 17.5 |
| 9/22/2005 | Attend trial; prepare for following day | 17.1 |
| 9/23/2005 | Attend trial; prepare for following day | 11.1 |
| 9/24/2005 | Review deposition transcript of experts; prepare trial questions | 10.8 |
| 9/25/2005 | Review deposition transcript of experts; prepare trial questions | 9.8 |
| 9/26/2005 | Attend trial; prepare for following day | 15.2 |
| 9/27/2005 | Attend trial; prepare for following day | 14.1 |
| 9/28/2005 | Attend trial; prepare for following day | 10.1 |

| | | |
|---|---|---|
| 9/29/2005 | Attend trial; prepare for following day | 2.1 |
| 11/22/2005 | Continue drafting brief; T/C w/ J. Mummery re: same | 3.1 |
| 12/1/2005 | T/C w/ J. Mummery; draft motion for enlargement; draft emails to J. Williamson re: same | 0.5 |
| 12/5/2005 | Continue drafting post trial brief | 2 |
| 12/6/2005 | Continue drafting brief; T/C w/ J. Mummery re: same | 9.3 |
| 12/7/2005 | Continue reviewing transcript and drafting brief | 6.6 |
| 12/8/2005 | Continue drafting brief | 7.4 |
| 12/9/2005 | Continue reviewing transcript and drafting brief | 7.9 |
| 12/12/2005 | Continue drafting brief; T/C w/ J. Mummery | 11.4 |
| 12/13/2005 | Continue drafting brief: T/C w/ J. Mummery | 4.1 |
| 12/14/2005 | Continue drafting brief: T/C w/ J. Mummery re: same | 9.3 |
| 12/15/2005 | Continue drafting brief | 4.1 |
| 12/16/2005 | Continue drafting brief | 13.1 |
| 12/19/2005 | T/C w/ J. Mummery re: brief; continue drafting same | 7.2 |
| 12/20/2005 | T/C w/ J. Mummery; continue drafting brief | 9.7 |
| 12/21/2005 | T/C w/ J. Mummery re: brief; continue drafting same | 7.4 |
| 12/22/2005 | T/C w/ J. Mummery; edit brief | 0.5 |
| 12/23/2005 | T/C w/ J. Williamson re: brief; forward same to J. Mummery | 0.3 |
| | | 662.9 |

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

February 21, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered

| | Description | Rate/hour | Time | Total Fees |
|---|---|---|---|---|
| 1/10/2005 | T/C with Jeff Mummery re: Judge's Order and damage calculations | $235 | 0.9 | $ 211.50 |
| 1/18/2005 | T/C with Jeff Mummery re: schedule for discovery | $235 | 0.3 | $ 70.50 |
| 1/19/2005 | Draft discovery schedule | $235 | 1.0 | $ 235.00 |
| 1/21/2005 | T/C with Jeff Mummery re: status of case and damage preparation | $235 | 0.7 | $ 164.50 |
| 1/28/2005 | T/C with Jeff Mummery re: damages | $235 | 0.5 | $ 117.50 |
| 1/31/2005 | Review and respond to email from John Williamson (DOJ) re: trial schedule | $235 | 0.1 | $ 23.50 |
| | Total amount of this invoice | | | **$ 822.50** |

Exhibit I

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

March 14, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered

| Date | Description | Rate/hour $235 | Time | Total Fees |
|---|---|---|---|---|
| 2/1/2005 | T/C with Jeff Mummery re: trial schedule: respond to email from John Williamson re: schedule; draft proposed schedule; T/C with John Williamson re: proposed trial schedule | | 2.3 | $ 540.50 |
| 2/4/2005 | Review revised trial schedule proposed by DOJ; draft response | | 0.2 | $ 47.00 |
| 2/17/2005 | T/C with John Williamson re: trial schedule; begin drafting interrogatories | | 3.1 | $ 728.50 |
| 2/18/2005 | Continue drafting interrogatories | | 1.1 | $ 258.50 |
| 2/21/2005 | T/C with Jeff Mummery re: damages | | 1 | $ 235.00 |
| 2/24/2005 | T/C with Jeff Mummery re: appraisal issues | | 0.4 | $ 94.00 |
| 2/25/2005 | Legal research re: fair market value and decisions by Judge Merow on FMV and value of property on federal land | | 4.3 | $ 1,010.50 |
| | Total Amount Due This Invoice | | | **$ 2,914** |

Exhibit I

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

April 13, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered

| Date | Description | Hourly rate of $235 | Time | Total Fee |
|---|---|---|---|---|
| 3/1/2005 | T/C with Jeff Mummery re: *Fordyce* decision; T/C with Keith Dahlem re: FS inquiries into lodge appraisals; T/C with Jeff Mummery re: same | | 0.7 | $ 164.50 |
| 3/2/2005 | Legal research re: appropriate formula for damages; draft email to John Williamson re: discovery due date; T/C with Jeff Mummery re: *Fordyce* decision; Telephone call to Phil Lamb re: lodge sales; telephone call to Keith Dahlem re: same; telephone call to Bobby Coe re: same | | 6.4 | $ 1,504.00 |
| 3/3/2005 | T/C with Keith Dahlem re: FS contacts with lodge owners; legal research re: compensation formulas for just compensation; research re: government's appraiser John Frome | | 1.4 | $ 329.00 |
| 3/4/2005 | Revise draft interrogatories; T/C with Jeff Mummery re: appraisal value | | 0.4 | $ 94.00 |
| 3/9/2005 | T/C with Jeff Mummery re: damage assessment | | 0.5 | $ 117.50 |
| 3/10/2005 | Continue assessment of damage calculations | | 1.1 | $ 258.50 |
| 3/11/2005 | T/C with Jeff Mummery re: damages; T/C with John Williamson re: site visit; T/C with Jeff Mummery re: same; T/C with Phil Lamb re: lodge sales | | 4.1 | $ 963.50 |

| | | | |
|---|---|---|---|
| 3/15/2005 | T/C with Jeff Mummery re: site visit | 0.3 | $ 70.50 |
| 3/22/2005 | T/C with Jeff Mummery re: court date and discovery; T/C with John Williamson re: interrogatories; T/C with Court clerk re: trial date; T/C with Jeff Mummery re: same | 1.1 | $ 258.50 |
| 3/25/2005 | T/C with Judge Merow re: trial schedule; T/C with Jeff Mummery re: same | 0.4 | $ 94.00 |
| 3/29/2005 | T/C with Jeff Mummery re: reserving courtroom | 0.2 | $ 47.00 |
| 3/31/2005 | T/C with Jeff Mummery re: case strategy and probability of outcome; draft note to Judge Merow's chambers re: our reservation of Barling Room | 1.2 | $ 282.00 |
| | Total amount due this invoice | | $ 4,183.00 |
| | Unpaid amounts from prior bills | | $ 2,914.00 |
| | Total amount due | | $ 7,097.00 |

If you have any questions regarding the above, please give us a call.

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

May 17, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered (April 2005)

| Date | Description | Hourly rate of $235 | Time | | Total Fee |
|---|---|---|---|---|---|
| 4/7/2005 | T/C with J. Mummery re: new potential witness and use of Que Mangus; T/C with John Williamson re: trial schedule | | 0.8 | $ | 188.00 |
| 4/11/2005 | Review and revise interrogatories; review issue of appraisal | | 2.1 | $ | 493.50 |
| 4/12/2005 | Review government interrogatories and begin drafting reply | | 1.0 | $ | 235.00 |
| 4/14/2005 | T/C with J. Mummery re: strategy for press coverage and presentation of case; T/C with J. Mummery re: damages | | 2 | $ | 470.00 |
| 4/15/2005 | T/C with J. Mummery re: Monte Barker testimony; legal research re: lost profits | | 4.9 | $ | 1,151.50 |
| 4/18/2005 | Legal research re: lost profits | | 2.7 | $ | 634.50 |
| 4/19/2005 | T/C with J. Mummery re: damage valuations; legal research re: Court of Federal Claims decisions analyzing lost profits and takings | | 3.2 | $ | 752.00 |
| 4/20/2005 | Revise response to interrogatories; outline evidence to be used to support damage claim; legal research re: interest on takings claims and establishing FMV | | 6.3 | $ | 1,480.50 |

| | | | | |
|---|---|---|---|---|
| 4/27/2005 | Continue drafting response to interrogatories; T/C with J. Mummery re: preparing damage claim | 2.1 | $ | 493.50 |
| 4/28/2005 | T/C with J. Mummery re: expert testimony and conference with B. Modell | 0.2 | $ | 47.00 |
| 4/29/2005 | T/C with Mick Barrus; draft email to J. Mummery re: same and motion for costs; draft questions for M. Barrus's deposition based on his statement; draft questions for R. Aus | 1.3 | $ | 305.50 |
| | Total of this invoice | | **$** | **6,251.00** |
| | Total due from prior invoices | | $ | 7,097.00 |
| | Total amount due | | **$** | **13,348.00** |

If you have any questions regarding the above, please give us a call.

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

June 10, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered (May 2005)

| Date | Description | Hourly rate of $235 | Time | | Total Fee |
|---|---|---|---|---|---|
| 5/2/2005 | Draft email to J. Williamson re: omission of Mick Barrus; review comparable sales data | | 0.5 | $ | 117.50 |
| 5/3/2005 | T/C with J. Mummery, J. Pucetas. Q. Mangus re: damages; T/C with J. Mummery and J. Pucetas re: same | | 2.3 | $ | 540.50 |
| 5/4/2005 | T/C with J. Mummery re: damages | | 0.7 | $ | 164.50 |
| 5/6/2005 | Review documents from DOJ re: lodge financial data; draft letter to expert re: same | | 2.3 | $ | 540.50 |
| 5/9/2005 | T/C with Q. Mangus re: appraisal; T/C with J. Mummery re: damages; review damage documents; review information on other lodges | | 4.3 | $ | 1,010.50 |
| 5/10/2005 | Review letter from J. Williamson re: M. Barrus; draft response; research re: lost profits; T/C with J. Williamson re: protective order and expert reports | | 2.8 | $ | 658.00 |
| 5/11/2005 | Draft email to client re: expert appraiser; T/C with Q. Mangus re: appraisal; T/C with J. Pucetas re: replacement value | | 1.2 | $ | 282.00 |
| 5/12/2005 | T/C with J. Mummery re: damages | | 0.1 | $ | 23.50 |
| 5/13/2005 | T/C with J. Pucetas re: report; T/C with J. Mummery re: P&L statements for 2002-2004 and | | 1.3 | $ | 305.50 |

| | | | | |
|---|---|---|---|---|
| | lost profits | | | |
| 5/16/2005 | Review financial statements from client; T/C w/ J. Pucetas re: report; review expert report from SiteTek | 2.5 | $ | 587.50 |
| 5/17/2005 | Review SiteTek draft report; T/C w/ J. Mummery re: financial documents; review financial documents and withdraw non-responsive items; T/C w/ J. Pucetas re: expert report | 2.3 | $ | 540.50 |
| 5/18/2005 | Review summary by client of out of pocket expenses; review SiteTek documents; T/C w/ J. Mummery re: documents due to government; review appraisal by QM Appraisal; T/C w/ Q. Mangus re: questions as to same | 5.6 | $ | 1,316.00 |
| 5/19/2005 | T/C w/ J. Mummery re: response to government interrogatories; revise interrogatory responses; review schedule provided by client; draft letter to J. Williamson re: schedules | 2.7 | $ | 634.50 |
| 5/20/2005 | Revise and finalize production of document and interrogatory responses; T/C w/ J. Mummery re: same; T/C with Q. Mangus re: same; T/C w/ J. Mummery re: same | 8.7 | $ | 2,044.50 |
| 5/23/2005 | T/C w/ J. Mummery re: govt. appraisal documents; review appraisal by J. Frome; T/C with J. Williamson re: protective order | 5.6 | $ | 1,316.00 |
| 5/24/2005 | T/C w/ J. Mummery re: damages; T/C w/ J. Williamson; review motion for protective order; T/C w/ Court re: same; T/C w/ Phil Lamb re: same; review income report | 5.9 | $ | 1,386.50 |
| 5/25/2005 | Continue review of J. Frome analysis; review govt. motion for protective order; T/C w/ J. Mummery; draft opposition to motion | 8.2 | $ | 1,927.00 |
| 5/26/2005 | T/C w/ Q. Mangus re: J. Frome report; T/C w/ P. Lamb re: GFA at Elephant Head; T/C w/ J. Mummery re: cost of replacing bridges; draft email to J. Williamson re: deposition of W. Baker; T/C w/ J. Mummery re: DOJ contact w/ G. Fales | 3.1 | $ | 728.50 |
| 5/27/2005 | T/C w/ J. Mummery re: damage assessment and From appraisals; T/C w/ J. Williamson re: depositions; T/C w/ J. Mummery re: deposition schedules | 2.1 | $ | 493.50 |

| | | | |
|---|---|---|---|
| 6/1/2005 | T/C w/ J. Mummery re: projected profit calculations; continue preparing for Frome deposition | 3.2 | $ 752.00 |
| | ***Total legal fees*** | | **$ 15,369.00** |

***Out of pocket charges***

| | | |
|---|---|---|
| 5/6/2005 | Kinko's copy charge- Govt. documents from Lodge owners | $ 25.99 |
| 5/20/2005 | Kinko's Copy Charge- Govt. Reports | $ 87.04 |
| 5/20/2005 | UPS Charge-shipping Govt. Reports | $ 63.78 |
| 5/27/2005 | Airline ticket- DC--Cody, WY | $ 497.91 |
| 5/27/2005 | Airline ticket- DC--Denver, CO | $ 443.10 |
| | ***Total out-of-pocket expenses*** | **$ 1,117.82** |
| | ***Total amount of this invoice*** | **$ 16,486.82** |
| | ***Amounts unpaid from prior invoices*** | $ 9,348.00 |
| | ***Total amount due*** | $ **25,834.82** |

If you have any questions regarding the above, please give us a call.



Exhibit I

THE GARDEN LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

July 18, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Out of pocket expenses

| | | |
|---|---|---|
| 6/18-22/2005 | Holiday Inn-Cody, WY | $647.91 |
| 6/28/2005 | Taxi | $13.00 |
| 6/29/2005 | Lunch (Lakewood, CO) | $26.59 |
| 6/30/2005 | Taxi | $14.00 |
| 6/28--30/2005 | Rental Car | $212.06 |
| 6/30/2005 | Rental Car Gas | $7.41 |
| | Outstanding out of pocket expenses | $1,117.82 |
| | Current amount of out of pocket expenses due | $2,038.79 |

If you have any questions regarding the above, please give us a call.

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

October 24, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Out of pocket expenses (September-trial)

| | | |
|---|---|---|
| | Air Travel (DC-Cody) | $ 533.90 |
| 9/13/2005 | FedEx charge (Alexandria-Cody) | $ 149.49 |
| 9/14/2005 | Kinko's copy charge | $ 17.20 |
| 9/14/2005 | Kinko's copy charge | $ 57.08 |
| 9/14/2005 | Kinko's copy charge | $ 79.49 |
| 9/15/2005 | FedEx charge (Alexandria-Cody) | $2,177.93 |
| 9/15/2005 | Kinko's copy charge | $ 31.00 |
| 9/17/2005 | United Airlines Excess Baggage Fee | $ 25.00 |
| 9/17/2005 | United Airlines Excess Baggage Fee | $ 34.00 |
| 9/17/2005 | Quiznos-Restaurant | $ 3.36 |
| 9/21/2005 | Sunset House- Restaurant | $ 17.30 |
| 9/22/2005 | Sunset House- Restaurant | $ 18.18 |
| 9/22/2005 | Sunset House- Restaurant | $ 15.95 |
| 9/24/2005 | Dairy Queen-Restaurant | $ 5.19 |
| 9/24/2005 | Sunset House- Restaurant | $ 12.05 |
| 9/25/2005 | Sunset House- Restaurant | $ 9.57 |
| 9/26/2005 | Cassie's Supper Club (KRG: J. Pucetas) | $ 66.34 |
| 9/26/2005 | Sunset House- Restaurant | $ 29.43 |
| | United Airlines- change of reservation fee | $ 100.00 |
| | | $3,382.46 |

If you have any questions regarding the above, please give us a call.

***Law Office of John O. Housel***
1100 Rumsey Avenue
Cody, WY 82414

Ph:307 587-4216 Fax:

Jeffrey C. Mummery
36 Breteche Creek Road
Cody, Wyoming
82414

October 3, 2005

File #: 01-0008
Inv #: 4

**Attention:**

**RE:** Review briefs on and consult with Jeff about Sweetwater Claim against Forest Service

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-19-05 | Discuss with Jeff Claims Hearing in September and trial strategies. | 0.50 | 57.50 | JOH |
| Aug-23-05 | Read portion of government brief | 1.40 | 161.00 | JOH |
| Aug-24-05 | Complete review of Plaintiff's and Defendant's Brief and notate concerns and observations. | 2.45 | 281.75 | JOH |
| | Confer with Jeff about issues and concerns in trial briefs and discuss with Jeff trial strategies and possible approaches to recovery of damages. | 3.55 | 408.25 | JOH |
| | Totals | 7.90 | $908.50 | |
| | Discount for inordinant review time. | | 100.00 | |
| | Total Fees After Discount | | $808.50 | |
| | **Total Fee & Disbursements** | | | **$808.50** |
| | **Balance Now Due** | | | **$808.50** |

Exhibit J

Hours incurred by The Sweetwater through
The Garden Law Firm, P.C. in 2006

| Date | Description | Time |
|---|---|---|
| 1/6/2006 | Draft enlargement motion | 0.3 |
| 1/17/2006 | Draft response to FS post-trial brief | 3.6 |
| 1/18/2006 | Draft response | 5.1 |
| 1/19/2006 | Continue drafting brief | 4.4 |
| 1/20/2006 | Continue drafting brief | 8.1 |
| 1/21/2006 | Continue drafting response to government proposed facts | 7.3 |
| 1/23/2006 | Continue drafting post trial briefs; T/C w/ J. Mummery re: same | 3.3 |
| 1/24/2006 | T/C w/ J. Mummery | 0.5 |
| 1/26/2006 | Continue drafting post trial brief; T/C w/ J. Mummery | 9.4 |
| 1/27/2006 | Continue drafting post trial briefs; T/C w/ J. Mummery | 10.1 |
| 1/30/2006 | Review client's edits to briefs | 0.8 |
| 1/31/2006 | Finalize post trial briefs | 1.8 |
| 8/25/2006 | Review Court decision; T/C w/ J. Mummery re: same; transmit decision to J. Mummery | 1.2 |
| 8/27/2006 | Continue review of Court decision; T/C w/ J. Mummery re: same | 2.4 |
| 8/28/2006 | Continue review of Court decision; T/C w/ J. Mummery re: reconsideration | 2.1 |
| 8/29/2006 | Review message from J. Mummery; T/C w/ J. Mummery re: reconsideration; begin drafting reconsideration | 6.4 |

Exhibit K

| | | |
|---|---|---|
| 8/30/2006 | T/C w/ J. Mummery re: reconsideration; continue drafting reconsideration motion; T/C w/ J. Mummery re: additional thoughts on reconsideration; review voicemail from J. Mummery; return call to J. Mummery | 5.9 |
| 8/30/2006 | Computer legal research | 2 |
| 8/31/2006 | T/C w/ J. Mummery re: reconsideration and EAJA application; review draft motion | 2.4 |
| 9/5/2006 | Computer legal research re: standard of review for motions for reconsideration | 1 |
| 9/5/2006 | T/C w/ J. Mummery re: motion; revise motion per conversation w/ J. Mummery; review handwritten notes from J. Mummery re: Court decision | 4.9 |
| 9/6/2006 | T/C w/ J. Mummery; T/C w/ J. Mummery re: reconsideration motion | 1.8 |
| 9/8/2006 | T/C w/ J. Mummery re: reconsideration motion; revise motion per same | 2.5 |
| 9/10/2006 | Revise motion for reconsideration re: post-termination expenditures | 4.9 |
| 9/11/2006 | T/C w/ J. Mummery; revise motion; prepare and assemble attachments; file w/ Court | 7.1 |
| 9/12/2006 | T/C w/ J. Mummery re: motion and scheduling order; correct motion; T/C w/ J. Mummery re: same | 1.7 |
| 9/13/2006 | T/C w/ J. Mummery re: reconsideration and EAJA application | 1.2 |
| 9/15/2006 | T/C w/ J. Mummery | 1.7 |
| 9/15/2006 | Legal research re: EAJA cases issued by CFC | 0.4 |
| 9/18/2006 | T/C w/ J. Mummery; continue drafting EAJA application | 7.1 |
| 9/19/2006 | Continue drafting EAJA application; review documents from client; T/C w/ J. Mummery | 2.3 |
| 9/22/2006 | T/C w/ J. Mummery; continue revising EAJA application; finalize same and exhibits; file at Court | 4.6 |

Exhibit K

| | | |
|---|---|---|
| 9/20/2006 | T/C J. Mummery; continue drafting EAJA motion; assemble exhibits for same | 9.4 |
| 9/21/2006 | T/C w/ J. Mummery re: EAJA application; revise same; prepare exhibits | 7.8 |
| 10/5/2006 | Review govt. opposition to motion to reconsider; T/C w/ J. Mummery re: same: begin drafting reply | 3.1 |
| 10/6/2006 | Continue drafting reply; T/C w/ J. Mummery re: same | 7.9 |
| 10/10/2006 | T/C w/ J. Mummery re: Court order on reconsideration; draft letter to clerk re: return of certified judgment; draft notice of same and file at Court | 1.7 |
| 10/11/2006 | T/C w/ J. Mummery | 1.2 |
| 10/14/2006 | T/C w/ J. Mummery re: EAJA process and documents needed to transfer lodge to govt. | 0.5 |
| 10/16/2006 | T/C w/ J. Mummery re: arranging for exchange of sale documents | 0.2 |
| 10/20/2006 | Draft email to G. Schwind re: documents transfering lodge ownership | 0.1 |
| 10/23/2006 | T/C w/ J. Mummery re: EAJA and ramifications of reconsideration | 1.4 |
| 10/25/2006 | T/C w/ J. Mummery re: sale document for lodge facility; locate Sweetwater sale document from Brannon's and review; draft email to G. Schwind re: appeal and sale document | 1.3 |
| 10/26/2006 | T/C w/ J. Mummery re: sale document | 0.2 |
| 10/27/2006 | T/C w/ J. Mummery re: disposition of personal property at lodge; draft Buy Sell Agreement; draft emal to G. Schwind re: removal of personal property | 2 |
| 10/31/2006 | T/C w/ J. Mummery re: Buy Sell Agreement for lodge facilities | 1.4 |
| 11/1/2006 | T/C w/ J. Mummery re: documents to transfer lodge facilities | 0.3 |
| 11/6/2006 | T/C w/ J. Mummery re: status and EAJA claim | 0.5 |

Exhibit K

| | | |
|---|---|---|
| 11/9/2006 | T/C w/ J. Mummery re: bill of sale; revise bill of sale and draft email to J. Mummery | 0.3 |
| 11/10/2006 | T/C w. J. Mummery re: sale documentation; revise sale documents; draft calculations of total payment; send to G. Schwind | 1 |
| 11/15/2006 | T/C w/ J. Mummery re: EAJA application | 0.1 |
| 11/27/2006 | Draft email to G. Schwind re: sales agreement | 0.1 |
| 11/28/2006 | T/C w/ J. Mummery re: removal of personal property; draft email to G. Schwind re: same | 0.3 |
| 11/29/2006 | Review Court order re: EAJA; verify filing dates; draft email to J. Mummery | 0.3 |
| 11/30/2006 | T/C w/ J. Mummery re: EAJA application | 1.3 |
| | | 160.7 |

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

September 18, 2006

**VIA EMAIL**
Jeff Mummery
The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

*Reimbursement for fees paid to witnesses for trial appearances*

| | | |
|---|---|---|
| 9/9/2005 | Witness fee- Gary Reynolds | $ 46.98 |
| 9/9/2005 | Witness fee- James Fischer | $ 396.80 |
| | | **$ 443.78** |

*If you have any questions regarding the above, please give us a call.*

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH


E.I.N. 65-1228258.
S.S. #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

## INVOICE

**TO:** **The Sweetwater, A Wilderness Lodge, LLC**
Attn: Jeff Mummery
36 Breteche Creek Road
Wapiti, Wyoming 82450

**FOR:** Limited Summary Report
Sweetwater Lodge
2235 Northfork Highway
Cody, WY. 82414

**FEE:** **$4,000.00**

**DATE:** May 16, 2004

**THANK YOU**

(3)

Exhibit L

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

## INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

**EXPERT WITNESS PREPARATION**
**The Sweetwater, A Wilderness Lodge vs United States**

Dates 2/22/05 – 6/13/05

| | | |
|---|---|---|
| Description | Meetings and phone conversations with Jeff Mummery | 21 Hours |
| | Phone Conversations with Kevin Garden | 3 Hours |
| | Initial Lodge Inspection 3/15/05 | 4 Hours |
| | Last Lodge Inspection 5/04/05 | 4 Hours |
| | **TOTAL PREPARATION TIME 32 Hours @ $125/hour =** | **$4,000** |
| | **Copies of John Frome Reports to Jeff Mummery – 1 hour** | **$125** |
| | **Depositions 6/19/05 and 6/20/05 – 8 Hours @ $175/hour** | **$1,400** |
| | **Balance on Appraisal** | **$2,000** |

**TOTAL AMOUNT DUE $7,525**

Pd deposited of $2000 5/20/05

**DATE:** July 5, 2005

The amount payable is due upon receipt of this bill. A late fee of **1.5%** will be incurred after July 15, 2005 and will be continued to be assessed on a monthly compounding basis.

Exhibit L

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

# INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

**EXPERT WITNESS PREPARATION**
**The Sweetwater, A Wilderness Lodge vs United States**

Dates 2/22/05 – 6/13/05

| | | |
|---|---|---|
| Description | Meetings and phone conversations with Jeff Mummery | 21 Hours |
| | Phone Conversations with Kevin Garden | 3 Hours |
| | Initial Lodge Inspection 3/15/05 | 4 Hours |
| | Last Lodge Inspection 5/04/05 | 4 Hours |
| | **TOTAL PREPARATION TIME 32 Hours @ $125/hour =** | **$4,000** |
| | **Copies of John Frome Reports to Jeff Mummery – 1 hour** | **$125** |
| | **Depositions 6/19/05 and 6/20/05 – 8 Hours @ $175/hour** | **$1,400** |
| | **Balance on Appraisal** | **$2,000** |

PAST AMOUNT DUE $7,525

**CURRENT AMOUNT DUE $7,752.44**

**DATE:** August 10, 2005

The amount payable is due upon receipt of this bill. A late fee of **1.5%** will be incurred after July 15, 2005 and will be continued to be assessed on a monthly compounding basis.

Exhibit L

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH


Tax I.D. #65-1228258
S.S. #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

## INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

**EXPERT WITNESS PREPARATION**
**The Sweetwater, A Wilderness Lodge vs United States**

Dates 2/22/05 – 6/13/05

| | | |
|---|---|---|
| Description | Meetings and phone conversations with Jeff Mummery | 21 Hours |
| | Phone Conversations with Kevin Garden | 3 Hours |
| | Initial Lodge Inspection 3/15/05 | 4 Hours |
| | Last Lodge Inspection 5/04/05 | 4 Hours |
| | **TOTAL PREPARATION TIME 32 Hours @ $125/hour =** | **$4,000** |
| | **Copies of John Frome Reports to Jeff Mummery – 1 hour** | **$125** |
| | **Depositions 6/19/05 and 6/20/05 – 8 Hours @ $175/hour** | **$1,400** |
| | **Balance on Appraisal** | **$2,000** |

PAST AMOUNT DUE $7,525

**CURRENT AMOUNT DUE $7,868.73**

**DATE:** September 10, 2005

The amount payable is due upon receipt of this bill. A late fee of **1.5%** will be incurred after July 15, 2005 and will be continued to be assessed on a monthly compounding basis.

**I WILL NOT BE AVAILABLE FOR EXPERT WITNESS TESTIMONY UNTIL FULL PAYMENT IS RECEIVED.**

Exhibit L

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

#8,918.73

Tax I.D. #65-1228258
S.S. #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

## INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

| | |
|---|---|
| Expert Witness Testimony – 6 Hours @ $175 per hour | $1,050.00 |
| Past Due Interest | $343.73 |
| **Total Due:** | **$1,393.73** |
| **DATE:** | October 20, 2005 |

Thank you

Pmts to QM
5/20/05 ck #1988 $2000.–
9/27/05 ck #2001 $7525.–

Total Q'M
$10,918.73

Pd $1,000 11/3/05
Remaining bal. $393.73

Exhibit L

QM APPRAISAL
1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

# INVOICE

Should be $393.73
70.88
$464.61

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

| | |
|---|---|
| Expert Witness Testimony – 6 Hours @ $175 per hour | ~~$1,050.00~~ 50 – ($1000 already pd 11/3/05) |
| Past Due Interest | ~~$567.48~~ |
| Phone Consultation with Jeff Mummery 8/29/06<br>½ hour @ $100 per hour | $50.00 |
| Phone Consultation with Kevin Garden 8/30/06<br>½ hour @ $100 per hour | $50.00 |
| **Total Due:** | ~~$1,717.48~~ $564.71 |
| **DATE:** | September 4, 2006 |

Thank you

Total Pd to date: $10,525
Amt Still Owed: 564.71
Total Cost: $11,089.71

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

## INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

| | |
|---|---|
| Services Rendered | $464.53 |
| Phone Consultation with Jeff Mummery 8/29/06 ½ hour @ $100 per hour | $50.00 |
| Phone Consultation with Kevin Garden 8/30/06 ½ hour @ $100 per hour | $50.00 |
| **Total Due:** | **$564.53** |
| **DATE:** | September 14, 2006 |

Thank you

# Invoice

SiteTek
Financial Arts

*Value Strategies for the Built Environment*

| DATE | INVOICE # |
|---|---|
| 5/17/2005 | SL0505-1 |

| BILL TO |
|---|
| Sweetwater Lodge<br>35 Breteche Creek Road<br>Cody, WY 82414<br>Attention: Jeff Mummery |

| TERMS |
|---|
| Net 30 Days |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered: Property Survey/Data Collection, Consultation and Airfare for on-site visit to Cody, Wyoming May 1-3, 2005. Lump Sum Fee: | | 2,500.00 | 2,500.00 |
| PLEASE REMIT TO:<br><br>SiteTek Financial Arts, Inc.<br>P.O. Box 19778<br>Fountain Hills AZ 85269-9778 | | | |

Pd 5/20/05 ck 1991

| SWEETWATER LODGE | Total | $2,500.00 |
|---|---|---|

Exhibit M

SiteTek
Financial Arts

Value Strategies for the Built Environment

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/27/2005 | SL0505-2 |

| BILL TO |
|---|
| Sweetwater Lodge<br>35 Breteche Creek Road<br>Cody, WY 82414<br>Attention: Jeff Mummery |

| TERMS |
|---|
| Net 30 Days |

| DESCRIPTION | AMOUNT |
|---|---|
| PHASE II:<br>Reproduction Cost New Less Physical Depreciation Estimate of the Facilities at the Sweetwater, a Wilderness Lodge, Shoshone National Forest, Cody, Wyoming | 6,000.00 |

REMIT TO:
SiteTek Financial Arts, Inc.
16010 Aspen Drive
Fountain Hills AZ 85268

Determination & Defense of the Reproduction Cost New of the Facilities @ The Sweetwater

| | |
|---|---|
| **Total** | $6,000.00 |

Exhibit M

SiteTek
Financial Arts

*Value Strategies for the Built Environment*

# INVOICE

**DATE:** July 7, 2005
**INVOICE NO:** SL0705-1

**BILL TO:**

Mr. Jeff Mummery
The Sweetwater, A Wilderness Lodge, LLC
35 Breteche Creek Road
Cody, WY 82414

**PROJECT:**

Determination and Defense of the Reproduction Cost New of the Facilities at the Sweetwater, A Wilderness Lodge, Shoshone National Forest, Cody, Wyoming

| DESCRIPTION | AMOUNT |
|---|---|
| Preparation and testimony at deposition in US Forest Service office, Denver, Colorado on June 29 & 30, 2005. Per terms of agreement dated May 24, 2005 Phase IV Services: Participation as a subject matter expert in legal proceedings | |
| Project Manager / Architect, John Pucetas – 6 hours @ $150 / hr. | $ 900.00 |
| Expenses: Airfare: $ 181.20 (split with another client)<br>Airport Parking: $ 27.50 (split with another client) | |
| Total Expenses: | $ 208.70 |
| **TOTAL DUE** | **$ 1,108.70** |
| **TERMS: Net 30 Days** | |

**REMIT TO:** **SiteTek Financial Arts, Inc.**
**16010 Aspen Drive**
**Fountain Hills, AZ. 85268**

Exhibit M

SiteTek
Financial Arts

*Value Strategies for the Built Environment*

# 13,129.05

# INVOICE

**DATE:** Oct. 11, 2005
**INVOICE NO:** SL1005-1

**BILL TO:**

Mr. Jeff Mummery
The Sweetwater, A Wilderness Lodge, LLC
35 Breteche Creek Road
Cody, WY 82414

pmts 5/26/05 ck 1991 $ 2500
9/22 ck 2002 $ 6000
1,108.70
11/3 3,520.35
13,129.05

**PROJECT:**

Determination and Defense of the Reproduction Cost New of the Facilities at the Sweetwater, A Wilderness Lodge, Shoshone National Forest, Cody, Wyoming

| DESCRIPTION | AMOUNT |
|---|---|
| Preparation and testimony at trial against the U.S. Forest Service in Cody, Wyoming on September 26 & 27, 2005. Per terms of agreement dated May 24, 2005, Phase IV Services: Participation as a subject matter expert in legal proceedings | |
| Project Manager / Architect, John Pucetas – 16 hours @ $150 / hr. | $ 2,400.00 |
| Expenses: Airfare: $ 640.40; Hotel: $ 291.57 (3 nights); Car Rental: $ 124.38; Airport Parking: $ 64.00 | |
| Total Expenses: | $ 1,120.35 |
| **TOTAL DUE** | **$ 3,520.35** |
| **TERMS: Net 30 Days** | |

**REMIT TO:** **SiteTek Financial Arts, Inc.**
**16010 Aspen Drive**
**Fountain Hills, AZ. 85268**

pd. $2,520.35 11/3/06
Remaining bal $1000

Exhibit M

***Wyoming Reporting Service, Inc.***
***P.O. Box 165***
***Cheyenne, WY 82003***
*(307) 635-4424 Fax: (307) 632-4943*

**Employer I.D. No. 830210241**

| Invoice Date: |
|---|
| 7/13/2005 |
| Invoice No. |
| 17628 |

To:

**Mr. Kevin R. Garden**
**Garden Law Firm**
**Suite 325**
**901 North Pitt Street**
**Alexandria, VA 22314**

**RE: Sweetwater vs. The United States of America**

**Deposed: Que Mangus**

**Deposition Date: 6/19/2005** Case No. 02-1795C

**Taken By: Randy Hatlestad**

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| CC | One Copy | 166 | 1.75 | 290.50 |
| E | Copy of Exhibits | 138 | 0.25 | 34.50 |
| Notes: | | | | |
| | | | **Total:** | **325.00** |

| | |
|---|---|
| **TOTAL BALANCE DUE:** | **325.00** |

Exhibit N

**Wyoming Reporting Service, Inc.**
*P.O. Box 165*
*Cheyenne, WY 82003*
*(307) 635-4424 Fax: (307) 632-4943*

Employer I.D. No. 830210241

| Invoice Date: |
|---|
| 7/13/2005 |
| Invoice No. |
| 17630 |

To:

Mr. Kevin R. Garden
Garden Law Firm
Suite 325
901 North Pitt Street
Alexandria, VA 22314

RE: Sweetwater vs. The United States of America

Deposed: Jeffrey Mummery

Deposition Date: 6/19/2005 Case No. 02-1795C

Taken By:

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| CC | One Copy | 107 | 1.75 | 187.25 |
| E | Copy of Exhibits | 10 | 0.25 | 2.50 |
| SH | Shipping & Handling | 1 | 14.05 | 14.05 |
| Notes: | | | | |
| | | | Total: | 203.80 |

| TOTAL BALANCE DUE: | 203.80 |
|---|---|

Exhibit N

**Wyoming Reporting Service, Inc.**
*P.O. Box 165*
*Cheyenne, WY 82003*
*(307) 635-4424 Fax: (307) 632-4943*

Employer I.D. No. 830210241

| Invoice Date: |
|---|
| 7/13/2005 |
| Invoice No. |
| 17631 |

To:

Mr. Kevin R. Garden
Garden Law Firm
Suite 325
901 North Pitt Street
Alexandria, VA 22314

RE: Sweetwater vs. The United States of America

Deposed: John W. Frome

Deposition Date: 6/20/2005 Case No. 02-1795C

Taken By: Randy Hatlestad

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| O | Original and One Copy | 198 | 3.50 | 693.00 |
| AFF | Appearance Fee - Full Day | 1 | 160.00 | 160.00 |
| E | Copy of Exhibits | 299 | 0.25 | 74.75 |
| M | Mileage (1/2) | 214 | 0.40 | 85.60 |
| PER | Per Diem (1/2) | 1 | 141.88 | 141.88 |
| DEP | Priority Mail Original to Deponent | 1 | 13.70 | 13.70 |
| Notes: | | | | |
| | | | Total: | 1,168.93 |

TOTAL BALANCE DUE: 1,168.93

$1,168.93
203.86
325.–
$1,697.73 Pd 10/17/06 ck 2006

Exhibit N

Tax I.D. #81-0508218

**Big Sky Reporting, Inc.**
P.O. Box 20941
Billings, Montana 59104
Phone (406) 248-4064
12/06/2003

Kevin R. Garden, Esq.,
SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110
Washington, D.C. 20006

Fax: (202) 775-8217

| Date | Description | TOTAL |
|---|---|---|
| 12/01/2003 | The depositions of **REBECCA AUS (Vol II), JEFFREY MUMMERY (Vol. III), JENNIFER WATSON (Vol. II), TOM KOENIG (Vol. II), GARY REYNOLDS,** taken in No. 02-1795C, U.S. Court of Federal Claims. The Sweetwater v. USA. | |
| | Original and one copy each (Aus, ~~Mummery~~, Watson & Koenig), plus E-Tran | $1,697.00 |
| | Photocopies of exhibits | $ 15.20 |
| | One-half motel | $ 35.00 |
| | One-half mileage | $ 35.00 |
| | One copy (Mummery), plus E-Tran | $ 458.00 |
| | Postage and handling | $ 15.00 |
| | **Originals mailed to deponents<br>Thank you! | |
| | Total | $2,255.20 |

Exhibit O

Tax I.D. #81-0506218

**Big Sky Reporting, Inc.**
P.O. Box 20941
Billings, Montana 59104
Phone (406) 248-4064
02/16/2004

**Kevin R. Garden, Esq.**
**SALTMAN & STEVENS, P.C.**
**1801 K Street, N.W.**
**Washington, D.C. 20006**

**AMENDED STATEMENT (10/25/03)**

| Date | Description | TOTAL |
| --- | --- | --- |
| 10/24/2003 | The continued deposition of **WILLIAM L. SIMPSON (Vol. II)**, taken in Case No. 02-1795C, U.S. Court of Federal Claims. The Sweetwater v. USA<br><br>One copy, plus ASCII file<br><br>**Original mailed to deponent<br>* *** I have deduced the ASCII file and postage<br><br>Thank you!<br><br>*** **We Accept Credit Cards!!!** | $ 80.00 |
| | | Total $ 80.00 |

Tax I.D. #81-0506218

**Big Sky Reporting, Inc.**
P.O. Box 20941
Billings, Montana 59104
Phone (406) 248-4064


02/16/2004

Kevin R. Garden, Esq.
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Washington, D.C. 20006

**AMENDED STATEMENT (10/14/03)**

| Date | Description | TOTAL |
|---|---|---|
| 10/6-10/03 | The depositions of **REBECCA AUS, JENNIFER WATSON, MIKE BREE, MONTE BARKER, TOM KOENIG, BRENT LARSON (Vol II), MONTY JACKSON, BILL SIMPSON, JEFFREY C. MUMMERY (Vol III),** The Sweetwater v. USA | |
| | Original and one copy, plus E-Tran each (Aus, Watson, Bree, Barker, Koenig, Larson) Expedited 870 x $7/page | $ 6,090.00 |
| | One copy, plus E-Tran each (Jackson, Simpson, Mummery) | $ 1,098.00 |
| | One-half mileage (300 x .35 = $105.00 | $ 52.50 |
| | One-half courier service (4 x $15.00 = $60.00) | $ 30.00 |
| | Photocopies of exhibits, plus index and binding | $ 55.00 |
| * | ****Originals mailed to deponents for signatures** | |
| | ***I have deducted for E-Trans and postage. | |
| | Thank you! | |
| | *** **We Accept Credit Cards!!!** | |
| | Total | $7,325.50 |

Exhibit O

JAVERNICK
& STENSTROM, LLC
*certified shorthand reporters*

3131 South Vaughn Way, Suite 224
Aurora, Colorado 80014
(720) 449-0329 FEIN 84-1566167

# SECOND NOTICE

RECEIVED
NOV 21 2003

Original 2x 4H517

| NOTICE DATE | INVOICE # |
|---|---|
| 11/17/2003 | 10150 |

**BILL TO:**

KEVIN GARDEN, ESQ.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006

**RE:**

Sweetwater v. United States
In the United States Court of Federal Claims
No. 02-1795C (Judge Merow)

| DUE DATE | REPORTER | SHIP DATE | SHIP VIA |
|---|---|---|---|
| 11/6/2003 | V | 10/6/2003 | |

| QUANTITY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 219 | 5Depo | Deposition of BRENT LARSON<br>5-Day Expedite<br>September 23, 2003 | 5.25 | 1,149.75 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 1 | AF- All Day | Appearance Fee - All Day | 100.00 | 100.00 |
| 1 | 0+1 Delivery | Delivery (Original) | 20.00 | 20.00 |
| 137 | 5Depo | Deposition of ROBERT ROSSMAN<br>5-Day Expedite<br>September 24, 2003 | 5.25 | 719.25 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 1 | AF- All Day | Appearance Fee - All Day | 100.00 | 100.00 |
| 1 | 0+1 Delivery | Delivery (Original) | 20.00 | 20.00 |
| 56 | 6Copy | Deposition of JEFFREY MUMMERY - VOL 1<br>Copy of Transcript<br>6-Day Expedite<br>September 24, 2003 | 2.80 | 156.80 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |

Pd 7/1/04 c/c 1940

**Interest will be charged at the rate of 1.5% per month on any amount not paid within 30 days.** **Total**



Exhibit P

JAY ERNI ... & STENSTROM, LLC
*certified shorthand reporters*

3131 South Vaughn Way, Suite 224
Aurora, Colorado 80014

(720) 449-0329 FEIN 84-1566167

# SECOND NOTICE

| NOTICE DATE | INVOICE # |
|---|---|
| 11/17/2003 | 10150 |

**BILL TO:**

KEVIN GARDEN, ESQ.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006

**RE:**

Sweetwater v. United States
In the United States Court of Federal Claims
No. 02-1795C (Judge Merow)

| DUE DATE | REPORTER | SHIP DATE | SHIP VIA |
|---|---|---|---|
| 11/6/2003 | V | 10/6/2003 | |

| QUANTITY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 284 | 5Copy | Deposition of JEFFREY MUMMERY - VOL 2<br>Copy of Transcript<br>5-Day Expedite<br>September 25, 2003 | 3.00 | 852.00 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 238 | 5Depo | Deposition of JAMES L. FISCHER<br>5-Day Expedite<br>September 26, 2003 | 5.25 | 1,249.50 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 1 | AF- All Day | Appearance Fee - All Day | 100.00 | 100.00 |
| 1 | 0+1 Delivery | Delivery (Original) | 20.00 | 20.00 |
| 4,512.3 | Interest | Interest on past due amount | 0.015 | ~~67.68~~ |

$4512.30

**Interest will be charged at the rate of 1.5% per month on any amount not paid within 30 days.**

**Total** ~~$4,579.98~~



Exhibit P

JAVERNICK
& STENSTROM, LLC
*certified shorthand reporters*

3131 South Vaughn Way, Suite 224
Aurora, Colorado 80014

(720) 449-0329 FEIN 84-1566167

# SECOND NOTICE

| NOTICE DATE | INVOICE # |
|---|---|
| 2/3/2004 | 10313 |

**BILL TO:**

KEVIN GARDEN, ESQ.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006

**RE:**

Sweetwater v. United States
In the United States Court of Federal Claims
No. 02-1795C (Judge Merow)

| DUE DATE | REPORTER | SHIP DATE | SHIP VIA |
|---|---|---|---|
| 1/16/2004 | JH | 12/16/2003 | e-mail |

| QUANTITY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 68 | Deposition | Deposition of DIANE HITCHINGS<br>Original Transcript Preparation<br>December 2, 2003 | 3.50 | 238.00 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 22 | Exhibits | Exhibit Copying | 0.25 | 5.50 |
| 3 | Index Tabs | Index Tabs | 0.10 | 0.30 |
| 1 | O+1 Delivery | Delivery (Original and copy) | 20.00 | 20.00 |
| 1 | AF - Half Day | Appearance Fee - Half Day | 50.00 | 50.00 |
| 318.8 | Interest | Interest on past due amount | 0.015 | ~~4.78~~ |

Pd 7/16/04
$318.80
ck 1951

318.80

| Interest will be charged at the rate of 1.5% per month on any amount not paid within 30 days. | Total | ~~$323.58~~ |
|---|---|---|

Exhibit P

Agren • Blando Court Reporting & Video, Inc.
216 - 16th Street, Suite 650 • Denver, CO 80202 • 303-296-0017 Fax: 303-296-0203 • 1-800-739-4846 www.agrenblando.com

**Invoice No. 071105-046** **Terms: Net 30** Invoice Date: 07/11/2005
Tax ID: 84-1334569

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: KEVIN R GARDEN ESQ | Client: KEVIN R GARDEN ESQ |
| Firm Name: THE GARDEN LAW FIRM PC | Firm Name: THE GARDEN LAW FIRM PC |
| Address1: 901 NORTH PITT ST | Address1: 901 NORTH PITT ST |
| Address2: STE 325 | Address2: STE 325 |
| City: ALEXANDRIA State: VA Zip: 22314 | City: ALEXANDRIA State: VA Zip: 22314 |

Deponent: JOHN PUCETAS Volume: I Date Taken: 06/30/2005
Case: SWEETWATER VS. USA

| ITEM | DESCRIPTION | QNTY. | RATE | AMOUNT |
|---|---|---|---|---|
| LSetranscript | Litigation Support - e transcript | 1 | $35.00 | $35.00 |
| StdCopyMS1 | Standard Copy (1 Sided Miniscript) - (Normal Delivery) | 134 | $2.20 | $294.80 |
| Exhibit | Exhibit Copy | 64 | $0.25 | $16.00 |
| DelFedEx | Delivery (FedEx): Date: 7-11-05 JPP 791132297088 | 1 | $33.67 | $33.67 |
| | | | TOTAL | $379.47 |
| | | | (Paid) | 379.47 |
| | | | BALANCE | $0.00 |

**Please remember to include your remittance copy with payment. Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

Method of Payment:

☐ Check Enclosed

☐ Charge my credit card: ☐ VISA ☐ MasterCard

Credit Card # Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Exhibit Q

*Agren • Blando Court Reporting & Video, Inc.*
216 - 16th Street, Suite 650 • Denver, CO 80202 • 303-296-0017 Fax: 303-296-0203 • 1-800-739-4846 www.agrenblando.com

**Invoice No. 070805-029** **Terms: Net 30** **Invoice Date: 07/08/2005**
**Tax ID: 84-1334569**

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: KEVIN R GARDEN ESQ | Client: KEVIN R GARDEN ESQ |
| Firm Name: THE GARDEN LAW FIRM PC | Firm Name: THE GARDEN LAW FIRM PC |
| Address1: 901 NORTH PITT ST | Address1: 901 NORTH PITT ST |
| Address2: STE 325 | Address2: STE 325 |
| City: ALEXANDRIA State: VA Zip: 22314 | City: ALEXANDRIA State: VA Zip: 22314 |

Deponent: JEFF MUMMERY Volume: I Date Taken: 06/30/2005
Case: SWEETWATER VS. USA

| | |
|---|---|
| **TOTAL** | $228.55 |
| **(Paid)** | 228.55 |
| **BALANCE** | $0.00 |

**Please remember to include your remittance copy with payment. Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

Method of Payment:

☐ Check Enclosed

☐ Charge my credit card: ☐ VISA ☐ MasterCard

Credit Card # Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Exhibit Q

*Agren • Blando Court Reporting & Video, Inc.*

216 - 16th Street, Suite 650 • Denver, CO 80202 • 303-296-0017 Fax: 303-296-0203 • 1-800-739-4846 www.agrenblando.com

**Invoice No. 070805-030** **Terms: Net 30** **Invoice Date: 07/08/2005**
**Tax ID: 84-1334569**

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: KEVIN R GARDEN ESQ | Client: JOHN E. BAKKEN, FASA |
| Firm Name: THE GARDEN LAW FIRM PC | Firm Name: |
| Address1: 901 NORTH PITT ST | Address1: 31 COUNTY ROAD 6342 |
| Address2: STE 325 | Address2: |
| City: ALEXANDRIA State: VA Zip: 22314 | City: GRANBY State: CO Zip: 80446 |

Deponent: JOHN BAKKEN Volume: I Date Taken: 06/29/2005
Case: SWEETWATER VS. USA

| | |
|---|---|
| **TOTAL** | $1,130.40 |
| **(Paid)** | 1130.4 |
| **BALANCE** | $0.00 |

**Please remember to include your remittance copy with payment. Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

Method of Payment:

☐ Check Enclosed

☐ Charge my credit card: ☐ VISA ☐ MasterCard

Credit Card # Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Exhibit Q

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

(Generated September 20, 2006)

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

*Cost reimbursement for trial transcript (November 2005)*

Cost of obtaining trial transcript from Heritage Reporting $3,147.13

Paid in full by The Sweetwater, December 2005

If you have any questions regarding the above, please give us a call.

Exhibit R

Hotels, meals, travel, etc.

| | |
|---|---|
| American Express charge (10/23/2003) | $ 1,102.60 |
| American Express charge (11/22/2004) | $ 523.20 |
| American Express charge (12/23/2004) | $ 675.97 |
| American Express charge (7/25/2005) | $ 844.60 |
| American Express charge (9/22/2005) | $ 146.15 |
| American Express charge (10/22/2005) | $ 1,608.02 |
| American Express charge (6/24/2005) | $ 204.40 |
| | **$ 5,104.94** |

AMERICAN EXPRESS

**Platinum Card®**
**Statement of Account**

Total Case Costs this Bill $1,102.60
Ft. Collins Depo Court

**21,605**
**Membership Rewards®**
**Points Available**
at 10/23/03, when charges are paid in full and all your accounts are in good standing.

Prepared For
JEFFREY MUMMERY

Account Number [redacted]

Closing Date
10/23/03



Sep/Oct 2003

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 501.13 |

**Please Pay By**
**11/07/03**
Please refer to page 2 for important information regarding your account

**Terms -** Payable in full upon receipt of statement.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

**Pay Your Bill Easily--Online**
You can pay all your charges anytime, and anywhere. When you sign up to pay your bill online, you'll have direct 24/7 access to your account. All you have to do is log on to view your statement, pay your bill, and receive an instant payment confirmation in a matter of seconds. Plus, your account information is protected by state-of-the-art encryption technology, so you feel secure. Sign up today at **www.americanexpress.com/paycardbill**

## Activity

* Indicates posting date

**New Activity for JEFFREY MUMMERY**
Card [redacted]

| | | Amount $ |
|---|---|---|
| 10/04/03* | PAYMENT RECEIVED - THANK YOU | -1,900.00 |
| 10/04/03* | PAYMENT RECEIVED - THANK YOU | -225.89 |
| 09/24/03 | AUSTINS FORT COLLINS CO<br>01/FOOD AND BEVERAGE 71.09<br>FOOD-BEV<br>Depo | 71.09 |
| 09/25/03 | FORT COLLINS MUFFLERFORT COLLINS CO<br>MUFFLER/BRAKES | 329.97 |
| 09/26/03 | HOLIDAY INN FT. COLLINS CO<br>Arrival Date 09/26/03<br>Departure Date 09/27/03<br>LODGING<br>Depo | 735.87 |
| 09/28/03 | [redacted] | 154.29 |

Yes this is the bill for Kevin & Jeff at Deposition in Ft. Collins $735.87 Yes

Continued on Page 3

Please fold on the perforation below, detach and return with your payment

Exhibit S

AMERICAN EXPRESS

Prepared For
JEFFREY MUMMERY

Account Number
XXXX-XXXXX7[redacted]

Closing Date
10/23/03



## New Activity Continued

| | | | Amount $ |
|---|---|---|---|
| 10/04/03 | TOMMY JACK'S CODY WY<br>FOOD/BEV<br>FOOD/BEV<br>TIP | <br><br>51.00<br>11.00 | 62.00 |
| 10/06/03 | CASSIE'S SUPPER CLUB214 YELLOWST. WY<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | <br><br>62.37<br>12.00 | 74.37 |
| 10/07/03 | IRMAHOTELRESTAURANT CODY WY<br>LODGING<br>FOOD/BEV<br>TIP | <br><br>21.65<br>6.00 | 27.65 |
| 10/10/03 | CASSIE'S SUPPER CLUB214 YELLOWST. WY<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | <br><br>111.62<br>20.00 | 131.62 |
| 10/20/03 | [redacted] [redacted] WA<br>[redacted] | | [redacted] |

Cody depo Kevin's meals

Kevin & Jeff Cody Deposition 10/4 to 10/10/03

**Total of New Activity** New Charges Payments/Credits [redacted]

Exhibit S

AMERICAN EXPRESS **Platinum Card® Statement of Account**

**35,545 Membership Rewards® Points Available** at 09/30/04, when charges due are paid in full and all accounts are in good standing.

Ticket to D.C. for Oral Argument $528.20 Dec 04

Prepared For JEFFREY MUMMERY

Account Number [redacted]

Closing Date 11/22/04

Page 1 of 7

| | Previous Balance $ | Payments/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|---|
| Due in Full | 63.68 | -63.68 | +50.06 | 50.06 | +50.06 |
| Flexible | 0.00 | 0.00 | +807.72 | +807.72 | +20.00 |
| Total | 63.68 | -63.68 | +857.78 | =857.78 | 70.06 |

$694.04

**Please Pay By 12/07/04**

Please refer to page 4 on How to Avoid Additional Finance Charges.

Please refer to page 2 for important information regarding your account

**Terms** - Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill.**

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

## *Concierge* - Your Personal Holiday Shopper

If the holiday frenzy typically has you in a whirl, Platinum Card® *Concierge* can ease the stress by helping you find the perfect gift this holiday season. *Concierge* has the creative expertise to handle all of the details to make this holiday season a little less hectic. So, for every holiday gift-giving challenge you can look to *Concierge* to offer a well-considered solution.

No request is too unusual, too large or too small--so call Platinum Card *Concierge* at **1-800-345-AMEX (2639)** and let us help you accomplish your holiday activities so you can enjoy the season.

## Activity

* Indicates posting date

### Card Transactions for JEFFREY MUMMERY

Card [redacted]

| | | Amount $ |
|---|---|---|
| 11/04/04* | PAYMENT RECEIVED - THANK YOU | -63.68 |

**Total of Card Transactions for JEFFREY MUMMERY**

| | |
|---|---|
| New Charges | 0.00 |
| Payments/Credits | -63.68 |

### Card Transactions for GINA M MUMMERY

Card XXXX-XXXXX7-21037

| | | |
|---|---|---|
| 10/21/04 | [redacted] WA<br>MERCHANDISE<br>[redacted] | 31.17 |

Exhibit S

## Transactions Continued

| | | Amount $ |
|---|---|---|
| 11/18/04 | [redacted] | 18.89 |

| **Total of Card Transactions for GINA M MUMMERY** | New Charges<br>Payments/Credits | 50.06<br>0.00 |
|---|---|---|
| **Total of Card Transactions** | **New Charges<br>Payments/Credits** | **50.06<br>-63.68** |

## Flexible Payment Option Statement of Account

Creditor: American Express Centurion Bank

Thank you for using Flexible Payment Option.

Account Number
XXXX-XXXXX7-21003
Closing Date
11/22/04

| | **Account Summary $** | **Minimum Payment $** | **Payment Due Date** |
|---|---|---|---|
| Previous Balance | 0.00 | **20.00** | **12/07/04** |
| Payments/Credits | 0.00 | | |
| **FINANCE CHARGE** | 0.00 | | |
| New Charges | 807.72 | | |
| **New Balance** | **807.72** | | |

**Finance Charge Schedule**

| Balance(s) to Which Rate Applies | Average Daily Balance | **Annual Percentage Rate** | Daily Periodic Rate |
|---|---|---|---|
| ALL | $0.00 | 11.75 % | .0321% |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

Please refer to page 4 for important information regarding your Sign & Travel and/or Extended Payment Option.

## S&T and/or ExPO Activity for JEFFREY MUMMERY

Ca[redacted]

| | | Amount $ |
|---|---|---|
| 11/11/04 | [redacted]<br>Arrival Date 11/10/04 — Departure Date 11/12/04<br>LODGING | 163.74 |
| 11/12/04 | [redacted]<br>Location / Date<br>Rental: ARLINGTON VA — 04/11/10<br>Return: WASHINGTON DC 45 — 04/11/12<br>Agreement Number: 648504010<br>Renter Name: MUMMERY,JEFFERY<br>Reference Number: AELLMR | 120.78 |
| 11/19/04 | DELTA AIR LINES CODY WY<br>From: CODY WY<br>To: SALT LAKE CITY UT (Carrier: DL, Class: LA); DULLES ARPT DC (DL, LA); SALT LAKE CITY UT (DL, LA); CODY WY (DL, LA)<br>Ticket Number: 00621271129819<br>Passenger Name: MUMMERY/JEFFREY<br>Document Type: PASSENGER TICKET<br>Date of Departure: 12/08 | 523.20 |

Tickets to Oral arguments

| **Total of S&T and/or ExPO Activity** | **New Charges<br>Payments/Credits** | **807.72<br>0.00** |
|---|---|---|

07859 R05A7P1R 01781

Exhibit S

Continued on reverse

AMERICAN EXPRESS

# Platinum Card® Statement of Account

Oral Argument BAP Wash DC Dec 9, 2004

Travel Dec 8, 9, 10 2004

Total $1675.97

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JEFFREY MUMMERY | [redacted] | 12/23/04 | Page 1 of 8 |

**38,134 Membership Rewards® Points Available** at 10/31/04, when charges due are paid in full and all accounts are in good standing.

| | Previous Balance $ | Payments/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|---|
| Due in Full | 50.06 | -50.06 | +897.70 | 897.70 | +897.70 |
| Flexible | +807.72 | -807.72 | +909.31 | +909.31 | +20.00 |
| Total | 857.78 | -857.78 | +1,807.01 | =1,807.01 | 917.70 |

**Please Pay By 01/07/05**

Please refer to page 4 on How to Avoid Additional Finance Charges.

Please refer to page 2 for important information regarding your account

**Terms** - Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill.**

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

## Financial Control and Double Membership Rewards® points

It's universal--you take money out of the bank and after a week, you wonder where it went. Using your Platinum Card® to pay for everyday errands at supermarkets, gas stations and drugstores can help you keep track of your expenses. Each month, you will receive a detailed statement of all your purchases made with the Card. And, don't forget, you can earn double points toward your next vacation. Offer applies at qualifying stand-alone supermarkets, drugstores, gas stations, the U.S. Postal Service, and for payments for wireless phone bills (excluding bulk purchases of wireless time). Not valid in the departments of superstores or warehouse clubs. Terms and conditions of the Membership Rewards program apply.

## Activity

* Indicates posting date

### Card Transactions for JEFFREY MUMMERY

Card X[redacted]

| | | Amount $ |
|---|---|---|
| 12/06/04* | 694.04 PAYMENT RECEIVED ACH<br>643.98 APPLIED T[redacted] | -50.06 |
| 12/09/04 | [redacted] | 49.34 |
| 12/09/04 | SPEZIE WASHINGTON DC<br>FOOD/BEVERAGE<br>FOOD/BEV 49.39<br>TIP 10.00 | 59.39 |

Please fold on the perforation below, detach and return with your payment

Continued on Page 3

Exhibit S

AMERICAN EXPRESS

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JEFFREY MUMMERY | XXXX-XXXXX[redacted] | 12/23/04 | Page 3 of 8 |

**Transactions Continued**

| | | Amount $ |
|---|---|---|
| 12/18/04 | [redacted] MT<br>FOOD/BEVERAGE<br>FOOD/BEV 101.20<br>TIP 20.00 | 121.20 |
| 12/18/04 | [redacted]<br>SHOE STORE | 124.85 |
| 12/20/04 | [redacted] WY<br>MEN'S/WOMEN'S CLOTHING | 196.56 |
| 12/20/04 | [redacted] WY<br>FURNISHING/ACCESSORIES | 80.73 |
| 12/21/04 | [redacted] SD<br>TV SERVICE<br>RTC*DIRECTV SERVICE | 51.48 |
| 12/21/04 | [redacted] WA<br>IVR PYMT | 195.26 |

**Total of Card Transactions for JEFFREY MUMMERY** — New Charges 878.81; Payments/Credits -50.06

**Card Transactions for GINA M MUMMERY**
Card XXXX-XXXXX7-21037

| | | |
|---|---|---|
| 12/18/04 | [redacted] CA<br>[redacted] | 18.89 |

**Total of Card Transactions for GINA M MUMMERY** — New Charges 18.89; Payments/Credits 0.00

**Total of Card Transactions** — **New Charges 897.70; Payments/Credits -50.06**

**Flexible Payment Option Statement of Account**
Creditor: American Express Centurion Bank

Thank you for using Flexible Payment Option.

Account Number XXXX-XXXXX7-21003
Closing Date 12/23/04

| | Account Summary $ | Minimum Payment $ | Payment Due Date |
|---|---|---|---|
| Previous Balance | 807.72 | **20.00** | **01/07/05** |
| Payments/Credits | -807.72 | | |
| **FINANCE CHARGE** | 0.00 | | |
| New Charges | 909.31 | | |
| **New Balance** | **909.31** | | |

**Finance Charge Schedule**

| Balance(s) to Which Rate Applies | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate |
|---|---|---|---|
| ALL | $0.00 | 12.00 % | .0328% |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

Please refer to page 4 for important information regarding your Sign & Travel and/or Extended Payment Option.

**S&T and/or ExPO Activity for JEFFREY MUMMERY**
Card XXXX-XXXXX[redacted]

| | | Amount $ |
|---|---|---|
| 12/06/04 | PAYMENT RECEIVED ACH - THANK YOU | -643.98 |
| 12/01/04 | S&T/ExPO TEMPORARY CREDIT<br>FOR # 99410980474719 | -163.74 |
| 12/10/04 | WA DULLES HILTON HERNDON VA<br>Arrival Date 12/08/04 Departure Date 12/10/04<br>LODGING<br>DELAYED CHARGE | 616.58 |
| 12/19/04 | [redacted]<br>LODGING | 67.06 |

**Total of New Activity for JEFFREY MUMMERY** — New Charges 683.64; Payments/Credits -807.72

11617 R05A7P1R 02515

Exhibit S

Continued on reverse

AMERICAN EXPRESS

**American Express® Cash Rebate Credit Card**

COSTCO WHOLESALE

**$21.58 Rebate as of JUN 2005 Billing Statement**
For details, see your Cash Rebate Summary in this statement.

Prepared For
JEFFREY C MUMMERY

Account Number [redacted]

Closing Date 07/25/05



19,323.28
$723.48 (8/9
#2293 ...
Case Legal Cost #876 Confirm Dumb Depo

| Previous Balance $ | Payment Activity $ | New Activity $ incl. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 17,948.79 | -743.22 | +2,089.41 | =19,294.98 | 386.00 |

**Payment Due Date 08/14/05**
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 07/25/05 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 25,100.00 | 5,805.02 | 5,500.00 | 5,500.00 |

Contact us at **www.americanexpress.com/costco** or call Customer Service at **1-800-964-8542**.

AMERICAN EXPRESS

## Exclusive Cardmember Savings and Online Features

Click our way and find exclusive savings offers, recipes from *Food & Wine®* magazine, and personal finance articles from Standard & Poors®. See how big your annual cash rebate could be using a new interactive rebate calculator. Find out what's happening at your local Costco warehouse. And as always, you can manage your Card account online.

Visit us today at **www.americanexpress.com/costcocashrebate**.

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| 07/12/05* | Payment Received - Thank You | -743.22 |

**New Activity for JEFFREY C MUMMERY**
Card XXXX-XXXX[redacted]

| | | Amount $ |
|---|---|---|
| 07/01/05* | IHG DENTS GOLDEN CO<br>Arrival Date 06/30/05 Departure Date 06/30/05 No of Nights 1<br>00000000 | -16.00 Credit |
| 07/01/05* | IHG DENTS GOLDEN CO<br>Arrival Date 06/30/05 Departure Date 06/30/05 No of Nights 1<br>00000000 | -16.00 Credit |
| 06/26/05 | COFFE CUP FUEL STOP BRANDON SD<br>BP<br>PAY AT PUMP769350039001 | 35.01 |

Please fold on the perforation below, detach and return with your payment

*Continued on Page 3*

**Payment Coupon**

Account Number [redacted]

**Payment Due Date: 08/14/05**

Please enter account number on all checks and correspondence.

**Total New Balance $ 19,294.98**

Make check payable to American Express.

**Minimum Amount Due $386.00**

Check here if your address or telephone number has changed. Note changes on reverse side.

JEFFREY C MUMMERY
[redacted]
CODY WY 82414-7100

$ ________ Amount enclosed

Mail Payment to:
AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

09331 R07WYA0N 03051 00102. (2 5 )

Exhibit S

0000371527370391008 001929498000038600 21 H

AMERICAN EXPRESS

Prepared For
JEFFREY C MUMMERY

Account Number
XXXX-XXXXX[redacted]

Closing Date
07/25/05



## New Activity continued

| Date | Description | | Handwritten note | Amount $ |
|---|---|---|---|---|
| 06/26/05 | [redacted]<br>52139210034178456022874<br>ROC No. 0155473ISL | | | 36.16 |
| 06/26/05 | [redacted]<br>GOETZ<br>GAS/MISC 177001000025 | | 7/25/05 Bill | 34.96 |
| 06/26/05 | [redacted]<br>LODGING<br>ROC No. 4346245495 | | | 630.49 |
| 06/27/05 | [redacted]<br>526057643<br>GAS/MISC. 970541876 | | | 29.77 |
| 06/27/05 | [redacted]<br>526068880<br>GAS/MISC. 979221009 | | | 13.05 |
| 06/28/05 | [redacted] SD<br>LODGING HOT/MOT/RES-NEC<br>ROC No. 526861 | | | 88.39 |
| 06/28/05 | LONE STAR-DENV001490GOLDEN CO ✓<br>FOOD AND BEVERAGE<br>FOOD-BEV<br>TIP | <br><br>80.00<br>16.00 | Dinner Kevin, Jeff's Pucetens | 96.00 |
| 06/28/05 | EXXONMOBIL7504594784CASPER WY<br>PAY AT PUMP7504594784 | | Gas to Denver | 37.00 |
| 06/29/05 | IHOP 1817 GOLDEN CO ✓<br>F&B/RESTAURANT<br>FOOD/BEV<br>TIP | <br><br>29.24 | Breakfast Kevin Jeff Pucetens | 29.24 |
| 06/29/05 | CHAD'S LAKEWOOD CA ✓<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | Evergreen CO<br><br>72.98<br>15.00 | Dinner Sam | 87.98 |
| 06/30/05 | IHOP 1817 GOLDEN CO ✓<br>F&B/RESTAURANT<br>FOOD/BEV<br>TIP | <br><br>18.89 | Breakfast Jeff's Kevin | 18.89 |
| 06/30/05 | SIMMS BP GOLDEN CO ✓<br>BP<br>PAY AT PUMP252534317010 | | Gas Jeff | 33.00 |
| 06/30/05 | IHG DENTS GOLDEN CO ✓<br>Arrival Date 06/30/05<br>00000000 | Departure Date 06/30/05 | No of Nights 1/2 | 182.58 |
| 06/30/05 | IHG DENTS GOLDEN CO ✓<br>Arrival Date 06/28/05<br>00000000 | Departure Date 06/30/05 | No of Nights 2<br>these are 2 night ea; Pucetens Kevin, Jeff for Jeff | 175.33 |
| 06/30/05 | IHG DENTS GOLDEN CO ✓<br>Arrival Date 06/30/05<br>00000000 | Departure Date 06/30/05 | No of Nights 1/2 | 182.58 |
| 06/30/05 | GHOSTOWN CASPER WY<br>531384628<br>GAS/MISC. 980071096 | | Gas Jeff | 34.00 |
| 07/02/05 | CONOCO COUNTRY STORECODY WY<br>534108026<br>GAS/MISC. 972461248 | | | 40.00 |

09332 R07WYAON 03051

Exhibit S

*Continued on reverse*

AMERICAN EXPRESS

**Platinum Card®**
**Statement of Account**

**46,372**
**Membership Rewards®**
**Points Available**
at 07/31/05, when charges due are paid in full and all accounts are in good standing

Prepared For
JEFFREY MUMMERY

Account Number
[redacted]

Closing Date
09/22/05



| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 0.00 | 0.00 | 146.15 | 146.15 |

**Please Pay By**
**10/07/05**
Please refer to page 2 for important information regarding your account

**Terms -** Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill**.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

**Your Table Is Waiting**
Las Vegas, the newest member of the Hot Plates program, joins New York City, Los Angeles, San Francisco, and Miami--vacation destination cities whose restaurants hold a table every day for Platinum Card® members. To reserve a table, call *Concierge* at **1-800-345-2639**. All cancellations must be made by calling at least 24 hours in advance of your reservation. Otherwise, you will be subject to a cancellation fee of $15 per person (minimum of $60, maximum of $120).

## Activity

* Indicates posting date

**New Activity for JEFFREY MUMMERY**
Card XXXX-XXXX[redacted]

| | | | Amount $ |
|---|---|---|---|
| 09/18/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | | 27.79 |
| 09/20/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | | 24.48 |
| 09/20/05 | CASSIES SUPPER CLUB 214 YELLOWST. WY<br>FOOD/BEVERAGE<br>FOOD-BEV<br>TIP | <br><br>78.88<br>15.00 | 93.88 |

| **Total of New Activity** | **New Charges** | **146.15** |
|---|---|---|
| | **Payments/Credits** | **0.00** |

Please fold on the perforation below, detach and return with your payment

Exhibit S

AMERICAN EXPRESS

# Platinum Card®
# Statement of Account

Prepared For
JEFFREY MUMMERY

Account Number
[redacted]

Closing Date
10/22/05

**45,372**
**Membership Rewards®**
**Points Available**
at 08/31/05, when charges due are paid in full and all accounts are in good standing.



| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 146.15 | -619.55 | 1,608.02 | 1,134.62 |

**Please Pay By**
**11/06/05**
Please refer to page 2 for important information regarding your account

**Terms -** Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill**.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-525-3355**.

## Book Your Next Cruise Through Cruise Privileges

The Cruise Privileges program features eight of the finest cruise lines in the world and exclusive amenities created to enhance your cruise vacation. The variety of travel options makes it easy to find a style to suit your interests--active or laid back, cozy or grand. And, when you book a qualifying cruise on one of the program partners, you may receive a $300 shipboard credit or two-category room upgrade. To see how Cruise Privileges can complement your voyage, call Platinum Travel Service at **1-800-443-7672**.

Program terms and conditions apply. For full program information, visit **www.americanexpress.com/platinum**.

## Activity
* indicates posting date

### New Activity for JEFFREY MUMMERY
Card XXXX-XXX[redacted]

| | | | | Amount $ |
|---|---|---|---|---|
| 10/07/05* | PAYMENT RECEIVED - THANK YOU | | | -619.55 |
| 09/21/05 | SUNSET HOUSE RSTR<br>FOOD/BEVERAGE | CODY | WY | 26.82 |
| 09/23/05 | SUNSET HOUSE RSTR<br>FOOD/BEVERAGE | CODY | WY | 26.82 |

Please fold on the perforation below, detach and return with your payment

Continued on Page 3

Exhibit S

AMERICAN EXPRESS

Prepared For: JEFFREY MUMMERY | Account Number: XXXX-XXXXX[redacted] | Closing Date: 10/22/05



## New Activity Continued

| | | Amount $ |
|---|---|---|
| 09/25/05 | THE IRMA HOTEL CODY WY<br>Arrival Date 09/24/05 — Departure Date 09/25/05 — No of Nights 1<br>LODGING<br>CARDEPOSIT<br>Puccetaud Trial | 121.50 |
| 09/26/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 29.04 |
| 09/27/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 32.05 |
| 09/27/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 40.79 |
| 09/28/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 30.60 |
| 09/29/05 | WYOMING'S RIB & CHOPCODY WY<br>FOOD AND BEVERAGE<br>FOOD/BEV 106.67<br>TIP 22.00 | 128.67 |
| 09/29/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 37.11 |
| 09/30/05 | BEST WESTERN HOTELS CODY WY<br>LODGING<br>Kevin Trial | 1,134.62 |

| **Total of New Activity** | | |
|---|---|---|
| | New Charges | 1,608.02 |
| | Payments/Credits | -619.55 |

00723 R05A7P1R 00166

Exhibit S

**American Express® Cash Rebate Credit Card**

COSTCO WHOLESALE

**$12.00 Rebate as of MAY 2005 Billing Statement**
For details, see your Cash Rebate Summary in this statement.

Prepared For
JEFFREY C MUMMERY

Account Number [redacted]

Closing Date 06/24/05

Case Costs $204.40 Kevin's car



| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 17,175.24 | -475.24 | +1,248.79 | =17,948.79 | 359.00 |

**Payment Due Date 07/14/05**
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 06/24/05 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 25,100.00 | 7,151.21 | 5,500.00 | 5,500.00 |

Contact us at **www.americanexpress.com/costco** or call Customer Service at **1-800-964-8542**.

## Get Ready for Summer

Are you ready to have some fun in the sun? Use your American Express® Costco Cash Rebate Credit Card to dine out with your friends, book that trip you've been waiting for, or to buy that something special you've had your eye on. Use your Card this summer for all your purchases and see how quickly your cash rebate can add up. And, don't forget you can pay in full or pay overtime--it's your choice!

## Activity

* indicates posting date

| | | Amount $ |
|---|---|---|
| 06/14/05* | Payment Received - Thank You | -475.24 |

**New Activity for JEFFREY C MUMMERY**
Card XXXX-XXX[redacted]

| | | Amount $ |
|---|---|---|
| 06/20/05 | [redacted] 000123077 SERVICE STATIONS | 27.92 |
| 06/20/05 | [redacted] 000888064 SERVICE STATIONS | 30.00 |
| 06/21/05 | [redacted] Arrival Date 06/20/05 Departure Date 06/21/05 00000000 | 110.73 |
| 06/21/05 | [redacted] GAS/GROCERIES/MISC | 24.95 |

Exhibit S

## New Activity continued

| | | Amount $ |
|---|---|---|
| 06/21/05 | [redacted]<br>FOOD/BEVERAGE<br>FOOD/BEV 91.89<br>TIP 20.00 | 111.89 |
| 06/21/05 | [redacted]<br>Location / Date<br>Rental: CODY WY 05/06/20<br>Return: FARGO ND 05/06/21<br>Agreement Number: 400162100<br>Renter Name: MUMMERY/JEFFREY C<br>Reference Number: 90763223 | 457.75 |
| 06/22/05 | [redacted]<br>Arrival Date 06/21/05 / Departure Date 06/22/05 / No of Nights 1<br>00000000 | 90.53 |
| 06/23/05 | BUDGET RENT A CAR CODY WY<br>Location / Date<br>Rental: CODY WY 05/06/18<br>Return: CODY WY 05/06/22<br>Agreement Number: 15893<br>Renter Name: JEFFREY C MUMMERY<br>Reference Number: 90900007<br>*Kevin's Car during cody Depos* | 204.40 |
| 06/24/05 | Periodic FINANCE CHARGE | 190.62 |
| **Total of New Activity** | | **1,248.79** |

## Finance Charges

Billing days this period: 31

| | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 13,424.77 | 0.0397% | 14.48% | 14.49% | 165.21 |
| Cash Advances | 0.00 | 0.0575% | 0.00% | 20.99% | 0.00 |
| Universal Check 7.9% LOB | 3,795.89 | 0.0216% | 7.88% | 7.90% | 25.41 |
| | | | | | **190.62** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Cash Rebate Earnings Summary — As of MAY 2005 Billing Statement

JEFFREY C MUMMERY
[redacted]

**Year To Date**

| | |
|---|---|
| Total Qualified Spend | $1,599.58 |
| Rebate for Spend | $3.99 |
| Bonus Rebate for Revolving a Balance | $8.00 |
| **Total Cash Rebate** | **$12.00** |

**Important Rebate Message**

Remember to pay at least the minimum due by the payment due date to be eligible for a cash rebate and to avoid late fees.

**Earn Cash Back Everywhere You Use the Card**

Earn cash back by using your American Express Costco Cash Rebate Credit Card everywhere American Express Cards are welcome. Your cash rebate will be awarded to you in the form of an in-store coupon in your billing statement. Rebate amounts shown on this statement are subject to eligibility requirements and other terms and conditions of your Cardmember Agreement.

10326 R07WXAOL 03363

Exhibit S

Anderson Business Solutions LLC
1131 13th Street
Suite 106
Cody, WY 82414

# Invoice

$307.50
pd by Sweetwater Ck # 1994
on 6/10/05

| Date | Invoice # |
|---|---|
| 6/2/2005 | 320 |

| Bill To |
|---|
| Jeff Mummery<br>35 Breteche Creek Rd.<br>Cody, WY 82414 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 6/2/2005 | Misc. Secretarial Services | 7 | 30.00 | 210.00 |
| 6/3/2005 | Misc. Secretarial Services | 2.5 | 30.00 | 75.00 |
| 6/4/2005 | Misc. Secretarial Services | 0.75 | 30.00 | 22.50 |

Sweetwater Financials; Business Plan for Kevin

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $307.50 |
| **Sales Tax (4.0%)** | $0.00 |
| **Total** | $307.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $307.50 |

| Phone # |
|---|
| 307-587-6772 |

Exhibit T

Anderson Business Solutions LLC
1131 13th Street
Suite 106
Cody, WY 82414

# Invoice

| Date | Invoice # |
|---|---|
| 7/27/2005 | 397 |

| Bill To |
|---|
| Jeff Mummery<br>35 Breteche Creek Rd.<br>Cody, WY 82414 |

Pd by Sweetwater ck # 2016 Nov 22, 2005

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 7/27/2005 | Misc. Secretarial Services | 2.5 | 30.00 | 75.00 |
| | Misc. Copies | 272 | 0.10 | 27.20T |

PAST DUE

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $102.20 |
| **Sales Tax (4.0%)** | $1.09 |
| **Total** | $103.29 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $103.29 |

| Phone # |
|---|
| 307-587-6772 |

Exhibit T

Anderson Business Solutions LLC
2421 Big Horn Avenue
Cody, WY 82414

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2006 | 797 |

Sweetwater Reconciliation
Pd Sept 6, 2006
Personal #5703
has not been Returned from Bank yet.

| Bill To |
|---|
| Jeff Mummery<br>35 Breteche Creek Rd.<br>Cody, WY 82414 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 8/30/2006 | Misc. Secretarial Services - typing | 1.75 | 30.00 | 52.50 |
| 8/31/2006 | Misc. Secretarial Services | 1.33 | 30.00 | 39.90 |
| 9/5/2006 | Misc. Secretarial Services | 3.5 | 30.00 | 105.00 |
| 9/6/2006 | Misc. Secretarial Services | 2 | 30.00 | 60.00 |
| | Fax Services - Long Distance | 6 | 1.00 | 6.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $263.40 |
| **Sales Tax (4.0%)** | $0.24 |
| **Total** | $263.64 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $263.64 |

| Phone # |
|---|
| 307-587-6772 |

PINNACLE BANK
PO BOX 218
CODY WY 82414-0218

016 00006 03
ACCOUNT: [redacted]
DOCUMENTS: 14

PAGE: 1
05/31/2005

TELEPHONE:307-527-7186

******************AUTOCR**H072
[redacted]AC 0.275 5 12 4
THE SWEETWATER
A WILDERNESS LODGE LLC
35 BRETCHE CREEK RD
CODY WY 82414-7100

30-0
3
11'

PINNBUSINESS ACCOUNT [redacted]

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 449.97- | LAST STATEMENT 04/29/05 | 32.87 |
| AVG AVAILABLE BALANCE | 3,137.47 | 3 CREDITS | 12,434.00 |
| | | 14 DEBITS | 11,620.56 |
| | | THIS STATEMENT 05/31/05 | 846.31 |

DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 05/03 | 390.00 | | 05/20 | 12,000.00 | | 05/23 | 44.00 |

CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1982 | 05/03 | 390.00 | 1986 | 05/26 | 56.58 | 1990 | 05/31 | 4,000.00 |
| 1983 | 05/25 | 161.50 | 1987 | 05/25 | 50.00 | 1991 | 05/31 | 2,500.00 |
| 1984 | 05/12 | 458.84 | 1988 | 05/26 | 2,000.00 | 1992 | 05/25 | 407.00 |
| 1985 | 05/27 | 418.45 | 1989 | 05/20 | 1,124.19 | | | |

Simpson check

OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| NSF ITEM CHARGE | 05/13 | 24.00 |
| OVERDRAFT CHARGE | 05/19 | 20.00 |
| SERVICE CHARGE | 05/31 | 10.00 |

--- ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD ---

TOTAL CHARGE FOR MAINTENANCE: 10.00

DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/03 | 32.87 | 05/20 | 10,405.84 | 05/27 | 7,356.31 |
| 05/12 | 425.97- | 05/23 | 10,449.84 | 05/31 | 846.31 |
| 05/13 | 449.97- | 05/25 | 9,831.34 | | |
| 05/19 | 469.97- | 05/26 | 7,774.76 | | |

FDIC

NOTICE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Exhibit U

Delivery services, misc. costs

| Paid to: | Check # | Date | Amount |
|---|---|---|---|
| UPS Store | 4517 | 4/28/05 | $31.58 |
| UPS Store | 4523 | 5/3/05 | $26.90 |
| UPS Store | 4556 | 5/13/05 | $28.37 |
| UPS Store | 4558 | 5/13/05 | $24.91 |
| UPS Store | 4561 | 5/19/05 | $86.02 |
| UPS Store | 4752 | 5/23/05 | $24.91 |
| UPS Store | 4815 | 7/7/05 | $94.72 |
| K Mart | 4819 | 7/12/05 | $14.01 |
| UPS Store | 4820 | 7/12/05 | $23.92 |
| Shoshone Office Supply | 4686 | 9/12/05 | $42.20 |
| Shoshone Office Supply | 4697 | 9/29/05 | $87.38 |
| Shoshone Office Supply | 4718 | 10/6/05 | $11.95 |
| Walmart | 4622 | 8/23/05 | $107.62 |
| Walmart | 4680 | 9/12/05 | $56.41 |
| Walmart | 4688 | 9/18/05 | $20.80 |
| Walmart | 4689 | 9/18/05 | $20.22 |
| Anderson Bus. Solutions | 5131 | 1/18/06 | $100.00 |
| | | | **$801.92** |

Exhibit V

UPS Stored

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4517
4/28/05
PAY TO THE ORDER OF UPS Store $31 58
Thirty One 58/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4517 [redacted]
05/02/2005 4517 $31.58

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4752
May 23, 2005
PAY TO THE ORDER OF UPS Store $24 91
Twenty Four 91/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted]
05/25/2005 4752 $24.91

Sweet Case

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4523
5/3/05
PAY TO THE ORDER OF UPS Store $26 90
Twenty Six 90/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4523 [redacted]
6/04/2005 4523 $26.90

Case

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4815
July 7, 2005
PAY TO THE ORDER OF UPS Store $94 72
Ninety Four 72/100 DOLLARS
Pinnacle Bank
FOR Sweetwater to Kevin
[redacted] 4815 [redacted]
07/11/2005 4815 $94.72

Case Pay Supp

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4819
July 12, 2005
PAY TO THE ORDER OF K-Mart $14 01
Fourteen 01/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4819 [redacted]
07/14/2005 4819 $14.01

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4556
May 13, 2005
PAY TO THE ORDER OF UPS Store $28 37
Twenty Eight 37/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4556 [redacted]
05/16/2005 4556 $28.37

Case

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4820
July 12, 2005
PAY TO THE ORDER OF UPS Store $23 92
Twenty Three 92/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4820 [redacted]

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4558
May 13, 2005
PAY TO THE ORDER OF UPS Store $24 91
Twenty Four 91/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4558 [redacted]
05/16/2005 4558 $24.91

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4686
Sept 12, 2005
PAY TO THE ORDER OF Shoshone Office Supply $42 20
Forty Two 20/100 DOLLARS
Pinnacle Bank
FOR Sweet
[redacted] 4686 [redacted]

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4561
May 19, 2005
PAY TO THE ORDER OF UPS Store $86 02
Eighty Six 02/100 DOLLARS
Pinnacle Bank
Sweetwater
[redacted] 4561 [redacted]
05/20/2005 4561 $86.02

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4697
Sept 29, 2005
PAY TO THE ORDER OF UPS Store $87 38
Eighty Seven 38/100 DOLLARS
Pinnacle Bank
Sweetwater
Doc to Kevin
[redacted] 4697 [redacted]
/30/2005 4697 $87.38

Exhibit V

JEFFREY C. OR GINA MUMMERY
[redacted]
CODY, WY 82414
4718
10/6/05
DATE
PAY TO THE ORDER OF UPS Store $ 11.95
Eleven & 95/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted]
4718
10/07/2005 4718 $11.95

JEFFREY C. OR GINA MUMMERY
[redacted]
CODY, WY 82414
5131
1/18/2006
Pay to the Order of Anderson Bus. Solutions $100
One Hundred 00/100 Dollars
Pinnacle Bank
Sweetwater
24/2006 5131 $100.00

JEFFREY C. OR GINA MUMMERY
[redacted]
CODY, WY 82414
4622
8/23/2005
DATE
PAY TO THE ORDER OF Walmart $ 107 62
One Hundred Seven 62/100 DOLLARS
Pinnacle Bank
FOR Sweetwater Trial
[redacted]
4622
09/26/2005 4622 $107.62

JEFFREY C. OR GINA MUMMERY
[redacted]
CODY, WY 82414
4680
9/12/05
DATE
PAY TO THE ORDER OF Walmart $56 41
Fifty Six 41/100 DOLLARS
Pinnacle Bank
FOR Sweet
[redacted]
4680
09/14/2005 4680 $56.41

JEFFREY C. OR GINA MUMMERY
[redacted]
CODY, WY 82414
4688
Sept 18 2005
DATE
PAY TO THE ORDER OF Walmart $ 20 80
Twenty 80/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted]
4688
09/20/2005 4688 $20.80

JEFFREY C. OR GINA MUMMERY
[redacted]
CODY, WY 82414
4689
Sept 18 2005
DATE
PAY TO THE ORDER OF Walmart $ 20 22
Twenty 22/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted]
4689
9/20/2005 4689 $20.22

Exhibit V

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 07, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19034

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For services rendered February 1 - February 28, 2005

Additional Charges :

| | | Amount |
|---|---|---|
| | $Computer Resch | 48.42 |
| | Total costs | $48.42 |
| | Interest on overdue balance | $430.31 |
| | Total amount of this bill | $478.73 |
| | Previous balance | $78,948.03 |
| 2/17/2005 | Payment - thank you. Check No. 1971 | ($416.06) |
| | Total payments and adjustments | ($416.06) |
| | Balance due | $79,010.70 |

int 430.31
prin 554.52

pd # 984.83
3/16/05

Based on a Balance est at $78,984.83 on 2/28/05 leaving a principal Balance of $78,000-

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

February 03, 2005

Invoice # 18964

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For services rendered January 1 - January 31, 2005

Additional Charges :

| | | Amount |
|---|---|---|
| | $Long Dis Phone | 1.01 |
| | $Photocopy | 7.00 |
| | Total costs | $8.01 |
| | Interest on overdue balance | $408.05 |
| | Total amount of this bill | $416.06 |
| | Previous balance | $81,531.97 |
| 2/3/2005 | Payment from account | ($3,000.00) |
| | Total payments and adjustments | ($3,000.00) |
| | Balance due | $78,948.03 |
| | Previous balance of Retainer | $3,000.00 |
| | Payments made from Retainer | ($3,000.00) |
| | Payments made into Retainer | $0.00 |
| | New balance of Retainer | $0.00 |

2/14/05 pd 416.06 ck 1971

int $ 407.05

$ 3,008.01

princ

Exhibit W

# SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

April 06, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19048

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit
Additional Charges :

| | | Amount |
|---|---|---|
| | $Long Dis Phone | 0.09 |
| | Total costs | $0.09 |
| | Interest on overdue balance | $432.88 |
| | Total amount of this bill | $432.97 |
| | Previous balance | $79,010.70 |
| 3/21/2005 | Payment - thank you. Check No. 1977 | ($984.83) |
| | Total payments and adjustments | ($984.83) |
| | Balance due | $78,458.84 |

int 432.88
pric $25.96

pd 4 May 05
$458.84

Net bal on Apr 6, 05
$78,000

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

May 05, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19127

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $418.45 |
| Total amount of this bill | $418.45 |
| Previous balance | $78,458.84 |
| Balance due | $78,877.29 |

Paid $418.45 May 19, 2009

this amt was pd earlier May 1. 2005

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

June 02, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19195

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For professional services rendered May 1 - May 31, 2005

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $418.85 |
| | Total amount of this bill | $418.85 |
| | Previous balance | $78,877.29 |
| 5/9/2005 | Payment - thank you. Check No. 1984 | ($458.84) |
| 5/24/2005 | Payment - thank you. Check No. 1985 | ($418.45) |
| | Total payments and adjustments | ($877.29) |
| | Balance due | $78,418.85 |

pd 5/9/05
ck 1993

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

July 01, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19219

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $446.89 |
| | Total amount of this bill | $446.89 |
| | Previous balance | $78,418.85 |
| 6/13/2005 | Payment - thank you. Check No. 1993 | ($418.85) |
| | Total payments and adjustments | ($418.85) |
| | Balance due | $78,446.89 |

int 446.79
inc. $500-

Pd $946.79
7/25/05
ck 1998

Exhibit W

**SALTMAN & STEVENS, P.C.**

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

August 01, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19274

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For Professional Services Rendered July 1 - July 31, 2005

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $545.78 |
| | Total amount of this bill | $545.78 |
| | Previous balance | $78,446.89 |
| 7/28/2005 | Payment - thank you. Check No. 1998 | ($946.89) |
| | Total payments and adjustments | ($946.89) |
| | Balance due | $78,045.78 |

int $545.78
$200 -
prin

min pmt $545.78
due 9/1

pd 8/25/05
#745.78 $77,300 -
balance
ck 1999

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

September 02, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19327

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $559.10 |
| | Total amount of this bill | $559.10 |
| | Previous balance | $78,045.78 |
| 8/29/2005 | Payment - thank you. Check No. 1999 | ($745.78) |
| | Total payments and adjustments | ($745.78) |
| | Balance due | $77,859.10 |

- int 559.10
prin $200 -

Pd $759.10
Sept 27, 2005
Remaining Bal. $77,100 -

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

October 05, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19381

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $575.08 |
| | Total amount of this bill | $575.08 |
| | Previous balance | $77,859.10 |
| 9/30/2005 | Payment - thank you. Check No. 2003 | ($759.10) |
| | Total payments and adjustments | ($759.10) |
| | Balance due | $77,675.08 |

int $575.08
princ $100.
Pd $675.08
10/17/05
Remaining Bal $77,000

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

November 01, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19437

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $469.91 |
| | Total amount of this bill | $469.91 |
| | Previous balance | $77,675.08 |
| 10/20/2005 | Payment - thank you. Check No. 2005 | ($675.08) |
| | Total payments and adjustments | ($675.08) |
| | Balance due | $77,469.91 |

Pd $469.91
11/22/05
Remaining Bal $77,000

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

December 01, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19492

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $588.58 |
| | Total amount of this bill | $588.58 |
| | Previous balance | $77,469.91 |
| 11/28/2005 | Payment - thank you. Check No. 2015 | ($469.91) |
| | Total payments and adjustments | ($469.91) |
| | Balance due | $77,588.58 |

Pd $588.58 12/21/05 bal $77,000

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

January 06, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19575

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $682.98 |
| | Total amount of this bill | $682.98 |
| | Previous balance | $77,588.58 |
| 12/23/2005 | Payment - thank you. Check No. 2018 | ($588.58) |
| | Total payments and adjustments | ($588.58) |
| | Balance due | $77,682.98 |

pd 1/27/06

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

February 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19598

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $575.92 |
| Total amount of this bill | $575.92 |
| Previous balance | $77,682.98 |
| Balance due | $78,258.90 |

Pd 2/20/06

78,258.90
(77,682.98) pd 1/27/06
$575.92 due

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19649

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $620.22 |
| | Total amount of this bill | $620.22 |
| | Previous balance | $78,258.90 |
| 2/9/2006 | Payment - thank you. Check No. 2019 | ($682.98) |
| 3/1/2006 | Payment - thank you. Check No. 2021 | ($575.92) |
| | Total payments and adjustments | ($1,258.90) |
| | Balance due | $77,620.22 |

pd 4/7/06

98
682.92
575
1258.90

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

April 03, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19701

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $754.40 |
| Total amount of this bill | $754.40 |
| Previous balance | $77,620.22 |
| Balance due | $78,374.62 |

Pd 4/26/06

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

May 02, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19754

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $657.66 |
| | Total amount of this bill | $657.66 |
| | Previous balance | $78,374.62 |
| 4/12/2006 | Payment - thank you. Check No. 2024 | ($620.22) |
| 4/27/2006 | Payment - thank you. Check No. 2025 | ($754.40) |
| | Total payments and adjustments | ($1,374.62) |
| | Balance due | $77,657.66 |

Pd 5/21/06

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

June 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19800

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $719.37 |
| | Total amount of this bill | $719.37 |
| | Previous balance | $77,657.66 |
| 5/25/2006 | Payment - thank you. Check No. 2034 | ($657.66) |
| | Total payments and adjustments | ($657.66) |
| | Balance due | $77,719.37 |

pd 6/16/06

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

July 05, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19840

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $783.18 |
| Total amount of this bill | $783.18 |
| Previous balance | $77,719.37 |
| 6/20/2006 Payment - thank you. Check No. 2035 | ($719.37) |
| Total payments and adjustments | ($719.37) |
| Balance due | $77,783.18 |

Pd 7/31/06

(81,580.49
77,000 —
$4,580.49)

Total Pd $14,987.64

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax (202) 775-8217

September 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19930

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $775.27 |
| | Total amount of this bill | $775.27 |
| | Previous balance | $77,723.59 |
| 8/11/2006 | Payment - thank you. Check No. 2031 | ($723.59) |
| | Total payments and adjustments | ($723.59) |
| | Balance due | $77,775.27 |

Pd 9/18/06 $775.27 ck # 2032

Exhibit W

Retainer pd out/feb. 8 05 $3000 included in this total

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

August 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Total charges to date 8/26/06 $ 10,367.72

Invoice # 19887

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $723.59 |
| | Total amount of this bill | $723.59 |
| | Previous balance | $77,783.18 |
| 8/1/2006 | Payment - thank you. Check No. 2030 | ($783.18) |
| | Total payments and adjustments | ($783.18) |
| | Balance due | $77,723.59 |

Pd 8/9/06

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax (202) 775-8217

November 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 20023

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $749.43 |
| | Total amount of this bill | $749.43 |
| | Previous balance | $78,610.56 |
| 10/25/2006 | Payment - thank you. Check No. 2032 | ($775.27) |
| 10/25/2006 | Payment - thank you. Check No. 2036 | ($835.29) |
| | Total payments and adjustments | ($1,610.56) |
| | Balance due | $77,749.43 |

New

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax (202) 775-8217

October 03, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19980

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| Interest on overdue balance | | $835.29 |
| Total amount of this bill | New | $835.29 |
| Previous balance | | $77,775.27 |
| Balance due | | $78,610.56 |

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax (202) 775-8217

December 04, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 20069

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| Interest on overdue balance | New | $861.10 |
| Total amount of this bill | | $861.10 |
| Previous balance | | $77,749.43 |
| Balance due | | $78,610.53 |

Exhibit W