**TABLE OF CONTENTS OF EXHIBITS**


| | |
|---|---|
| A | Declaration of Jeffrey C. Mummery |
| B | Incurred attorneys' fees summary |
| C | Calculation of adjusted EAJA rate to account for COLA increases |
| D | Costs and Expenses summary |
| E | 2002 Legal bills from Saltman & Stevens, P.C. |
| F | 2003 Legal bills from Saltman & Stevens, P.C. |
| G | 2004 Legal bills from Saltman & Stevens, P.C. |
| H | 2005 Legal bills from Saltman & Stevens, P.C. |
| I | 2005 Legal bills from The Garden Law Firm, P.C. |
| K | 2006 Legal bills from The Garden Law Firm, P.C. |
| L | Invoices from QM Appraisals (Que Mangus) |
| M | Invoices from SiteTek Financial (John Pucetas) |
| N | Invoices from Wyoming Reporting Service |
| O | Invoices from Big Sky Reporting |
| P | Invoices from Javernich LLC |
| Q | Invoices from Agren/Blando Reporting |
| R | Invoices from Heritage Reporting |
| S | Hotels, meals, travel, etc. |
| T | Secretarial services incurred by The Sweetwater |
| U | Payment for corp. counsel document production |
| V | Delivery services, miscellaneous costs |
| W | Late fees charged by Saltman & Stevens P.C. |