**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-1795C<br>(Judge Merow) |

**<u>DECLARATION OF JEFFREY C. MUMMERY</u>**

I, Jeffrey C. Mummery, declare as follows:

1. Unless otherwise stated, I have personal knowledge of the following facts which I believe to be true to the best of my present knowledge and understanding.

2. At all times relevant to the issues in this dispute, I have been the Manager of plaintiff The Sweetwater, A Wilderness Lodge LLC and have acted as its representative.

3. The Sweetwater is a limited liability company the net worth of which did not exceed $7 million and which did not employ more than 500 employees at the time this action was filed.

4. I have reviewed Exhibits B-W attached to The Sweetwater's application for attorneys fees under the Equal Access to Justice Act and all statements set forth therein



Exhibit A

are accurate to the best of my knowledge. All fees and expenses set forth in The Sweetwater's counsel's bills and itemizations of time at Exhibits B, D, E, F, G, I, J and K have been incurred in this matter.

5. With the exception of Mr. Housel, the rates of the attorneys who worked on behalf of The Sweetwater in this matter were in excess of $152.38/hour.

6. In addition, set forth in Exhibit D attached to The Sweetwater's application is an itemized list of all additional costs incurred by The Sweetwater in this proceeding and paid directly by The Sweetwater. The documents supporting these costs are set forth at Exhibits L-W. These include costs paid by The Sweetwater to court reporters for deposition transcripts as well as travel costs associated with those depositions, the summary judgment hearing and the trial itself.

I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey C. Mummery

Executed on December 12, 2006

**Incurred attorneys' fees**

| Exhibit | | Hours | Value capped at EAJA rate of $152.38 |
| --- | --- | --- | --- |
| | ***2002*** | | |
| E | Saltman & Stevens, P.C | 289.5 | $ 44,114.01 |
| | ***2003*** | | |
| F | Saltman & Stevens, P.C. | 445.05 | $ 67,816.72 |
| | ***2004*** | | |
| G | Saltman & Stevens, P.C. | 168.05 | $ 25,607.46 |
| | ***2005*** | | |
| I | The Garden Law Firm, P.C. | 662.9 | $ 101,012.70 |
| J | Law Office of John O. Housel | 7.9 | $ 808.50 |
| | ***2006*** | | |
| K | The Garden Law Firm P.C. (thru 11/30/2006) | 160.7 | $ 24,487.47 |
| | | 1734.1 | $ 263,846.86 |

Exhibit B

# Calculation of adjusted EAJA rate to account for COLA increases

Baseline CPI-U March 1986- **155.7** (*Chapman Law Firm*, 65 Fed. Cl. at 425)

| | | |
|---|---|---|
| CPI-U 2002- | 179.9 | *See attached* |
| CPI-U 2003- | 184 | *See attached* |
| CPI-U 2004- | 188.9 | *See attached* |
| CPI-U 2005- | 195.3 | *See attached* |
| CPI-U first half 2006- | 200.6 | *See attached* |

The average of these CPI-U indices is **189.74**

Dividing this average by the baseline (189.74/155.7) produces an adjustment factor of **1.219**

Multiplying this adjustment factor by the EAJA base rate of $125 (1.219 x $ 125) produces an adjusted EAJA rate of $ **152.38**

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2001 | Annual average 2002 | Percent change from 2001 to 2002 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 177.1 | 179.9 | 1.6 |
| All items (1967=100) | 530.4 | 538.8 | - |
| Food and beverages | 173.6 | 176.8 | 1.8 |
| Food | 173.1 | 176.2 | 1.8 |
| Food at home | 173.4 | 175.6 | 1.3 |
| Cereals and bakery products | 193.8 | 198.0 | 2.2 |
| Meats, poultry, fish, and eggs | 161.3 | 162.1 | .5 |
| Dairy and related products | 167.1 | 168.1 | .6 |
| Fruits and vegetables | 212.2 | 220.9 | 4.1 |
| Nonalcoholic beverages and beverage materials | 139.2 | 139.2 | .0 |
| Other food at home | 159.6 | 160.8 | .8 |
| Sugar and sweets | 155.7 | 159.0 | 2.1 |
| Fats and oils | 155.7 | 155.4 | -.2 |
| Other foods | 176.0 | 177.1 | .6 |
| Other miscellaneous foods [1] | 108.9 | 109.2 | .3 |
| Food away from home | 173.9 | 178.3 | 2.5 |
| Other food away from home [1] | 113.4 | 117.7 | 3.8 |
| Alcoholic beverages | 179.3 | 183.6 | 2.4 |
| Housing | 176.4 | 180.3 | 2.2 |
| Shelter | 200.6 | 208.1 | 3.7 |
| Rent of primary residence | 192.1 | 199.7 | 4.0 |
| Lodging away from home [1] | 118.6 | 118.3 | -.3 |
| Owners' equivalent rent of primary residence [2] | 206.3 | 214.7 | 4.1 |
| Tenants' and household insurance [1] | 106.2 | 108.7 | 2.4 |
| Fuels and utilities | 150.2 | 143.6 | -4.4 |
| Fuels | 135.4 | 127.2 | -6.1 |
| Fuel oil and other fuels | 129.3 | 115.5 | -10.7 |
| Gas (piped) and electricity | 142.4 | 134.4 | -5.6 |
| Water and sewer and trash collection services [1] | 109.6 | 113.0 | 3.1 |
| Household furnishings and operations | 129.1 | 128.3 | -.6 |
| Household operations [1] | 115.6 | 119.0 | 2.9 |
| Apparel | 127.3 | 124.0 | -2.6 |
| Men's and boys' apparel | 125.7 | 121.7 | -3.2 |
| Women's and girls' apparel | 119.3 | 115.8 | -2.9 |
| Infants' and toddlers' apparel | 129.2 | 126.4 | -2.2 |
| Footwear | 123.0 | 121.4 | -1.3 |
| Transportation | 154.3 | 152.9 | -.9 |
| Private transportation | 150.0 | 148.8 | -.8 |
| New and used motor vehicles [1] | 101.3 | 99.2 | -2.1 |
| New vehicles | 142.1 | 140.0 | -1.5 |
| Used cars and trucks | 158.7 | 152.0 | -4.2 |
| Motor fuel | 124.7 | 116.6 | -6.5 |
| Gasoline (all types) | 124.0 | 116.0 | -6.5 |
| Motor vehicle parts and equipment | 104.8 | 106.9 | 2.0 |
| Motor vehicle maintenance and repair | 183.5 | 190.2 | 3.7 |
| Public transportation | 210.6 | 207.4 | -1.5 |
| Medical care | 272.8 | 285.6 | 4.7 |
| Medical care commodities | 247.6 | 256.4 | 3.6 |
| Medical care services | 278.8 | 292.9 | 5.1 |
| Professional services | 246.5 | 253.9 | 3.0 |
| Hospital and related services | 338.3 | 367.8 | 8.7 |

See footnotes at end of table.

Exhibit C

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2003 | Annual average 2004 | Percent change from 2003 to 2004 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 184.0 | 188.9 | 2.7 |
| All items (1967=100) | 551.1 | 565.8 | - |
| Food and beverages | 180.5 | 186.6 | 3.4 |
| Food | 180.0 | 186.2 | 3.4 |
| Food at home | 179.4 | 186.2 | 3.8 |
| Cereals and bakery products | 202.8 | 206.0 | 1.6 |
| Meats, poultry, fish, and eggs | 169.3 | 181.7 | 7.3 |
| Dairy and related products | 167.9 | 180.2 | 7.3 |
| Fruits and vegetables | 225.9 | 232.7 | 3.0 |
| Nonalcoholic beverages and beverage materials | 139.8 | 140.4 | .4 |
| Other food at home | 162.6 | 164.9 | 1.4 |
| Sugar and sweets | 162.0 | 163.2 | .7 |
| Fats and oils | 157.4 | 167.8 | 6.6 |
| Other foods | 178.8 | 179.7 | .5 |
| Other miscellaneous foods [1] | 110.3 | 110.4 | .1 |
| Food away from home | 182.1 | 187.5 | 3.0 |
| Other food away from home [1] | 121.3 | 125.3 | 3.3 |
| Alcoholic beverages | 187.2 | 192.1 | 2.6 |
| Housing | 184.8 | 189.5 | 2.5 |
| Shelter | 213.1 | 218.8 | 2.7 |
| Rent of primary residence | 205.5 | 211.0 | 2.7 |
| Lodging away from home [1] | 119.3 | 125.9 | 5.5 |
| Owners' equivalent rent of primary residence [2] | 219.9 | 224.9 | 2.3 |
| Tenants' and household insurance [1] | 114.8 | 116.2 | 1.2 |
| Fuels and utilities | 154.5 | 161.9 | 4.8 |
| Fuels | 138.2 | 144.4 | 4.5 |
| Fuel oil and other fuels | 139.5 | 160.5 | 15.1 |
| Gas (piped) and electricity | 145.0 | 150.6 | 3.9 |
| Water and sewer and trash collection services [1] | 117.2 | 124.0 | 5.8 |
| Household furnishings and operations | 126.1 | 125.5 | -.5 |
| Household operations [1] | 121.8 | 125.0 | 2.6 |
| Apparel | 120.9 | 120.4 | -.4 |
| Men's and boys' apparel | 118.0 | 117.5 | -.4 |
| Women's and girls' apparel | 113.1 | 113.0 | -.1 |
| Infants' and toddlers' apparel | 122.1 | 118.5 | -2.9 |
| Footwear | 119.6 | 119.3 | -.3 |
| Transportation | 157.6 | 163.1 | 3.5 |
| Private transportation | 153.6 | 159.4 | 3.8 |
| New and used motor vehicles [1] | 96.5 | 94.2 | -2.4 |
| New vehicles | 137.9 | 137.1 | -.6 |
| Used cars and trucks | 142.9 | 133.3 | -6.7 |
| Motor fuel | 135.8 | 160.4 | 18.1 |
| Gasoline (all types) | 135.1 | 159.7 | 18.2 |
| Motor vehicle parts and equipment | 107.8 | 108.7 | .8 |
| Motor vehicle maintenance and repair | 195.6 | 200.2 | 2.4 |
| Public transportation | 209.3 | 209.1 | -.1 |
| Medical care | 297.1 | 310.1 | 4.4 |
| Medical care commodities | 262.8 | 269.3 | 2.5 |
| Medical care services | 306.0 | 321.3 | 5.0 |
| Professional services | 261.2 | 271.5 | 3.9 |
| Hospital and related services | 394.8 | 417.9 | 5.9 |

See footnotes at end of table.

Exhibit C

**Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group**

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2004 | Annual average 2005 | Percent change from 2004 to 2005 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 188.9 | 195.3 | 3.4 |
| All items (1967=100) | 565.8 | 585.0 | - |
| Food and beverages | 186.6 | 191.2 | 2.5 |
| Food | 186.2 | 190.7 | 2.4 |
| Food at home | 186.2 | 189.8 | 1.9 |
| Cereals and bakery products | 206.0 | 209.0 | 1.5 |
| Meats, poultry, fish, and eggs | 181.7 | 184.7 | 1.7 |
| Dairy and related products | 180.2 | 182.4 | 1.2 |
| Fruits and vegetables | 232.7 | 241.4 | 3.7 |
| Nonalcoholic beverages and beverage materials | 140.4 | 144.4 | 2.8 |
| Other food at home | 164.9 | 167.0 | 1.3 |
| Sugar and sweets | 163.2 | 165.2 | 1.2 |
| Fats and oils | 167.8 | 167.7 | -.1 |
| Other foods | 179.7 | 182.5 | 1.6 |
| Other miscellaneous foods [1] | 110.4 | 111.3 | .8 |
| Food away from home | 187.5 | 193.4 | 3.1 |
| Other food away from home [1] | 125.3 | 131.3 | 4.8 |
| Alcoholic beverages | 192.1 | 195.9 | 2.0 |
| Housing | 189.5 | 195.7 | 3.3 |
| Shelter | 218.8 | 224.4 | 2.6 |
| Rent of primary residence | 211.0 | 217.3 | 3.0 |
| Lodging away from home [1] | 125.9 | 130.3 | 3.5 |
| Owners' equivalent rent of primary residence [2] | 224.9 | 230.2 | 2.4 |
| Tenants' and household insurance [1] | 116.2 | 117.6 | 1.2 |
| Fuels and utilities | 161.9 | 179.0 | 10.6 |
| Fuels | 144.4 | 161.6 | 11.9 |
| Fuel oil and other fuels | 160.5 | 208.6 | 30.0 |
| Gas (piped) and electricity | 150.6 | 166.5 | 10.6 |
| Water and sewer and trash collection services [1] | 124.0 | 130.3 | 5.1 |
| Household furnishings and operations | 125.5 | 126.1 | .5 |
| Household operations [1] | 125.0 | 130.3 | 4.2 |
| Apparel | 120.4 | 119.5 | -.7 |
| Men's and boys' apparel | 117.5 | 116.1 | -1.2 |
| Women's and girls' apparel | 113.0 | 110.8 | -1.9 |
| Infants' and toddlers' apparel | 118.5 | 116.7 | -1.5 |
| Footwear | 119.3 | 122.6 | 2.8 |
| Transportation | 163.1 | 173.9 | 6.6 |
| Private transportation | 159.4 | 170.2 | 6.8 |
| New and used motor vehicles [1] | 94.2 | 95.6 | 1.5 |
| New vehicles | 137.1 | 137.9 | .6 |
| Used cars and trucks | 133.3 | 139.4 | 4.6 |
| Motor fuel | 160.4 | 195.7 | 22.0 |
| Gasoline (all types) | 159.7 | 194.7 | 21.9 |
| Motor vehicle parts and equipment | 108.7 | 111.9 | 2.9 |
| Motor vehicle maintenance and repair | 200.2 | 206.9 | 3.3 |
| Public transportation | 209.1 | 217.3 | 3.9 |
| Medical care | 310.1 | 323.2 | 4.2 |
| Medical care commodities | 269.3 | 276.0 | 2.5 |
| Medical care services | 321.3 | 336.7 | 4.8 |
| Professional services | 271.5 | 281.7 | 3.8 |
| Hospital and related services | 417.9 | 439.9 | 5.3 |

See footnotes at end of table.

Exhibit C

**Table 30. Consumer Price Index for All Urban Consumers (CPI-U): Selected areas, semiannual averages, all items index**

(1982-84=100, unless otherwise noted)

| Area | All items | | | | | | |
|---|---|---|---|---|---|---|---|
| | Semiannual average indexes | | | | Percent change from preceding semiannual average | | |
| | 2nd half 2004 | 1st half 2005 | 2nd half 2005 | 1st half 2006 | 1st half 2005 | 2nd half 2005 | 1st half 2006 |
| U.S. city average | 190.2 | 193.2 | 197.4 | 200.6 | 1.6 | 2.2 | 1.6 |
| **Region and area size** [1] | | | | | | | |
| Northeast urban | 201.7 | 205.3 | 209.7 | 213.8 | 1.8 | 2.1 | 2.0 |
| Size A - More than 1,500,000 | 203.8 | 207.7 | 212.0 | 216.0 | 1.9 | 2.1 | 1.9 |
| Size B/C - 50,000 to 1,500,000 [2] | 119.5 | 121.0 | 123.9 | 126.4 | 1.3 | 2.4 | 2.0 |
| Midwest urban | 183.9 | 186.4 | 190.5 | 192.4 | 1.4 | 2.2 | 1.0 |
| Size A - More than 1,500,000 | 186.1 | 188.4 | 192.1 | 194.0 | 1.2 | 2.0 | 1.0 |
| Size B/C - 50,000 to 1,500,000 [2] | 117.0 | 118.8 | 121.5 | 122.8 | 1.5 | 2.3 | 1.1 |
| Size D - Nonmetropolitan (less than 50,000) | 177.0 | 180.5 | 185.2 | 187.1 | 2.0 | 2.6 | 1.0 |
| South urban | 183.1 | 186.1 | 190.5 | 193.8 | 1.6 | 2.4 | 1.7 |
| Size A - More than 1,500,000 | 184.4 | 188.0 | 192.4 | 195.7 | 2.0 | 2.3 | 1.7 |
| Size B/C - 50,000 to 1,500,000 [2] | 117.1 | 118.6 | 121.4 | 123.5 | 1.3 | 2.4 | 1.7 |
| Size D - Nonmetropolitan (less than 50,000) | 181.4 | 185.1 | 190.3 | 193.7 | 2.0 | 2.8 | 1.8 |
| West urban | 194.0 | 197.1 | 200.7 | 204.5 | 1.6 | 1.8 | 1.9 |
| Size A - More than 1,500,000 | 196.5 | 199.7 | 203.5 | 207.6 | 1.6 | 1.9 | 2.0 |
| Size B/C - 50,000 to 1,500,000 [2] | 118.7 | 120.6 | 122.4 | 124.5 | 1.6 | 1.5 | 1.7 |
| **Size classes** | | | | | | | |
| A [3] | 173.9 | 176.8 | 180.5 | 183.6 | 1.7 | 2.1 | 1.7 |
| B/C [2] | 117.7 | 119.3 | 122.0 | 123.9 | 1.4 | 2.3 | 1.6 |
| D | 182.1 | 185.4 | 189.9 | 192.5 | 1.8 | 2.4 | 1.4 |
| **Selected local areas** | | | | | | | |
| Anchorage, AK | 167.8 | 169.6 | 174.1 | 176.7 | 1.1 | 2.7 | 1.5 |
| Atlanta, GA | 183.9 | 187.1 | 190.8 | 192.6 | 1.7 | 2.0 | .9 |
| Boston-Brockton-Nashua, MA-NH-ME-CT | 210.3 | 213.9 | 218.9 | 222.0 | 1.7 | 2.3 | 1.4 |
| Chicago-Gary-Kenosha, IL-IN-WI | 190.1 | 192.0 | 196.7 | 197.9 | 1.0 | 2.4 | .6 |
| Cincinnati-Hamilton, OH-KY-IN | 177.7 | 179.1 | 184.2 | 187.7 | .8 | 2.8 | 1.9 |
| Cleveland-Akron, OH | 183.0 | 185.8 | 190.0 | 191.4 | 1.5 | 2.3 | .7 |
| Dallas-Fort Worth, TX | 179.6 | 182.0 | 187.4 | 189.7 | 1.3 | 3.0 | 1.2 |
| Denver-Boulder-Greeley, CO | 187.4 | 189.2 | 192.6 | 196.3 | 1.0 | 1.8 | 1.9 |
| Detroit-Ann Arbor-Flint, MI | 186.6 | 188.7 | 193.0 | 195.9 | 1.1 | 2.3 | 1.5 |
| Honolulu, HI | 191.9 | 195.0 | 200.6 | 206.4 | 1.6 | 2.9 | 2.9 |
| Houston-Galveston-Brazoria, TX | 170.2 | 174.3 | 177.0 | 180.3 | 2.4 | 1.5 | 1.9 |
| Kansas City, MO-KS | 181.8 | 183.3 | 187.3 | 188.6 | .8 | 2.2 | .7 |
| Los Angeles-Riverside-Orange County, CA | 194.9 | 199.2 | 204.5 | 209.3 | 2.2 | 2.7 | 2.3 |
| Miami-Fort Lauderdale, FL | 186.6 | 191.8 | 196.9 | 202.7 | 2.8 | 2.7 | 2.9 |
| Milwaukee-Racine, WI | 180.4 | 183.1 | 187.2 | 189.2 | 1.5 | 2.2 | 1.1 |
| Minneapolis-St. Paul, MN-WI | 189.2 | 192.4 | 193.9 | 195.1 | 1.7 | .8 | .6 |
| New York-Northern N.J.-Long Island, NY-NJ-CT-PA | 206.4 | 210.7 | 214.8 | 219.2 | 2.1 | 1.9 | 2.0 |
| Philadelphia-Wilmington-Atlantic City, PA-NJ-DE-MD | 199.0 | 202.1 | 206.3 | 210.7 | 1.6 | 2.1 | 2.1 |
| Phoenix-Mesa, AZ [4] | 105.2 | 107.3 | 109.2 | 110.6 | 2.0 | 1.8 | 1.3 |
| Pittsburgh, PA | 184.7 | 187.8 | 191.7 | 194.8 | 1.7 | 2.1 | 1.6 |
| Portland-Salem, OR-WA | 192.5 | 194.5 | 197.5 | 199.8 | 1.0 | 1.5 | 1.2 |
| St. Louis, MO-IL | 181.6 | 185.0 | 187.4 | 188.8 | 1.9 | 1.3 | .7 |
| San Diego, CA | 214.3 | 218.3 | 222.9 | 226.7 | 1.9 | 2.1 | 1.7 |
| San Francisco-Oakland-San Jose, CA | 199.5 | 201.5 | 203.9 | 207.9 | 1.0 | 1.2 | 2.0 |
| Seattle-Tacoma-Bremerton, WA | 195.4 | 199.2 | 201.3 | 205.8 | 1.9 | 1.1 | 2.2 |
| Tampa-St. Petersburg-Clearwater, FL | 163.1 | 166.4 | 170.6 | 173.9 | 2.0 | 2.5 | 1.9 |
| Washington-Baltimore, DC-MD-VA-WV [5] | 120.7 | 122.8 | 125.8 | 127.7 | 1.7 | 2.4 | 1.5 |

[1] Regions defined as the four Census regions. See map in technical notes.
[2] Indexes on a December 1996=100 base.
[3] Indexes on a December 1986=100 base.
[4] For Phoenix-Mesa, indexes are on a December 2001=100 base.
[5] Indexes on a November 1996=100 base.

Exhibit C