SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

February 04, 2004

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18225

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered January 1 - January 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/1/2004 | KRG | Transmit draft pleadings to J. Mummery; revise draft brief. | 3.10 | 697.50 |
| 1/2/2004 | KRG | Telephone conference with J. Mummery; revise brief. | 1.90 | 427.50 |
| 1/5/2004 | KRG | Continue drafting brief; add citations to record. | 1.20 | 270.00 |
| | MRJ | Obtain documents from the Court of Federal Claims. | 0.75 | 56.25 |
| 1/6/2004 | KRG | Continue drafting brief. | 7.10 | 1,597.50 |
| 1/7/2004 | KRG | Continue drafting brief. | 4.20 | 945.00 |
| 1/8/2004 | KRG | Continue drafting proposed uncontroverted facts and citations to record. | 7.00 | 1,575.00 |
| 1/9/2004 | KRG | Continue drafting brief; telephone conference with client. | 5.90 | 1,327.50 |
| 1/12/2004 | KRG | Continue drafting brief; locate and add cites to record. | 7.30 | 1,642.50 |
| 1/13/2004 | KRG | Continue drafting brief and proposed facts. | 3.20 | 720.00 |
| 1/15/2004 | CTM | Research cases regarding rules for amending complaints; conference with K. Garden re: research. | 3.20 | 512.00 |
| | KRG | Conference with C. Miller re: amending complaint; telephone conference with J. Williamson re: government's answer to amended complaint. | 3.70 | 832.50 |
| 1/16/2004 | MRJ | Obtain documents from the Court of Federal Claims. | 0.50 | 37.50 |
| | KRG | Continue drafting brief and proposed facts. | 4.40 | 990.00 |

200179
Exhibit G

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | | | Hours | Amount |
|---|---|---|---|---|
| 1/19/2004 | KRG | Continue drafting brief. | 4.10 | 922.50 |
| 1/20/2004 | KRG | Review draft documents; telephone conference with client; draft declaration for J. Mummery. | 2.50 | 562.50 |
| 1/21/2004 | KRG | Continue drafting brief and proposed findings. | 2.90 | 652.50 |
| 1/22/2004 | KRG | Revise proposed uncontroverted facts; telephone conference with J. Mummery re: declaration. | 4.10 | 922.50 |
| 1/23/2004 | KRG | Telephone conference with J. Mummery; send declaration and signature pages to same; draft motion to enlarge; telephone conference with J. Williamson re: same. | 1.00 | 225.00 |
| 1/24/2004 | KRG | Continue drafting response to defendant's proposed uncontroverted facts. | 3.40 | 765.00 |
| 1/26/2004 | KRG | Continue revising brief, proposed facts and declaration. | 2.80 | 630.00 |
| 1/27/2004 | KRG | Telephone conference with J. Mummery; continue revisions to brief, proposed finding and declaration. | 3.10 | 697.50 |
| 1/28/2004 | KRG | Continue revisions to documents associated with summary judgment brief. | 4.90 | 1,102.50 |
| 1/29/2004 | KRG | Draft enlargement motion; continue revisions to brief. | 2.20 | 495.00 |
| 1/30/2004 | KRG | Telephone conference with J. Mummery. | 0.40 | 90.00 |
| | | For professional services rendered | 84.85 | $18,695.75 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 38.97 |
| $Courier | 22.25 |
| $Facsimile | 8.80 |
| $Long Dis Phone | 29.89 |
| $Photocopy | 213.20 |
| $Postage | 1.11 |
| Total costs | $314.22 |
| Total amount of this bill | $19,009.97 |
| Previous balance | $99,068.04 |

Exhibit G 200187

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217



The Sweetwater, A Wilderness Lodge

| | Amount |
|---|---|
| Balance due | $118,078.01 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 05, 2004

Invoice # 18282

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered February 1 - February 29, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/2/2004 | KRG | Edit and revise submissions; begin assembly of appendix; telephone conference with J. Mummery. | 2.50 | 562.50 |
| 2/3/2004 | KRG | Conference with E. Fluitt re: assembling appendix; telephone conference with J. Mummery. | 0.80 | 180.00 |
| 2/4/2004 | KRG | Review client's edits to declaration and objections to government's facts; add citations to briefs. | 4.90 | 1,102.50 |
| 2/5/2004 | KRG | Revise memorandum, proposed facts, J. Mummery Declaration and objections to government's proposed facts. | 2.50 | 562.50 |
| 2/6/2004 | KRG | Review and revise memorandum, proposed findings and appendix; draft motion to exceed page limitations. | 1.90 | 427.50 |
| 2/19/2004 | KRG | Respond to inquiries from Dept. of Justice re: Sweetwater brief. | 0.10 | 22.50 |
| | | For professional services rendered | 12.70 | $2,857.50 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 25.98 |
| $Courier | 60.25 |
| $Facsimile | 8.80 |
| $Long Dis Phone | 11.80 |
| $Photocopy | 86.80 |
| Total costs | $193.63 |
| Total amount of this bill | $3,051.13 |
| Previous balance | $118,078.01 |

Exhibit G 200177

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Balance due | $121,129.14 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

April 05, 2004

Invoice # 18339

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered March 1 - March 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/10/2004 | KRG | Telephone conference with J. Williamson re: discovery of color photographs and enlargement of time. | 0.10 | 22.50 |
| 3/15/2004 | MJW | Review government's motion for enlargement of time. | 0.30 | 48.00 |
| 3/23/2004 | KRG | Make docket control entry for government enlargement. | 0.10 | 22.50 |
| 3/30/2004 | KRG | Telephone conference with J. Williamson re: government's brief; review brief. | 0.40 | 90.00 |
| 3/31/2004 | KRG | Draft letter to J. Mummery re: government filing. | 0.10 | 22.50 |
| | | For professional services rendered | 1.00 | $205.50 |

Additional Charges :

| | |
|---|---|
| $Courier | 48.00 |
| $Facsimile | 4.40 |
| $Photocopy | 106.00 |
| $Postage | 15.70 |
| Total costs | $174.10 |
| Total amount of this bill | $379.60 |
| Previous balance | $121,129.14 |
| Balance due | $121,508.74 |

200176
Exhibit G

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

May 04, 2004

Invoice # 18369

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered April 1 - April 30, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2004 | KRG | Review pleadings re: date for identification of expert witnesses. | 0.10 | 22.50 |
| 4/5/2004 | KRG | Telephone conference with J. Mummery; draft letter to F. Kunz. | 1.10 | 247.50 |
| 4/8/2004 | KRG | Draft enlargement request; draft email to J. Williamson re: consent. | 0.30 | 67.50 |
| 4/26/2004 | KRG | Conference with J. Mummery; draft emal to Dept. of Justice re: enlargement request; draft enlargement. | 0.20 | 45.00 |
| | | For professional services rendered | 1.70 | $382.50 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 30.60 |
| $Photocopy | 421.94 |
| $Postage | 0.74 |
| Total costs | $453.28 |
| Total amount of this bill | $835.78 |
| Previous balance | $121,508.74 |
| Balance due | $122,344.52 |

Exhibit G 200175

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

June 04, 2004

Invoice # 18436

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered May 1 - May 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/3/2004 | KRG | Telephone conference with J. Mummery re: conference with M. Barker. | 0.20 | 45.00 |
| 5/17/2004 | KRG | Review government opposition brief; telephone conference with J. Mummery re: same. | 1.10 | 247.50 |
| 5/24/2004 | KRG | Draft fax to J. Mummery re: court reporter. | 0.10 | 22.50 |
| 5/25/2004 | KRG | Draft reply brief. | 4.30 | 967.50 |
| 5/25/2005 | KRG | Draft reply brief. double Bill credited in invoice 18704 | 4.30 | 967.50 |
| | | For professional services rendered | 10.00 | $2,250.00 |

Additional Charges :

| | |
|---|---|
| $Courier | 25.38 |
| $Facsimile | 8.60 |
| $Long Dis Phone | 2.06 |
| $Photocopy | 12.00 |
| $Postage | 0.37 |
| Total costs | $48.41 |
| Total amount of this bill | $2,298.41 |
| Previous balance | $122,344.52 |
| Balance due | $124,642.93 |
| | (55,642.93) |
| | $69,000 |

7/2/04 Pd $7584.63 Misc Exp Direct
ck 1942 $4,512.30 Steno.
ck 1940 43,546.93 Legal Fees
ck 1942 $55,642
Remaining Balance

Exhibit 9 200174

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

July 06, 2004

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18501

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered June 1 - June 30, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2004 | KRG | Draft reply brief. | 7.70 | 1,732.50 |
| 6/2/2004 | KRG | Continue drafting reply. | 5.20 | 1,170.00 |
| 6/3/2004 | KRG | Telephone conference with court reporter in Colorado re: deposition transcripts; draft inquiry to J. Cook re: research on payment; conference with A. Saltman re: case status; draft Power of Attorney; telephone conference with J. Mummery. | 1.80 | 405.00 |
| | AIS | Conference with K. Garden. | 0.20 | 70.00 |
| 6/4/2004 | KRG | Revise draft reply brief. | 2.20 | 495.00 |
| | JRC | Research re: paying court reporter. | 0.20 | 20.00 |
| 6/7/2004 | JRC | Research re: paying court reporter. | 0.20 | 20.00 |
| 6/9/2004 | KRG | Draft letter to client enclosing brief and outlining upcoming schedule. | 0.20 | 45.00 |
| | | For professional services rendered | 17.70 | $3,957.50 |

Additional Charges :

| | |
|---|---|
| $Courier | 12.69 |
| $Facsimile | 14.40 |
| $Long Dis Phone | 2.87 |
| $Photocopy | 28.60 |
| $Postage | 2.12 |
| Total costs | $60.68 |

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge



| | Amount |
|---|---|
| Total amount of this bill | $4,018.18 |
| Previous balance | $124,642.93 |
| Balance due | $128,661.11 |

Remaining bal. prior to this bill $69,000 –
New Fees This bill 3,957 50

Total Fees 72,957 50
Exp: this bill 60 68

$ 73,018 18
– 100 –

$ 72,918 18

Total bill $ 72,918 18
Exp 60 68

200173

Exhibit G

# SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217


August 03, 2004

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18539

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered July 1 - July 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/22/2004 | KRG | Review District Court decision on Term Special Use Permit; draft Notice of New Authority; conference with R. Tiger. | 2.10 | 472.50 |
| | RGT | Conference with K. Garden re: bringing supplemental information to court's attention. | 0.20 | 58.00 |
| 7/23/2004 | KRG | Revise Notice of New Authority; draft email to J. Mummery re: same. | 0.50 | 112.50 |
| 7/30/2004 | KRG | Telephone conference with J. Mummery re: So. Dist. of California court opinion involving special use permit. | 0.30 | 67.50 |
| | | For professional services rendered | 3.10 | $710.50 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 96.85 |
| $Courier | 6.34 |
| $Long Dis Phone | 2.43 |
| Total costs | $105.62 |

| | | |
|---|---|---|
| | Total amount of this bill | $816.12 |
| | Previous balance | $128,661.11 |
| 7/6/2004 | Payment - thank you. Check No. 1942 | ($51,130.63) |
| | Total payments and adjustments | ($51,130.63) |
| | Balance due | ~~$78,346.60~~ |

Missing $4512.30 pd direct to Jawsnick / Sunstrom

$ ~~73,728.68~~

Exhibit G

$ 73839.30

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

September 07, 2004

Invoice # 18644

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered August 1 - August 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/2/2004 | KRG | Telephone conference with J. Mummery re: notice of new authority; revise notice. | 1.00 | 225.00 |
| | | For professional services rendered | 1.00 | $225.00 |

Additional Charges :

| | |
|---|---|
| $Computer Resch | 16.14 |
| $Photocopy | 19.20 |
| $Postage | 1.06 |
| Total costs | $36.40 |
| Total amount of this bill | $261.40 |
| Previous balance | $78,346.60 |
| 8/26/2004 Write off for Court Reporter not paid by Firm. | ($4,512.30) |
| 8/26/2004 Write off for Court Reporter not paid by Firm. | ($100.00) |
| Total payments and adjustments | ($4,612.30) |
| Balance due | $73,995.70 |

200170
Exhibit G

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

October 05, 2004

(202) 452-2140
Fax: (202) 775-8217

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18704

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered September 1 - September 30, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/23/2004 | KRG | Telephone conference with Judge Merow's chambers re: hearing date; draft email to J. Mummery re: same. | 0.10 | 22.50 |
| | | For professional services rendered | 0.10 | $22.50 |
| | | Additional Charges : | | |
| | | $Courier | | 12.69 |
| | | Total costs | | $12.69 |
| | | Total amount of this bill | | $35.19 |
| | | Previous balance | | $73,995.70 |
| 10/5/2004 | | Credit for error in billing on Invoice #18436. | | ($967.50) |
| | | Total payments and adjustments | | ($967.50) |
| | | Balance due | | $73,063.39 |

Exhibit G 200163

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

November 03, 2004

(202) 452-2140
Fax: (202) 775-8217

Invoice # 18730

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered October 1 - October 31, 2004

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/5/2004 | KRG | Telephone conference with J. Mummery re: status; telephone conference with Judge Merow's secretary re: hearing date; telephone conference with J. Mummery re: same. | 0.80 | 180.00 |
| 10/13/2004 | KRG | Review recent court decision regarding lost profits and level of certainty; telephone conference with J. Williamson re: oral argument. | 0.20 | 45.00 |
| 10/18/2004 | KRG | Telephone conference with J. Williamson re: oral argument date; telephone conference with J. Mummery re: same. | 0.60 | 135.00 |
| 10/19/2004 | KRG | Telephone conference with Judge Merow's chambers and J. Williamson re: oral argument date; review Court Order and make docket entry. | 0.20 | 45.00 |
| | | For professional services rendered | 1.80 | $405.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 11.00 |
| $Photocopy | 2.00 |
| Total costs | $13.00 |
| Total amount of this bill | $418.00 |
| Previous balance | $73,063.39 |
| Balance due | $73,481.39 |

Exhibit G 200168

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

December 07, 2004

(202) 452-2140
Fax: (202) 775-8217

Invoice # 18839

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered November 1 - November 30, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/17/2004 | KRG | Begin preparing for oral argument. | 3.40 | 799.00 |
| 11/18/2004 | KRG | Telephone conference with J. Mummery re: oral argument. | 0.60 | 141.00 |
| | | For professional services rendered | 4.00 | $940.00 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 8.80 |
| $Long Dis Phone | 3.48 |
| $Photocopy | 13.50 |
| Total costs | $25.78 |
| Total amount of this bill | $965.78 |
| Previous balance | $73,481.39 |
| Balance due | $74,447.17 |

200167

Exhibit G

Kosciusko FAX (703) 997-1330

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

January 04, 2005

Invoice # 18857

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshore NF operated pursuant to a special use permit

For services rendered December 1 - December 31, 2004

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/3/2004 | KRG | Continue drafting oral argument presentation. | 1.40 | 329.00 |
| 12/6/2004 | KRG | Continue reviewing briefs and preparing for oral argument. | 5.10 | 1,198.50 |
| 12/7/2004 | KRG | Review briefs in case, documents from appendix and continue drafting oral argument presentation. | 5.10 | 1,198.50 |
| 12/8/2004 | KRG | Continue preparing for oral argument; revise presentation; review cases cited by government. | 8.30 | 1,950.50 |
| 12/9/2004 | KRG | Prepare for oral argument; conference with J. Mummery re: case; attend oral argument. | 8.40 | 1,974.00 |
| 12/10/2004 | KRG | Draft proposed press release; transmit to client; draft email to J. Williamson re: misstatement at oral argument; telephone conference with Judge Merow and J. Williamson re: same. | 1.80 | 423.00 |
| | | For professional services rendered | 30.10 | $7,073.50 |

Additional Charges :

| | |
|---|---|
| $Facsimile | 8.80 |
| $Photocopy | 2.50 |
| Total costs | $11.30 |
| Total amount of this bill | $7,084.80 |
| Previous balance | $74,447.17 |

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

February 03, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 18964

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For services rendered January 1 - January 31, 2005

Additional Charges :

| | | Amount |
|---|---|---|
| | $Long Dis Phone | 1.01 |
| | $Photocopy | 7.00 |
| | Total costs | $8.01 |
| | Interest on overdue balance | $408.05 |
| | Total amount of this bill | $416.06 |
| | Previous balance | $81,531.97 |
| 2/3/2005 | Payment from account | ($3,000.00) |
| | Total payments and adjustments | ($3,000.00) |
| | Balance due | $78,948.03 |
| | Previous balance of Retainer | $3,000.00 |
| | Payments made from Retainer | ($3,000.00) |
| | Payments made into Retainer | $0.00 |
| | New balance of Retainer | $0.00 |

pd 2/14/05 416.06 ck1971

int $ 407.05

prin $ 3,008.01

Exhibit H

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 07, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19034

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For services rendered February 1 - February 28, 2005

Additional Charges :

| | | Amount |
|---|---|---|
| | $Computer Resch | 48.42 |
| | Total costs | $48.42 |
| | Interest on overdue balance | $430.31 |
| | Total amount of this bill | $478.73 |
| | Previous balance | $78,948.03 |
| 2/17/2005 | Payment - thank you. Check No. 1971 | ($416.06) |
| | Total payments and adjustments | ($416.06) |
| | Balance due | $79,010.70 |

int 430.31
prin 554.52

pd # 984.83
3/16/05

Based on a Balance est at $78,984.83 on 2/28/05 Leaving a principal Balance of $78,000—

Exhibit H

**Total hours incurred by The Garden Law Firm, P.C. in 2005**

| Date | Description | Time |
|---|---|---|
| 1/10/2005 | T/C with Jeff Mummery re: Judge's Order and damage calculations | 0.9 |
| 1/18/2005 | T/C with Jeff Mummery re: schedule for discovery | 0.3 |
| 1/19/2005 | Draft discovery schedule | 1.0 |
| 1/21/2005 | T/C with Jeff Mummery re: status of case and damage preparation | 0.7 |
| 1/28/2005 | T/C with Jeff Mummery re: damages | 0.5 |
| 1/31/2005 | Review and respond to email from John Williamson (DOJ) re: trial schedule | 0.1 |
| 2/1/2005 | T/C with Jeff Mummery re: trial schedule: respond to email from John Williamson re: schedule; draft proposed schedule; T/C with John Williamson re: proposed trial schedule | 2.3 |
| 2/4/2005 | Review revised trial schedule proposed by DOJ; draft response | 0.2 |
| 2/17/2005 | T/C with John Williamson re: trial schedule; begin drafting interrogatories | 3.1 |
| 2/18/2005 | Continue drafting interrogatories | 1.1 |
| 2/21/2005 | T/C with Jeff Mummery re: damages | 1 |
| 2/24/2005 | T/C with Jeff Mummery re: appraisal issues | 0.4 |
| 2/25/2005 | Legal research re: fair market value and decisions by Judge Merow on FMV and value of property on federal land | 4.3 |
| 3/1/2005 | T/C with Jeff Mummery re: Fordyce decision; T/C with Keith Dahlem re: FS inquiries into lodge appraisals; T/C with Jeff Mummery re: same | 0.7 |
| 3/2/2005 | Legal research re: appropriate formula for damages; draft email to John Williamson re: discovery due date; T/C with Jeff Mummery re: Fordyce decision; Telephone call to Phil Lamb re: lodge sales; telephone call to Keith Dahlem re: same; telephone call to Bobby Coe re: same | 6.4 |

Exhibit I

| | | |
|---|---|---|
| 3/3/2005 | T/C with Keith Dahlem re: FS contacts with lodge owners; legal research re: compensation formulas for just compensation; research re: government's appraiser John Frome | 1.4 |
| 3/4/2005 | Revise draft interrogatories; T/C with Jeff Mummery re: appraisal value | 0.4 |
| 3/9/2005 | T/C with Jeff Mummery re: damage assessment | 0.5 |
| 3/10/2005 | Continue assessment of damage calculations | 1.1 |
| 3/11/2005 | T/C with Jeff Mummery re: damages; T/C with John Williamson re: site visit; T/C with Jeff Mummery re: same; T/C with Phil Lamb re: lodge sales | 4.1 |
| 3/15/2005 | T/C with Jeff Mummery re: site visit | 0.3 |
| 3/22/2005 | T/C with Jeff Mummery re: court date and discovery; T/C with John Williamson re: interrogatories; T/C with Court clerk re: trial date; T/C with Jeff Mummery re: same | 1.1 |
| 3/25/2005 | T/C with Judge Merow re: trial schedule; T/C with Jeff Mummery re: same | 0.4 |
| 3/29/2005 | T/C with Jeff Mummery re: reserving courtroom | 0.2 |
| 3/31/2005 | T/C with Jeff Mummery re: case strategy and probability of outcome; draft note to Judge Merow's chambers re: our reservation of Barling Room | 1.2 |
| 4/7/2005 | T/C with Jeff Mummery re: new potential witness and use of Que Mangas; T/C with John Williamson re: trial schedule | 0.8 |
| 4/11/2005 | Review and revise interrogatories; review issue of appraisal | 2.1 |
| 4/12/2005 | Review government interrogatories and begin drafting reply | 1.0 |
| 4/14/2005 | T/C with Jeff Mummert re: strategy for press coverage and presentation of case; T/C with J. Mummery re: damages | 2 |
| 4/15/2005 | T/C with J. Mummery re: Monte Barker testimony; legal research re: lost profits | 4.9 |
| 4/18/2005 | Legal research re: lost profits | 2.7 |

Exhibit I

| | | |
|---|---|---|
| 4/19/2005 | T/C with Jeff Mummery re: damage valuations; legal research re: Court of Federal Claims decisions analyzing lost profits and takings | 3.2 |
| 4/20/2005 | Revise response to interrogatories; outline evidence to be used to support damage claim; legal research re: interest on takings claims and establishing FMV | 6.3 |
| 4/27/2005 | Continue drafting response to interrogatories; T/C with J. Mummery re: preparing damage claim | 2.1 |
| 4/28/2005 | T/C with J. Mummery re: expert testimony and conference with B. Modell | 0.2 |
| 4/29/2005 | T/C with Mick Barrus; draft email to J. Mummery re: same and motion for costs; draft questions for M. Barrus's deposition based on his statement; draft questions for R. Aus | 1.3 |
| 5/2/2005 | Draft email to J. Williamson re: omission of Mick Barrus; review comparable sales data | 0.5 |
| 5/3/2005 | T/C with J. Mummery, J. Pucetas. Q. Mangus re: damages; T/C with J. Mummery and J. Pucetas re: same | 2.3 |
| 5/4/2005 | T/C with J. Mummery re: damages | 0.7 |
| 5/6/2005 | Review documents from DOJ re: lodge financial data; draft letter to expert re: same | 2.3 |
| 5/9/2005 | T/C with Q. Mangus re: appraisal; T/C with J. Mummery re: damages; review damage documents; review information on other lodges | 4.3 |
| 5/10/2005 | Review letter from J. Williamson re: M. Barrus; draft response; research re: lost profits; T/C with J. Williamson re: protective order and expert reports | 2.8 |
| 5/11/2005 | Draft email to client re: expert appraiser; T/C with Q. Mangus re: appraisal; T/C with J. Pucetas re: replacement value | 1.2 |
| 5/12/2005 | T/C with J. Mummery re: damages | 0.1 |
| 5/13/2005 | T/C with J. Pucetas re: report; T/C with J. Mummery re: P&L statements for 2002-2004 and lost profits | 1.3 |
| 5/16/2005 | Review financial statements from client; T/C w/ J. Pucetas re: report; review expert report from SiteTek | 2.5 |

| | | |
|---|---|---|
| 5/17/2005 | Review SiteTek draft report; T/C w/ J. Mummery re: financial documents; review financial documents and withdraw non-responsive items; T/C w/ J. Pucetas re: expert report | 2.3 |
| 5/18/2005 | Review summary by client of out of pocket expenses; review SiteTek documents; T/C w/ J. Mummery re: documents due to government; review appraisal by QM Appraisal; T/C w/ Q. Mangus re: questions as to same | 5.6 |
| 5/19/2005 | T/C w/ J. Mummery re: response to government interrogatories; revise interrogatory responses; review schedule provided by client; draft letter to J. Williamson re: schedules | 2.7 |
| 5/20/2005 | Revise and finalize production of document and interrogatory responses; T/C w/ J. Mummery re: same; T/C with Q. Mangus re: same; T/C w/ J. Mummery re: same | 8.7 |
| 5/23/2005 | T/C w/ J. Mummery re: govt. appraisal documents; review appraisal by J. Frome; T/C with J. Williamson re: protective order | 5.6 |
| 5/24/2005 | T/C w/ J. Mummery re: damages; T/C w/ J. Williamson; review motion for protective order; T/C w/ Court re: same; T/C w/ Phil Lamb re: same; review income report | 5.9 |
| 5/25/2005 | Continue review of J. Frome analysis; review govt. motion for protective order; T/C w/ J. Mummery; draft opposition to motion | 8.2 |
| 5/26/2005 | T/C w/ Q. Mangus re: J. Frome report; T/C w/ P. Lamb re: GFA at Elephant Head; T/C w/ J. Mummery re: cost of replacing bridges; draft email to J. Williamson re: deposition of W. Baker; T/C w/ J. Mummery re: DOJ contact w/ G. Fales | 3.1 |
| 5/27/2005 | T/C w/ J. Mummery re: damage assessment and From appraisals; T/C w/ J. Williamson re: depositions; T/C w/ J. Mummery re: deposition schedules | 2.1 |
| 6/1/2005 | T/C w/ J. Mummery re: projected profit calculations; continue preparing for Frome deposition | 3.2 |
| 5/6/2005 | Kinko's copy charge- Govt. documents from Lodge owners | |

Exhibit I

| | | |
|---|---|---|
| 6/3/2005 | T/C w/ J. Mummery re: expectation of profit; continue analysis of Frome appraisal and prepare deposition questions for same | 5.4 |
| 6/9/2005 | T/C w. J. Williamson re: depositions; T/C w/ J. Mummery; review email from Q. Mangus; review profit analysis by J. Mummery | 2.8 |
| 6/10/2005 | Review Frome appraisal to prepare for conf. w/ Q. Mangus; T/C w/ Q. Mangus re: lodge value; T/C w/ J. Mummery re: lost profit calculations | 5.1 |
| 6/15/2005 | T/C w/ J. Williamson re: depositions; draft email to client | 0.3 |
| 6/16/2005 | T/C w/ Q. Mangus; transmit documents to J. Williamson | 0.3 |
| 6/17/2005 | Prepare for Frome Deposition | 3.1 |
| 6/18/2005 | Continue preparing for deposition of J. Frome; draft questions for J. Frome; travel to Cody, WY | 5 |
| 6/19/2005 | Attend deposition of Q. Mangus and J. Mummery; prepare for deposition of J. Frome | 14.5 |
| 6/20/2005 | Depose J. Frome; conf. w/ P. Lamb and J.Parsons re: lodge characteristics | 7.9 |
| 6/22/2005 | Return from Cody, WY; review lost profit analysis prepared by J. Bakken | 5 |
| 6/26/2005 | Prepare deposition questions for J. Bakken | 1.3 |
| 6/27/2005 | Review revisions by J. Bakken to lost profit report; prepare questions for J. Bakken's deposition | 8.6 |
| 6/28/2005 | Continue preparing for deposition of J. Bakken; travel to Denver for deposition | 5.7 |
| 6/29/2005 | Prepare for and depose J. Bakken; attend deposition of J. Mummery | 8.5 |
| 6/30/2005 | Attend deposition of J. Pucetas; return from Denver, CO | 9.2 |
| 7/6/2005 | Begin drafting pretrial brief | 8.1 |
| 7/7/2005 | Continue drafting pretrial memorandum | 8.2 |
| 7/8/2005 | Continue drafting pretrial memorandum; T/C w/ J. Mummery re: same | 8.9 |

| | | |
|---|---|---|
| 7/9/2005 | Continue drafting exhibit list, witness list and pretrial memorandum | 7.8 |
| 7/11/2005 | Revise, finalize pretrial memorandum; T/C w/ J. Mummery re: same | 13.2 |
| 7/12/2005 | Begin drafting trial testimony questions; T/C w. J. Williamson re:exhibit list; review documents re: exhibits | 6.2 |
| 7/13/2005 | Draft outline of "best argument" for Forest Service to make | 0.8 |
| 7/14/2005 | Draft outline of facts for trial presentation; revise list of exhibits | 1.6 |
| 7/15/2005 | Review exhibit list; transmit to J. Williamson | 0.3 |
| 7/21/2005 | Continue preparing J. Mummery trial testimony | 3.5 |
| 8/2/2005 | Continue preparing J. Mummery and R. Aus trial testimony | 5.6 |
| 8/3/2005 | Draft trial testimony for W. Simpson and review deposition transcript | 3.8 |
| 8/4/2005 | Draft Larson and Fischer trial testimony | 6.1 |
| 8/8/2005 | Review notes on potential trial questions; draft email to J. Williamson re: protective order | 1.5 |
| 8/10/2005 | Draft trial questions | 2.2 |
| 8/11/2005 | Draft trial questions | 3.2 |
| 8/15/2005 | Draft trial questions | 4.1 |
| 8/16/2005 | Draft trial questions | 2.1 |
| 8/22/2005 | Teleconference w/ J. Mummery | 0.8 |
| 8/23/2005 | Review documents in Dep. Exh. 1; draft trial exhibit list | 5.8 |
| 9/4/2005 | Review deposition transcripts and prepare trial questions | 4.1 |
| 9/5/2005 | Review Aus and Larson deposition transcripts; draft trial questions | 5.2 |

| | | |
|---|---|---|
| 9/6/2005 | Review Larson deposition transcript and draft trial questions; attend pre-trial conference at Court; teleconference w/ J. Mummery re: same | 10.1 |
| 9/7/2005 | Continue reviewing Larson deposition; draft trial questions; revise Aus, Fischer and Watson trial questions | 9.7 |
| 9/8/2005 | Continue trial preparation; review depositions; draft trial questions | 15.3 |
| 9/9/2005 | Draft trial subpoenas; obtain file documents | 3.3 |
| 9/10/2005 | Prepare exhibit list; continue review of deposition transcripts | 9.8 |
| 9/11/2005 | Prepare for trial; draft trial questions | 2.1 |
| 9/13/2005 | Continue trial preparation; review depositions; draft trial questions | 11.6 |
| 9/14/2005 | Continue preparing for trial | 11.8 |
| 9/15/2005 | Continue preparing for trial | 11.2 |
| 9/17/2005 | Continue review of deposition transcripts and preparing trial questions | 8.1 |
| 9/18/2005 | Continue review of deposition transcripts and preparing trial questions | 12.5 |
| 9/19/2005 | Attend trial; prepare for following day | 16.1 |
| 9/20/2005 | Attend trial; prepare for following day | 18.1 |
| 9/21/2005 | Attend trial; prepare for following day | 17.5 |
| 9/22/2005 | Attend trial; prepare for following day | 17.1 |
| 9/23/2005 | Attend trial; prepare for following day | 11.1 |
| 9/24/2005 | Review deposition transcript of experts; prepare trial questions | 10.8 |
| 9/25/2005 | Review deposition transcript of experts; prepare trial questions | 9.8 |
| 9/26/2005 | Attend trial; prepare for following day | 15.2 |
| 9/27/2005 | Attend trial; prepare for following day | 14.1 |
| 9/28/2005 | Attend trial; prepare for following day | 10.1 |

| | | |
|---|---|---|
| 9/29/2005 | Attend trial; prepare for following day | 2.1 |
| 11/22/2005 | Continue drafting brief; T/C w/ J. Mummery re: same | 3.1 |
| 12/1/2005 | T/C w/ J. Mummery; draft motion for enlargement; draft emails to J. Williamson re: same | 0.5 |
| 12/5/2005 | Continue drafting post trial brief | 2 |
| 12/6/2005 | Continue drafting brief; T/C w/ J. Mummery re: same | 9.3 |
| 12/7/2005 | Continue reviewing transcript and drafting brief | 6.6 |
| 12/8/2005 | Continue drafting brief | 7.4 |
| 12/9/2005 | Continue reviewing transcript and drafting brief | 7.9 |
| 12/12/2005 | Continue drafting brief; T/C w/ J. Mummery | 11.4 |
| 12/13/2005 | Continue drafting brief: T/C w/ J. Mummery | 4.1 |
| 12/14/2005 | Continue drafting brief: T/C w/ J. Mummery re: same | 9.3 |
| 12/15/2005 | Continue drafting brief | 4.1 |
| 12/16/2005 | Continue drafting brief | 13.1 |
| 12/19/2005 | T/C w/ J. Mummery re: brief; continue drafting same | 7.2 |
| 12/20/2005 | T/C w/ J. Mummery; continue drafting brief | 9.7 |
| 12/21/2005 | T/C w/ J. Mummery re: brief; continue drafting same | 7.4 |
| 12/22/2005 | T/C w/ J. Mummery; edit brief | 0.5 |
| 12/23/2005 | T/C w/ J. Williamson re: brief; forward same to J. Mummery | 0.3 |
| | | 662.9 |

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

February 21, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered

| | Description | Rate/hour | Time | Total Fees |
|---|---|---|---|---|
| 1/10/2005 | T/C with Jeff Mummery re: Judge's Order and damage calculations | $235 | 0.9 | $ 211.50 |
| 1/18/2005 | T/C with Jeff Mummery re: schedule for discovery | $235 | 0.3 | $ 70.50 |
| 1/19/2005 | Draft discovery schedule | $235 | 1.0 | $ 235.00 |
| 1/21/2005 | T/C with Jeff Mummery re: status of case and damage preparation | $235 | 0.7 | $ 164.50 |
| 1/28/2005 | T/C with Jeff Mummery re: damages | $235 | 0.5 | $ 117.50 |
| 1/31/2005 | Review and respond to email from John Williamson (DOJ) re: trial schedule | $235 | 0.1 | $ 23.50 |
| | Total amount of this invoice | | | **$ 822.50** |

Exhibit I

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

March 14, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered

| Date | Description | Rate/hour $235 | Time | Total Fees |
|---|---|---|---|---|
| 2/1/2005 | T/C with Jeff Mummery re: trial schedule: respond to email from John Williamson re: schedule; draft proposed schedule; T/C with John Williamson re: proposed trial schedule | | 2.3 | $ 540.50 |
| 2/4/2005 | Review revised trial schedule proposed by DOJ; draft response | | 0.2 | $ 47.00 |
| 2/17/2005 | T/C with John Williamson re: trial schedule; begin drafting interrogatories | | 3.1 | $ 728.50 |
| 2/18/2005 | Continue drafting interrogatories | | 1.1 | $ 258.50 |
| 2/21/2005 | T/C with Jeff Mummery re: damages | | 1 | $ 235.00 |
| 2/24/2005 | T/C with Jeff Mummery re: appraisal issues | | 0.4 | $ 94.00 |
| 2/25/2005 | Legal research re: fair market value and decisions by Judge Merow on FMV and value of property on federal land | | 4.3 | $ 1,010.50 |
| | Total Amount Due This Invoice | | | **$ 2,914** |

Exhibit I

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

April 13, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered

| Date | Description | Hourly rate of $235 | Time | Total Fee |
|---|---|---|---|---|
| 3/1/2005 | T/C with Jeff Mummery re: *Fordyce* decision; T/C with Keith Dahlem re: FS inquiries into lodge appraisals; T/C with Jeff Mummery re: same | | 0.7 | $ 164.50 |
| 3/2/2005 | Legal research re: appropriate formula for damages; draft email to John Williamson re: discovery due date; T/C with Jeff Mummery re: *Fordyce* decision; Telephone call to Phil Lamb re: lodge sales; telephone call to Keith Dahlem re: same; telephone call to Bobby Coe re: same | | 6.4 | $ 1,504.00 |
| 3/3/2005 | T/C with Keith Dahlem re: FS contacts with lodge owners; legal research re: compensation formulas for just compensation; research re: government's appraiser John Frome | | 1.4 | $ 329.00 |
| 3/4/2005 | Revise draft interrogatories; T/C with Jeff Mummery re: appraisal value | | 0.4 | $ 94.00 |
| 3/9/2005 | T/C with Jeff Mummery re: damage assessment | | 0.5 | $ 117.50 |
| 3/10/2005 | Continue assessment of damage calculations | | 1.1 | $ 258.50 |
| 3/11/2005 | T/C with Jeff Mummery re: damages; T/C with John Williamson re: site visit; T/C with Jeff Mummery re: same; T/C with Phil Lamb re: lodge sales | | 4.1 | $ 963.50 |

| | | | |
|---|---|---|---|
| 3/15/2005 | T/C with Jeff Mummery re: site visit | 0.3 | $ 70.50 |
| 3/22/2005 | T/C with Jeff Mummery re: court date and discovery; T/C with John Williamson re: interrogatories; T/C with Court clerk re: trial date; T/C with Jeff Mummery re: same | 1.1 | $ 258.50 |
| 3/25/2005 | T/C with Judge Merow re: trial schedule; T/C with Jeff Mummery re: same | 0.4 | $ 94.00 |
| 3/29/2005 | T/C with Jeff Mummery re: reserving courtroom | 0.2 | $ 47.00 |
| 3/31/2005 | T/C with Jeff Mummery re: case strategy and probability of outcome; draft note to Judge Merow's chambers re: our reservation of Barling Room | 1.2 | $ 282.00 |
| | Total amount due this invoice | | $ 4,183.00 |
| | Unpaid amounts from prior bills | | $ 2,914.00 |
| | Total amount due | | $ 7,097.00 |

If you have any questions regarding the above, please give us a call.

Exhibit I

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

May 17, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered (April 2005)

| Date | Description | Hourly rate of $235 | Time | | Total Fee |
|---|---|---|---|---|---|
| 4/7/2005 | T/C with J. Mummery re: new potential witness and use of Que Mangus; T/C with John Williamson re: trial schedule | | 0.8 | $ | 188.00 |
| 4/11/2005 | Review and revise interrogatories; review issue of appraisal | | 2.1 | $ | 493.50 |
| 4/12/2005 | Review government interrogatories and begin drafting reply | | 1.0 | $ | 235.00 |
| 4/14/2005 | T/C with J. Mummery re: strategy for press coverage and presentation of case; T/C with J. Mummery re: damages | | 2 | $ | 470.00 |
| 4/15/2005 | T/C with J. Mummery re: Monte Barker testimony; legal research re: lost profits | | 4.9 | $ | 1,151.50 |
| 4/18/2005 | Legal research re: lost profits | | 2.7 | $ | 634.50 |
| 4/19/2005 | T/C with J. Mummery re: damage valuations; legal research re: Court of Federal Claims decisions analyzing lost profits and takings | | 3.2 | $ | 752.00 |
| 4/20/2005 | Revise response to interrogatories; outline evidence to be used to support damage claim; legal research re: interest on takings claims and establishing FMV | | 6.3 | $ | 1,480.50 |

| | | | | |
|---|---|---|---|---|
| 4/27/2005 | Continue drafting response to interrogatories; T/C with J. Mummery re: preparing damage claim | 2.1 | $ | 493.50 |
| 4/28/2005 | T/C with J. Mummery re: expert testimony and conference with B. Modell | 0.2 | $ | 47.00 |
| 4/29/2005 | T/C with Mick Barrus; draft email to J. Mummery re: same and motion for costs; draft questions for M. Barrus's deposition based on his statement; draft questions for R. Aus | 1.3 | $ | 305.50 |
| | Total of this invoice | | **$** | **6,251.00** |
| | Total due from prior invoices | | $ | 7,097.00 |
| | Total amount due | | **$** | **13,348.00** |

If you have any questions regarding the above, please give us a call.

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

June 10, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Professional Services Rendered (May 2005)

| Date | Description | Hourly rate of $235 | Time | | Total Fee |
|---|---|---|---|---|---|
| 5/2/2005 | Draft email to J. Williamson re: omission of Mick Barrus; review comparable sales data | | 0.5 | $ | 117.50 |
| 5/3/2005 | T/C with J. Mummery, J. Pucetas. Q. Mangus re: damages; T/C with J. Mummery and J. Pucetas re: same | | 2.3 | $ | 540.50 |
| 5/4/2005 | T/C with J. Mummery re: damages | | 0.7 | $ | 164.50 |
| 5/6/2005 | Review documents from DOJ re: lodge financial data; draft letter to expert re: same | | 2.3 | $ | 540.50 |
| 5/9/2005 | T/C with Q. Mangus re: appraisal; T/C with J. Mummery re: damages; review damage documents; review information on other lodges | | 4.3 | $ | 1,010.50 |
| 5/10/2005 | Review letter from J. Williamson re: M. Barrus; draft response; research re: lost profits; T/C with J. Williamson re: protective order and expert reports | | 2.8 | $ | 658.00 |
| 5/11/2005 | Draft email to client re: expert appraiser; T/C with Q. Mangus re: appraisal; T/C with J. Pucetas re: replacement value | | 1.2 | $ | 282.00 |
| 5/12/2005 | T/C with J. Mummery re: damages | | 0.1 | $ | 23.50 |
| 5/13/2005 | T/C with J. Pucetas re: report; T/C with J. Mummery re: P&L statements for 2002-2004 and | | 1.3 | $ | 305.50 |

| | | | | |
|---|---|---|---|---|
| | lost profits | | | |
| 5/16/2005 | Review financial statements from client; T/C w/ J. Pucetas re: report; review expert report from SiteTek | 2.5 | $ | 587.50 |
| 5/17/2005 | Review SiteTek draft report; T/C w/ J. Mummery re: financial documents; review financial documents and withdraw non-responsive items; T/C w/ J. Pucetas re: expert report | 2.3 | $ | 540.50 |
| 5/18/2005 | Review summary by client of out of pocket expenses; review SiteTek documents; T/C w/ J. Mummery re: documents due to government; review appraisal by QM Appraisal; T/C w/ Q. Mangus re: questions as to same | 5.6 | $ | 1,316.00 |
| 5/19/2005 | T/C w/ J. Mummery re: response to government interrogatories; revise interrogatory responses; review schedule provided by client; draft letter to J. Williamson re: schedules | 2.7 | $ | 634.50 |
| 5/20/2005 | Revise and finalize production of document and interrogatory responses; T/C w/ J. Mummery re: same; T/C with Q. Mangus re: same; T/C w/ J. Mummery re: same | 8.7 | $ | 2,044.50 |
| 5/23/2005 | T/C w/ J. Mummery re: govt. appraisal documents; review appraisal by J. Frome; T/C with J. Williamson re: protective order | 5.6 | $ | 1,316.00 |
| 5/24/2005 | T/C w/ J. Mummery re: damages; T/C w/ J. Williamson; review motion for protective order; T/C w/ Court re: same; T/C w/ Phil Lamb re: same; review income report | 5.9 | $ | 1,386.50 |
| 5/25/2005 | Continue review of J. Frome analysis; review govt. motion for protective order; T/C w/ J. Mummery; draft opposition to motion | 8.2 | $ | 1,927.00 |
| 5/26/2005 | T/C w/ Q. Mangus re: J. Frome report; T/C w/ P. Lamb re: GFA at Elephant Head; T/C w/ J. Mummery re: cost of replacing bridges; draft email to J. Williamson re: deposition of W. Baker; T/C w/ J. Mummery re: DOJ contact w/ G. Fales | 3.1 | $ | 728.50 |
| 5/27/2005 | T/C w/ J. Mummery re: damage assessment and From appraisals; T/C w/ J. Williamson re: depositions; T/C w/ J. Mummery re: deposition schedules | 2.1 | $ | 493.50 |



Exhibit I

| | | | |
|---|---|---|---|
| 6/1/2005 | T/C w/ J. Mummery re: projected profit calculations; continue preparing for Frome deposition | 3.2 | $ 752.00 |
| | ***Total legal fees*** | | **$ 15,369.00** |

***Out of pocket charges***

| | | |
|---|---|---|
| 5/6/2005 | Kinko's copy charge- Govt. documents from Lodge owners | $ 25.99 |
| 5/20/2005 | Kinko's Copy Charge- Govt. Reports | $ 87.04 |
| 5/20/2005 | UPS Charge-shipping Govt. Reports | $ 63.78 |
| 5/27/2005 | Airline ticket- DC--Cody, WY | $ 497.91 |
| 5/27/2005 | Airline ticket- DC--Denver, CO | $ 443.10 |
| | ***Total out-of-pocket expenses*** | **$ 1,117.82** |
| | ***Total amount of this invoice*** | **$ 16,486.82** |
| | ***Amounts unpaid from prior invoices*** | $ 9,348.00 |
| | ***Total amount due*** | $ **25,834.82** |

If you have any questions regarding the above, please give us a call.



Exhibit I

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

July 18, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Out of pocket expenses

| | | |
|---|---|---|
| 6/18-22/2005 | Holiday Inn-Cody, WY | $647.91 |
| 6/28/2005 | Taxi | $13.00 |
| 6/29/2005 | Lunch (Lakewood, CO) | $26.59 |
| 6/30/2005 | Taxi | $14.00 |
| 6/28--30/2005 | Rental Car | $212.06 |
| 6/30/2005 | Rental Car Gas | $7.41 |
| | Outstanding out of pocket expenses | $1,117.82 |
| | Current amount of out of pocket expenses due | $2,038.79 |

If you have any questions regarding the above, please give us a call.

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

October 24, 2005

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

Out of pocket expenses (September-trial)

| | | |
|---|---|---|
| | Air Travel (DC-Cody) | $ 533.90 |
| 9/13/2005 | FedEx charge (Alexandria-Cody) | $ 149.49 |
| 9/14/2005 | Kinko's copy charge | $ 17.20 |
| 9/14/2005 | Kinko's copy charge | $ 57.08 |
| 9/14/2005 | Kinko's copy charge | $ 79.49 |
| 9/15/2005 | FedEx charge (Alexandria-Cody) | $2,177.93 |
| 9/15/2005 | Kinko's copy charge | $ 31.00 |
| 9/17/2005 | United Airlines Excess Baggage Fee | $ 25.00 |
| 9/17/2005 | United Airlines Excess Baggage Fee | $ 34.00 |
| 9/17/2005 | Quiznos-Restaurant | $ 3.36 |
| 9/21/2005 | Sunset House- Restaurant | $ 17.30 |
| 9/22/2005 | Sunset House- Restaurant | $ 18.18 |
| 9/22/2005 | Sunset House- Restaurant | $ 15.95 |
| 9/24/2005 | Dairy Queen-Restaurant | $ 5.19 |
| 9/24/2005 | Sunset House- Restaurant | $ 12.05 |
| 9/25/2005 | Sunset House- Restaurant | $ 9.57 |
| 9/26/2005 | Cassie's Supper Club (KRG: J. Pucetas) | $ 66.34 |
| 9/26/2005 | Sunset House- Restaurant | $ 29.43 |
| | United Airlines- change of reservation fee | $ 100.00 |
| | | $3,382.46 |

If you have any questions regarding the above, please give us a call.