***Law Office of John O. Housel***
1100 Rumsey Avenue
Cody, WY 82414

Ph:307 587-4216 Fax:

Jeffrey C. Mummery
36 Breteche Creek Road
Cody, Wyoming
82414

October 3, 2005

File #: 01-0008
Inv #: 4

**Attention:**

**RE:** Review briefs on and consult with Jeff about Sweetwater Claim against Forest Service

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-19-05 | Discuss with Jeff Claims Hearing in September and trial strategies. | 0.50 | 57.50 | JOH |
| Aug-23-05 | Read portion of government brief | 1.40 | 161.00 | JOH |
| Aug-24-05 | Complete review of Plaintiff's and Defendant's Brief and notate concerns and observations. | 2.45 | 281.75 | JOH |
| | Confer with Jeff about issues and concerns in trial briefs and discuss with Jeff trial strategies and possible approaches to recovery of damages. | 3.55 | 408.25 | JOH |
| | Totals | 7.90 | $908.50 | |
| | Discount for inordinant review time. | | 100.00 | |
| | Total Fees After Discount | | $808.50 | |
| | **Total Fee & Disbursements** | | | **$808.50** |
| | **Balance Now Due** | | | **$808.50** |

Exhibit J

Hours incurred by The Sweetwater through
The Garden Law Firm, P.C. in 2006

| Date | Description | Time |
|---|---|---|
| 1/6/2006 | Draft enlargement motion | 0.3 |
| 1/17/2006 | Draft response to FS post-trial brief | 3.6 |
| 1/18/2006 | Draft response | 5.1 |
| 1/19/2006 | Continue drafting brief | 4.4 |
| 1/20/2006 | Continue drafting brief | 8.1 |
| 1/21/2006 | Continue drafting response to government proposed facts | 7.3 |
| 1/23/2006 | Continue drafting post trial briefs; T/C w/ J. Mummery re: same | 3.3 |
| 1/24/2006 | T/C w/ J. Mummery | 0.5 |
| 1/26/2006 | Continue drafting post trial brief; T/C w/ J. Mummery | 9.4 |
| 1/27/2006 | Continue drafting post trial briefs; T/C w/ J. Mummery | 10.1 |
| 1/30/2006 | Review client's edits to briefs | 0.8 |
| 1/31/2006 | Finalize post trial briefs | 1.8 |
| 8/25/2006 | Review Court decision; T/C w/ J. Mummery re: same; transmit decision to J. Mummery | 1.2 |
| 8/27/2006 | Continue review of Court decision; T/C w/ J. Mummery re: same | 2.4 |
| 8/28/2006 | Continue review of Court decision; T/C w/ J. Mummery re: reconsideration | 2.1 |
| 8/29/2006 | Review message from J. Mummery; T/C w/ J. Mummery re: reconsideration; begin drafting reconsideration | 6.4 |

Exhibit K

| | | |
|---|---|---|
| 8/30/2006 | T/C w/ J. Mummery re: reconsideration; continue drafting reconsideration motion; T/C w/ J. Mummery re: additional thoughts on reconsideration; review voicemail from J. Mummery; return call to J. Mummery | 5.9 |
| 8/30/2006 | Computer legal research | 2 |
| 8/31/2006 | T/C w/ J. Mummery re: reconsideration and EAJA application; review draft motion | 2.4 |
| 9/5/2006 | Computer legal research re: standard of review for motions for reconsideration | 1 |
| 9/5/2006 | T/C w/ J. Mummery re: motion; revise motion per conversation w/ J. Mummery; review handwritten notes from J. Mummery re: Court decision | 4.9 |
| 9/6/2006 | T/C w/ J. Mummery; T/C w/ J. Mummery re: reconsideration motion | 1.8 |
| 9/8/2006 | T/C w/ J. Mummery re: reconsideration motion; revise motion per same | 2.5 |
| 9/10/2006 | Revise motion for reconsideration re: post-termination expenditures | 4.9 |
| 9/11/2006 | T/C w/ J. Mummery; revise motion; prepare and assemble attachments; file w/ Court | 7.1 |
| 9/12/2006 | T/C w/ J. Mummery re: motion and scheduling order; correct motion; T/C w/ J. Mummery re: same | 1.7 |
| 9/13/2006 | T/C w/ J. Mummery re: reconsideration and EAJA application | 1.2 |
| 9/15/2006 | T/C w/ J. Mummery | 1.7 |
| 9/15/2006 | Legal research re: EAJA cases issued by CFC | 0.4 |
| 9/18/2006 | T/C w/ J. Mummery; continue drafting EAJA application | 7.1 |
| 9/19/2006 | Continue drafting EAJA application; review documents from client; T/C w/ J. Mummery | 2.3 |
| 9/22/2006 | T/C w/ J. Mummery; continue revising EAJA application; finalize same and exhibits; file at Court | 4.6 |

| | | |
|---|---|---|
| 9/20/2006 | T/C J. Mummery; continue drafting EAJA motion; assemble exhibits for same | 9.4 |
| 9/21/2006 | T/C w/ J. Mummery re: EAJA application; revise same; prepare exhibits | 7.8 |
| 10/5/2006 | Review govt. opposition to motion to reconsider; T/C w/ J. Mummery re: same: begin drafting reply | 3.1 |
| 10/6/2006 | Continue drafting reply; T/C w/ J. Mummery re: same | 7.9 |
| 10/10/2006 | T/C w/ J. Mummery re: Court order on reconsideration; draft letter to clerk re: return of certified judgment; draft notice of same and file at Court | 1.7 |
| 10/11/2006 | T/C w/ J. Mummery | 1.2 |
| 10/14/2006 | T/C w/ J. Mummery re: EAJA process and documents needed to transfer lodge to govt. | 0.5 |
| 10/16/2006 | T/C w/ J. Mummery re: arranging for exchange of sale documents | 0.2 |
| 10/20/2006 | Draft email to G. Schwind re: documents transfering lodge ownership | 0.1 |
| 10/23/2006 | T/C w/ J. Mummery re: EAJA and ramifications of reconsideration | 1.4 |
| 10/25/2006 | T/C w/ J. Mummery re: sale document for lodge facility; locate Sweetwater sale document from Brannon's and review; draft email to G. Schwind re: appeal and sale document | 1.3 |
| 10/26/2006 | T/C w/ J. Mummery re: sale document | 0.2 |
| 10/27/2006 | T/C w/ J. Mummery re: disposition of personal property at lodge; draft Buy Sell Agreement; draft emal to G. Schwind re: removal of personal property | 2 |
| 10/31/2006 | T/C w/ J. Mummery re: Buy Sell Agreement for lodge facilities | 1.4 |
| 11/1/2006 | T/C w/ J. Mummery re: documents to transfer lodge facilities | 0.3 |
| 11/6/2006 | T/C w/ J. Mummery re: status and EAJA claim | 0.5 |

| | | |
|---|---|---|
| 11/9/2006 | T/C w/ J. Mummery re: bill of sale; revise bill of sale and draft email to J. Mummery | 0.3 |
| 11/10/2006 | T/C w. J. Mummery re: sale documentation; revise sale documents; draft calculations of total payment; send to G. Schwind | 1 |
| 11/15/2006 | T/C w/ J. Mummery re: EAJA application | 0.1 |
| 11/27/2006 | Draft email to G. Schwind re: sales agreement | 0.1 |
| 11/28/2006 | T/C w/ J. Mummery re: removal of personal property; draft email to G. Schwind re: same | 0.3 |
| 11/29/2006 | Review Court order re: EAJA; verify filing dates; draft email to J. Mummery | 0.3 |
| 11/30/2006 | T/C w/ J. Mummery re: EAJA application | 1.3 |
| | | 160.7 |

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

September 18, 2006

**VIA EMAIL**
Jeff Mummery
The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

*Reimbursement for fees paid to witnesses for trial appearances*

| | | |
|---|---|---|
| 9/9/2005 | Witness fee- Gary Reynolds | $ 46.98 |
| 9/9/2005 | Witness fee- James Fischer | $ 396.80 |
| | | **$ 443.78** |

*If you have any questions regarding the above, please give us a call.*

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH


E.I.N. 65-1228258.
S.S. #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

## INVOICE

**TO:** **The Sweetwater, A Wilderness Lodge, LLC**
Attn: Jeff Mummery
36 Breteche Creek Road
Wapiti, Wyoming 82450

**FOR:** Limited Summary Report
Sweetwater Lodge
2235 Northfork Highway
Cody, WY. 82414

**FEE:** **$4,000.00**

**DATE:** May 16, 2004

**THANK YOU**

(8)

Exhibit L

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

## INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

**EXPERT WITNESS PREPARATION**
**The Sweetwater, A Wilderness Lodge vs United States**

Dates 2/22/05 – 6/13/05

| | | |
|---|---|---|
| Description | Meetings and phone conversations with Jeff Mummery | 21 Hours |
| | Phone Conversations with Kevin Garden | 3 Hours |
| | Initial Lodge Inspection 3/15/05 | 4 Hours |
| | Last Lodge Inspection 5/04/05 | 4 Hours |
| | **TOTAL PREPARATION TIME 32 Hours @ $125/hour =** | **$4,000** |
| | **Copies of John Frome Reports to Jeff Mummery – 1 hour** | **$125** |
| | **Depositions 6/19/05 and 6/20/05 – 8 Hours @ $175/hour** | **$1,400** |
| | **Balance on Appraisal** | **$2,000** |

**TOTAL AMOUNT DUE $7,525**

Pd deposite of $2000 5/20/05

**DATE:** July 5, 2005

The amount payable is due upon receipt of this bill. A late fee of **1.5%** will be incurred after July 15, 2005 and will be continued to be assessed on a monthly compounding basis.

Exhibit L

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

# INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

**EXPERT WITNESS PREPARATION**
**The Sweetwater, A Wilderness Lodge vs United States**

Dates 2/22/05 – 6/13/05

| | | |
|---|---|---|
| Description | Meetings and phone conversations with Jeff Mummery | 21 Hours |
| | Phone Conversations with Kevin Garden | 3 Hours |
| | Initial Lodge Inspection 3/15/05 | 4 Hours |
| | Last Lodge Inspection 5/04/05 | 4 Hours |
| | **TOTAL PREPARATION TIME 32 Hours @ $125/hour =** | **$4,000** |
| | **Copies of John Frome Reports to Jeff Mummery – 1 hour** | **$125** |
| | **Depositions 6/19/05 and 6/20/05 – 8 Hours @ $175/hour** | **$1,400** |
| | **Balance on Appraisal** | **$2,000** |

PAST AMOUNT DUE $7,525

**CURRENT AMOUNT DUE $7,752.44**

**DATE:** August 10, 2005

The amount payable is due upon receipt of this bill. A late fee of **1.5%** will be incurred after July 15, 2005 and will be continued to be assessed on a monthly compounding basis.

Exhibit L

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

# INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

**EXPERT WITNESS PREPARATION**
**The Sweetwater, A Wilderness Lodge vs United States**

Dates 2/22/05 – 6/13/05

| | | |
|---|---|---|
| Description | Meetings and phone conversations with Jeff Mummery | 21 Hours |
| | Phone Conversations with Kevin Garden | 3 Hours |
| | Initial Lodge Inspection 3/15/05 | 4 Hours |
| | Last Lodge Inspection 5/04/05 | 4 Hours |
| | **TOTAL PREPARATION TIME 32 Hours @ $125/hour =** | **$4,000** |
| | **Copies of John Frome Reports to Jeff Mummery – 1 hour** | **$125** |
| | **Depositions 6/19/05 and 6/20/05 – 8 Hours @ $175/hour** | **$1,400** |
| | **Balance on Appraisal** | **$2,000** |

PAST AMOUNT DUE $7,525

**CURRENT AMOUNT DUE $7,868.73**

**DATE:** September 10, 2005

The amount payable is due upon receipt of this bill. A late fee of **1.5%** will be incurred after July 15, 2005 and will be continued to be assessed on a monthly compounding basis.

**I WILL NOT BE AVAILABLE FOR EXPERT WITNESS TESTIMONY UNTIL FULL PAYMENT IS RECEIVED.**

Exhibit L

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

#8,918.73

Tax I.D. #65-1228258
S.S. #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

## INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

| | |
|---|---|
| Expert Witness Testimony – 6 Hours @ $175 per hour | $1,050.00 |
| Past Due Interest | $343.73 |
| **Total Due:** | **$1,393.73** |
| **DATE:** | October 20, 2005 |

Thank you

Pmts to QM
5/20/05 ck #1988 $2000—
9/27/05 ck #2001 $7525—

Total Q.M
$10,918.73

Pd $1,000 11/3/05
Remaining bal. $393.73

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

## INVOICE

Should be
$ 393.73
70.88
$464.61

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

50 - ($1000 already pd 11/3/05)

| | |
|---|---|
| Expert Witness Testimony – 6 Hours @ $175 per hour | ~~$1,050.00~~ |
| Past Due Interest | ~~$567.48~~ |
| Phone Consultation with Jeff Mummery 8/29/06<br>½ hour @ $100 per hour | $50.00 |
| Phone Consultation with Kevin Garden 8/30/06<br>½ hour @ $100 per hour | $50.00 |
| **Total Due:** | ~~$1,717.48~~ $564.71 |
| **DATE:** | September 4, 2006 |

Thank you

Total Pd to date: $10,525
Amt Still Owed: 564.71
Total Cost: $11,089.71

# QM APPRAISAL

1139 RUMSEY AVENUE CODY, WYOMING 82414 (307) 587-2313
RESIDENTIAL * COMMERCIAL * FARM & RANCH

Tax I.D. #65-1228258
S.S. #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

# INVOICE

**TO:** **Jeff Mummery**
Breteche Creek Road
Cody, Wyoming 82414

| | |
|---|---|
| Services Rendered | $464.53 |
| Phone Consultation with Jeff Mummery 8/29/06<br>½ hour @ $100 per hour | $50.00 |
| Phone Consultation with Kevin Garden 8/30/06<br>½ hour @ $100 per hour | $50.00 |
| **Total Due:** | **$564.53** |
| **DATE:** | September 14, 2006 |

Thank you

Exhibit L

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/17/2005 | SL0505-1 |

SiteTek
Financial Arts

*Value Strategies for the Built Environment*

| BILL TO |
|---|
| Sweetwater Lodge<br>35 Breteche Creek Road<br>Cody, WY 82414<br>Attention: Jeff Mummery |

| TERMS |
|---|
| Net 30 Days |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services rendered: Property Survey/Data Collection, Consultation and Airfare for on-site visit to Cody, Wyoming May 1-3, 2005. Lump Sum Fee: | | 2,500.00 | 2,500.00 |
| PLEASE REMIT TO:<br><br>SiteTek Financial Arts, Inc.<br>P.O. Box 19778<br>Fountain Hills AZ 85269-9778 | Pd 5/20/05 ck 1991 | | |

SWEETWATER LODGE

**Total** $2,500.00

Exhibit M

SiteTek
Financial Arts

Value Strategies for the Built Environment

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/27/2005 | SL0505-2 |

| BILL TO |
|---|
| Sweetwater Lodge<br>35 Breteche Creek Road<br>Cody, WY 82414<br>Attention: Jeff Mummery |

| TERMS |
|---|
| Net 30 Days |

| DESCRIPTION | AMOUNT |
|---|---|
| PHASE II:<br>Reproduction Cost New Less Physical Depreciation Estimate of the Facilities at the Sweetwater, a Wilderness Lodge, Shoshone National Forest, Cody, Wyoming | 6,000.00 |
| REMIT TO:<br>SiteTek Financial Arts, Inc.<br>16010 Aspen Drive<br>Fountain Hills AZ 85268 | |
| Determination & Defense of the Reproduction Cost New of the Facilities @ The Sweetwater | **Total** $6,000.00 |

Exhibit M

SiteTek
Financial Arts

*Value Strategies for the Built Environment*

# INVOICE

**DATE:** July 7, 2005
**INVOICE NO:** SL0705-1

**BILL TO:**

Mr. Jeff Mummery
The Sweetwater, A Wilderness Lodge, LLC
35 Breteche Creek Road
Cody, WY 82414

**PROJECT:**

Determination and Defense of the Reproduction Cost New of the Facilities at the Sweetwater, A Wilderness Lodge, Shoshone National Forest, Cody, Wyoming

| DESCRIPTION | AMOUNT |
|---|---|
| Preparation and testimony at deposition in US Forest Service office, Denver, Colorado on June 29 & 30, 2005. Per terms of agreement dated May 24, 2005 Phase IV Services: Participation as a subject matter expert in legal proceedings | |
| Project Manager / Architect, John Pucetas – 6 hours @ $150 / hr. | $ 900.00 |
| Expenses: Airfare: $ 181.20 (split with another client) | |
| Airport Parking: $ 27.50 (split with another client) | |
| Total Expenses: | $ 208.70 |
| **TOTAL DUE** | **$ 1,108.70** |
| **TERMS: Net 30 Days** | |

**REMIT TO:** **SiteTek Financial Arts, Inc.**
**16010 Aspen Drive**
**Fountain Hills, AZ. 85268**

Exhibit M

SiteTek
Financial Arts

*Value Strategies for the Built Environment*

# 13,129.05

# INVOICE

**DATE:** Oct. 11, 2005
**INVOICE NO:** SL1005-1

**BILL TO:**

Mr. Jeff Mummery
The Sweetwater, A Wilderness Lodge, LLC
35 Breteche Creek Road
Cody, WY 82414

pmts 5/26/05 ck 1991 $2500
9/22 ck 2002 $6000
11/3 1,108.70
3,520.35
13,129.05

**PROJECT:**

Determination and Defense of the Reproduction Cost New of the Facilities at the Sweetwater, A Wilderness Lodge, Shoshone National Forest, Cody, Wyoming

| DESCRIPTION | AMOUNT |
|---|---|
| Preparation and testimony at trial against the U.S. Forest Service in Cody, Wyoming on September 26 & 27, 2005. Per terms of agreement dated May 24, 2005, Phase IV Services: Participation as a subject matter expert in legal proceedings | |
| Project Manager / Architect, John Pucetas – 16 hours @ $150 / hr. | $ 2,400.00 |
| Expenses: Airfare: $ 640.40<br>Hotel: $ 291.57 (3 nights)<br>Car Rental: $ 124.38<br>Airport Parking: $ 64.00 | |
| Total Expenses: | $ 1,120.35 |
| **TOTAL DUE** | **$ 3,520.35** |
| **TERMS: Net 30 Days** | |

**REMIT TO:** **SiteTek Financial Arts, Inc.**
**16010 Aspen Drive**
**Fountain Hills, AZ. 85268**

pd. $2,520.35 11/3/06
Remaining bal $1000

Exhibit M

**Wyoming Reporting Service, Inc.**
*P.O. Box 165*
*Cheyenne, WY 82003*
*(307) 635-4424 Fax: (307) 632-4943*

Employer I.D. No. 830210241

| Invoice Date: |
| --- |
| 7/13/2005 |
| Invoice No. |
| 17628 |

To:

**Mr. Kevin R. Garden**
**Garden Law Firm**
**Suite 325**
**901 North Pitt Street**
**Alexandria, VA 22314**

RE: Sweetwater vs. The United States of America

Deposed: Que Mangus

Deposition Date: 6/19/2005 Case No. 02-1795C

Taken By: Randy Hatlestad

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| CC | One Copy | 166 | 1.75 | 290.50 |
| E | Copy of Exhibits | 138 | 0.25 | 34.50 |
| Notes: | | | | |
| | | | Total: | 325.00 |

| TOTAL BALANCE DUE: | 325.00 |
| --- | --- |

Exhibit N

**Wyoming Reporting Service, Inc.**
*P.O. Box 165*
*Cheyenne, WY 82003*
*(307) 635-4424 Fax: (307) 632-4943*

Employer I.D. No. 830210241

| Invoice Date: |
| --- |
| 7/13/2005 |
| Invoice No. |
| 17630 |

To:

Mr. Kevin R. Garden
Garden Law Firm
Suite 325
901 North Pitt Street
Alexandria, VA 22314

RE: Sweetwater vs. The United States of America

Deposed: Jeffrey Mummery

Deposition Date: 6/19/2005 Case No. 02-1795C

Taken By:

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| CC | One Copy | 107 | 1.75 | 187.25 |
| E | Copy of Exhibits | 10 | 0.25 | 2.50 |
| SH | Shipping & Handling | 1 | 14.05 | 14.05 |
| Notes: | | | | |
| | | | Total: | 203.80 |

| TOTAL BALANCE DUE: | 203.80 |
| --- | --- |

Exhibit N

**Wyoming Reporting Service, Inc.**
P.O. Box 165
Cheyenne, WY 82003
(307) 635-4424 Fax: (307) 632-4943

Employer I.D. No. 830210241

| Invoice Date: |
|---|
| 7/13/2005 |
| Invoice No. |
| 17631 |

To:
Mr. Kevin R. Garden
Garden Law Firm
Suite 325
901 North Pitt Street
Alexandria, VA 22314

RE: Sweetwater vs. The United States of America

Deposed: John W. Frome

Deposition Date: 6/20/2005 Case No. 02-1795C

Taken By: Randy Hatlestad

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| O | Original and One Copy | 198 | 3.50 | 693.00 |
| AFF | Appearance Fee - Full Day | 1 | 160.00 | 160.00 |
| E | Copy of Exhibits | 299 | 0.25 | 74.75 |
| M | Mileage (1/2) | 214 | 0.40 | 85.60 |
| PER | Per Diem (1/2) | 1 | 141.88 | 141.88 |
| DEP | Priority Mail Original to Deponent | 1 | 13.70 | 13.70 |
| Notes: | | | | |
| | | | Total: | 1,168.93 |

TOTAL BALANCE DUE: 1,168.93

$1,168.93
203.86
325.–
$1,697.73 pd 10/17/06 ck 2006

Exhibit N

Tax I.D. #81-0508218

**Big Sky Reporting, Inc.**
P.O. Box 20941
Billings, Montana 59104
Phone (406) 248-4064
12/06/2003

**Kevin R. Garden, Esq.,**
**SALTMAN & STEVENS, P.C.**
**1801 K Street N.W., Suite M-110**
**Washington, D.C. 20006**

**Fax: (202) 775-8217**

| Date | Description | TOTAL |
| --- | --- | --- |
| 12/01/2003 | The depositions of **REBECCA AUS (Vol II), JEFFREY MUMMERY (Vol. III), JENNIFER WATSON (Vol. II), TOM KOENIG (Vol. II), GARY REYNOLDS**, taken in No. 02-1795C, U.S. Court of Federal Claims. The Sweetwater v. USA. | |
| | Original and one copy each (Aus, Mummery, Watson & Koenig), plus E-Tran | $1,697.00 |
| | Photocopies of exhibits | $ 15.20 |
| | One-half motel | $ 35.00 |
| | One-half mileage | $ 35.00 |
| | One copy (Mummery), plus E-Tran | $ 458.00 |
| | Postage and handling | $ 15.00 |
| | **Originals mailed to deponents | |
| | Thank you! | |
| | Total | $2,255.20 |

Exhibit O

Tax I.D. #81-0506218

**Big Sky Reporting, Inc.**
P.O. Box 20941
Billings, Montana 59104
Phone (406) 248-4064
02/16/2004

**Kevin R. Garden, Esq.**
**SALTMAN & STEVENS, P.C.**
**1801 K Street, N.W.**
**Washington, D.C. 20006**

**AMENDED STATEMENT (10/25/03)**

| Date | Description | TOTAL |
|---|---|---|
| 10/24/2003 | The continued deposition of **WILLIAM L. SIMPSON (Vol. II)**, taken in Case No. 02-1795C, U.S. Court of Federal Claims. The Sweetwater v. USA<br><br>One copy, plus ASCII file<br><br>**Original mailed to deponent<br>*** I have deduced the ASCII file and postage<br><br>Thank you!<br><br>*** **We Accept Credit Cards!!!** | $ 80.00 |
| | Total | $ 80.00 |

*

Tax I.D. #81-0506218

**Big Sky Reporting, Inc.**
P.O. Box 20941
Billings, Montana 59104
Phone (406) 248-4064
02/16/2004



Kevin R. Garden, Esq.
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Washington, D.C. 20006

**AMENDED STATEMENT (10/14/03)**

| Date | Description | TOTAL |
|---|---|---|
| 10/6-10/03 | The depositions of **REBECCA AUS, JENNIFER WATSON, MIKE BREE, MONTE BARKER, TOM KOENIG, BRENT LARSON (Vol II), MONTY JACKSON, BILL SIMPSON, JEFFREY C. MUMMERY (Vol III),** The Sweetwater v. USA | |
| | Original and one copy, plus E-Tran each (Aus, Watson, Bree, Barker, Koenig, Larson) Expedited 870 x $7/page | $ 6,090.00 |
| | One copy, plus E-Tran each (Jackson, Simpson, Mummery) | $ 1,098.00 |
| | One-half mileage (300 x .35 = $105.00 | $ 52.50 |
| | One-half courier service (4 x $15.00 = $60.00) | $ 30.00 |
| | Photocopies of exhibits, plus index and binding | $ 55.00 |
| | ****Originals mailed to deponents for signatures** | |
| * | ***I have deducted for E-Trans and postage. | |
| | Thank you! | |
| | *** **We Accept Credit Cards!!!** | |
| | Total | $7,325.50 |

Exhibit O

JAVERNICK
& STENSTROM, LLC
*certified shorthand reporters*

3131 South Vaughn Way, Suite 224
Aurora, Colorado 80014
(720) 449-0329 FEIN 84-1566167

# SECOND NOTICE

RECEIVED
NOV 21 2003

Original 3/4 HS17

| NOTICE DATE | INVOICE # |
|---|---|
| 11/17/2003 | 10150 |

**BILL TO:**
KEVIN GARDEN, ESQ.
Saltman & Stevens, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006

**RE:**
Sweetwater v. United States
In the United States Court of Federal Claims
No. 02-1795C (Judge Merow)

| DUE DATE | REPORTER | SHIP DATE | SHIP VIA |
|---|---|---|---|
| 11/6/2003 | V | 10/6/2003 | |

| QUANTITY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 219 | 5Depo | Deposition of BRENT LARSON<br>5-Day Expedite<br>September 23, 2003 | 5.25 | 1,149.75 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 1 | AF- All Day | Appearance Fee - All Day | 100.00 | 100.00 |
| 1 | 0+1 Delivery | Delivery (Original) | 20.00 | 20.00 |
| 137 | 5Depo | Deposition of ROBERT ROSSMAN<br>5-Day Expedite<br>September 24, 2003 | 5.25 | 719.25 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 1 | AF- All Day | Appearance Fee - All Day | 100.00 | 100.00 |
| 1 | 0+1 Delivery | Delivery (Original) | 20.00 | 20.00 |
| 56 | 6Copy | Deposition of JEFFREY MUMMERY - VOL 1<br>Copy of Transcript<br>6-Day Expedite<br>September 24, 2003 | 2.80 | 156.80 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |

pd 7/1/04 c/c 1940

**Interest will be charged at the rate of 1.5% per month on any amount not paid within 30 days.**

**Total**



Exhibit P

JAVERNICK
& STENSTROM, LLC
*certified shorthand reporters*

3131 South Vaughn Way, Suite 224
Aurora, Colorado 80014

(720) 449-0329 FEIN 84-1566167

# SECOND NOTICE

| NOTICE DATE | INVOICE # |
|---|---|
| 11/17/2003 | 10150 |

| BILL TO: |
|---|
| KEVIN GARDEN, ESQ.<br>Saltman & Stevens, P.C.<br>1801 K Street, N.W.<br>Suite M-110<br>Washington, D.C. 20006 |

| RE: |
|---|
| Sweetwater v. United States<br>In the United States Court of Federal Claims<br>No. 02-1795C (Judge Merow) |

| DUE DATE | REPORTER | SHIP DATE | SHIP VIA |
|---|---|---|---|
| 11/6/2003 | V | 10/6/2003 | |

| QUANTITY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 284 | 5Copy | Deposition of JEFFREY MUMMERY - VOL 2<br>Copy of Transcript<br>5-Day Expedite<br>September 25, 2003 | 3.00 | 852.00 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 238 | 5Depo | Deposition of JAMES L. FISCHER<br>5-Day Expedite<br>September 26, 2003 | 5.25 | 1,249.50 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 1 | AF- All Day | Appearance Fee - All Day | 100.00 | 100.00 |
| 1 | 0+1 Delivery | Delivery (Original) | 20.00 | 20.00 |
| 4,512.3 | Interest | Interest on past due amount | 0.015 | ~~67.68~~ |

$4512.30

| | |
|---|---|
| **Interest will be charged at the rate of 1.5% per month on any amount not paid within 30 days.** | **Total** ~~$4,579.98~~ |



Exhibit P

JAVERNICK
& STENSTROM, LLC
certified shorthand reporters
3131 South Vaughn Way, Suite 224
Aurora, Colorado 80014
(720) 449-0329 FEIN 84-1566167

# SECOND NOTICE

| NOTICE DATE | INVOICE # |
|---|---|
| 2/3/2004 | 10313 |

| BILL TO: |
|---|
| KEVIN GARDEN, ESQ.<br>Saltman & Stevens, P.C.<br>1801 K Street, N.W.<br>Suite M-110<br>Washington, D.C. 20006 |

| RE: |
|---|
| Sweetwater v. United States<br>In the United States Court of Federal Claims<br>No. 02-1795C (Judge Merow) |

| DUE DATE | REPORTER | SHIP DATE | SHIP VIA |
|---|---|---|---|
| 1/16/2004 | JH | 12/16/2003 | e-mail |

| QUANTITY | ITEM | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 68 | Deposition | Deposition of DIANE HITCHINGS<br>Original Transcript Preparation<br>December 2, 2003 | 3.50 | 238.00 |
| 1 | e-Transcript | e-Transcript/e-mail | 5.00 | 5.00 |
| 22 | Exhibits | Exhibit Copying | 0.25 | 5.50 |
| 3 | Index Tabs | Index Tabs | 0.10 | 0.30 |
| 1 | 0+1 Delivery | Delivery (Original and copy) | 20.00 | 20.00 |
| 1 | AF - Half Day | Appearance Fee - Half Day | 50.00 | 50.00 |
| 318.8 | Interest | Interest on past due amount | 0.015 | ~~4.78~~ |

Pd 7/16/04
$318.80
ck 1951

318.80

| Interest will be charged at the rate of 1.5% per month on any amount not paid within 30 days. | Total | ~~$323.58~~ |
|---|---|---|

Exhibit P