**Agren • Blando Court Reporting & Video, Inc.**

216 - 16th Street, Suite 650 • Denver, CO 80202 • 303-296-0017 Fax: 303-296-0203 • 1-800-739-4846 www.agrenblando.com

**Invoice No. 071105-046** **Terms: Net 30** Invoice Date: 07/11/2005
Tax ID: 84-1334569

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: KEVIN R GARDEN ESQ | Client: KEVIN R GARDEN ESQ |
| Firm Name: THE GARDEN LAW FIRM PC | Firm Name: THE GARDEN LAW FIRM PC |
| Address1: 901 NORTH PITT ST | Address1: 901 NORTH PITT ST |
| Address2: STE 325 | Address2: STE 325 |
| City: ALEXANDRIA State: VA Zip: 22314 | City: ALEXANDRIA State: VA Zip: 22314 |

Deponent: JOHN PUCETAS Volume: I Date Taken: 06/30/2005
Case: SWEETWATER VS. USA

| ITEM | DESCRIPTION | QNTY. | RATE | AMOUNT |
|---|---|---|---|---|
| LSetranscript | Litigation Support - e transcript | 1 | $35.00 | $35.00 |
| StdCopyMS1 | Standard Copy (1 Sided Miniscript) - (Normal Delivery) | 134 | $2.20 | $294.80 |
| Exhibit | Exhibit Copy | 64 | $0.25 | $16.00 |
| DelFedEx | Delivery (FedEx): Date: 7-11-05 JPP 791132297088 | 1 | $33.67 | $33.67 |
| | | | **TOTAL** | $379.47 |
| | | | **(Paid)** | 379.47 |
| | | | **BALANCE** | **$0.00** |

**Please remember to include your remittance copy with payment. Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

Method of Payment:

☐ Check Enclosed

☐ Charge my credit card: ☐ VISA ☐ MasterCard

Credit Card # Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Exhibit Q

Agren • Blando Court Reporting & Video, Inc.

216 - 16th Street, Suite 650 • Denver, CO 80202 • 303-296-0017 Fax: 303-296-0203 • 1-800-739-4846 www.agrenblando.com

**Invoice No. 070805-029** **Terms: Net 30** **Invoice Date: 07/08/2005**
**Tax ID: 84-1334569**

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: KEVIN R GARDEN ESQ | Client: KEVIN R GARDEN ESQ |
| Firm Name: THE GARDEN LAW FIRM PC | Firm Name: THE GARDEN LAW FIRM PC |
| Address1: 901 NORTH PITT ST | Address1: 901 NORTH PITT ST |
| Address2: STE 325 | Address2: STE 325 |
| City: ALEXANDRIA State: VA Zip: 22314 | City: ALEXANDRIA State: VA Zip: 22314 |

Deponent: JEFF MUMMERY Volume: I Date Taken: 06/30/2005
Case: SWEETWATER VS. USA

| | |
|---|---|
| **TOTAL** | $228.55 |
| **(Paid)** | 228.55 |
| **BALANCE** | $0.00 |

**Please remember to include your remittance copy with payment. Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

Method of Payment:

☐ Check Enclosed

☐ Charge my credit card: ☐ VISA ☐ MasterCard

Credit Card # Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Exhibit Q

*Agren • Blando Court Reporting & Video, Inc.*

216 - 16th Street, Suite 650 • Denver, CO 80202 • 303-296-0017 Fax: 303-296-0203 • 1-800-739-4846 www.agrenblando.com

**Invoice No. 070805-030** **Terms: Net 30** **Invoice Date: 07/08/2005**
**Tax ID: 84-1334569**

| BILLING | DELIVERY |
|---|---|
| Attention: ACCOUNTS PAYABLE | |
| Client: KEVIN R GARDEN ESQ | Client: JOHN E. BAKKEN, FASA |
| Firm Name: THE GARDEN LAW FIRM PC | Firm Name: |
| Address1: 901 NORTH PITT ST | Address1: 31 COUNTY ROAD 6342 |
| Address2: STE 325 | Address2: |
| City: ALEXANDRIA State: VA Zip: 22314 | City: GRANBY State: CO Zip: 80446 |

Deponent: JOHN BAKKEN Volume: I Date Taken: 06/29/2005
Case: SWEETWATER VS. USA

| | |
|---|---|
| **TOTAL** | $1,130.40 |
| **(Paid)** | 1130.4 |
| **BALANCE** | $0.00 |

**Please remember to include your remittance copy with payment. Interest is applied to open balances beyond 30 days at the rate of 1.5% per 30 days.**

**Thank you for allowing us to service your litigation needs.**

**Special Notes:**

Method of Payment:

☐ Check Enclosed

☐ Charge my credit card: ☐ VISA ☐ MasterCard

Credit Card # Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Exhibit Q

THE
GARDEN
LAW FIRM P.C.

901 North Pitt Street
Suite 325
Alexandria, VA 22314

(703) 535-5565
(703) 997-1330 *fax*
*kevin@gardenlawfirm.com*

(Generated September 20, 2006)

The Sweetwater Lodge, A Wilderness Lodge LLC
P.O. Box 150
Wapiti, WY 82450

*Cost reimbursement for trial transcript (November 2005)*

Cost of obtaining trial transcript from Heritage Reporting $3,147.13

Paid in full by The Sweetwater, December 2005

If you have any questions regarding the above, please give us a call.

Exhibit R

Hotels, meals, travel, etc.

| | |
|---|---|
| American Express charge (10/23/2003) | $ 1,102.60 |
| American Express charge (11/22/2004) | $ 523.20 |
| American Express charge (12/23/2004) | $ 675.97 |
| American Express charge (7/25/2005) | $ 844.60 |
| American Express charge (9/22/2005) | $ 146.15 |
| American Express charge (10/22/2005) | $ 1,608.02 |
| American Express charge (6/24/2005) | $ 204.40 |
| | **$ 5,104.94** |

**Platinum Card®**
**Statement of Account**

Total Case Costs this Bill $1,102.60 /// Ft. Collins Depo Costs

Sep/Oct 2003

**21,605 Membership Rewards® Points Available** at 10/23/03, when charges are paid in full and all your accounts are in good standing.

Prepared For
JEFFREY MUMMERY

Account Number [redacted]

Closing Date 10/23/03

Page 1 of 8

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | 501.13 |

**Please Pay By 11/07/03**
Please refer to page 2 for important information regarding your account

**Terms -** Payable in full upon receipt of statement.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

**Pay Your Bill Easily--Online**
You can pay all your charges anytime, and anywhere. When you sign up to pay your bill online, you'll have direct 24/7 access to your account. All you have to do is log on to view your statement, pay your bill, and receive an instant payment confirmation in a matter of seconds. Plus, your account information is protected by state-of-the-art encryption technology, so you feel secure. Sign up today at **www.americanexpress.com/paycardbill**

## Activity
* Indicates posting date

**New Activity for JEFFREY MUMMERY**
Card [redacted]

| | | Amount $ |
|---|---|---|
| 10/04/03* | PAYMENT RECEIVED - THANK YOU | -1,900.00 |
| 10/04/03* | PAYMENT RECEIVED - THANK YOU | -225.89 |
| 09/24/03 | AUSTINS FORT COLLINS CO<br>01/FOOD AND BEVERAGE 71.09<br>FOOD-BEV<br>Depo | 71.09 |
| 09/25/03 | FORT COLLINS MUFFLERFORT COLLINS CO<br>MUFFLER/BRAKES | 329.97 |
| 09/26/03 | HOLIDAY INN FT. COLLINS CO<br>Arrival Date 09/26/03 Departure Date 09/27/03<br>LODGING<br>Depo | 735.87 |
| 09/28/03 | [redacted] | 154.29 |

Yes this is the bill for Kevin & Jeff at Depositions in Ft. Collins $735.87 Yes

*Continued on Page 3*

Please fold on the perforation below, detach and return with your payment

Exhibit S

AMERICAN EXPRESS

Prepared For JEFFREY MUMMERY | Account Number XXXX-XXXXX7[redacted] | Closing Date 10/23/03 | 

## New Activity Continued

| | | | Amount $ |
|---|---|---|---|
| 10/04/03 | TOMMY JACK'S CODY WY<br>FOOD/BEV<br>FOOD/BEV<br>TIP | <br><br>51.00<br>11.00 | 62.00 |
| 10/06/03 | CASSIE'S SUPPER CLUB214 YELLOWST. WY<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | <br><br>62.37<br>12.00 | 74.37 |
| 10/07/03 | IRMAHOTELRESTAURANT CODY WY<br>LODGING<br>FOOD/BEV<br>TIP | <br><br>21.65<br>6.00 | 27.65 |
| 10/10/03 | CASSIE'S SUPPER CLUB214 YELLOWST. WY<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | <br><br>111.62<br>20.00 | 131.62 |
| 10/20/03 | [redacted] WA<br>[redacted] | | [redacted] |

Cody depo Kevin's meals

Kevin & Jeff Cody Deposition 10/4 to 10/10/03

**Total of New Activity** New Charges Payments/Credits [redacted]

Exhibit S

AMERICAN EXPRESS

**Platinum Card®**
**Statement of Account**

Ticket to D.C. for Oral Argument $520 Dec 04

**55,545 Membership Rewards® Points Available**
at 09/30/04, when charges due are paid in full and all accounts are in good standing.

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JEFFREY MUMMERY | [redacted] | 11/22/04 | Page 1 of 7 |

| | Previous Balance $ | Payments/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|---|
| Due in Full | 63.68 | -63.68 | +50.06 | 50.06 | +50.06 |
| Flexible | 0.00 | 0.00 | +807.72 | +807.72 | +20.00 |
| Total | 63.68 | -63.68 | +857.78 | =857.78 | 70.06 |

$694.04

**Please Pay By 12/07/04**
Please refer to page 4 on How to Avoid Additional Finance Charges.
Please refer to page 2 for important information regarding your account

**Terms -** Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill.**

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

**_Concierge_ - Your Personal Holiday Shopper**
If the holiday frenzy typically has you in a whirl, Platinum Card® *Concierge* can ease the stress by helping you find the perfect gift this holiday season. *Concierge* has the creative expertise to handle all of the details to make this holiday season a little less hectic. So, for every holiday gift-giving challenge you can look to *Concierge* to offer a well-considered solution.

No request is too unusual, too large or too small--so call Platinum Card *Concierge* at **1-800-345-AMEX (2639)** and let us help you accomplish your holiday activities so you can enjoy the season.

## Activity
* Indicates posting date

**Card Transactions for JEFFREY MUMMERY** — Amount $
Card [redacted]

| | | |
|---|---|---|
| 11/04/04* | PAYMENT RECEIVED - THANK YOU | -63.68 |

**Total of Card Transactions for JEFFREY MUMMERY**

| | |
|---|---|
| New Charges | 0.00 |
| Payments/Credits | -63.68 |

**Card Transactions for GINA M MUMMERY**
Card XXXX-XXXXX7-21037

| | | |
|---|---|---|
| 10/21/04 | [redacted] WA<br>MERCHANDISE<br>[redacted] | 31.17 |

Exhibit S

**Transactions Continued**

| Date | Description | | Amount $ |
|---|---|---|---|
| 11/18/04 | [redacted] | | 18.89 |

**Total of Card Transactions for GINA M MUMMERY**

| | |
|---|---|
| New Charges | 50.06 |
| Payments/Credits | 0.00 |

**Total of Card Transactions**

| | |
|---|---|
| **New Charges** | **50.06** |
| **Payments/Credits** | **-63.68** |

**Flexible Payment Option Statement of Account**
Creditor: American Express Centurion Bank

Thank you for using Flexible Payment Option.

Account Number
XXXX-XXXXX7-21003
Closing Date
11/22/04

| | Account Summary $ | Minimum Payment $ | Payment Due Date |
|---|---|---|---|
| Previous Balance | 0.00 | **20.00** | **12/07/04** |
| Payments/Credits | 0.00 | | |
| **FINANCE CHARGE** | 0.00 | | |
| New Charges | 807.72 | | |
| **New Balance** | **807.72** | | |

**Finance Charge Schedule**

| Balance(s) to Which Rate Applies | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate |
|---|---|---|---|
| ALL | $0.00 | 11.75 % | .0321% |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

Please refer to page 4 for important information regarding your Sign & Travel and/or Extended Payment Option.

**S&T and/or ExPO Activity for JEFFREY MUMMERY**
Ca[redacted]

| Date | Description | Amount $ |
|---|---|---|
| 11/11/04 | [redacted]<br>Arrival Date 11/10/04 — Departure Date 11/12/04<br>LODGING | 163.74 |
| 11/12/04 | [redacted]<br>Location / Date<br>Rental: ARLINGTON VA — 04/11/10<br>Return: WASHINGTON DC 45 — 04/11/12<br>Agreement Number: 648504010<br>Renter Name: MUMMERY,JEFFERY<br>Reference Number: AELLMR | 120.78 |
| 11/19/04 | DELTA AIR LINES CODY WY<br>From: CODY WY<br>To: SALT LAKE CITY UT — Carrier: DL — Class: LA<br>DULLES ARPT DC — DL — LA<br>SALT LAKE CITY UT — DL — LA<br>CODY WY — DL — LA<br>Ticket Number: 00621271129819<br>Date of Departure: 12/08<br>Passenger Name: MUMMERY/JEFFREY<br>Document Type: PASSENGER TICKET | 523.20 |

Tickets to oral arguments

**Total of S&T and/or ExPO Activity**

| | |
|---|---|
| **New Charges** | **807.72** |
| **Payments/Credits** | **0.00** |

07859 R05A7P1R 01781

Exhibit S

Continued on reverse

**AMERICAN EXPRESS**

# Platinum Card® Statement of Account

Oral Argument BAP Wash DC Dec 9, 2004
Travel Dec 8, 9, 10 2004
Total 1767.97

**38,134 Membership Rewards® Points Available**
at 10/31/04, when charges due are paid in full and all accounts are in good standing.

Prepared For
JEFFREY MUMMERY

Account Number [redacted]

Closing Date
12/23/04

Page 1 of 8

| | Previous Balance $ | Payments/Credits $ | New Charges $ (inc. Finance Charge if any) | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|---|
| Due in Full | 50.06 | -50.06 | +897.70 | 897.70 | +897.70 |
| Flexible | +807.72 | -807.72 | +909.31 | +909.31 | +20.00 |
| Total | 857.78 | -857.78 | +1,807.01 | =1,807.01 | 917.70 |

**Please Pay By 01/07/05**
Please refer to page 4 on How to Avoid Additional Finance Charges.
Please refer to page 2 for important information regarding your account

**Terms** - Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill.**

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

## Financial Control and Double Membership Rewards® points

It's universal--you take money out of the bank and after a week, you wonder where it went. Using your Platinum Card® to pay for everyday errands at supermarkets, gas stations and drugstores can help you keep track of your expenses. Each month, you will receive a detailed statement of all your purchases made with the Card. And, don't forget, you can earn double points toward your next vacation. Offer applies at qualifying stand-alone supermarkets, drugstores, gas stations, the U.S. Postal Service, and for payments for wireless phone bills (excluding bulk purchases of wireless time). Not valid in the departments of superstores or warehouse clubs. Terms and conditions of the Membership Rewards program apply.

## Activity

* Indicates posting date

### Card Transactions for JEFFREY MUMMERY

Card [redacted]

| | | Amount $ |
|---|---|---|
| 12/06/04* | 694.04 PAYMENT RECEIVED ACH<br>643.98 APPLIED T[redacted] | -50.06 |
| 12/09/04 | [redacted] | 49.34 |
| 12/09/04 | SPEZIE WASHINGTON DC<br>FOOD/BEVERAGE<br>FOOD/BEV 49.39<br>TIP 10.00 | 59.39 |

Please fold on the perforation below, detach and return with your payment

Continued on Page 3

Exhibit S

## Transactions Continued

| Date | Description | | Amount $ |
|---|---|---|---|
| 12/18/04 | [redacted] MT | | 121.20 |
| | FOOD/BEVERAGE | | |
| | FOOD/BEV | 101.20 | |
| | TIP | 20.00 | |
| 12/18/04 | [redacted] [redacted] [redacted] | | 124.85 |
| | SHOE STORE | | |
| 12/20/04 | [redacted] WY | | 196.56 |
| | MEN'S/WOMEN'S CLOTHING | | |
| 12/20/04 | [redacted] WY | | 80.73 |
| | FURNISHING/ACCESSORIES | | |
| 12/21/04 | [redacted]SD | | 51.48 |
| | TV SERVICE | | |
| | RTC*DIRECTV SERVICE | | |
| 12/21/04 | [redacted] WA | | 195.26 |
| | IVR PYMT | | |

**Total of Card Transactions for JEFFREY MUMMERY** — New Charges 878.81; Payments/Credits -50.06

## Card Transactions for GINA M MUMMERY

Card XXXX-XXXXX7-21037

| Date | Description | Amount $ |
|---|---|---|
| 12/18/04 | [redacted] CA | 18.89 |
| | [redacted] | |

**Total of Card Transactions for GINA M MUMMERY** — New Charges 18.89; Payments/Credits 0.00

**Total of Card Transactions** — **New Charges 897.70; Payments/Credits -50.06**

## Flexible Payment Option Statement of Account

Creditor: American Express Centurion Bank

Account Number XXXX-XXXXX7-21003
Closing Date 12/23/04

Thank you for using Flexible Payment Option.

| | Account Summary $ | Minimum Payment $ | Payment Due Date |
|---|---|---|---|
| Previous Balance | 807.72 | **20.00** | **01/07/05** |
| Payments/Credits | -807.72 | | |
| **FINANCE CHARGE** | 0.00 | | |
| New Charges | 909.31 | | |
| **New Balance** | **909.31** | | |

**Finance Charge Schedule**

| Balance(s) to Which Rate Applies | Average Daily Balance | Annual Percentage Rate | Daily Periodic Rate |
|---|---|---|---|
| ALL | $0.00 | 12.00 % | .0328% |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

Please refer to page 4 for important information regarding your Sign & Travel and/or Extended Payment Option.

## S&T and/or ExPO Activity for JEFFREY MUMMERY

Card XXXX-XXXXX[redacted]

| Date | Description | | Amount $ |
|---|---|---|---|
| 12/06/04 | PAYMENT RECEIVED ACH - THANK YOU | | -643.98 |
| 12/01/04 | S&T/ExPO TEMPORARY CREDIT | | -163.74 |
| | FOR # 99410980474719 | | |
| 12/10/04 | WA DULLES HILTON HERNDON VA | | 616.58 |
| | Arrival Date | Departure Date | |
| | 12/08/04 | 12/10/04 | |
| | LODGING | | |
| | DELAYED CHARGE | | |
| 12/19/04 | [redacted] | | 67.06 |
| | LODGING | | |

**Total of New Activity for JEFFREY MUMMERY** — New Charges 683.64; Payments/Credits -807.72

Exhibit S

11617 R05A7P1R 02515

*Continued on reverse*

**American Express® Cash Rebate Credit Card**

COSTCO WHOLESALE

**$21.58 Rebate as of JUN 2005 Billing Statement**
For details, see your Cash Rebate Summary in this statement.

Prepared For
JEFFREY C MUMMERY

Account Number [redacted]

Closing Date
07/25/05



19,323.20 $723.48 8/9

| Previous Balance $ | Payment Activity $ | New Activity $ incl. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 17,948.79 | -743.22 | +2,089.41 | =19,294.98 | 386.00 |

# 2293 Confusion

**Payment Due Date 08/14/05**
Please refer to page 2 for important information regarding your account

Case Legal Co # 876 Dunbar Depo

| Credit Line Summary on 07/25/05 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 25,100.00 | 5,805.02 | 5,500.00 | 5,500.00 |

Contact us at **www.americanexpress.com/costco** or call Customer Service at **1-800-964-8542**.

## Exclusive Cardmember Savings and Online Features

Click our way and find exclusive savings offers, recipes from *Food & Wine®* magazine, and personal finance articles from Standard & Poors®. See how big your annual cash rebate could be using a new interactive rebate calculator. Find out what's happening at your local Costco warehouse. And as always, you can manage your Card account online.

Visit us today at **www.americanexpress.com/costcocashrebate.**

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| 07/12/05* | Payment Received - Thank You | -743.22 |

**New Activity for JEFFREY C MUMMERY**
Card XXXX-XXXX[redacted]

| | | | | Amount $ |
|---|---|---|---|---|
| 07/01/05* | IHG DENTS GOLDEN CO<br>Arrival Date 06/30/05<br>00000000 | Departure Date 06/30/05 | No of Nights 1 | -16.00 Credit |
| 07/01/05* | IHG DENTS GOLDEN CO<br>Arrival Date 06/30/05<br>00000000 | Departure Date 06/30/05 | No of Nights 1 | -16.00 Credit |
| 06/26/05 | COFFE CUP FUEL STOP BRANDON SD<br>BP<br>PAY AT PUMP769350039001 | | | 35.01 |

Please fold on the perforation below, detach and return with your payment

*Continued on Page 3*

**Payment Coupon**

Account Number [redacted]

**Payment Due Date: 08/14/05**
Please enter account number on all checks and correspondence.

**Total New Balance $ 19,294.98**
Make check payable to American Express.

**Minimum Amount Due $386.00**
Check here if your address or telephone number has changed. Note changes on reverse side.

JEFFREY C MUMMERY
[redacted]
CODY WY 82414-7100

$ . Amount enclosed

Mail Payment to:
AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

Exhibit S

09331 R07WYA0N 03051 00102. (2 5 )

0000371527370391008 001929498000038600 21 H

AMERICAN EXPRESS

Prepared For
JEFFREY C MUMMERY

Account Number
XXXX-XXXXX[redacted]

Closing Date
07/25/05



## New Activity continued

| Date | Description | | Amount $ |
|---|---|---|---|
| 06/26/05 | [redacted]<br>52139210034178456022874<br>ROC No. 0155473ISL | | 36.16 |
| 06/26/05 | [redacted]<br>GOETZ<br>GAS/MISC 177001000025 | | 34.96 |
| 06/26/05 | [redacted]<br>LODGING<br>ROC No. 4346245495 | | 630.49 |
| 06/27/05 | [redacted]<br>526057643<br>GAS/MISC. 970541876 | | 29.77 |
| 06/27/05 | [redacted]<br>526068880<br>GAS/MISC. 979221009 | | 13.05 |
| 06/28/05 | [redacted] SD<br>LODGING HOT/MOT/RES-NEC<br>ROC No. 526861 | | 88.39 |
| 06/28/05 | LONE STAR-DENV001490GOLDEN CO ✓<br>FOOD AND BEVERAGE<br>FOOD-BEV 80.00<br>TIP 16.00 | Dinner Kevin, Jeff's Prucetons | 96.00 |
| 06/28/05 | EXXONMOBIL7504594784CASPER WY<br>PAY AT PUMP7504594784 | Gas to Denver | 37.00 |
| 06/29/05 | IHOP 1817 GOLDEN CO ✓<br>F&B/RESTAURANT<br>FOOD/BEV 29.24<br>TIP | Breakfast Kevin Jeff Prucetons | 29.24 |
| 06/29/05 | CHAD'S LAKEWOOD CA ✓<br>FOOD/BEVERAGE<br>FOOD/BEV 72.98<br>TIP 15.00 | Evergreen CO; Dinner Sam | 87.98 |
| 06/30/05 | IHOP 1817 GOLDEN CO ✓<br>F&B/RESTAURANT<br>FOOD/BEV 18.89<br>TIP | Breakfast Jeff's Kevin | 18.89 |
| 06/30/05 | SIMMS BP GOLDEN CO ✓<br>BP<br>PAY AT PUMP252534317010 | Gas Jeff | 33.00 |
| 06/30/05 | IHG DENTS GOLDEN CO ✓<br>Arrival Date 06/30/05<br>00000000<br>Departure Date 06/30/05<br>No of Nights ½ | | 182.58 |
| 06/30/05 | IHG DENTS GOLDEN CO ✓<br>Arrival Date 06/28/05<br>00000000<br>Departure Date 06/30/05<br>No of Nights 2 | | 175.33 |
| 06/30/05 | IHG DENTS GOLDEN CO ✓<br>Arrival Date 06/30/05<br>00000000<br>Departure Date 06/30/05<br>No of Nights ½ | | 182.58 |
| 06/30/05 | GHOSTOWN CASPER WY<br>531384628<br>GAS/MISC. 980071096 | Gas Jeff | 34.00 |
| 07/02/05 | CONOCO COUNTRY STORECODY WY<br>534108026<br>GAS/MISC. 972461248 | | 40.00 |

Exhibit S

*Continued on reverse*

09332 R07WYAON 03051

AMERICAN EXPRESS **Platinum Card®**
**Statement of Account**

**46,372 Membership Rewards® Points Available**
at 07/31/05, when charges due are paid in full and all accounts are in good standing

Prepared For
JEFFREY MUMMERY

Account Number
[redacted]

Closing Date
09/22/05

Page 1 of 6

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 0.00 | 0.00 | 146.15 | 146.15 |

**Please Pay By**
**10/07/05**
Please refer to page 2 for important information regarding your account

**Terms -** Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill**.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

Contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

**Your Table Is Waiting**
Las Vegas, the newest member of the Hot Plates program, joins New York City, Los Angeles, San Francisco, and Miami--vacation destination cities whose restaurants hold a table every day for Platinum Card® members. To reserve a table, call *Concierge* at **1-800-345-2639**. All cancellations must be made by calling at least 24 hours in advance of your reservation. Otherwise, you will be subject to a cancellation fee of $15 per person (minimum of $60, maximum of $120).

## Activity
* Indicates posting date

**New Activity for JEFFREY MUMMERY**
Card XXXX-XXXX[redacted]

| | | Amount $ |
|---|---|---|
| 09/18/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 27.79 |
| 09/20/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 24.48 |
| 09/20/05 | CASSIES SUPPER CLUB 214 YELLOWST. WY<br>FOOD/BEVERAGE<br>FOOD-BEV 78.88<br>TIP 15.00 | 93.88 |

| **Total of New Activity** | **New Charges** | **146.15** |
|---|---|---|
| | **Payments/Credits** | **0.00** |

Please fold on the perforation below, detach and return with your payment

Exhibit S

**Platinum Card®**
**Statement of Account**

**45,372**
**Membership Rewards®**
**Points Available**
at 08/31/05, when charges due are paid in full and all accounts are in good standing.

Prepared For
JEFFREY MUMMERY

Account Number
[redacted]

Closing Date
10/22/05



| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 146.15 | -619.55 | 1,608.02 | 1,134.62 |

**Please Pay By**
**11/06/05**
Please refer to page 2 for important information regarding your account

**Terms -** Payable in full upon receipt of statement. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill**.

For automatic replacement of a lost, stolen, non-received or damaged card, call 1-800-992-3404. For automatic balance information, please call 1-800-525-3355 and press option 1-1.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-525-3355**.

## Book Your Next Cruise Through Cruise Privileges

The Cruise Privileges program features eight of the finest cruise lines in the world and exclusive amenities created to enhance your cruise vacation. The variety of travel options makes it easy to find a style to suit your interests--active or laid back, cozy or grand. And, when you book a qualifying cruise on one of the program partners, you may receive a $300 shipboard credit or two-category room upgrade. To see how Cruise Privileges can complement your voyage, call Platinum Travel Service at **1-800-443-7672**.

Program terms and conditions apply. For full program information, visit **www.americanexpress.com/platinum**.

## Activity

* indicates posting date

### New Activity for JEFFREY MUMMERY

Card XXXX-XXX[redacted]

| | | | | Amount $ |
|---|---|---|---|---|
| 10/07/05* | PAYMENT RECEIVED - THANK YOU | | | -619.55 |
| 09/21/05 | SUNSET HOUSE RSTR<br>FOOD/BEVERAGE | CODY | WY | 26.82 |
| 09/23/05 | SUNSET HOUSE RSTR<br>FOOD/BEVERAGE | CODY | WY | 26.82 |

Please fold on the perforation below, detach and return with your payment

Continued on Page 3

AMERICAN EXPRESS

Prepared For: JEFFREY MUMMERY | Account Number: XXXX-XXXX[redacted] | Closing Date: 10/22/05



## New Activity Continued

| | | Amount $ |
|---|---|---|
| 09/25/05 | THE IRMA HOTEL CODY WY<br>Arrival Date: 09/24/05 — Departure Date: 09/25/05 — No of Nights: 1<br>LODGING<br>CARDEPOSIT<br>([illegible] Trial) | 121.50 |
| 09/26/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 29.04 |
| 09/27/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 32.05 |
| 09/27/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 40.79 |
| 09/28/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 30.60 |
| 09/29/05 | WYOMING'S RIB & CHOPCODY WY<br>FOOD AND BEVERAGE<br>FOOD/BEV 106.67<br>TIP 22.00 | 128.67 |
| 09/29/05 | SUNSET HOUSE RSTR CODY WY<br>FOOD/BEVERAGE | 37.11 |
| 09/30/05 | BEST WESTERN HOTELS CODY WY<br>LODGING<br>(Kevin Trial) | 1,134.62 |

**Total of New Activity**

| | |
|---|---|
| New Charges | 1,608.02 |
| Payments/Credits | -619.55 |

00723 R05A7P1R 00166

Exhibit S

**American Express®**
**Cash Rebate Credit Card**

COSTCO WHOLESALE

**$12.00**
**Rebate as of MAY 2005**
**Billing Statement**
For details, see your Cash Rebate Summary in this statement.

Prepared For
JEFFREY C MUMMERY

Account Number
[redacted]

Closing Date
06/24/05

Case Costs $204.90 Kevin's car



| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 17,175.24 | -475.24 | +1,248.79 | =17,948.79 | 359.00 |

**Payment Due Date**
**07/14/05**
Please refer to page 2 for important information regarding your account

| **Credit Line Summary** on 06/24/05 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 25,100.00 | 7,151.21 | 5,500.00 | 5,500.00 |

Contact us at **www.americanexpress.com/costco** or call Customer Service at **1-800-964-8542**.

## Get Ready for Summer

Are you ready to have some fun in the sun? Use your American Express® Costco Cash Rebate Credit Card to dine out with your friends, book that trip you've been waiting for, or to buy that something special you've had your eye on. Use your Card this summer for all your purchases and see how quickly your cash rebate can add up. And, don't forget you can pay in full or pay overtime--it's your choice!

## Activity

* indicates posting date

| | | Amount $ |
|---|---|---|
| 06/14/05* | Payment Received - Thank You | -475.24 |

**New Activity for JEFFREY C MUMMERY**
Card XXXX-XXX[redacted]

| | | Amount $ |
|---|---|---|
| 06/20/05 | [redacted]<br>000123077<br>SERVICE STATIONS | 27.92 |
| 06/20/05 | [redacted]<br>000888064<br>SERVICE STATIONS | 30.00 |
| 06/21/05 | [redacted]<br>Arrival Date 06/20/05 — Departure Date 06/21/05<br>00000000 | 110.73 |
| 06/21/05 | [redacted]<br>GAS/GROCERIES/MISC | 24.95 |

Exhibit S

## New Activity continued

| | | Amount $ |
|---|---|---|
| 06/21/05 | [redacted]<br>FOOD/BEVERAGE<br>FOOD/BEV 91.89<br>TIP 20.00 | 111.89 |
| 06/21/05 | [redacted]<br>Location / Date<br>Rental: CODY WY 05/06/20<br>Return: FARGO ND 05/06/21<br>Agreement Number: 400162100<br>Renter Name: MUMMERY/JEFFREY C<br>Reference Number: 90763223 | 457.75 |
| 06/22/05 | [redacted]<br>Arrival Date 06/21/05 / Departure Date 06/22/05 / No of Nights 1<br>00000000 | 90.53 |
| 06/23/05 | BUDGET RENT A CAR CODY WY<br>Location / Date<br>Rental: CODY WY 05/06/18<br>Return: CODY WY 05/06/22<br>Agreement Number: 15893<br>Renter Name: JEFFREY C MUMMERY<br>Reference Number: 90900007<br>Kevin's Car during cody Depos | 204.40 |
| 06/24/05 | Periodic **FINANCE CHARGE** | 190.62 |
| **Total of New Activity** | | **1,248.79** |

## Finance Charges

Billing days this period: 31

| | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 13,424.77 | 0.0397% | 14.48% | 14.49% | 165.21 |
| Cash Advances | 0.00 | 0.0575% | 0.00% | 20.99% | 0.00 |
| Universal Check 7.9% LOB | 3,795.89 | 0.0216% | 7.88% | 7.90% | 25.41 |
| | | | | | **190.62** |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## Cash Rebate Earnings Summary — As of MAY 2005 Billing Statement

JEFFREY C MUMMERY
[redacted]

**Year To Date**

| | |
|---|---|
| Total Qualified Spend | $1,599.58 |
| Rebate for Spend | $3.99 |
| Bonus Rebate for Revolving a Balance | $8.00 |
| **Total Cash Rebate** | **$12.00** |

**Important Rebate Message**

Remember to pay at least the minimum due by the payment due date to be eligible for a cash rebate and to avoid late fees.

**Earn Cash Back Everywhere You Use the Card**

Earn cash back by using your American Express Costco Cash Rebate Credit Card everywhere American Express Cards are welcome. Your cash rebate will be awarded to you in the form of an in-store coupon in your billing statement. Rebate amounts shown on this statement are subject to eligibility requirements and other terms and conditions of your Cardmember Agreement.

10326 R07WXAOL 03363

Exhibit S

Anderson Business Solutions LLC
1131 13th Street
Suite 106
Cody, WY 82414

# Invoice

$307.50
pd by Sweetwater Ck # 1994 on 6/10/05

| Date | Invoice # |
|---|---|
| 6/2/2005 | 320 |

Bill To

Jeff Mummery
35 Breteche Creek Rd.
Cody, WY 82414

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 6/2/2005 | Misc. Secretarial Services | 7 | 30.00 | 210.00 |
| 6/3/2005 | Misc. Secretarial Services | 2.5 | 30.00 | 75.00 |
| 6/4/2005 | Misc. Secretarial Services | 0.75 | 30.00 | 22.50 |

Sweetwater Financials; Business Plan for Kevin

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $307.50 |
| **Sales Tax (4.0%)** | $0.00 |
| **Total** | $307.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $307.50 |

| Phone # |
|---|
| 307-587-6772 |

Exhibit T

Anderson Business Solutions LLC
1131 13th Street
Suite 106
Cody, WY 82414

# Invoice

| Date | Invoice # |
|---|---|
| 7/27/2005 | 397 |

| Bill To |
|---|
| Jeff Mummery<br>35 Breteche Creek Rd.<br>Cody, WY 82414 |

Pd by Sweetwater ck # 2016 Nov 22, 2005

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 7/27/2005 | Misc. Secretarial Services | 2.5 | 30.00 | 75.00 |
| | Misc. Copies | 272 | 0.10 | 27.20T |

PAST DUE

Thank you for your business.

| | |
|---|---|
| Subtotal | $102.20 |
| Sales Tax (4.0%) | $1.09 |
| Total | $103.29 |
| Payments/Credits | $0.00 |
| Balance Due | $103.29 |

| Phone # |
|---|
| 307-587-6772 |

Exhibit T

Anderson Business Solutions LLC
2421 Big Horn Avenue
Cody, WY 82414

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2006 | 797 |

Sweetwater Reconciliation Sept 6, 2006
Pd Personal #5703
has not been Returned from Bank yet?

| Bill To |
|---|
| Jeff Mummery<br>35 Breteche Creek Rd.<br>Cody, WY 82414 |

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Serviced | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 8/30/2006 | Misc. Secretarial Services - typing | 1.75 | 30.00 | 52.50 |
| 8/31/2006 | Misc. Secretarial Services | 1.33 | 30.00 | 39.90 |
| 9/5/2006 | Misc. Secretarial Services | 3.5 | 30.00 | 105.00 |
| 9/6/2006 | Misc. Secretarial Services | 2 | 30.00 | 60.00 |
| | Fax Services - Long Distance | 6 | 1.00 | 6.00T |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $263.40 |
| **Sales Tax (4.0%)** | $0.24 |
| **Total** | $263.64 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $263.64 |

| Phone # |
|---|
| 307-587-6772 |

Exhibit T

PINNACLE BANK
PO BOX 218
CODY WY 82414-0218

016 00006 03
ACCOUNT: [redacted]
DOCUMENTS: 14

PAGE: 1
05/31/2005

TELEPHONE:307-527-7186

*******************AUTOCR**H072
[redacted]AC 0.275 5 12 4
THE SWEETWATER
A WILDERNESS LODGE LLC
35 BRETCHE CREEK RD
CODY WY 82414-7100

30-0
3
11'

PINNBUSINESS ACCOUNT [redacted]

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 449.97- | LAST STATEMENT 04/29/05 | 32.87 |
| AVG AVAILABLE BALANCE | 3,137.47 | 3 CREDITS | 12,434.00 |
| | | 14 DEBITS | 11,620.56 |
| | | THIS STATEMENT 05/31/05 | 846.31 |

- - - - - - - - - - DEPOSITS - - - - - - - - - -

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 05/03 | 390.00 | | 05/20 | 12,000.00 | | 05/23 | 44.00 |

- - - - - - - - - - CHECKS - - - - - - - - - -

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1982 | 05/03 | 390.00 | 1986 | 05/26 | 56.58 | 1990 | 05/31 | 4,000.00 |
| 1983 | 05/25 | 161.50 | 1987 | 05/25 | 50.00 | 1991 | 05/31 | 2,500.00 |
| 1984 | 05/12 | 458.84 | 1988 | 05/26 | 2,000.00 | 1992 | 05/25 | 407.00 |
| 1985 | 05/27 | 418.45 | 1989 | 05/20 | 1,124.19 | | | |

Stimpson check

- - - - - - - - - - OTHER DEBITS - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| NSF ITEM CHARGE | 05/13 | 24.00 |
| OVERDRAFT CHARGE | 05/19 | 20.00 |
| SERVICE CHARGE | 05/31 | 10.00 |

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

TOTAL CHARGE FOR MAINTENANCE: 10.00

- - - - - - - - - DAILY BALANCE - - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 05/03 | 32.87 | 05/20 | 10,405.84 | 05/27 | 7,356.31 |
| 05/12 | 425.97- | 05/23 | 10,449.84 | 05/31 | 846.31 |
| 05/13 | 449.97- | 05/25 | 9,831.34 | | |
| 05/19 | 469.97- | 05/26 | 7,774.76 | | |

FDIC

NOTICE SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Exhibit U

Delivery services, misc. costs

| Paid to: | Check # | Date | Amount |
|---|---|---|---|
| UPS Store | 4517 | 4/28/05 | $31.58 |
| UPS Store | 4523 | 5/3/05 | $26.90 |
| UPS Store | 4556 | 5/13/05 | $28.37 |
| UPS Store | 4558 | 5/13/05 | $24.91 |
| UPS Store | 4561 | 5/19/05 | $86.02 |
| UPS Store | 4752 | 5/23/05 | $24.91 |
| UPS Store | 4815 | 7/7/05 | $94.72 |
| K Mart | 4819 | 7/12/05 | $14.01 |
| UPS Store | 4820 | 7/12/05 | $23.92 |
| Shoshone Office Supply | 4686 | 9/12/05 | $42.20 |
| Shoshone Office Supply | 4697 | 9/29/05 | $87.38 |
| Shoshone Office Supply | 4718 | 10/6/05 | $11.95 |
| Walmart | 4622 | 8/23/05 | $107.62 |
| Walmart | 4680 | 9/12/05 | $56.41 |
| Walmart | 4688 | 9/18/05 | $20.80 |
| Walmart | 4689 | 9/18/05 | $20.22 |
| Anderson Bus. Solutions | 5131 | 1/18/06 | $100.00 |
| | | | **$801.92** |

UPS Stored

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4517
4/28/05
PAY TO THE ORDER OF UPS Store $31.58
Thirty One 58/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4517 [redacted]
05/02/2005 4517 $31.58

Sweet Case

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4523
5/3/05
PAY TO THE ORDER OF UPS Store $26.90
Twenty Six 90/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4523 [redacted]
05/04/2005 4523 $26.90

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4556
May 13, 2005
PAY TO THE ORDER OF UPS Store $28.37
Twenty Eight 37/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4556 [redacted]
05/16/2005 4556 $28.37

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4558
May 13, 2005
PAY TO THE ORDER OF UPS Store $24.91
Twenty Four 91/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4558 [redacted]
05/16/2005 4558 $24.91

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4561
May 19, 2005
PAY TO THE ORDER OF UPS Store $86.02
Eighty Six 02/100 DOLLARS
Pinnacle Bank
Sweetwater
[redacted] 4561 [redacted]
05/20/2005 4561 $86.02

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4752
May 23, 2005
PAY TO THE ORDER OF UPS Store $24.91
Twenty Four 91/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted]
05/25/2005 4752 $24.91

Case

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4815
July 7, 2005
PAY TO THE ORDER OF UPS Store $94.72
Ninety Four 72/100 DOLLARS
Pinnacle Bank
FOR Sweetwater to Keri
[redacted] 4815 [redacted]
07/11/2005 4815 $94.72

Case Pd Supp

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4819
July 12, 2005
PAY TO THE ORDER OF K-Mart $14.01
Fourteen 01/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4819 [redacted]
07/14/2005 4819 $14.01

Case

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4820
July 12, 2005
PAY TO THE ORDER OF UPS Store $23.92
Twenty Three 92/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4820 [redacted]

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4686
Sept 12, 2005
PAY TO THE ORDER OF Shoshone Office Supply $42.20
Forty Two 20/100 DOLLARS
Pinnacle Bank
FOR Sweet
[redacted] 4686 [redacted]

JEFFREY C. OR GINA MUMMERY
CODY, WY 82414
4697
Sept 29, 2005
PAY TO THE ORDER OF UPS Store $87.38
Eighty Seven 38/100 DOLLARS
Pinnacle Bank
Sweetwater
Doc to Keri
[redacted] 4697 [redacted]
/30/2005 4697 $87.38

Exhibit V

JEFFREY C. OR GINA MUMMERY [redacted]
CODY, WY 82414
4718
10/6/05
DATE 99-151/1023
PAY TO THE ORDER OF UPS Store $ 11.95
Eleven & 95/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4718 [redacted]
10/07/2005 4718 $11.95

JEFFREY C. OR GINA MUMMERY [redacted]
CODY, WY 82414
5131
1/18/2006
DATE 99-151/1023
PAY TO THE ORDER OF Anderson Bus. Solutions $100
One Hundred 00/100 Dollars
Pinnacle Bank
FOR Sweetwater
24/2006 5131 $100.00

JEFFREY C. OR GINA MUMMERY [redacted]
CODY, WY 82414
4622
8/23/2005
DATE 99-151/1023
PAY TO THE ORDER OF Walmart $ 107.62
One Hundred Seven 62/100 DOLLARS
Pinnacle Bank
FOR Sweetwater Trial
[redacted] 4622 [redacted]
08/26/2005 4622 $107.62

JEFFREY C. OR GINA MUMMERY [redacted]
CODY, WY 82414
4680
9/12/05
DATE 99-151/1023
PAY TO THE ORDER OF Walmart $56.41
Fifty Six 41/100 DOLLARS
Pinnacle Bank
FOR Sweet
[redacted] 4680 [redacted]
09/14/2005 4680 $56.41

JEFFREY C. OR GINA MUMMERY [redacted]
CODY, WY 82414
4688
Sept 18 2005
DATE 99-151/1023
PAY TO THE ORDER OF Walmart $ 20.80
Twenty 80/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4688 [redacted]
09/20/2005 4688 $20.80

JEFFREY C. OR GINA MUMMERY [redacted]
CODY, WY 82414
4689
Sept 18 2005
DATE 99-151/1023
PAY TO THE ORDER OF Walmart $ 20.22
Twenty 22/100 DOLLARS
Pinnacle Bank
FOR Sweetwater
[redacted] 4689 [redacted]
9/20/2005 4689 $20.22

Exhibit V

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 07, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19034

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For services rendered February 1 - February 28, 2005

Additional Charges :

| | | Amount |
|---|---|---|
| | $Computer Resch | 48.42 |
| | Total costs | $48.42 |
| | Interest on overdue balance | $430.31 |
| | Total amount of this bill | $478.73 |
| | Previous balance | $78,948.03 |
| 2/17/2005 | Payment - thank you. Check No. 1971 | ($416.06) |
| | Total payments and adjustments | ($416.06) |
| | Balance due | $79,010.70 |

int 430.31
prin 554.52

pd #984.83
3/16/05

Based on a Balance est at $78,984.83 on 2/28/05 leaving a principal Balance of $78,000

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

February 03, 2005

Invoice # 18964

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For services rendered January 1 - January 31, 2005

Additional Charges :

| | | Amount |
|---|---|---|
| | $Long Dis Phone | 1.01 |
| | $Photocopy | 7.00 |
| | Total costs | $8.01 |
| | Interest on overdue balance | $408.05 |
| | Total amount of this bill | $416.06 |
| | Previous balance | $81,531.97 |
| 2/3/2005 | Payment from account | ($3,000.00) |
| | Total payments and adjustments | ($3,000.00) |
| | Balance due | $78,948.03 |
| | Previous balance of Retainer | $3,000.00 |
| | Payments made from Retainer | ($3,000.00) |
| | Payments made into Retainer | $0.00 |
| | New balance of Retainer | $0.00 |

2/14/05 pd 416.06 ck1971

int $407.05

prin $3,007.01

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

April 06, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19048

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

Additional Charges :

| | | Amount |
|---|---|---|
| | $Long Dis Phone | 0.09 |
| | Total costs | $0.09 |
| | Interest on overdue balance | $432.88 |
| | Total amount of this bill | $432.97 |
| | Previous balance | $79,010.70 |
| 3/21/2005 | Payment - thank you. Check No. 1977 | ($984.83) |
| | Total payments and adjustments | ($984.83) |
| | Balance due | $78,458.84 |

int 432.88
prin $ 25.96

pd 4 May 05
$458.84

Net bal on Apr 6, 05
$ 78,000

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

May 05, 2005

Invoice # 19127

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $418.45 |
| Total amount of this bill | $418.45 |
| Previous balance | $78,458.84 |
| Balance due | $78,877.29 |

Pd $418 45/ May 4, 2004

this amt was pd earlier May 1, 2005

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

June 02, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19195

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For professional services rendered May 1 - May 31, 2005

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $418.85 |
| | Total amount of this bill | $418.85 |
| | Previous balance | $78,877.29 |
| 5/9/2005 | Payment - thank you. Check No. 1984 | ($458.84) |
| 5/24/2005 | Payment - thank you. Check No. 1985 | ($418.45) |
| | Total payments and adjustments | ($877.29) |
| | Balance due | $78,418.85 |

pd 5/9/05
ck 1993

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

July 01, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19219

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $446.89 |
| | Total amount of this bill | $446.89 |
| | Previous balance | $78,418.85 |
| 6/13/2005 | Payment - thank you. Check No. 1993 | ($418.85) |
| | Total payments and adjustments | ($418.85) |
| | Balance due | $78,446.89 |

int 446.79
pric. $500-

Pd $946.79
7/25/05
ck 1998

# SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

August 01, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19274

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

For Professional Services Rendered July 1 - July 31, 2005

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $545.78 |
| | Total amount of this bill | $545.78 |
| | Previous balance | $78,446.89 |
| 7/28/2005 | Payment - thank you. Check No. 1998 | ($946.89) |
| | Total payments and adjustments | ($946.89) |
| | Balance due | $78,045.78 |

int $545.78
$200.- (circled)
prin

min pmt $545.78

due 9/1

pd 8/25/05
$745.78 $77,300.-
balance
ck 1999

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

September 02, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19327

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $559.10 |
| | Total amount of this bill | $559.10 |
| | Previous balance | $78,045.78 |
| 8/29/2005 | Payment - thank you. Check No. 1999 | ($745.78) |
| | Total payments and adjustments | ($745.78) |
| | Balance due | $77,859.10 |

- int 559.10
prin $200 -

Pd $759.10
Sept 27, 2005
Remaining Bal. $77,100 -

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

October 05, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19381

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $575.08 |
| | Total amount of this bill | $575.08 |
| | Previous balance | $77,859.10 |
| 9/30/2005 | Payment - thank you. Check No. 2003 | ($759.10) |
| | Total payments and adjustments | ($759.10) |
| | Balance due | $77,675.08 |

int $575.08
princ $100.–

Pd $675.08
10/17/05
Remaining Bal $77,000

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

November 01, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19437

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $469.91 |
| | Total amount of this bill | $469.91 |
| | Previous balance | $77,675.08 |
| 10/20/2005 | Payment - thank you. Check No. 2005 | ($675.08) |
| | Total payments and adjustments | ($675.08) |
| | Balance due | $77,469.91 |

Pd $469.91
11/22/05
Remaining Bal $77,000

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

December 01, 2005

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19492

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $588.58 |
| Total amount of this bill | $588.58 |
| Previous balance | $77,469.91 |
| 11/28/2005 Payment - thank you. Check No. 2015 | ($469.91) |
| Total payments and adjustments | ($469.91) |
| Balance due | $77,588.58 |

Pd $588.58 12/21/05 bal $77,000

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

January 06, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19575

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $682.98 |
| | Total amount of this bill | $682.98 |
| | Previous balance | $77,588.58 |
| 12/23/2005 | Payment - thank you. Check No. 2018 | ($588.58) |
| | Total payments and adjustments | ($588.58) |
| | Balance due | $77,682.98 |

pd 1/27/06

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

February 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19598

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $575.92 |
| Total amount of this bill | $575.92 |
| Previous balance | $77,682.98 |
| Balance due | $78,258.90 |

Pd 2/20/06

78,258.90
(682.98) pd 1/27/06
$575.92 due Amt

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

March 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19649

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $620.22 |
| | Total amount of this bill | $620.22 |
| | Previous balance | $78,258.90 |
| 2/9/2006 | Payment - thank you. Check No. 2019 | ($682.98) |
| 3/1/2006 | Payment - thank you. Check No. 2021 | ($575.92) |
| | Total payments and adjustments | ($1,258.90) |
| | Balance due | $77,620.22 |

pd 4/7/06

98
682.92
575
1258.90

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street, N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax: (202) 775-8217

April 03, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19701

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $754.40 |
| Total amount of this bill | $754.40 |
| Previous balance | $77,620.22 |
| Balance due | $78,374.62 |

Pd 4/26/06

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

May 02, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19754

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $657.66 |
| | Total amount of this bill | $657.66 |
| | Previous balance | $78,374.62 |
| 4/12/2006 | Payment - thank you. Check No. 2024 | ($620.22) |
| 4/27/2006 | Payment - thank you. Check No. 2025 | ($754.40) |
| | Total payments and adjustments | ($1,374.62) |
| | Balance due | $77,657.66 |

pd 5/21/06

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax: (202) 775-8217

June 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19800

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | Amount |
|---|---|
| Interest on overdue balance | $719.37 |
| Total amount of this bill | $719.37 |
| Previous balance | $77,657.66 |
| 5/25/2006 Payment - thank you. Check No. 2034 | ($657.66) |
| Total payments and adjustments | ($657.66) |
| Balance due | $77,719.37 |

pd 6/16/06

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

July 05, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19840

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $783.18 |
| | Total amount of this bill | $783.18 |
| | Previous balance | $77,719.37 |
| 6/20/2006 | Payment - thank you. Check No. 2035 | ($719.37) |
| | Total payments and adjustments | ($719.37) |
| | Balance due | $77,783.18 |

Pd 7/31/06

(81,580.49
(77,000.—)
$4,580.49

Total Pd $14,987.64

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax (202) 775-8217

September 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19930

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $775.27 |
| | Total amount of this bill | $775.27 |
| | Previous balance | $77,723.59 |
| 8/11/2006 | Payment - thank you. Check No. 2031 | ($723.59) |
| | Total payments and adjustments | ($723.59) |
| | Balance due | $77,775.27 |

Pd 9/18/06 $775.27 ck # 2032

Exhibit W

SALTMAN & STEVENS, P.C.

1801 K Street, N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140

Fax: (202) 775-8217

Retainer pd out feb. '05 $3000 - included in this total

August 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Total charges to date 8/26/06 $10,367.72

Invoice # 19887

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $723.59 |
| | Total amount of this bill | $723.59 |
| | Previous balance | $77,783.18 |
| 8/1/2006 | Payment - thank you. Check No. 2030 | ($783.18) |
| | Total payments and adjustments | ($783.18) |
| | Balance due | $77,723.59 |

Pd 8/9/06

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax (202) 775-8217

November 01, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 20023

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $749.43 |
| | Total amount of this bill | $749.43 |
| | Previous balance | $78,610.56 |
| 10/25/2006 | Payment - thank you. Check No. 2032 | ($775.27) |
| 10/25/2006 | Payment - thank you. Check No. 2036 | ($835.29) |
| | Total payments and adjustments | ($1,610.56) |
| | Balance due | $77,749.43 |

New

Exhibit W

SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006

(202) 452-2140
Fax (202) 775-8217

October 03, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 19980

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| Interest on overdue balance | | $835.29 |
| Total amount of this bill | New | $835.29 |
| Previous balance | | $77,775.27 |
| Balance due | | $78,610.56 |

SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax (202) 775-8217

December 04, 2006

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 20069

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| Interest on overdue balance | New | $861.10 |
| Total amount of this bill | | $861.10 |
| Previous balance | | $77,749.43 |
| Balance due | | $78,610.53 |

Exhibit W