IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 02-1795C<br>(Senior Judge Merow) |

**PLAINTIFF'S SECOND MOTION FOR A STATUS CONFERENCE**

Plaintiff The Sweetwater, A Wilderness Lodge LLC ("The Sweetwater") hereby respectfully requests a second status conference regarding the delay which the government is causing in carrying out the Court's judgment in this matter. Counsel for The Sweetwater contacted counsel for the government as to his availability for such a conference earlier today, but no response has been received at this time.

Attached hereto are the documents which The Sweetwater has submitted to the government for purposes of obtaining payment of the judgment in this case. The documents show, by strikeout, those conditions which the government is insisting must be included. They also show, by underline, those conditions which The Sweetwater believes should be included in the documents. The Sweetwater believes that it is patently evident that these documents meet all of the terms set forth by the Court for payment to The Sweetwater of the funds owed to it. The government has explicitly rejected these terms. The Sweetwater is of the position that the government's position is clearly unreasonable. Among other issues, the government continues to insist on various warranties as to the condition of the property which are entirely inappropriate in a situation such as this which involves a forced sale.

The Sweetwater is concerned that the government's tactics are intended to deliberately cause additional briefing in this case. As the government is aware, this effort will result in not only additional legal costs to the cash-strapped plaintiff, it will also result in lost and unrecoverable interest to The Sweetwater based on further delay in its payment, money which will accrue to the government's benefit. For that reason, The Sweetwater is seeking the Court's assistance in resolving this matter as expeditiously and efficiently as possible, and without further unnecessary costs to The Sweetwater. The Sweetwater believes a review of the attached document will readily reveal the unreasonableness of the government's delay and obviate the need for any additional briefing.

This should be a simple matter. As The Sweetwater has repeatedly informed the government, it wants nothing more than to be paid its money and conclude this matter as quickly as possible. It has no reason to reject any reasonable terms requested by the government, however it will not allow itself to be forced to accept unfair terms simply so that it can receive its award.

The Sweetwater appreciates the Court's consideration of this request.

Respectfully submitted,

s/Kevin R. Garden

Kevin R. Garden
THE GARDEN LAW FIRM P.C.
301 N. Pitt Street, Suite 325
Alexandria, VA 22314
(703) 535-5565

Dated: January 4, 2007