**Attorneys' Fees Incurred In Period December 1, 2006-January 7, 2007**

| Date | Description of effort | Time | | Value capped at EAJA rate of $152.38 |
|---|---|---|---|---|
| 12/4/2006 | T/C w/ J. Mummery re: sale document; draft email response to G. Schwind re: same | 1.3 | $ | 198.09 |
| 12/5/2006 | T/C w/ J. Mummery re: inclusion of personal property in judgment | 0.5 | $ | 76.19 |
| 12/6/2006 | Review message from J. Mummery re: Q. Mangus appraisal; locate J. Pucetas report per J. Mummery request and review same; T/C w/ J. Mummery re: need for status conference re: payment; draft email to G. Schwind re: same; review email from G. Schwind re: sale document; draft email to J. Mummery re: same | 2.5 | $ | 380.95 |
| 12/7/2006 | T/C w/ J. Mummery re: conditions required by Pinnacle Bank for release of mortgage | 2.3 | $ | 350.47 |
| 12/8/2006 | Revise Sale agreement; draft email to J. Mummery re: same; begin drafting updated EAJA application | 0.9 | $ | 137.14 |
| 12/11/2006 | T/C w. J. Mummery re: possible revision to judgment; revise EAJA application | 3.8 | $ | 579.04 |
| 12/12/2006 | Revise EAJA application; assemble and update exhibits; T/C w/ J. Mummery re: same | 2.5 | $ | 380.95 |
| 12/13/2006 | T/C w/ J. Mummery re: EAJA claim; legal research re: applying for payment under Indefinite Judgment Fund; begin drafting motion for status conference | 1.5 | $ | 228.57 |
| 12/14/2006 | Continue drafting motion; calculate interest rate lost to date; T/C w/ J. Mummery re: status conference; file motion for status conference | 1.5 | $ | 228.57 |
| 12/15/2006 | T/C w/ J. Mummery re: EAJA case involving BLM | 0.2 | $ | 30.48 |



**EXHIBIT X**

| | | | | |
|---|---|---|---|---|
| 12/19/2006 | Review letter from G. Schwind re: completing terms of the judgment; T/C w/ J. Mummery re: same; prepare outline for status conference; review court's judgment; T/C w/ J. Mummery re: hearing; T/C w/ Judge's chambers re: same; T/C w/ G. Schwind re: same; attend status conference; T/C w/ J. Mummery re: same | 4.8 | $ | 731.42 |
| 12/20/2006 | T/C w/ J. Mummery re: revised sales agreement; draft same and letter to G. Schwind; T/C w/ J. Mummery re: same | 5.8 | $ | 883.80 |
| 12/21/2006 | T/C w/ J. Mummery re: conversation w/ Q. Mangus and other issues related to sales agreement; draft letter to G. Schwind re: Q. Mangus review of appraisal | 0.5 | $ | 76.19 |
| 12/22/2006 | T/C w/ J. Mummery re: list of inventory of property at lodge | 0.3 | $ | 45.71 |
| 1/2/2007 | Review response from G. Schwind re: sale documents; T/C w/ J. Mummery re: same; draft reply to G. Schwind letter: revise sale documents; review EAJA opposition | 10.2 | $ | 1,554.28 |
| 1/3/2007 | Continue drafting reply to EAJA motion; T/C w/ J. Mummery re: same; T/C w/ M. Shumaker, Pinnacle Bank, re: bank's release of mortgage | 7.4 | $ | 1,127.61 |
| 1/4/2007 | Continue drafting reply to EAJA; T/C w/ J. Mummery re: same and Bill of Sale | 10.3 | $ | 1,569.51 |
| 1/5/2007 | T/C w/ J. Mummery re: reply to opposition to EAJA application; review specific charges challenged by government; continue drafting reply to opposition | 4.9 | $ | 746.66 |
| 1/6/2007 | T/C w/ J. Mummery re: reply to opposition to EAJA; draft declaration for K. Garden; revise reply | 4.1 | $ | 624.76 |
| 1/7/2007 | T/C w/ J. Mummery re: reply to opposition to EAJA; finalize reply | 1.6 | $ | 243.81 |
| | | 66.9 | **$** | **10,194.22** |



**EXHIBIT X**