# In the United States Court of Federal Claims

No. 02-1795 C
(Filed January 8, 2007)

**********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
**********************************

## ORDER

On January 7, 2007, Plaintiff's Motion for Leave of Court to Exceed the Page Limitation [for its reply to the government's opposition to plaintiff's EAJA application] by Four Pages was filed.

Accordingly, it is **ORDERED** that plaintiff's motion, filed January 7, 2007, is **GRANTED** leave to file a reply brief in excess of the page limitation.

/s James F. Merow
James F. Merow
Senior Judge