**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 02-1795C<br>(Judge Merow) |

**DECLARATION OF KEVIN R. GARDEN**

I, Kevin R. Garden, declare as follows:

1. I am counsel for plaintiff The Sweetwater, A Wilderness Lodge LLC. I have been the primary attorney for the plaintiff for purposes of the above-captioned lawsuit.

2. During the course of the lawsuit, I directed Mr. Jeffrey Mummery from time to time to purchase various services and items which were necessary for me to pursue this lawsuit as plaintiff's legal counsel. These items included various supplies for the depositions and trial in this case which were purchased in Cody, Wyoming. They also included hotel and other travel related charges for services I was required to obtain related to the depositions and trial in this case.

3. After reviewing the costs on Exhibits S and V attached to Plaintiff's Revised Application For Attorneys' Fees And Costs Pursuant To The Equal Access To Justice Act and my records,



**EXHIBIT Y**

and discussing these items with Mr. Mummery, it is my belief that $ 3,626.70 of the costs set forth on Exhibits S and V were incurred by me or at my direction for purposes of pursuing this lawsuit, and simply were paid directly by Mr. Mummery rather than me paying for them, and then having The Sweetwater compensate me.

I declare under penalty of perjury that the foregoing is true and correct.

Kevin R. Garden

Executed on January 7, 2007



**EXHIBIT Y**