**EXHIBIT 1**

















**EXHIBIT 2**

**QM APPRAISAL**
**1139 RUMSEY AVENUE**
**CODY, WY. 82414**

January 17, 2007

Mr. Kevin Garden,

I visited the old lodge on Sweetwater Creek on January 17, 2007. I accessed the lodge in a Jeep four wheel drive vehicle. There was about 4" of snow with several drifts in the Sweetwater Road. It was necessary to put planking down on one bridge in order to cross the creek. It was a treacherous journey because the road was partially washed out in several places. It took about a half an hour to negotiate the road up to the lodge. I would not recommend this trip.

The current condition of the lodge facilities with respect to its cleanliness is about the same as it was in May of 2005 when I last inspected the property. As would be expected, the lodge and cabins have suffered normal physical depreciation commensurate with structures in the Shoshone National Forest which have not been actively operated or inhabited.

The current conditions of the lodge facilities based on its cleanliness would in no way change my valuation of the lodge as set forth in my appraisal report.

I appraised the lodge in May 2005 as if the lodge had vehicular access, which included treating the lodge facilities as if they had been maintained to a degree which would have been possible with vehicular access.

Respectfully Submitted,

Que Mangus
State Certified Appraiser - Certificate # 63