# In the United States Court of Federal Claims

No. 02-1795 C
(Filed January 31, 2007)

***********************************
THE SWEETWATER, A WILDERNESS *
LODGE LLC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On January 25, 2007, defendant submitted a "Notice" for electronic filing in this matter. In the absence of a rule providing for this submission, it is **ORDERED**:

(1) That defendant's "Notice" shall be construed to supplement defendant's opposition, filed December 28, 2006, and it is so filed;

(2) Leave is **GRANTED** for the filing, by no later than February 7, 2007, of a response to defendant's notice, if any, plaintiff may wish to submit as a supplement to its reply, filed January 8, 2007.

s/ James F. Merow
James F. Merow
Senior Judge