# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 02-1795C<br>(Judge Merow) |

## SECOND DECLARATION OF JEFFREY C. MUMMERY

I, Jeffrey C. Mummery, declare as follows:

1. Unless otherwise stated, I have personal knowledge of the following facts which I believe to be true to the best of my present knowledge and understanding.

2. At all times relevant to the issues in this dispute, I have been the Manager of plaintiff The Sweetwater, A Wilderness Lodge LLC and have acted as its representative.

3. I have reviewed all the exhibits attached to The Sweetwater's revised application for attorneys fees, as supplemented, under the Equal Access to Justice Act and all statements set forth therein are accurate to the best of my knowledge. All fees and expenses set forth in The Sweetwater's counsel's bills and itemizations of time at Exhibits X, AA and BB as well as the other exhibits setting forth attorneys' fees have been incurred in this matter.



Exhibit Z

4. With the exception of Mr. Housel, the rates of the attorneys who worked on behalf of The Sweetwater in this matter were in excess of $152.38/hour.

I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey C. Mummery

Executed on February 5, 2007



Exhibit Z