**Attorneys' Fees Incurred In The Period January 8, 2007-February 5, 2007**

| Date | Description of effort | Time | Value capped at EAJA rate of $152.38 |
|---|---|---|---|
| 1/9/2007 | T/C w/ J. Mummery re: status conference with Court and related issues | 0.6 | $ 91.43 |
| 1/11/2007 | Review letter from G. Schwind; prepare outline for conference with Court and DOJ | 0.3 | $ 45.71 |
| 1/13/2007 | T/C w/ J. Mummery re: government letter re: terms of sale | 0.4 | $ 60.95 |
| 1/15/2007 | T/C w/ J. Mummery re: government letter discussing terms of sale document; edit outline for status conference | 2.3 | $ 350.47 |
| 1/16/2007 | T/C w/ J. Mummery re: visit to lodge facilities w/ Q. Mangus; draft proposal comments for Q. Mangus | 1.9 | $ 289.52 |
| 1/17/2007 | T/C w/ J. Mummery re: issues to be addressed in status conference; T/C w/ J. Mummery re: Q. Mangus visit to lodge facilities | 0.9 | $ 137.14 |
| 1/18/2007 | T/C w/ J. Mummery re: status; prepare for status conference in J. Merow's chambers; review correspondence with DOJ re: Buy Sell Agreement terms; attend status conference; T/C w/ J. Mummery re: same; revise agreement and send to G. Schwind | 5.4 | $ 822.85 |
| 1/19/2007 | T/C w/ J. Mummery re: remaining conditions for sale agreement; T/C w/ G. Schwind; review letter from G. Schwind; T/C w/ J. Mummery re: same | 3.2 | $ 487.62 |
| 1/20/2007 | T/C w/ J. Mummery; draft motion for status conference | 0.7 | $ 106.67 |
| 1/21/2007 | T/C w/ J. Mummery re: status conference; revise motion for status conference | 3.9 | $ 594.28 |
| 1/22/2007 | Review government response to status conference; T/C w/ J. Mummery re: draft reply | 4.3 | $ 655.23 |

**EXHIBIT AA**

| | | | | |
|---|---|---|---|---|
| 1/23/2007 | T/C w/ J. Mummery re: access to lodge; T/C w/ J. Mummery re: Forest Service request to have carpet cleaner access lodge to prepare estimate | 2.1 | $ | 320.00 |
| 1/24/2007 | T/C w/ J. Mummery re: providing government access to lodge related to maintenance issues; draft letter to G. Schwind re: same; review court's order clarifying judgment; T/C w/ J. Mummery re: same; review government proposed agreement | 2.3 | $ | 350.47 |
| 1/25/2007 | T/C w/ J. Mummery re: language in agreement and concern over continuing obligations beyond transfer of property | 1 | $ | 152.38 |
| 1/29/2007 | T/C w/ J. Mummery re: modification to agreement | 0.2 | $ | 30.48 |
| 1/30/2007 | T/C w/ J. Mummery re: revisions to sale agreements; revise same; T/C w/ J. Mummery re: same; draft email to G. Schwind re: unacceptable agreement language | 3.7 | $ | 563.81 |
| 1/31/2007 | T/C w/ J. Mummery re: supplementing EAJA; draft motion to supplement' review Court Order | 2.9 | $ | 441.90 |
| 2/1/2007 | T/C w/ J. Mummery re: filing motion for clarification | 1.3 | $ | 198.09 |
| 2/2/2007 | Draft email to G. Schwind; begin drafting response to Notice | 1.7 | $ | 259.05 |
| 2/5/2007 | T/C w/ J. Mummery re: response to Notice; continue drafting response | 4.7 | $ | 716.19 |
| | | 43.8 | **$** | **6,674.24** |

**EXHIBIT AA**