SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax (202) 775-8217

January 04, 2007

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 20136

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $810.08 |
| | Total amount of this bill | $810.08 |
| | Previous balance | $78,610.53 |
| 12/7/2006 | Payment - thank you. Check No. 2038 | ($749.43) |
| | Total payments and adjustments | ($749.43) |
| | Balance due | $78,671.18 |

New Charges

EXHIBIT BB

SALTMAN & STEVENS, P.C.
1801 K Street N.W., Suite M-110, Washington, D.C. 20006
(202) 452-2140
Fax (202) 775-8217

February 01, 2007

The Sweetwater, A Wilderness Lodge
P.O. Box 150
Wapiti WY 82450
Contact: Jeff Mummery

Invoice # 20189

In Reference To: Sweetwater/Permit Claim
Owner/operator of lodge and facilities on Shoshone NF operated pursuant to a special use permit

| | | Amount |
|---|---|---|
| | Interest on overdue balance | $782.66 |
| | Total amount of this bill | $782.66 |
| | Previous balance | $78,671.18 |
| 1/22/2007 | Payment - thank you. Check No. 2039 | ($1,671.18) |
| | Total payments and adjustments | ($1,671.18) |
| | Balance due | $77,782.66 |

new bill Feb 1, 2007

EXHIBIT BB