# BILL OF SALE

KNOW ALL MEN BY THESE PRESENTS that The Sweetwater, a Wilderness Lodge, LLC, a Wyoming Limited Liability Company, of the County of Park, State of Wyoming, for and in consideration of a promise to pay the sum of $806,688.88, does hereby transfer and convey to the United States, all Improvements located on the 15.4-acre site covered by the Term Special Use Permit which was issued by the United States Department of Agriculture Forest Service to The Sweetwater, A Wilderness Lodge, LLC and dated August 21, 1995. The Improvements include a lodge building, five cabins, a manager's residence, water and sewage systems, all utility lines, and fencing. The Improvements also include all property, whether attached or unattached, present on the site at the time the Improvements were appraised as part of the litigation between the parties. The Improvements include, but are not limited to, the items listed on the attached document titled "Sweetwater Improvements Transferred To The United States." These Improvements are being conveyed pursuant to the "Agreement to Convey Ownership in Improvements" signed by the parties on_______________.

The Sweetwater further warrants and represents that: (i) to the best of The Sweetwater's knowledge, there are no parties in possession or occupancy of the Improvements; (ii) The Sweetwater has not in any way altered the state of the Improvements since the date of the Agreement between the parties; (iii) as of the date hereof there is no litigation pending or threatened which in any manner affects the Improvements; (iv) as of the date hereof there are no leases, written or oral, affecting the Improvements; and (v) as of the date hereof the Improvements are not encumbered by any lien, mortgage, or other secured interest.

Subject to any express warranties otherwise agreed to by The Sweetwater in writing related to the Improvements, The Sweetwater is transferring the Improvements to the United States in their "as is" condition.

The Sweetwater binds itself, its successors and assigns, to represent and maintain that the title to all of the Improvements resides with the United States pursuant to this transfer.

Attachment B

IN WITNESS WHEREOF, ___________________________ and ________________________ have hereunto set their hands and seals this _______ day of ______________________, 2006.