# In the United States Court of Federal Claims

**No. 02-1795 C**

**THE SWEETWATER, A WILDERNESS LODGE, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed February 9, 2007, it was held that plaintiff is entitled to receive attorney fees and expenses pursuant to 28 U.S.C. §2412(d).

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff is awarded attorney fees and expenses in the sum of $279,127.66 with said sum to be paid by the subject agency as provided for in 28 U.S.C. §2412(d).

Brian Bishop
Clerk of Court

**February 14, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.