ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 16 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE SWEETWATER, A WILDERNESS LODGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 02-1795C<br>(Senior Judge Merow) |

NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. 1295(a)(3), the United States appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the Court entered in No. 02-1795 on February 14, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KATHRYN A. BLEECKER
Assistant Director

GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

KENNETH S. CAPPS
Office of General Counsel
U.S. Department of Agriculture
740 Simms Street, Room 309
Golden, CO 80401-4720

April 10, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 10, 2007, I caused to be sent by e-mail and by first class mail, postage prepaid, copies of the foregoing Notice of Appeal addressed as follows:

Kevin R. Garden, Esq.
The Garden Law Firm P.C.
301 N. Pitt Street, Suite 325
Alexandria, VA 22314