ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
MAY 2 2007
U.S. COURT OF FEDERAL CLAIMS

2007-5106

THE SWEETWATER,
A WILDERNESS LODGE, L.L.C.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

## O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

05/02/07

cc: Clerk's Office, CFC
Gregg M. Schwind
Kevin R. Garden

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 2 2007

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 05/02/07

SWEETWATER V US, 2007-5106
CFC - 02-CV-1795

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: Date: 5/2/07